# EXHIBIT C

DocuSign Envelope ID: 202DF643-C2F6-4C65-9340-526A9B2FC436

## SS&C Technologies Inc
## Work Request Three

Work Request No. Three ("WR Three") pursuant to the Processing Services Agreement dated December 19, 2014 as amended (the "Agreement") by and between ARMOUR Capital Management LP, ("Client") SS&C Technologies Inc. ("SS&C").

Effective Date of this WR Three. This WR Three will be effective on the later of the dates on which the Client and SS&C have signed it.

Description of Services to be Performed. SS&C will provide on-site and remote implementation services for the application of PGAAP due to the Javelin acquisition by ARMOUR

Assistance will include the following:

- The MGMT basis will be set up to amortize based upon the original purchase yield
- Update workflow to include review of the MGMT basis due to the need to maintain a GAAP book of record prior to the PGAAP adjustment
- GAAP Basis will be adjusted to the market value on 4/07/16 and yields on holdings will be reset as of the new book value
- Ensure that the Tax basis rolls year to date thru 4/6/16 utilizing yields equivalent to the GAAP basis prior to the PGAAP adjustment.
- Create manual General Ledger sweep entries for the GAAP basis to account for the PGAAP adjustment (PGAAP upload does not generate general ledger entries)
- ARMOUR will need to provide sign off before April processing can continue post 4/07/16. Any delay in sign off will result on a delay in completing April processing

Fixed Fee for Completion. SS&C shall provide an estimated 120 hours of support in relation to the services described above on a time and material basis at a rate of $225 per person per hour. All fees and expenses incurred will be billed to Client as set out above and are due and payable upon receipt of SS&C's invoice

Counterparts. This WR Three shall be executed in counterparts, each of which when so executed will be deemed to be an original. Such counterparts together will constitute one agreement. Signatures may be exchanged via facsimile or electronic email and the parties hereto agree that signatures so exchanged shall be binding to the same extent.

Other Services. If Client requests any services in addition to the services specified in this and any other consulting engagement under the Master Agreement, SS&C and the Client shall specify such services and the fees payable therefore, in another Work Request.

Entire Agreement. This WR Three (including any attachments and addenda hereto) contains the entire agreement of the parties with respect to its subject matter. Unless otherwise agreed by this WR Three, the Master Agreement remains in full force and effect.

Each party warrants that the signatory signing on its behalf has the authority to contractually bind it to the terms and conditions set forth herein.

| ARMOUR Capital Management LP. | | SS&C Technologies Inc. signed by: | |
|---|---|---|---|
| By | [signature] | By | [signature] B6590EB70930465... |
| Name | James R. Mountain | Name | Normand A. Boulanger |
| Title | CFO | Title | President, COO |
| Date | April 19, 2016 | Date | April 20, 2016 |
| Address | | Address | 80 Lamberton Road, Windsor, CT 06095 |