IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>      Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.<br><br>      Defendant. | Case No. 17-cv-00790 |

**ORDER GRANTING MOTION FOR ADMISSION**
*PRO HAC VICE* **OF JOSEPH J. MAMOUNAS**

  THIS CAUSE came before the Court on the Motion for Admission *Pro Hac Vice* of Joseph J. Mamounas as Counsel for Plaintiff (the "Motion"). Having reviewed the Motion and being fully advised in the premises, it is hereby ORDERED that:

  1. The Motion is GRANTED.

  2. Joseph J. Mamounas is admitted to appear and participate in this action as counsel on behalf of Plaintiff, ARMOUR Capital Management LP.

  **DONE AND ORDERED** in Chambers at Hartford County, Connecticut this \_\_\_\_ day of May 2017.

                     _____
                     Jeffrey A. Meyer
                     United States District Judge

cc: All Parties and Counsel of Record

#51356810_v1