UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                       Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## ALLISON KERNISKY AS COUNSEL FOR PLAINTIFF

Pursuant to D. Conn. L. Civ. R. 83.1(d), Christopher M. Cerrito (the "Movant"), a member in good standing of the Bar of this Court, moves the Court to permit Allison Kernisky of Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, Miami, FL 33131, to appear and participate in this action *pro hac vice* as counsel for Plaintiff, ARMOUR Capital Management LP.

In support, Movant states as follows:

1. As set forth in the affidavit attached hereto as Exhibit A, Ms. Kernisky is a member in good standing of the Florida Bar, the U.S. District Court for the Southern District of Florida, the U.S. District Court for the Middle District of Florida, and the U.S. Court of Appeals for the Eleventh Circuit.

2. There are no disciplinary proceedings pending against Ms. Kernisky in any jurisdiction and she has not been disciplined by this Court or any other court.

3. Ms. Kernisky has fully reviewed and is familiar with the Local Rules of this Court.

4. This Motion is accompanied by a payment to the Clerk of the Court in the amount of $75.00.

5. In accordance with D. Conn. L. Civ. R. 83.1(c), Movant agrees to accept service of all papers on behalf of Ms. Kernisky.

WHEREFORE, Movant respectfully requests that the Court grant Allison Kernisky permission to appear *pro hac vice* for the purpose of representing Plaintiff ARMOUR Capital Management LP in this action.

Dated: May 17, 2017　　　　　　　　　　　Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tressler Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

and

By: */s/ Joseph Mamounas*
Joseph Mamounas (Florida Bar No. 41517)
*Pro Hac Vice* application forthcoming
joseph.mamounas@hklaw.com
Allison Kernisky (Florida Bar No. 41160)
*Pro Hac Vice* application forthcoming
allison.kernisky@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail or email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tressler Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com