UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                              Case No. 07-cv-0790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

### AFFIDAVIT OF ALLISON KERNISKY

I, Allison Kernisky, being duly sworn, depose and say:

1. I am an attorney with the law firm of Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, Miami, FL 33131, telephone: (305) 374-8500, facsimile: (305) 789-7799, and email: allison.kernisky@hklaw.com. Pursuant to D. Conn. L. Civ. R. 83.1(d), I offer this affidavit in support of the motion for my admission *pro hac vice* in this action.

2. I am a member in good standing of the Bar of the State of Florida, admitted on September 20, 2007, Bar No. 41160. I am also eligible to practice before the following courts:

| **Court** | **Date of Admission** |
|---|---|
| United States District Court for the Southern District of Florida | February 2, 2012 |
| United States Court of Appeals for the Eleventh Circuit | May 20, 2014 |
| United States District Court for the Middle District of Florida | July 15, 2015 |

3. There are no pending disciplinary complaints against me.

4

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I affirm that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Pursuant to Local Rule 83.1(d)(4), I will promptly file with the Clerk of the Court a certificate of good standing from the Florida Bar.

7. I designate my sponsoring attorney, Christopher M. Cerrito of Holland & Knight, LLP, One Stamford Plaza, 263 Tressler Boulevard, Suite 1400, Stamford, CT 06901, telephone: (203) 905-4500, facsimile: (203) 724-3944, and email: chris.cerrito@hklaw.com, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Allison Kernisky

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 17th day of May 2017, by Allison Kernisky, who is personally known to me or has produced _____ as Identification.

(SEAL)

Brenda E. Jennings Scott
Notary Public, State of Florida
Commission Number: GG 065408

BRENDA E. JENNINGS-SCOTT
MY COMMISSION # GG 065408
EXPIRES: May 2, 2021
Bonded Thru Notary Public Underwriters

5