IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>               Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.<br><br>               Defendant. | Case No. 17-cv-00790 |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF ALLISON KERNISKY**

THIS CAUSE came before the Court on the Motion for Admission *Pro Hac Vice* of Allison Kernisky as Counsel for Plaintiff (the "Motion").  Having reviewed the Motion and being fully advised in the premises, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      Allison Kernisky is admitted to appear and participate in this action as counsel on behalf of Plaintiff, ARMOUR Capital Management LP.

**DONE AND ORDERED** in Chambers at Hartford County, Connecticut this \_\_\_\_ day of May 2017.

_____
Jeffrey A. Meyer
United States District Judge

cc:  All Parties and Counsel of Record