# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| **ARMOUR Capital Management LP** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   **17-cv-00790-JAM** |
| **SS&C Technologies Inc.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Plaintiff ARMOUR Capital Management LP**.

Date:   **May 18, 2017**

**/s/ Joseph J. Mamounas**
*Attorney's signature*

**Joseph J. Mamounas (phv09010)**
*Printed name and bar number*

**Holland & Knight LLP**
**701 Brickell Avenue, Suite 3300**
**Miami, FL 33131**
*Address*

**joseph.mamounas@hklaw.com**
*E-mail address*

**305-374-8500**
*Telephone number*

**305-789-7799**
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 18, 2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**SS&C Technologies Inc.**
**C/O Corporation Service Company**
**50 Weston Street**
**Hartford, CT**
**06120-1537**
**Email: PIgoe@sscinc.com**

**/s/ Joseph J. Mamounas**
_____
*Attorney's signature*