UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                      Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

**PLAINTIFF'S STATEMENT REGARDING
BASIS FOR FEDERAL DIVERSITY JURISDICTION**

In response to the Court's May 18, 2017 Order to Show Cause Re Basis for Federal Diversity Jurisdiction (CM/ECF No. 9), Plaintiff, ARMOUR Capital Management LP ("ACM"), states as follows:

    1.    ACM is a limited partnership organized under the laws of Delaware with 11 partners: (1) Remmiz LLC (General Partner); (2) Stacumny LLC (General Partner); (3) Jeffrey J. Zimmer (Limited Partner); (4) Scott J. Ulm (Limited Partner); (5) Buford H. Ortale (Limited Partner); (6) Susan E. Zimmer (Limited Partner); (7) Alexander R.A. Ulm (Limited Partner); (8) Carolyn M. Zimmer Irrevocable Trust ("CMZ Trust") (Limited Partner); (9) Isabella L. Zimmer Irrevocable Trust ("ILZ Trust") (Limited Partner); (10) Emanon Investments 1 LLC (Limited Partner); and (11) DM Bell Blank Check Family LP (Limited Partner).

    2.    Jeffrey J. Zimmer, Scott J. Ulm, Susan E. Zimmer, and Alexander R.A. Ulm are citizens of Florida, and Buford H. Ortale is a citizen of Tennessee.

    3.    Remmiz LLC is a Florida limited liability company; its sole member, Jeffrey Zimmer, is a citizen of Florida. Remmiz LLC therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

4. Stacumny LLC is a Florida limited liability company; its sole member, Scott Ulm, is a citizen of Florida. Stacumny LLC therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

5. CMZ Trust is a Florida trust; its co-trustees are Jeffrey J. Zimmer and Susan E. Zimmer, both citizens of Florida. CMZ Trust therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

6. ILZ Trust is a Florida trust; its co-trustees are Jeffrey J. Zimmer and Susan E. Zimmer, both citizens of Florida. ILZ Trust therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

7. Emanon Investments 1 LLC is a Nevada limited liability company; its members are Marc Bell, a citizen of Florida, and Emanon LLLP, a limited liability limited partnership organized under the laws of Nevada. Emanon LLLP's only partners are (1) limited partner the Bell 2014 Family Trust, a Nevada trust whose trustee is Ruti K. Bell, a citizen of Florida, and (2) general partner Emanon LLC, a Nevada limited liability company whose members are (i) Marc Bell, a citizen of Florida, and (ii) the Marc H. Bell 2014 Family Irrevocable Trust, a Florida trust whose trustee is Ruti K. Bell, a citizen of Florida. Emanon Investments 1 LLC therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

8. DM Bell Blank Check Family LP is a limited partnership organized under the laws of Wyoming; its partners are general partners (1) DS Blank Check LLC, a limited liability company organized under the laws of Delaware whose sole member is Daniel C. Staton, a citizen of Florida, (2) MS Blank Check LLC, a limited liability company organized under the laws of Delaware whose sole member is Maria V. Staton, a citizen of Florida; and limited partners (3) Daniel C. Staton, (4) Maria V. Staton, (5) Arianna E.B. Staton, (6) George E.B. Staton III, (7) John C. B. Staton, and (8) Daniela V.B. Staton, all citizens of Florida. DM Bell Blank Check Family

LP therefore is a citizen of Florida for purposes of determining federal diversity jurisdiction.

9. ACM has no other partners.

Dated: May 19, 2017                                        Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tressler Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

and

By: */s/ Joseph J. Mamounas*
Joseph J. Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by mail or email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

By: */s/ Joseph J. Mamounas*
Joseph J. Mamounas (phv09010)
