# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**ALLISON BETH KERNISKY**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 20, 2007,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this May 17, 2017.*

Clerk of the Supreme Court of Florida.

FILED 2017 MAY 24 PM 2 29 U.S. DISTRICT COURT NEW HAVEN CT