Armour Capital Management LP, et. al., Plaintiff(s)
vs.
SSC Technologies Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 145944-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--SS&C Technologies, Inc., c/o Corporation Service Company

Court Case No. 3:17-CV-00790-JAM

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: **Connecticut** ) ss.
County of: **Hartford** )

Name of Server: **Christine Foran**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18th** day of **May**, 20 **17**, at **1:38** o'clock **P** M

Place of Service: at **50 Weston Street**, in **Hartford, CT 06120-1537**

Documents Served: the undersigned served the documents described as:
**Summons in a Civil Case; Complaint and Demand for Jury Trial; Exhibits A - C; Civil Cover Sheet**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
SS&C Technologies, Inc., c/o Corporation Service Company
By delivering them into the hands of an officer or managing agent whose name and title is: **Michele Taylor, General Agent/Authorized**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **Fe**; Skin Color **Brown**; Hair Color **Brown/Gray**; Facial Hair **N/A**
Approx. Age **57**; Approx. Height **5'4"**; Approx. Weight **140 & Glasses**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **19th** day of **May**, 20 **17**

Signature of Server
APS International, Ltd.

Notary Public    (Commission Expires)
**AMY J. CHANTRY**         03/31/2018
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES**

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**ARMOUR CAPITAL MANAGEMENT LP,**

V.    **SUMMONS IN A CIVIL CASE**

**SSC TECHNOLOGIES, INC.,**

CASE NUMBER: **3:17–CV–00790–JAM**

TO: **SSC Technologies, Inc.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Christopher M. Cerrito**
**Holland & Knight LLP – CT**
**263 Tresser Boulevard Stamford, 1400**
**Stamford, CT 06901**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – A. Potter
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2017–05–16 15:09:45.0**, Clerk
USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: