UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                                          Case No. 17-cv-00790-JAM

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff ARMOUR Capital Management, LP ("ACM") hereby discloses the following information in accordance with this Court's Order (ECF No. 5) and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. ACM has no parent corporation; and,

2. No publicly held company owns more than 10% of ACM's stock.

Dated: May 25, 2017                         Respectfully Submitted,

                                                  **HOLLAND & KNIGHT LLP**

                                                  By: */s/ Christopher M. Cerrito*
                                                  Christopher M. Cerrito (ct17183)
                                                  One Stamford Plaza
                                                  263 Tressler Boulevard, Suite 1400
                                                  Stamford, CT 06901
                                                  Phone: (203) 905-4500
                                                  Fax: (203) 724-3944
                                                  E-mail: chris.cerrito@hklaw.com

                                                  and

                                                  By: */s/ Allison Kernisky*
                                                  Joseph Mamounas (phv09010)
                                                  joseph.mamounas@hklaw.com
                                                  Allison Kernisky (phv09011)
                                                  allison.kernisky@hklaw.com

701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail or email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Allison Kernisky*
Allison Kernisky (phv09011)