IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | | Civil Case No. 3:17cv00790 (JAM) |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| SS&C TECHNOLOGIES, INC., ) | | |
| Defendant. ) | | JUNE 5, 2017 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAVEN:

Please enter the Appearance of undersigned counsel on behalf of the Defendant SS&C Technologies, Inc. in the above-entitled action.

Respectfully submitted,

THE DEFENDANT,
SS&C TECHNOLOGIES, INC.

By  /s/ *Alexa T. Millinger*
Alexa T. Millinger (ct29800)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
Telephone: (860) 331-2856
Facsimile: (860) 278-3802
Its Attorneys

56870273 v1

**CERTIFICATION**

      I hereby certify that on this June 5, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/ *Alexa T. Millinger*
                              Alexa T. Millinger (ct029800)