IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | Civil Case No. 3:17cv00790 (JAM) |
| Plaintiff,              ) | |
|                         ) | |
| v.                      ) | |
|                         ) | |
| SS&C TECHNOLOGIES, INC., ) | |
| Defendant.              ) | JUNE 5, 2017 |

**<u>MOTION FOR EXTENSION OF TIME</u>**

Pursuant to Local Rule 7(b), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time, up to and including June 22, 2017, to respond to Plaintiff Armour Capital Management LP's ("Plaintiff") Complaint date May 15, 2017. Defendant requires additional time to review and evaluate the claims raised and prepare a response.

This is Defendant's first request for such an extension of time, and Plaintiff's counsel has no objection to the granting of this Motion.

For the foregoing reasons, Defendant respectfully requests the Court grant this extension.

        Respectfully submitted,

        THE DEFENDANT,
        SS&C TECHNOLOGIES, INC.


By      /s/ *Jeffrey J. Mirman*
        Jeffrey J. Mirman (ct05433)
        HINCKLEY ALLEN & SNYDER, LLP
        20 Church Street
        Hartford, Connecticut 06103
        jmirman@hinckleyallen.com
        Telephone: (860) 331-2762
        Facsimile: (860) 278-3802
        Its Attorneys

## CERTIFICATION

I hereby certify that on this June 5, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              _____/s/ *Jeffrey J. Mirman*_____
                                              Jeffrey J. Mirman (ct05433)

56870281 v1