IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | | Civil Case No. 3:17cv00790 (JAM) |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| SS&C TECHNOLOGIES, INC., ) | | |
| Defendant. ) | | JUNE 21, 2017 |

## MOTION TO COMPEL AFFIDAVITS

The Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves to compel the Plaintiff to submit affidavits to support its claim of federal diversity jurisdiction.  In particular, the Defendant moves the Court to require the general partners, limited liability companies, and individual members to submit affidavits detailing the places of domicile and citizenship.

In support of this Motion the Defendant submits the attached Memorandum of Law.

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By  /s/ *Jeffrey J. Mirman*
Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
Telephone: (860) 331-2762
Facsimile: (860) 278-3802
Its Attorneys

56870595 v1

## CERTIFICATION

      I hereby certify that on this June 21, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                _____/s/ *Jeffrey J. Mirman*_____
                                                             Jeffrey J. Mirman (ct05433)