IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,  )<br>         Plaintiff,            )<br>                                )<br>v.                              )<br>                                )<br>SS&C TECHNOLOGIES, INC.,        )<br>         Defendant.             ) | Civil Case No. 3:17cv00790 (JAM)<br><br><br><br><br><br>JUNE 21, 2017 |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Instructions regarding the filing of the disclosure required under such rule, Plaintiff SS&C Technologies, Inc. ("SS&C") by and through its counsel states as follows:

- SS&C Technologies Holdings, Inc. ("SS&C Holdings") owns 10% or more of the stock of SS&C.

- By virtue of their ownership of stock in SS&C Holdings, T. Rowe Price Associates, Inc. and Janus Capital Management, LLC, respectively, own or control directly or indirectly, or have a beneficial interest of at least 10% of the stock of SS&C.

- No other person other person or entity owns or controls directly or indirectly, or has a beneficial interest of at least 10% of SS&C.

57018927 v1

        Respectfully submitted,

        THE DEFENDANT,

        SS&C TECHNOLOGIES, INC.

By      */s/ Jeffrey J. Mirman*
        Jeffrey J. Mirman (ct05433)
        HINCKLEY ALLEN & SNYDER, LLP
        20 Church Street, 18th Floor
        Hartford, Connecticut 06103
        jmirman@hinckleyallen.com
        Telephone: (860) 331-2762
        Facsimile: (860) 278-3802
        Its Attorneys

**CERTIFICATION**

I hereby certify that on this June 21, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                               /s/ *Jeffrey J. Mirman*
                                                                               Jeffrey J. Mirman (ct05433)