IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, )<br>    Plaintiff,    )<br>             )<br>v.             )<br>             )<br>SS&C TECHNOLOGIES, INC., )<br>    Defendant.   ) | Civil Case No. 3:17cv00790 (JAM)<br><br><br><br><br><br>JUNE 22, 2017 | |

## **MOTION TO DISMISS**

Defendant SS&C Technologies, Inc. ("SS&C"), by and through undersigned counsel, hereby respectfully moves this Court to dismiss Count II, claiming a violation under CUTPA; Count III, claiming breach of express warranty; Count IV, claiming unjust enrichment; Count V, claiming conversion; and Count VI, seeking rescission by Armour Capital Management, LP ("Plaintiff").

This case involves a dispute between two businesses regarding their respective duties and performance under a fully integrated, written agreement.  SS&C moves to dismiss all of Plaintiff's claims other than the breach of contract claim in Count I. Plaintiff's embellishment of its Complaint with counts under the Connecticut Unfair Trade Practices Act ("CUTPA") and other theories serves no purpose other than to clutter the pleadings with facially defective claims.

In support of the Motion to Dismiss Defendant attaches its Memorandum of Law.

57017927 v1

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By____/s/_*Jeffrey J. Mirman*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    Hinckley, Allen & Snyder LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

    Kevin J. O'Connor (*pro hac vice*)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    koconnor@hinckleyallen.com
    Telephone: (617) 378-4394
    Facsimile: (617) 345-9020

    Its Attorneys

**CERTIFICATION**

I hereby certify that on this June 22, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Jeffrey J. Mirman*
                                            Jeffrey J. Mirman (ct05433)