IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | Civil Case No. 3:17cv00790 (JAM) |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SS&C TECHNOLOGIES, INC., ) | |
|         Defendant. ) | JUNE 22, 2017 |

### REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS

Defendant SS&C Technologies, Inc. ("SS&C"), by and through undersigned counsel, hereby respectfully requests this Court grant oral argument on its Motion to Dismiss dated June 22, 2017 (Doc. 29).

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By____/s/_*Jeffrey J. Mirman*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    Hinckley, Allen & Snyder LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

Kevin J. O'Connor (*pro hac vice*)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394
Facsimile: (617) 345-9020

Its Attorneys

## **CERTIFICATION**

I hereby certify that on this June 22, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Jeffrey J. Mirman*
    Jeffrey J. Mirman (ct05433)