IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | Civil Case No. 3:17cv00790 (JAM) |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SS&C TECHNOLOGIES, INC., ) | |
|         Defendant. ) | JUNE 23, 2017 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAVEN:

      Please enter the Appearance of undersigned counsel on behalf of the Defendant SS&C Technologies, Inc. in the above-entitled action.

                          Respectfully submitted,

                          THE DEFENDANT,
                          SS&C TECHNOLOGIES, INC.

                          By __/s/__*Kevin J. O'Connor*_____
                             Kevin J. O'Connor (phv09058)
                             HINCKLEY, ALLEN & SNYDER LLP
                             28 State Street
                             Boston, MA 02109-1775
                             koconnor@hinckleyallen.com
                             Telephone: (617) 378-4394
                             Facsimile: (617) 345-9020

                             Jeffrey J. Mirman (ct05433)
                             Alexa T. Millinger (ct29800)
                             HINCKLEY, ALLEN & SNYDER LLP
                             20 Church Street, 18th Floor
                             Hartford, Connecticut 06103
                             jmirman@hinckleyallen.com
                             amillinger@hinckleyallen.com
                             Telephone: (860) 331-2762
                             Facsimile: (860) 278-3802

57026153 v1

**CERTIFICATION**

I hereby certify that on this June 23, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By __/s/__*Kevin J. O'Connor*_____
Kevin J. O'Connor (phv09058)

57026153 v1