# EXHIBIT A

## SS&C TECHNOLOGIES, INC.
## Master Agreement

This Master Agreement for Software, Maintenance and Support, Professional Services, and Other Services (the "Master Agreement") is entered into by and between ARMOUR Capital Management LP, having its principal office at 3001 Ocean Drive, Vero Beach, FL 32963 ("Client") and SS&C Technologies, Inc., a Delaware corporation having its principal office at 80 Lamberton Road, Windsor, CT 06095 ("SS&C"), and describes the terms and conditions pursuant to which SS&C shall license to Client certain Software and provide certain maintenance and other services.

In consideration of the mutual promises and upon the terms and conditions set forth herein, the parties agree as follows:

### 1. Certain Definitions
Capitalized terms are defined as follows unless otherwise indicated:

1.1 "Application Service" means Software hosted by SS&C provided to Client as a service.

1.2 "Confidential Information" means this Master Agreement, all Software, Documentation, information, data, drawings, benchmark tests, specifications, trade secrets, object code and machine-readable copies of the Software, source code relating to the Software (whether or not supplied to Client pursuant to this Master Agreement), and any other proprietary information supplied to Client by SS&C.

1.3 "Documentation" means any instructions regarding the use and functions of the Software, which may be printed manuals, or may be in electronic format, including "on-line" help files that may be included in the disc or other media on which the Software is delivered.

1.4 "Effective Date" means December 30, 2014 in the case of this Master Agreement and the Attachments and Work Request enumerated in Section 6.7.18. The Effective Date of any additional subsequent Attachment or Work Request shall be the date on which it has been signed by both the Client and SS&C, unless otherwise specified therein.

1.5 "Master Agreement" means (i) this Master Agreement, (ii) each Attachment, and (iii) each Work Request.

1.6 "Software" means SS&C's proprietary off-the-shelf computer software program(s) specified in an Attachment to this Master Agreement.

1.7 "Use" has the meaning given to it in the relevant Attachment or Work Request, as the case may be.

### 2. Software Licensing

2.1 From time to time SS&C may, subject to the terms and conditions of this Master Agreement, grant licenses to Client for the Software. Such Software licenses will be set forth in attachments attached to this Master Agreement numbered in sequence starting from A.1 (collectively, "Attachment A.x").

2.2 Limited License. Software licensed by SS&C to Client is specified and restricted in Attachment A.1 or any subsequently added attachment in the Attachment A.x series. Unless specified otherwise in an Attachment A.x, subject to the terms and conditions of this Master Agreement, SS&C hereby grants to Client a limited, perpetual, nonexclusive and nontransferable license to Use the software set forth in Attachment A.x and Documentation only at the designated installation address. Except for the rights expressly granted herein, this license does not transfer to Client title to any proprietary or intellectual property rights to the Software or Documentation, or any copyrights, patents, or trademarks, embodied or used in connection therewith. The license granted to Client hereunder does not include the Software source code.

2.3 Restrictions. Client will not directly, or indirectly through any affiliate, agent or other third party: (a) sell, lease, license or sublicense the Software or the Documentation to any third party; (b) decompile, disassemble, or reverse engineer the Software, in whole or in part; (c) write or develop any derivative software or any other software program based upon the Software or any Confidential Information; (d) use the Software to provide processing services to third parties, or otherwise use the Software on a 'service bureau' basis; (e) provide, disclose, divulge or make available to, or permit use of the Software by any third party without SS&C's prior written consent. The above stated restrictions shall also apply to all Third Party Software if provided by SS&C. Additional restrictions for specific Software are set forth in the relevant Attachment A.x to this Master Agreement.

2.4 Right to Copy. Client may make one (1) machine-readable copy of the Software for backup or archival purposes. Client may not copy the Software, except as permitted by this Master Agreement. Client shall maintain accurate and up-to-date records

# SS&C TECHNOLOGIES, INC.
## Master Agreement

of the number and location of all copies of the Software and inform SS&C in writing of such location(s). All copies of the Software and Documentation will be subject to all terms and conditions of this Master Agreement. Whenever Client is permitted to copy or reproduce all or any part of the Software or Documentation, all titles, trademark symbols, copyright symbols and legends, and other proprietary markings must be reproduced.

2.5   Distribution. SS&C shall issue to Client, as soon as practicable for Client's Use: (i) one (1) machine-readable copy of the Software, which shall include one (1) electronic copy of the appropriate Documentation. All Software, interim releases, version releases, error corrections, improvements, enhancements, fixes, patches and upgrades to the Software and related Documentation are only delivered electronically. Delivery occurs at Client's location.

2.6   Third Party Software. Unless otherwise specified, Client is responsible for licensing all third party software required to use the Software ("Third Party Software").

2.7   Outside Services and Other Third Party Software. Client may use outside data services and other third party software products in connection with the Software. Client is responsible for procuring these services and software and for the fees related to their installation and use.

2.8   Indemnification for Infringement. SS&C shall, at its expense, defend or settle any claim, action or allegation brought against Client that the Software, when used within the scope of this Master Agreement, infringes any patent or copyright, misappropriates any trade secret or otherwise infringes any proprietary or intellectual property right of any third party ("Indemnified Claim") and shall pay any final judgments awarded or settlements entered into in connection therewith. Client shall give prompt written notice to SS&C of any such Indemnified Claim and give SS&C the authority to proceed as contemplated herein, provided that settlement of any Indemnified Claim on terms that include an admission of liability by Client or a restriction on the operation of Client's business other than as it relates to the Software shall require Client's prior written consent, which shall not be unreasonably withheld or delayed. SS&C will have the exclusive right to defend any Indemnified Claim and make settlements thereof at its own discretion, and Client may not settle or compromise any Indemnified Claim, except with the prior written consent of SS&C. Client shall give such assistance and information, at SS&C's expense, as SS&C may reasonably require to settle or oppose such Indemnified Claim. In the event any such Indemnified Claim is brought or threatened, SS&C may, at its sole option and expense: (a) procure for Client the right to continue use of the Software or infringing part thereof; or (b) modify or amend the Software or infringing part thereof, or replace the Software or infringing part thereof with other software having substantially the same or better capabilities; or, if neither of the foregoing is commercially practicable, (c) terminate the license granted with respect to the relevant Software and, in the case of a pre-paid perpetual license, refund to Client a portion, if any, of the corresponding License Fee(s) paid by Client equal to the amount paid by Client less one forty-eighth (1/48) thereof for each month or portion thereof that such license has been in effect. SS&C and Client will then be released from any further obligation to the other under this Master Agreement, except for the obligations of indemnification provided for above and such other obligations that survive termination. The foregoing obligations of SS&C shall not apply to the extent any infringement of a third party's intellectual property rights arises as a result of modifications to the Software made by any party other than SS&C or a duly authorized representative of SS&C or Use of the Software other than in accordance with the Documentation. The foregoing states the entire liability of SS&C with respect to any Indemnified Claim.

2.9   Source Code. For purposes of this Master Agreement, the Software source code shall include machine and any related human-readable computer programming code in the programming language in which the source code was written, corresponding to the Software and all subsequent updates and enhancements made generally available in versions of the Software furnished to Software licensees ("Source Code"). The Source Code does not include any source code or object code of third party software, including without limitation, the programming language software used to write the Source Code, and software that may be integrated with the Software.

(a)   Escrow of the Source Code. SS&C shall deposit in escrow with an escrow agent, a copy of the Source Code, reflecting the then current version of the Software, and shall keep such Source Code current by making future deposits in escrow reflecting updates, enhancements and modifications made to the Software, and the escrow agent shall hold the Source Code in accordance with the terms of a written escrow agreement ("Escrow Agreement"). The Escrow Agreement may be a tri-party agreement among SS&C, Client and the escrow agent, or an agreement between SS&C and the escrow agent that provides for the escrow for the benefit of Client and other clients. SS&C reserves the right to terminate any Escrow Agreement, or Client's escrow thereunder, and substitute the escrow with another escrow agent. If (i), (ii), (iii), (iv), or (v) below are not withdrawn, rescinded or corrected, as the case may be, within sixty (60) days of their occurrence, then the Source Code may be released to Client from escrow only upon (i) SS&C's entry of an order for relief under Title 11 of the United States Code; (ii) the making by SS&C of a general assignment for the benefit of creditors; (iii) the appointment of a general receiver or trustee in bankruptcy of SS&C's business or property; or (iv) action by SS&C under any state insolvency or similar law for the purpose of its bankruptcy, reorganization, or liquidation.

## SS&C TECHNOLOGIES, INC.
## Master Agreement

SS&C is party to a certain Software Escrow Agreement with EscrowTech International, Inc. (the "EscrowTech Escrow Agreement") pursuant to which SS&C may deposit into escrow certain software code for the benefit of clients of SS&C. The escrow of the Source Code shall be pursuant to the EscrowTech Escrow Agreement, subject to SS&C's right to terminate the EscrowTech Escrow Agreement, or Client's escrow thereunder, and to substitute the escrow with another escrow agent provided, however, that at no time will the Source Code not be escrowed with an escrow agent for the benefit of the Client. In addition, if the Escrow Agreement (including the EscrowTech Escrow Agreement) is terminated by the escrow agent, other than for Client's breach, or if the escrow agent suffers bankruptcy, insolvency or the appointment of a receiver or assignee for the benefit of creditors or ceases to provide the escrow services, SS&C shall use reasonable efforts to appoint another escrow agent to hold the Source Code in escrow, in accordance with another Escrow Agreement.

(b) Client's use of the Source Code. If the Source Code is released to Client in accordance with the Escrow Agreement, Client shall treat the Source Code as Confidential Information and shall provide the Source Code the security and protection required by Section 6.3 hereof. Under all circumstances, the Source Code shall remain the property of SS&C and Client shall have no proprietary or intellectual property rights to such Source Code, or any copyrights, patents, or trademarks, embodied or used in connection therewith, except for the rights expressly granted therein. The Source Code shall be subject to the restrictions set forth in Sections 2.2 and 2.3 hereof applicable to Software, except Client may use the Source Code solely to maintain the Software and for no other purpose. Maintaining the Software includes making corrections and fixes to Software bugs and errors and any modifications reasonably necessary in order to use the Software in light of industry developments and Client's internal needs. Client understands and agrees that, upon its release, the Source Code shall be provided "as is" and SS&C shall have no obligation to maintain the Source Code. SS&C makes no warranties, whether express, implied, or statutory, regarding or relating to the Source Code. SS&C specifically disclaims all implied warranties of merchantability and fitness for a particular purpose with respect to the Source Code provided hereunder and with respect to the use of any of the foregoing. Client shall have the right to retain possession of and use the Source Code in accordance herewith, and to continue to maintain the Software in-house for five years from the time that the Source Code is released to the Client as set forth herein ("The Period") except under circumstances where satisfactory provision has been made for the continued support of Client or where the cessation of support services is due to material breach of this Master Agreement by Client or Client terminates the maintenance and support services for its convenience. At the end of The Period, Client shall (i) return the Source Code, and all copies, in whole or in part, all documentation relating thereto, and any other information related thereto its possession that is in tangible form, (ii) purge all copies of the Source Code from all computer storage media, and (iii) furnish SS&C with a certificate signed by an executive officer of Client verifying that (i) and (ii) above have been done.

3.  **Maintenance and Support**

    3.1  Software licensed under an Attachment A.x (or provided as an Application Service under and Attachment B.x) shall be accompanied with a Maintenance and Support Program ("Maintenance Program"). As part of a Maintenance Program, SS&C will provide telephone support, access to SS&C's online Solution Center, releases including major software enhancements and technology updates, typically annually, interim releases to upgrade the relevant Software and correct any defects or provide corrections, improvements, enhancements, fixes, patches and upgrades (collectively "Updates") to the Software and related documentation. SS&C reserves the right, however, (i) to develop and market new modules and add-on modules to the Software and/or new versions of the Software, which in SS&C's judgment contain such added functionality that an additional fee for such modules and/or versions is warranted; and (ii) to exclude such modules and versions from coverage as Updates under the Maintenance Program. Client's Use of the Updates is subject to the terms, conditions and disclaimers of this Master Agreement, but such Updates shall not be covered by any warranty in the Master Agreement. SS&C does not provide maintenance or support for any Third Party Software or any other third party products. All Updates provided by SS&C under the Maintenance Program are owned by SS&C and are Confidential Information.

    3.2  Software Releases to be Supported. SS&C will, during the term of the relevant Maintenance Program, support two releases of the Software at any one time: (i) SS&C's generally available current production version of the Software and (ii) the production version immediately preceding such version.

    3.3  Telephone Support. Telephone support consists of: (i) providing Software problem resolution, as described below, (ii) responding to Client's questions regarding implementation of such enhancements and modifications as SS&C may provide from time to time; and (iii) responding to Client's questions about use of the Software on a limited basis. Client may not use telephone support about Software use as a substitute for training in the use of the Software. SS&C charges additional fees for such training. SS&C will provide telephone consultation to Client as set forth in the relevant Attachment.

    3.4  Problem in Using the Software. If, during the term of the relevant Maintenance Program, Client encounters a problem in using the Software, Client shall notify SS&C. SS&C will diagnose the problem. If SS&C determines that the problem is caused by an error in the Software, SS&C will correct it. If SS&C determines that the problem is not caused by an error in the Software, Client shall pay

# SS&C TECHNOLOGIES, INC.
## Master Agreement

SS&C, at SS&C's then current rates, for all work performed to diagnose and determine its cause plus travel time and reasonable expenses incurred in performing such work.

    3.5    <u>Maintenance Program Term and Termination.</u> Unless otherwise specified in the relevant Attachment, for a perpetual license the initial Maintenance Program term for any Software licensed under an Attachment A.x will be effective on the Effective Date (the "Maintenance Program Effective Date") through and including the following December 31st. Thereafter, the Maintenance Program term shall be renewed automatically on an annual basis on each January 1st ("Renewal Date"), on the same terms and conditions subject to fee increase, unless terminated by either party by prior written notice of at least thirty (30) days prior to the expiration of the initial term or any renewal term.

    In the case of a term license or an Application Service, the term of the Maintenance Program shall be concurrent with the term of the relevant Attachment and renewal shall be in accordance with the terms of Attachment.

    3.6    <u>Maintenance Program Fees.</u> Initial annual Maintenance Program fees will be specified in the relevant Attachment A.x. SS&C will invoice Client annually on or about the Renewal Date, and Client will pay the Maintenance Program fee within thirty (30) days of receipt of each invoice. The annual Maintenance Program fee payable hereunder for the second and each subsequent term may increase from the prior year's non pro-rated Maintenance Program fee by an amount which shall not exceed the percentage change in the United States Consumer Price Index (All Urban Consumers) as published by the United States Department of Labor, Bureau of Labor Statistics for the one year ending two months prior to the end of the initial Term or each renewal term (as appropriate) (US CPI). In no event will the Maintenance Program fee be less than the prior year's non-pro-rated Maintenance Program fee.

    In the case of a term license or an Application Service, the Maintenance Program shall be included with the fees and increases shall be in accordance with the terms of Attachment.

    3.7    <u>Reinstatement After Client Termination.</u> After Client has terminated the Maintenance Program for any Software, Client may notify SS&C that it desires to reinstate the Maintenance Program. SS&C may, in its sole discretion, determine whether or not to reinstate the Maintenance Program. If SS&C permits reinstatement, Client shall pay SS&C the full Maintenance Program Fees that Client would have paid if such Maintenance Program had remained in effect from the date of termination through and including the date of reinstatement. After such payment, SS&C will provide Client with the latest generally available release of the Software and related Documentation.

**4.**    **Professional Services**

    4.1    <u>Services.</u> From time to time SS&C may, subject to the terms and conditions of this Master Agreement, perform certain services and/or provide or develop certain software or other products pursuant to work requests (each a "Work Request"). The terms and conditions of this Master Agreement are incorporated into and made a part of each Work Request. In the event of any inconsistency between the terms and conditions of this Master Agreement and any Work Request, the terms and conditions of the Work Request shall control.

    4.2    <u>Changes.</u> Client may at any time request a change in any Work Request under this Master Agreement.

    4.3    <u>Change Procedure.</u> To request a change, Client will request a change to a Work Request in writing. If the change requested is acceptable to SS&C, SS&C will estimate the resources required by the change and the effect of the change on any work in process. SS&C will then prepare a Work Request or amendment thereto and return it to Client. No action will be taken by SS&C on any requested change until a Work Request or amendment is signed by both parties.

    4.4    <u>SS&C Retains Ownership.</u> All software, products, and/or deliverables provided by SS&C under any Work Request are owned by SS&C and are Confidential Information. Client's Use of the software, products, and/or deliverables developed under a Work Request is subject to the terms, conditions and disclaimers of the Master Agreement but such software, products, and/or deliverables shall not be covered by any warranty in the Master Agreement.

    4.5    <u>Fees.</u> All fees are due and payable as specified in each Work Request hereunder. Where appropriate, each Work Request shall set forth estimated fees for the services to be performed.

    4.6    <u>Expenses.</u> Client shall reimburse SS&C for expenses incurred by SS&C for reasonable travel, lodging, meals, telephone, shipping, duplicating and other direct expenses. SS&C will provide such supporting documentation for expenses as Client may from time to time reasonably request.

# SS&C TECHNOLOGIES, INC.
## Master Agreement

    4.7    <u>Timing of Billing.</u> Fees and expenses incurred will be billed to Client on a monthly basis or as stated on the applicable Work Request. Fees and expenses are due and payable by Client upon receipt of SS&C's invoice.

5.    **Other Services.**

From time to time SS&C may, subject to the terms and conditions of this Master Agreement, provide other services such as Application Service, hosting service, data service or business process outsourcing service. Such other services will be described in attachments attached to this Master Agreement numbered in sequence starting from B.1 (collectively, "Attachment B.x").

6.    **General Terms and Conditions**

The following terms and conditions apply with respect to any licenses or services covered by this Master Agreement.

6.1    <u>Fees and Expenses</u>

    6.1.1.    <u>Fees and Late Days.</u> Client shall pay SS&C the fees specified in the relevant Attachment or Work Requests issued pursuant to this Master Agreement.

    All amounts described herein are in United States dollars and are net of all sales, use, property and related taxes and customs duties. All fees are due and payable as set forth in any Attachment or Work Requests. A late payment charge of one and one-half percent (1½%) per month (annual rate of 18%), or the maximum rate allowed by law, whichever is less, will be added to (i) the License Fee if not paid on the due date and (ii) all amounts due under this Master Agreement if not paid within thirty (30) days of the due date. If it should become necessary to turn this account over for collection, Client is responsible for all of SS&C's collection costs, including reasonable attorney's fees.

    6.1.2    <u>Taxes.</u> In addition to all other amounts required by this Master Agreement, Client shall pay or reimburse SS&C for all federal, state, and local sales, excise, use, or similar taxes based on payments to be made hereunder. All taxes owed by Client hereunder shall become due and payable when billed by SS&C to Client, or when assessed, levied or billed by the appropriate tax authority, even if such billing occurs subsequent to expiration or termination of this Master Agreement.

6.2.    <u>Disclaimer and Limitation of Liability</u>

    6.2.1    <u>Disclaimer.</u> Except as set forth in this Master Agreement or a relevant attachment, SS&C makes no warranties, whether express, implied, or statutory, regarding or relating to the Software or Documentation. SS&C specifically disclaims all implied warranties of merchantability and fitness for a particular purpose with respect to the Software and the Documentation.

    6.2.2    <u>Exclusion of Consequential Damages and Absolute Limitation of SS&C's Liability.</u> SS&C is not liable for any indirect, special, incidental or consequential damages of any kind, including without limitation, loss of profits, loss of use, business interruption, loss of data, or cost of cover in connection with or arising out of the furnishing, performance of any services under the Master Agreement, any Attachment or any Work Request, or use of the Software furnished hereunder or for breach of this Master Agreement, whether alleged as a breach of contract or tortious conduct, even if SS&C has been advised of the possibility of such damages. SS&C's liability under this Master Agreement for damages will not, in any event, exceed three times in the aggregate the fees paid by Client to SS&C under the relevant Attachment or Work Request giving rise to the claim for damages.

    6.2.3    <u>No Third Party Beneficiaries.</u> SS&C shall have no contractual or other obligations or liability to (i) ARMOUR Residential REIT, Inc. or (ii) JAVELIN Mortgage Investment Corp. directly or as third party beneficiaries of this Master Agreement or any other agreement between SS&C and Client.

    6.2.4    <u>Allocation of Risk.</u> The provisions of this Section allocate risks under this Master Agreement between Client and SS&C. SS&C's pricing reflects this allocation of risks and limitation of liability.

    6.2.5    <u>No Other Warranty.</u> Any written representation or warranty not expressly contained in this Master Agreement or a relevant Attachment or Work Request is not authorized or valid. No employee, agent, representative or affiliate of SS&C has authority to bind SS&C to any oral representations or warranty concerning the Software.

6.3.    <u>Confidential Information</u>

# SS&C TECHNOLOGIES, INC.
## Master Agreement

6.3.1 <u>Client's Responsibilities.</u> The Confidential Information constitutes valuable trade secrets of SS&C. Client shall use Confidential Information solely in accordance with the provisions of this Master Agreement. Client shall use its best efforts to prevent unauthorized use or disclosure of Confidential Information. Client will not disclose Confidential Information, or permit it to be disclosed, directly or indirectly, to any third party without SS&C's prior written consent. Client bears no responsibility for safeguarding information that is (i) publicly available, (ii) already in Client's possession and not subject to a confidentiality obligation, (iii) obtained by Client from third parties without restrictions on disclosure, or (iv) independently developed by Client without reference to Confidential Information. If Client is legally required to disclose Confidential Information, prior to such disclosure Client shall give notice to SS&C to permit SS&C to seek a protective order requiring that the Confidential Information be kept confidential.

6.3.2 <u>SS&C's Responsibilities.</u> In the course of SS&C's performance of this Master Agreement, it may become privy to certain Client trade secrets and Client proprietary and confidential information ("Client Confidential Information"). SS&C shall use the Client Confidential Information solely in accordance with the provisions of this Master Agreement. SS&C shall use its best efforts to prevent unauthorized use or disclosure of Client Confidential Information. SS&C will not disclose Client Confidential Information or permit it to be disclosed, directly or indirectly, to any third party without Client's prior written consent. SS&C bears no responsibility for safeguarding the confidentiality of information that is (i) publicly available, (ii) already in SS&C's possession and not subject to a confidentiality obligation, (iii) obtained by SS&C from third parties without restrictions on disclosure, or (iv) independently developed by SS&C without reference to Client Confidential Information. If SS&C is legally required to disclose Client Confidential Information, prior to such disclosure SS&C shall give notice to Client to permit Client to seek a protective order requiring that the Client Confidential Information be kept confidential.

6.3.3 <u>Notification of Unauthorized Access.</u> In the event that either party learns that a person or entity has gained unauthorized access to, or made an unauthorized disclosure of, the Confidential Information or the Client Confidential Information, as the case may be, the party learning of such access or disclosure shall immediately notify the other party in writing, providing the full particulars of such access or disclosure.

6.3.4 <u>Injunctive Relief.</u> In the event of actual or threatened breach of the provisions of Section 6.3.1 or 6.3.2, the nonbreaching party will have no adequate remedy at law and will be entitled to immediate and injunctive and other equitable relief, without bond and without the necessity of showing actual money damages.

6.4. <u>Term and Termination</u>

6.4.1 <u>Term.</u> This Master Agreement will take effect on the Effective Date and will remain in force for so long as any attachment is in force or until terminated as set forth below in Section 6.4.2. An Attachment may be terminated in accordance with its terms without terminating the Master Agreement. The Maintenance Program for any Software licensed on a perpetual basis may be terminated as set forth in the relevant Attachment A.x without terminating this Master Agreement or the perpetual Software license to which such Maintenance Program relates.

6.4.2 <u>Termination for Material Breach or Insolvency.</u> SS&C or Client may, by written notice to the other party, terminate this Master Agreement if any of the following events ("Termination Events") occur: (a) Either SS&C or Client is in breach of any material term, condition or provision of this Master Agreement, or of any other agreement between SS&C (or any affiliate of SS&C) and Client (or any affiliate of Client), which breach, if capable of being cured, is not cured within thirty (30) days after the non-breaching party gives written notice of such breach; or (b) SS&C or Client (i) terminates or suspends its business, (ii) becomes insolvent, admits in writing its inability to pay its debts as they mature, makes an assignment for the benefit of creditors, or becomes subject to direct control of a trustee, receiver or similar authority, or (iii) becomes subject to any bankruptcy or insolvency proceeding under federal or state statutes. If any Termination Event occurs, termination will become effective immediately or on the date set forth in the written notice of termination. The provisions of Sections 1, 2.2 (second to last sentence only), 2.3, 2.8, 4.4, and 6 (except for Sections 6.7.14 and 6.7.15) will survive termination of this Master Agreement.

6.4.3 <u>Obligations Upon Termination.</u> Within thirty (30) days after the date of termination of this Master Agreement or a a license granted under an Attachment A.x for any reason whatsoever, Client shall (i) return the Software, and all copies, in whole or in part, all Documentation relating thereto, and any other Confidential Information in its possession that is in tangible form, (ii) purge all copies of the Software from all computer storage media, and (iii) furnish SS&C with a certificate signed by an executive officer of Client verifying that (i) and (ii) above have been done.

6.5. <u>Assignment</u>

# SS&C TECHNOLOGIES, INC.
## Master Agreement

6.5.1    No Assignment.  Neither this Master Agreement nor any rights under this Master Agreement may be assigned or otherwise transferred by Client, in whole or in part, whether directly or by operation of law, without the prior written consent of SS&C, which consent shall not be unreasonably withheld.  For purposes of this Master Agreement: (i) a change of control of Client, sale of substantially all of the assets of Client and/or a merger or consolidation involving Client or any affiliate of Client effecting, directly or indirectly, a change of control of Client, shall be deemed to be an assignment or transfer of this Master Agreement and the rights under it by operation of law requiring the written consent of SS&C; (ii) a "change of control" shall be deemed to have occurred if any person or entity not in control of the Client before the Effective Date of this Master Agreement, thereafter acquires control of the Client; (iii) an affiliate of a person or entity is a person or entity that controls, is under common control with or is controlled by such other person or entity; (iv) control means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of a person or entity, whether through the ownership of voting securities, by contract or otherwise; (v) the terms "person" and "entity" include an individual, a corporation, partnership, association, trust, fund or any organized group of persons, whether incorporated or not and any receiver, bankruptcy trustee or similar official.

Any assignment or other transfer of this Master Agreement or the Software without the prior written consent of SS&C as required above shall constitute a material breach of this Master Agreement under Section 6.4.2(a).  Subject to the foregoing, this Master Agreement will be binding upon and will inure to the benefit of the parties and their respective successors and assigns.  Any attempted delegation, transfer or assignment prohibited by this Master Agreement shall be null and void.

6.6.    Notices

6.6.1    Notices.  Any notice required or permitted under the terms of this Master Agreement or required by law must be in writing and must be (a) delivered in person, (b) sent by first class certified mail, (c) sent by overnight courier, in each of (b) and (c) properly posted and fully prepaid to the appropriate address set forth below, (d) sent by facsimile, or (e) sent by e-mail.  Either party may change its facsimile number, e-mail address or its postal address for notice by notice to the other party given in accordance with this Section.  Notices will be considered to have been given at the time of actual delivery in person, three (3) business days after deposit in the mail as set forth above, or one (1) day after delivery to an overnight courier service, if sent by facsimile, notice will be considered delivered upon confirmation that the facsimile transmission has been successful by the transmission report denoting "OK" or any similar notation or if sent by e-mail, notice will be considered delivered upon confirmation of transmission.

If to SS&C:
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095
Attn: Legal Department
Fax: 860-298-4969
Phone: 860-298-4832
E-mail: notices@sscinc.com

If to Client:                                             Client's Billing Address:
ARMOUR Capital Management LP                             ARMOUR Capital Management LP
3001 Ocean Drive                                         3001 Ocean Drive
Vero Beach, FL 32963                                     Vero Beach, FL 32963
Attn:    Chief Operating Officer                         Attn: Accounts Payable
Fax:     +1 561-348-2408                                 Fax: +1 561-348-2408
Phone:   +1 772-617-4340                                 Phone: +1 772-617-4340
E-mail:  mrg@armourllc.com                               E-mail: accountspayable@armourllc.com

6.7.    Miscellaneous

6.7.1    Force Majeure.  Neither party will incur any liability to the other party on account of any loss or damage resulting from any delay or failure to perform all or any part of this Master Agreement if such delay or failure is caused, in whole or in part, by events, occurrences, or causes beyond its control and without its negligence, including without limitation, blackouts, acts of God, strikes, lockouts, riots, acts of war, terrorism, cyber-terrorism, earthquake, fire and explosions.  The inability to meet financial obligations is not a force majeure event.

6.7.2    Waiver.  Any waiver of the provisions of this Master Agreement or of a party's rights or remedies under this Master Agreement must be in writing to be effective.  Failure, neglect, or delay by a party in enforcing the provisions of this Master Agreement

## SS&C TECHNOLOGIES, INC.
## Master Agreement

or its rights or remedies will not be construed and will not be deemed to be a waiver of such party's rights under this Master Agreement and will not in any way affect the validity of the whole or any part of this Master Agreement or prejudice such party's right to take subsequent action.

6.7.3   Partial Invalidity. If any term, condition, or provision in this Master Agreement is found to be invalid, unlawful or unenforceable to any extent, the parties shall endeavor in good faith to agree to such amendments that will preserve, as far as possible, the intentions expressed in this Master Agreement. If the parties fail to agree on such an amendment, such invalid term, condition or provision will be severed from the remaining terms, conditions and provisions, which will continue to be valid and enforceable to the fullest extent permitted by law.

6.7.4   Entire Agreement. This Master Agreement (including any attachments and addenda hereto) contains the entire agreement of the parties with respect to the subject matter hereof and supersedes all previous communications, representations, understandings and agreements, either oral or written, between the parties with respect thereto.

6.7.5   Modification. This Master Agreement may be amended only by written agreement signed by both parties.

6.7.6   Headings. The headings used in this Master Agreement are for convenience of reference only and are not to be used for interpreting it.

6.7.7   Export Control. Client shall comply with all applicable export, re-export and foreign policy laws that may be imposed by the Canadian or United States government.

6.7.8   Counterparts. This Master Agreement and any addendum or Work Request may be executed in counterparts, each of which when so executed will be deemed to be an original. Such counterparts together will constitute one agreement. Signatures may be exchanged via facsimile or electronic mail and the parties hereto agree that signatures so exchanged shall be binding to the same extent as if original signatures were exchanged.

6.7.9   Choice of Law; Choice of Forum. This Master Agreement shall be interpreted, construed and in all respects governed under the laws of the State of Connecticut without regard to conflicts of law principles. Any action, suit or proceeding related to any dispute, claim or controversy or otherwise related to the rights and obligations of the parties under this Master Agreement shall be brought in the Superior Court of the State of Connecticut, Hartford County or in the United States District Court for the District of Connecticut. The parties hereto submit to the exclusive jurisdiction of such court.

6.7.10   No Solicitation. SS&C and Client agree not to directly or indirectly solicit any employee of the other to leave the employ of the other. The foregoing shall not prohibit either party from soliciting employment through newspaper advertisements or Internet postings so long as such means are not targeted specifically at the other party's employees.

6.7.11   Independent Contractors. The parties are, and shall remain, independent contractors. Except as provided herein, each party is not, and will not act as, an agent of the other party, nor shall either party or any of its employees be deemed to be employees of the other party and nothing in this Master Agreement shall be construed as creating a partnership, joint venture, an employer/employee relationship, an agent-principal relationship, or any similar relationship.

6.7.12   Authority to enter into Agreement. Each party warrants that it has all necessary power and authority to enter into this Master Agreement and that this Master Agreement and performance hereunder does not violate the terms of any contract, covenant or agreement between it and any unrelated third party. Each party warrants that the signatory signing on its behalf has the authority to contractually bind it to the terms and conditions set forth herein.

6.7.13   Disclosure; Use of Client's Name. SS&C is subject to United States federal and state securities laws. SS&C may make disclosures required by such laws. Subject to the confidentiality provisions of Section 6.3, SS&C may (i) refer to Client in generic client lists, new client announcements and product brochures and marketing materials indicating that Client is a client of SS&C; and (ii) issue a press release, subject to Client's prior reasonable review and consent, announcing that Client has engaged SS&C to provide software. SS&C may disclose to third party vendors (including software vendors) that provide products and/or services that may be used by Client, or that are used in conjunction with SS&C's products or services, that Client is a client of SS&C and such other information that is reasonably needed by such third party vendors.

6.7.14   Right to Subcontract. SS&C may subcontract or delegate the performance of any services under this Master Agreement or any Attachment or Work Request. SS&C shall remain responsible for all its obligations under this Master Agreement or

## SS&C TECHNOLOGIES, INC.
## Master Agreement

any Attachment or Work Request, as the case may be, notwithstanding any subcontracting or delegation of the performance of such obligations. SS&C shall ensure that any third party performing services under this Master Agreement or any Attachment or Work Request on SS&C's behalf complies with all of SS&C's obligations hereunder.

6.7.15 <u>Use of Affiliates</u>. In carrying out its duties pursuant to this Master Agreement or any Attachment or Work Request, some of the services for the Client may be delegated by SS&C to one or more of its affiliates.

6.7.16 <u>Time Limit to Claim Breach.</u> No action arising out of any breach or claimed breach of this Master Agreement or transactions contemplated by this Master Agreement may be brought by either party more than one (1) year after the cause of action has accrued. For purposes of this Master Agreement, a cause of action will be deemed to have accrued when a party knew or reasonably should have known of the breach or claimed breach.

6.7.17 <u>Voidability at SS&C's Option.</u> This Master Agreement shall be voidable at SS&C's option if Client does not enter into and deliver it on or before December 19, 2014.

6.7.18 Attachments and Work Request as of the Master Agreement Effective Date:
- A.1
- B.1
- Work Request One

IN WITNESS WHEREOF, the parties have executed this Master Agreement as of the dates set forth below.

| ARMOUR Capital Management LP | SS&C Technologies, Inc. |
|---|---|
| By _[signature]_ | By _[signature]_ |
| Name  James R. Mountain | Name  Normand A. Salonger |
| Title  Chief Financial Officer | Title  President + COO |
| Date  December 19, 2014 | Date  12/19/14 |
| Address  3001 Ocean Drive, Suite 201 | Address |
| Vero Beach, FL  32963 | |

# SS&C TECHNOLOGIES, INC.
## Master Agreement

### ATTACHMENT A.1- License and Maintenance Program

**I.   SOFTWARE LICENSE**

**A. Software Licensed under this Attachment A.1 (the "Software" for purposes of this Attachment A.1):**

      CAMRA™ for Microsoft® SQL Server™
      The following product modules are included:
- CI Manager™
- Impairments Manager™
- Report Express™
- Extend™
- TBA Dollar Roll™

      Debt & Derivatives™
      The following product module is included:
- Swaps™

**B. License Term:** Perpetual as set forth in Section 2.2 of the Master Agreement.

**C. License Fees:** $500,000, which sum is due and payable prior to the Effective Date of the Master Agreement. The License Fee is based on the total dollar value of the assets to be managed from time to time by Client using the Software (the "Asset Value"). For the purpose of this Attachment A.1, "manage" shall mean use of the Software in any fashion whatsoever in connection with any asset(s), and "asset(s)" shall mean any long, third-party financial interest of any nature whatsoever managed by the Software.

Additional License Fees: If the Asset Value appreciates or increases as a result of the operation of Client's business in the ordinary course, then no additional License Fee will be due hereunder. For purposes of clarity raising of additional capital through the issuance of stock or the use of leverage by ARMOUR Residential REIT, Inc. or JAVELIN Mortgage Investment Corp. shall be considered business in the ordinary course.

However, if the Asset Value increases as a result of the addition of new assets to be managed by Client using the Software resulting from or in connection with (i) a merger, or acquisition of substantially all the stock or assets of another entity, (ii) entering into a management agreement with a new entity where Client will manage assets using the Software, or (iii) any other extraordinary acquisition or occurrence, involving or effected by Client or any affiliate of Client, or otherwise (such new assets shall be referred to herein as the "Incremental Assets", and each such addition a "Triggering Event"), then an additional, incremental license fee (plus an increase in annual maintenance equal to twenty percent (20%) of such license fee regardless of any limitation which may exist in Section 3.6 of the Master Agreement) will be immediately due and owing in an amount equal to SS&C's then standard license fee to use the Software to manage assets equal in amount to the Incremental Assets value (as determined jointly by SS&C and Client based upon the parties' pre-determined criteria). In the event that Client merges with or acquires substantially all the stock or assets of another entity which is also a licensee of the Software, then no additional license fee shall be owed, but the maintenance fees for each entity shall continue.

Client will report to SS&C the occurrence of a Triggering Event and the Incremental Assets value within thirty (30) days after such an event. Client will provide SS&C with all backup documentation and other substantiating information of the Incremental Assets value upon request by SS&C. If Client fails to report a Triggering Event and/or fails to report or underreports the Incremental Assets value, then SS&C may terminate this Attachment A.1 for material breach after the cure period, pursuant to the provisions of Section 6.4.2 of the Master Agreement.

**D. Additional Restrictions:**

    1) Use means use by Client of the Hosted Software and all Third Party Software provided by SS&C, for Client's own internal information processing services and computing needs and for Client to support of ARMOUR Residential REIT, Inc. and JAVELIN Mortgage Investment Corp.

    2) Installation Address:
- If the Software is hosted pursuant to Attachment B.1:
  SS&C Technologies, Inc.
  80 Lamberton Rd.

## SS&C TECHNOLOGIES, INC.
### Master Agreement

Windsor, CT 06095

- If the Client takes delivery of the Software pursuant to section G below:
ARMOUR Capital Management LP*
3001 Ocean Drive
Vero Beach, FL 32963

*Use is restricted to a single active server at the installation address above or such other installation address as Client may provide from time to time. Simultaneous use at multiple Sites or on separate servers is authorized only upon payment of SS&C's then standard multi-site licensing fees.

**E. Limited Warranty:** SS&C warrants that as of the Effective Date and for three hundred sixty-four (364) days thereafter, the Software will perform in substantial accordance with the Documentation. If during such period, Client believes that the Software does not perform as warranted, Client shall notify SS&C of the purported failure to perform. SS&C shall investigate such purported failure to perform, and if SS&C determines that the Software does not substantially perform in accordance with the Documentation, then SS&C shall undertake to correct the Software, or replace the Software free of charge. If neither of the foregoing is commercially practicable for either SS&C or Client or is not completed within a reasonable time from the date of the Client's notification of the failure to perform, upon thirty (30) days advance written notice, Client may terminate the license granted with respect to the Software and receive a refund of the corresponding License Fee and any additional license fees paid by the Client, unless otherwise agreed by the parties. The warranty set forth above is made to and for the benefit of Client only. The warranty will apply only if: (a) the Software has been properly installed and used at all times and in accordance with the instructions for Use; and (b) no alteration, modification or addition has been made to the Software by persons other than SS&C.

**F. Third Party Software Provided by SS&C.** SS&C is providing the following Third Party Software:

Crystal Reports Version 2011 (five named user license). Provided by SS&C for no additional fee.. The SAP terms and conditions found on the Crystal Reports software will apply.

Included with the Software for no additional fee is a runtime license in the database management software PFXplus™, which is required to Use the Software (PFXplus is a registered trademark of the POWERflex Corporation of Victoria, Australia).

**G. Delivery of Software:** Provided that the Client's license to the Software has not been terminated pursuant to the terms of the Master Agreement, Client may request delivery of the Software at any time.

**II.    MAINTENANCE PROGRAM**

**A. Maintenance Program Fees:** The initial annual maintenance program fee is $100,000, which sum is due and payable prior to the Effective Date of the Master Agreement. The first Renewal Date is January 1, 2016.

**B. Support Hours:** SS&C will provide telephone support to Client with respect to the Software for no additional charge during SS&C's business hours of 8:30 a.m. to 5:30 p.m. Eastern Time Monday through Friday, excluding SS&C holidays (as SS&C may modify such service hours from time to time by notices to Client and all other Software licensees).

# SS&C TECHNOLOGIES, INC.
## Master Agreement

### ATTACHMENT B.1- Hosting, Process Automation and Data Management Services ("Hosting Services")

A. **Hosted Software:**   CAMRA™ 'S'™ for Microsoft® SQL Server™ (15 named users)
The following product modules are included:
- CI Manager™
- Impairments Manager™
- Report Express™
- Extend™
- TBA Dollar Roll™

Debt & Derivatives™ (15 named users)
The following product module is included:
- Swaps™

B. **Term:** This Attachment B.1 shall remain in full force and effect for a term of five (5) years from the Effective Date (the "Initial Term") and will thereafter automatically renew for additional one (1) year periods (the "Renewal Term"), unless otherwise terminated as provided by the Master Agreement or this Attachment B.1. Either party may terminate this Attachment B.1 following the Initial Term or any Renewal Term by giving the other party written notice at least thirty (30) days prior to the end of the Initial Term or any Renewal Term. Notwithstanding the foregoing, the Client may terminate this Attachment B.1 for any reason or no reason at all by giving SS&C one hundred twenty (120) days prior written notice.

C. **Fees:** The monthly fee for the Hosting Services in Attachment B.1 is $10,000 USD. The first month's payment is due prio to the Effective Date. Subsequent payments are due and payable monthly in advance. If Client requires additional users for the Hosted Software, then an additional, incremental monthly fee will be immediately due and owing in an amount equal to SS&C's then standard fee.

Following the Initial Term, beginning with the first Renewal Term, the Hosting Services fees may be increased by SS&C at the commencement of each Renewal Term. SS&C shall notify Client of any such increase in the Hosting Services fees in writing at least ninety (90) days prior to commencement of the Renewal Term in which such an increase is effective.

D. **Hosting, Process Automation and Data Management Services:** SS&C will maintain for Client the Hosted Software processing environment through SS&C's processing center in Windsor, CT. The Client will have on-line access to the Hosted Software. The description below specifies the Hosting, Process Automation and Data Management Services that SS&C will provide under this Attachment B.1.

1. Provisioning and Maintenance of the Hosted Software in SS&C's Data Center, including:
   - Physical and virtual technology infrastructure for hosting of licensed software as described in this Attachment B.1.
   - Physical and virtual infrastructure allowing network connectivity and remote (user level) access to hosted environments
   - Segregated databases for Client, in a shared infrastructure environment, up to an aggregate total of 50 GB of storage
   - Data center operations staffing and support, including periodic infrastructure maintenance and availability monitoring
   - Environmental support for infrastructure operations including but not limited to data center floor space, power, heating and cooling, physical security systems, UPS systems and diesel generator back-up
   - Data backup and storage as described in this Attachment B.1. Standard services include nightly tape backup stored onsite, weekly tape backup stored at an offsite facility for a rotating five weeks, monthly tape backup stored offsite for twelve months and yearly tape backups stored offsite for ten years and disposed of shortly after the eleventh anniversary. Increased levels of data protection and backup are available at additional cost.
   - Disaster recovery to an alternate data center site (within 48 hours of an outage)

2. System Access Controls
   - Ongoing administration of user access rights in response to client requests. Client is responsible for timely notification to SS&C of relevant user account additions and deletions.
   - Network password administration in accordance with Client standards
   - Network security in accordance with SS&C security policy and standards

# SS&C TECHNOLOGIES, INC.
## Master Agreement

3. Communications
   - Maintenance of internet connectivity for Client access
   - Provisioning of secure, internet-based CITRIX software connectivity for access to the Hosted Software

4. Database and Operating System Maintenance
   - Periodic maintenance updates of operating system and database platform software
   - Installation of database and operating system software releases in accordance with SS&C platform currency standards.

5. Licensed Software Release and Upgrade Support
   - Coordination of upgrade schedules in conjunction with Client
   - Installation of new Hosted Software releases and updates provided that Maintenance Program services pursuant to Section 3 of the Master Agreement have not been terminated
   - Migration of Hosted Software releases and updates to production environment
   - Provide an environment for Client testing of releases

6. Monitoring Services
   - System availability monitoring
   - Network monitoring
   - Server and storage utilization monitoring
   - Antivirus and security monitoring

7. Batch Processing Data Management Operations and Support
   - Daily import and load of trades from Client and AVM
   - Daily import of market pricing from Bloomberg and IDC
   - Daily import of Client-provided cash flows
   - Daily import of transactions from Citibank as custodian
   - Daily export of holdings information to BlackRock Solutions
   - Daily extract of open positions to AVM
   - Monitoring of the nightly process and timely response to interruptions
   - Notification to Client of nightly process status
   - Proactive issue resolution and escalation to Client as required

8. Disaster Recovery
   - Disaster recovery infrastructure will be maintained at an alternate physical location from the primary production data center hosting facility. In the event of a critical primary data center failure, the Client's infrastructure will be made available for access in the alternate location within 48 hours of critical failure declaration, with a maximum data loss of 24 hours worth of processing.
   - SS&C will accommodate one annual DR testing event in partnership with Client, with a minimum of 30 days of notification of the testing event.

E. **Service levels:**

SS&C shall deliver its Services under this Attachment B.1 in a professional and workmanlike manner.
   - "System Availability" is defined as the percentage of time that the Hosted Software is available for processing during Business Hours during a calendar month, outside of scheduled maintenance periods.
   - Regular maintenance periods with corresponding scheduled system unavailability will occur on a monthly basis, every second Sunday of the month, from 6:00AM to 12:00PM Eastern US time.
   - Scheduled Exception maintenance may occur infrequently in addition to regular maintenance periods, and will be performed with a minimum 30 days notice to Client.
   - Unscheduled exception maintenance, with 24 hours of notice or less, may occur in emergency change situations.
   - The System Availability standard shall be 99%.
   - If SS&C fails to provide 99% System Availability for two consecutive months, Client may notify SS&C in writing regarding the specific failure by SS&C. If SS&C fails to provide 98% System Availability for three consecutive months,

**SS&C TECHNOLOGIES, INC.**
Master Agreement

and Client previously provided SS&C with written notice following the second consecutive month of failed delivery in accordance with this paragraph, then Client may terminate this Attachment B.1 for breach.
- Support for hosting issues is available 24x7 on regular business days
- Application support services are available from 5:00AM to 11:59 PM Eastern US time
- Problem Identification and Resolution

SS&C and Client will each take direct responsibility for notification of selected personnel for the purpose of prompt resolution of processing problems. In the event that Client reports a severe or critical issue, SS&C will respond as quickly as practicable and continue to work with the Client to resolve the issue or develop a work around that allows the Client to continue processing. SS&C and Client will mutually develop and agree to a problem identification process and procedure after execution of the Agreement.

**F. Client Responsibilities:**

- Designate responsible system administration liaison with SS&C
- Designate and maintain Client primary and secondary escalation contacts for batch operations issue escalation
- Maintain Hosted Software trained operations staff
- Validate financial results of each new release of the Hosted Software prior to its being placed into production
- Maintain and support appropriate communication facilities at Client site for hosting connectivity
- For Client provided, and client-managed data sources, prepare and upload all required input data in CAMRA™ 'S'™ for Microsoft® SQL Server™ / Debt & Derivatives™, in standard SS&C-defined formats to a designated secure FTP site according to agreed-upon processing schedules.

**G. Return of Data:**
- Following termination of this Attachment B.1 SS&C shall upon written request, promptly return to Client, in the format and on the media in use as of the date of request, all, or any requested portion of, the Client Data.

# SS&C TECHNOLOGIES, INC.
## Master Agreement

### WORK REQUEST ONE- Initial Implementation Services

<u>Description of Services to be Performed.</u>  SS&C will provide on-site and remote implementation services including business workflow analysis, environment setup, data conversion analysis, interface development and testing in support of Client's implementation of the Software.

Assistance will include the following:
- Project Management, Governance and Business Process Review
    - Project Governance including assistance with project management, issue tracking, status reporting, and project and steering committee meetings.
    - Project kickoff and review of the SS&C file formats and conversion processes.
    - Business process review, operational model confirmation and assistance with development of process and procedures for Software usage.
    - Technical Accounting Support to assist the Client in establishing the proper accounting treatments for each asset class.

- Environment Set-up, Configuration and Data Conversion
    - Software installation including technical assistance in the establishment of the operating environment supporting the Software.
    - Assistance with creating Client required interfaces / connections for receiving daily trades, market data, custody feeds, and swaps transactions.
    - Assistance with the mapping of static data to support Clients use of the Software to include, but not limited to; Security Masters, Issuers, Brokers, Security Types, Custodians, etc.
    - Assistance with the establishment of a general ledger chart of accounts and associated posting rules.
    - Create an extract of open positions for BlackRock.
    - Assistance with the conversion of initial open positions as of 12/31/2014.
    - Implementation training.
    - Provide assistance with mapping of source data to SS&C documented upload file formats to facilitate data conversion.
    - Implementation and training support for the Software and following modules:
        - CI Manager™ - Consult with Client on establishing connectivity with Client's custodian for the receipt of daily cash and holdings files.
        - Impairments Manager™ - Assist and consult with Client on establishing their impairment rules in CAMRA.
        - Crystal/Report Express™ - train the Client on the database schema, Crystal Reports and the Report Express module.
        - Extend™ - Configure and train on the implementation of Extend and consult with Client on custom data storage and reporting requirements.
        - TBA Dollar Roll™ - train the Client on the use of the TBA module in CAMRA.
        - Swaps – training on the setup and use of the Swaps module.
    - Perform a production financial analysis and reconciliation of yields and book values as of 12/31/2014 with the Client.
    - Testing support for core software products and module including support for interfaces, cash flow updates, Bloomberg feeds, general ledger and reporting.
    - Production conversion assistance with the loading of 12/31/2014 open positions as provided by Client into the CAMRA database.
    - Transaction catch-up support for an estimated two months until transactions are being processed daily by Client.

<u>Applicable Rate.</u>  SS&C shall provide an estimated 1,850 hours of support in relation to the services described above on a time and material basis at a rate of $225 per person per hour and based on the assumptions set forth below.  Travel time to and from Client's site will not be billable.

<u>Assumptions</u>

The services described above are based on the following assumptions:
- Project duration of 4-6 months
- This is a point in time conversion; no historical activity will be loaded as part of this conversion (all open trade lots as of the agreed upon point in time conversion date will be loaded).
- 2 accounting bases are required by Client, US GAAP and Tax.

# SS&C TECHNOLOGIES, INC.
## Master Agreement

- The Client will create and support the required SS&C file formats to load the static data, security masters, security attributes, cash flows, yield curves, floating rates, initial conversion positions, ongoing transactions, custodian and market data to the Software.
- The Client will provide the initial positions in the SS&C electronic format.
- A similar General Ledger chart of accounts is being used for each entity.
- Client will obtain all necessary third party data licenses (e.g. Bloomberg, IDC, Intex).
- Client will provide access to month end bank and reconciliation statements for the transaction catch-up process.
- Client will be responsible for completion, review and signoff of monthly reconciliations. SS&C will be available to assist.
- Development of a general ledger interface is not required as part of this effort.
- Standard Report Express reports will be used. Any additional interfaces or reports will be reviewed during the implementation and developed on a time and materials basis.
- Client, including any requisite vendors, will have knowledgeable staff to participate in the project as required.

SS&C will provide information related to the usage of billable hours as part of our project reporting.

If there is a change in the services described in this Work Request One that is requested by Client and requires SS&C to perform additional work, such additional work shall be billed to Client on a time and materials basis at the rates set forth above. All fees and expenses incurred will be billed to Client monthly and are due and payable upon receipt of SS&C's invoice.

Other Services. If Client requests any services in addition to the services specified in this and any other consulting engagement under the Master Agreement, SS&C and the Client shall specify such services and the fees payable therefore, in another Work Request.