# EXHIBIT B

# SS&C Technologies Inc
# Work Request Two

This Work Request No. Two ("WR") is issued pursuant to, and incorporates the terms of, the Processing Services Agreement dated December 19, 2014 as amended (the "Agreement") by and between ARMOUR Capital Management LP, ("Client") SS&C Technologies Inc. ("SS&C"). The parties intend that this WR establishes a cap on fees for the services set out herein and in Work Request One, which was attached to the Agreement.

Effective Date of this WR.  This WR will be effective as of March 31, 2016.

Description of Services to be Performed.  In addition to the services and assumptions set out in Work Request One, SS&C will provide on-site and remote implementation services for the rolling forward through March and the assistance of April processing.

Assistance will include the following:
- Implementation Services:
    - Daily Processing
    - Month end Reconciliations
    - GL Processing
    - Generating Trial Balances

Fixed Fee for Completion.  SS&C shall provide implementation services described above for a fixed fee of $728,725. The breakdown of this fixed fee is as follows:

- $421,425 has been paid thru April 15, 2016
- $307,300 will be invoiced and payable upon Completion of the Implementation

If there is a change in the services described in this WR that is requested by Client and requires SS&C to perform additional work, such additional work shall be billed to Client on a time and materials basis at the rates set forth above and described in a new or updated work request.

Out-of-pocket expenses incurred will be capped at $25,000. All fees and expenses incurred will be billed to Client as set out above and are due and payable upon receipt of SS&C's invoice.

Completion of Implementation.  Implementation will be considered complete when Client personnel have successfully processed one complete month of transactions using CAMRA as implemented ("Completion of Implementation").

SS&C Obligation.  As part of the Maintenance Program, SS&C is obligated to correct any defects or provide corrections, improvements, enhancements, fixes, patches and upgrades (collectively "Updates") to the Software and related documentation.

Counterparts.  This WR shall be executed in counterparts, each of which when so executed will be deemed to be an original. Such counterparts together will constitute one agreement. Signatures may be exchanged via facsimile or electronic email and the parties hereto agree that signatures so exchanged shall be binding to the same extent.

Other Services.  If Client requests any services in addition to the services specified in this and any other consulting engagement under the Agreement, SS&C and the Client shall specify such services and the fees payable therefore, in another Work Request.

Entire Agreement.  This WR (including any attachments and addenda hereto), along with Work Request One and the Agreement, contains the entire agreement of the parties with respect to its subject matter. Unless otherwise agreed by this WR, the Agreement remains in full force and effect.

IN WITNESS WHEREOF, the parties have executed this WR as of the date of the last signatory hereof. Each party warrants that the signatory signing on its behalf has the authority to contractually bind it to the terms and conditions set forth herein.

*(Signatures Follow)*

## SS&C Technologies Inc
## Work Request Two

ARMOUR Capital Management LP

BY: *[signature]*

NAME: James R. Mountain

TITLE: Chief Financial Officer

DATE: April 19, 2016

SS&C TECHNOLOGIES, INC.

BY: *[DocuSigned signature]*
—B6590EB70930465...

NAME: Normand Boulanger

TITLE: President & COO

DATE: April 20, 2016