IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
| Plaintiff, | ) | 3:17cv00790 (JAM) |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | JULY 21, 2017 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves for an extension of time, up to and including August 16, 2017, to respond to Plaintiff Armour Capital Management LP's ("Plaintiff") First Amended Complaint dated July 13, 2017 (Doc. 35). Defendant requires additional time to review and evaluate the claims raised and prepare a response.

This is Defendant's first request for such an extension of time, and Plaintiff's counsel has no objection to the granting of this Motion.

For the foregoing reasons, Defendant respectfully requests the Court grant this extension.

57075491 v1

Respectfully submitted,

THE DEFENDANT,
SS&C TECHNOLOGIES, INC.


By_____/s/ *Jeffrey J. Mirman*_____
      Jeffrey J. Mirman (ct05433)
      HINCKLEY ALLEN & SNYDER, LLP
      20 Church Street
      Hartford, Connecticut 06103
      jmirman@hinckleyallen.com
      Telephone: (860) 331-2762
      Facsimile: (860) 278-3802

      Kevin J. O'Connor (phv09058)
      Hinckley, Allen & Snyder LLP
      28 State Street
      Boston, MA 02109-1775
      koconnor@hinckleyallen.com
      Telephone: (617) 378-4394
      Facsimile: (617) 345-9020

      Its Attorneys

## **CERTIFICATION**

I hereby certify that on this July 21, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ *Jeffrey J. Mirman*
                                                  Jeffrey J. Mirman (ct05433)

57075491 v1