IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | Civil Case No. 3:17cv00790 (JAM) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SS&C TECHNOLOGIES, INC., ) | |
| Defendant. ) | AUGUST 16, 2017 |

**<u>DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT</u>**

Pursuant to F.R.C.P. Rule 12(b)(6) and Local Rule 7, the Defendant SS&C Technologies, Inc. ("SS&C"), by and through undersigned counsel, respectfully moves this Court to dismiss all claims asserted against it by the Plaintiff Armour Capital Management, LP ("ACM") in its First Amended Complaint and Demand for Jury Trial ("Amended Complaint"), dated July 13, 2017 (Doc. 35) and to thereafter enter judgment on behalf of SS&C and against ACM.

This case involves a dispute between two sophisticated businesses regarding the implementation of asset-accounting software and related services. SS&C moves to dismiss all five of ACM's claims asserted against it in the Amended Complaint, including Breach of Contract (Count I); violation under the Connecticut Unfair Trade Practices Act ("CUTPA") (Count II); Intentional Misrepresentation (Count III); Negligent Misrepresentation (Count IV); and Rescission (Count V).

In support of this Motion to Dismiss, SS&C files the accompanying Memorandum of Law.

    Respectfully submitted,

    THE DEFENDANT,

    SS&C TECHNOLOGIES, INC.


By____/s/_*Jeffrey J. Mirman*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    Hinckley, Allen & Snyder LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802


    Kevin J. O'Connor (*pro hac vice*)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    koconnor@hinckleyallen.com
    Telephone: (617) 378-4394
    Facsimile: (617) 345-9020

    Its Attorneys

## **CERTIFICATION**

I hereby certify that on this August 16, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                       _____/s/ *Jeffrey J. Mirman*_____
                                                         Jeffrey J. Mirman (ct05433)