**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | |
| v. | August 29, 2017 |
| SS&C TECHNOLOGIES INC. | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

Plaintiff, ARMOUR Capital Management LP ("ACM"), moves, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), for an enlargement of time up to and including September 20, 2017, to file a memorandum in opposition to Defendant, SS&C Technologies Inc.'s ("SS&C"), motion to dismiss the amended complaint, and states in support:

1. ACM filed the First Amended Complaint and Demand for Jury Trial (the "Amended Complaint") on July 13, 2017. (ECF No. 35.)

2. SS&C moved the Court for a 20-day enlargement of time to respond to the Amended Complaint. (ECF No. 37.) The Court granted SS&C's motion (ECF No. 40), and SS&C filed its Motion to Dismiss and supporting Memorandum of Law (the "Motion to Dismiss") on August 16, 2017 (ECF No. 43), making ACM's opposition memorandum due September 6, 2017. *See* D. Conn. L.R. 7(a)(2).

3. ACM respectfully requests a brief 14-day enlargement of time up to and including September 20, 2017, to file its opposition brief. ACM has good cause for the requested relief,

including undersigned counsel's deadlines and travel schedules for an upcoming mediation and multiple out-of-town depositions in other matters, as well as the intervening Labor Day holiday.

4. This Court is vested with broad discretion to grant the relief requested. *See, e.g.*, *Bey v. City of New York,* 454 F. App'x 1, 2 (2d Cir. 2011) ("[D]istrict courts have broad discretion to manage their caseload and dockets . . . ."); *see also Ramashwar v. City of New York,* 231 F. App'x 276, 28 (2d Cir. 2007) (district court did not abuse its discretion in enlarging time pursuant to Rule 6(b)); *Lopez v. Burris Logistics Co.*, No. 3:12-CV-1039 (CSH), 2013 WL 5932100, at *3 (D. Conn. Nov. 6, 2013) (granting enlargement of time for good cause shown).

5. This is ACM's first request for an enlargement of time.

6. This motion is made in good faith and is not for the purpose of gaining undue advantage or delaying these proceedings. The motion, if granted, will not impact any of the pretrial deadlines.

7. SS&C does not oppose the relief requested by this motion.

WHEREFORE, ACM respectfully requests that the Court enter an order enlarging the time for it to file a memorandum in opposition to SS&C's Motion to Dismiss up to and including September 20, 2017.

Dated: August 29, 2017                           Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tressler Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

and

Case No. 17-cv-00790-JAM

By: */s/ Allison Kernisky*
Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Allison Kernisky*
    Allison Kernisky (phv09011)

#53481681_v2