IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, )<br>         Plaintiff, )<br>                    )<br>v.                              )<br>                    )<br>SS&C TECHNOLOGIES, INC., )<br>         Defendant. ) | Civil Case No. 3:17cv00790 (JAM)<br><br><br><br><br><br>SEPTEMBER 15, 2017 | |

## **MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel respectfully moves this court to permit the appearance pro hac vice of Jason C. Williams, for the purpose of representing it in this action. In support of its motion, Defendant attaches the Affidavit of Jason C. Williams as <u>Exhibit A</u> and states as follows:

1. Jason C. Williams is a member in good standing of the Bar of the Commonwealth of Massachusetts. Mr. Williams has never been disciplined, suspended or disbarred by any court. Mr. Williams is an Associate in undersigned counsel's Boston, Massachusetts office, and has been working with undersigned counsel in representing the interests of the Defendant in this matter.

2. Mr. Williams agrees to be bound by the Local Rules of Civil Procedure.

3. The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders and pleadings may be served.

57169094 v1

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit the appearance pro hac vice of Jason C. Williams to serve as counsel for the Defendant.

        Respectfully submitted,

        THE DEFENDANT,

        SS&C TECHNOLOGIES, INC.

By     */s/ Jeffrey J. Mirman*
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    HINCKLEY ALLEN & SNYDER, LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802
    Its Attorneys

## CERTIFICATION

I hereby certify that on September 15, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/ *Jeffrey J. Mirman*
                                             Jeffrey J. Mirman (ct05433)