IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,   )<br>            Plaintiff,                                )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>SS&C TECHNOLOGIES, INC.,              )<br>                                                        )<br>            Defendant.                           ) | Civil Case No. 3:17cv00790 (JAM)<br><br><br><br><br><br><br>SEPTEMBER 15, 2017 |

### AFFIDAVIT OF JASON C. WILLIAMS

I, Jason C. Williams, depose and state as follows:

1.  I am an attorney at law and a member in good standing of the Bars of the Commonwealth of Massachusetts. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

2.  I am an Associate with Hinckley, Allen & Snyder, LLP. My business address is 28 State Street, Boston, Massachusetts 02109; My email address and phone number are: jwilliams@hinckleyallen.com; Tel: (617) 345-9000.

3.  I am admitted to practice in the State Court of the Commonwealth of Massachusetts. My Massachusetts Bar No. is 691051. I am also admitted to practice in the U.S. Court of Appeals for the Federal Circuit.

4.  I am an attorney in good standing and am eligible to practice before the above-mentioned courts.

5.  I am not currently suspended or disbarred in any jurisdiction and have never been suspended or disbarred in any jurisdiction.

57169125 v1

6. There are no pending disciplinary complaints against me such as to which a finding has been made that such complaint should proceed to a hearing. I am not currently the subject of any pending disciplinary matter and have never been the subject of any disciplinary matter.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I request that I be admitted to appear pro hac vice to represent the Defendant SS&C Technologies, Inc., in this matter.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and agree to be subject to those rules.

10. I designate Jeffrey J. Mirman, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice.

_____
Jason C. Williams

57169125 v1

COMMONWEALTH OF MASSACHUSETTS )
                                                     ) ss.: Boston
COUNTY OF SUFFOLK                 )

Subscribed and sworn to personally before me this 15th day of September, 2017.

_____
Notary Public
Commissioner of the Superior Court

CAROL W. ZYRKOWSKI
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 19, 2021

57169125 v1