IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | October 9, 2017 |
| v. | |
| SS&C TECHNOLOGIES INC., | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF SCRIVENER'S ERROR**

Plaintiff, Armour Capital Management LP ("ACM"), gives notice that in its Opposition to Defendant's Motion to Dismiss First Amended Complaint, ACM inadvertently cites *Fabcon East, LLC v. Stegla Group, Inc.*, No. 10-4601, 2011 WL 2293454, at *4 (D.N.J. June 8, 2011), which applies (in part) Connecticut law, as having been decided by this Court.  *See* ECF No. 49 at 11.

Notwithstanding this unintentional error, ACM refers the Court, if necessary, to *VP Electric, Inc. v. Graphic Arts Mutual Insurance Co.*, No. 3:12–CV–00453 (JCH), 2013 WL 4737327, at *5 (D. Conn. Aug. 20, 2013) and *Pusztay v. Allstate Insurance Co.*, No. FSTCV065002425S, 2009 WL 2357958, at *4 (Conn. Super. Ct. June 30, 2009).

Case No. 17-cv-00790-JAM

2

Dated: October 9, 2017                             Respectfully submitted,

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
chris.cerrito@hklaw.com
One Stamford Plaza
263 Tressler Boulevard, Suite 1400
Stamford, CT 06901
Telephone: (203) 905-4500
Facsimile: (203) 724-3944

and

By: */s/ Allison Kernisky*
Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, a true and correct copy of this document was served by electronic and U.S. mail on all counsel of record.

By: */s/ Allison Kernisky*
Allison Kernisky (phv09011)

2