Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK_____ RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: _____ hours 45 minutes

DATE: 11/14/17        START TIME: 2:06        END TIME: 2:51

LUNCH RECESS     FROM: _____ TO: _____

RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:17-cv-00790-JAM

ARMOUR Capital Management LP                    Joseph J. Mamounas
                                                              Plaintiff's Counsel

vs
SS&C Technologies, Inc.                          Kevin J. O'Connor
                                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing              ☐ Show Cause Hearing
☐ Evidentiary Hearing          ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#43____ Motion to Dismiss Amended Complaint          ☐ granted ☐ denied ☑ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____          ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____          ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____          ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion_____          ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion_____          ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ............ _____          ☐ filed ☐ docketed
☐ ............ _____          ☐ filed ☐ docketed
☐ ............ _____          ☐ filed ☐ docketed
☐ ............ _____          ☐ filed ☐ docketed
☐ ............. _____          ☐ filed ☐ docketed
☐ ............ _____          ☐ filed ☐ docketed
☐ ............ Hearing continued until _____ at _____

Notes: