IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
| | ) | 3:17cv00790 (JAM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | JANUARY 16, 2018 |

### SS&C's CONSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS

The Defendant SS&C Technologies, Inc. ("SS&C") files this Motion for Extension of Time to respond to the Plaintiff Armour Capital Management, LP's ("ACM") Second Set of Interrogatories and Request for Production, dated December 22, 2017.

SS&C seeks an extension up to an including **February 5, 2018** within which to serve its objections and responses to ACM's discovery requests. There is good cause for this extension, as the interrogatories and document requests require significant investigation to procure proper responses. SS&C has already begun this process, but requires additional time. Additionally, two of the undersigned counsel for SS&C are unavailable in January due to trial and medical leave.

Pursuant to Local Rule 7(b)2, SS&C represents that ACM has consented to this extension.

57407095 v1

This is SS&C's first request for additional time.

        Respectfully submitted,

        THE DEFENDANT,

        SS&C TECHNOLOGIES, INC.


    By      /s/ *Alexa T. Millinger*
        Jeffrey J. Mirman (ct05433)
        Alexa T. Millinger (ct29800)
        HINCKLEY ALLEN & SNYDER, LLP
        20 Church Street, 18th Floor
        Hartford, Connecticut 06103
        jmirman@hinckleyallen.com
        amillinger@hinckleyallen.com
        Telephone: (860) 331-2762
        Facsimile: (860) 278-3802


        Kevin J. O'Connor (phv09058)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        koconnor@hinckleyallen.com
        Telephone: (617) 378-4394
        Facsimile: (617) 345-9020

        Its Attorneys

## **CERTIFICATION**

I hereby certify that on January 16, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/ *Alexa T. Millinger*
                                                              Alexa T. Millinger