# Exhibit A

## AFFIDAVIT OF G. HUNTER HAAS, IV

Before me personally appeared G. Hunter Haas, IV, who, being duly sworn, deposes and states as follows:

1. I am over eighteen years of age, am competent to make this affidavit, and have personal knowledge of the facts that follow.

2. I am the President, Chief Investment Officer, Chief Financial Officer, and Treasurer of Bimini Capital Management, Inc. ("Bimini"). I also am a director and the Secretary and Treasurer of Bimini Advisors, Inc., which in turn is the manager of Bimini Advisors, LLC ("Bimini Advisors"), the registered investment advisor for Bimini.

3. Bimini is a publicly-traded company, located at 3305 Flamingo Drive, Vero Beach, FL 32963. Bimini serves as an asset manager which invests primarily in residential mortgage-related securities and trades on the OTC Bulletin Board ("OTCBB") under the ticker BMNM.

4. Effective September 2, 2015, Bimini Advisors entered into a Master Agreement for Software, Maintenance and Support, Professional Services, and Other Services ("Master Agreement") with SS&C Technologies Inc. ("SS&C"). That agreement incorporates, among other things, the following: Attachment A-1, a License and Maintenance Program Agreement under which Bimini licensed the "CAMRA" software package from SS&C; Attachment B-1, a Hosting, Process Automation, and Data Management Services Agreement ("Hosting Agreement") under which SS&C was to provide and maintain a hosted software environment for CAMRA; and Work Request One, under which SS&C agreed to provide implementation services ("WR One").

5. I signed the Master Agreement on Bimini's behalf and am the Bimini representative who worked most closely with SS&C with respect to the software and services at issue in the Master Agreement, including the Hosting Agreement and WR One.

6. Under the Master Agreement, and specifically WR One, SS&C was, and Bimini always understood SS&C to be, responsible for implementing CAMRA on a hosted basis for Bimini with the assistance of Bimini.

7. Bimini satisfied all requests made of it to support CAMRA being fully implemented for Bimini on a hosted basis. Unfortunately, SS&C never fully implemented CAMRA for Bimini on a hosted basis.

8. Out of frustration with the failed implementation process, Bimini renegotiated its agreement with SS&C and opted to switch from hosting to outsourcing.

9. Bimini does not object to SS&C providing documents that refer or relate to Bimini to counsel for ARMOUR Capital Management LP in its lawsuit against SS&C.

Under penalties of perjury, I declare that the foregoing is true and correct.

Executed on January 29, 2018
in Indian River County, Florida.

*[signature]*
G. Hunter Haas, IV