# Exhibit B

ACM Follow On Discovery Requests

- <u>Implementation playbook</u> – Responsive to ACM's June 26, 2017 Request No. 10.

- <u>Resource plans</u> – Responsive to ACM's June 26, 2017 Request No. 12.

- <u>Documents relating to the leadership changes in Professional Services</u>, including Iwona Olszewska's move out of Professional Services in 2015 and her termination and re-hiring in December 2017, Dan Pallone's April 2015 hiring, the hiring and termination of Tony Gonzalez in 2016, and Tim Reilly's reduced responsibilities in April 2017 – Responsive to ACM's June 26, 2017 Request Nos. 11, 12 and 20.

- <u>Weekly status reports for Bimini, Fortress and Resource</u> – Responsive to ACM's June 26, 2017 Request Nos. 13, 20 and 24 and ACM's Dec. 22, 2017 Request Nos. 4-11.

- <u>Documents relating to resource allocation issues or lack of client commitment, involving implementation for the four "problem" REITs (ACM, Bimini, Resource and Fortress)</u> – Responsive to ACM's June 26, 2017 Request Nos. 13, 20 and 24 and ACM's Dec. 22, 2017 Request Nos. 4-11.

    o For purposes of eliminating any conceivable burden on SS&C, we agree to narrow this search to the following custodians:

        - Norm Boulanger
        - Tim Reilly
        - Dan Pallone
        - Iwona Olszewska
        - David Russell
        - Tony Gonzalez
        - Dave LaMonica
        - Josh Brown
        - Don Johnson

    o We further agree to narrow this search to the following terms, or related terms devised by SS&C:

        - (delay* OR solution OR risk OR "root cause" OR "all hands" OR "outstanding issues" OR consultant* OR "on board*" OR lengthy OR "over budget" OR commitment OR "all hands" OR FTE* OR "go live" OR (track* /5 red) OR closure OR accountability OR bandwidth OR "resource allocation" OR "resource issue" OR "resource requirement*" OR staffing OR understaff* OR "short staff*" OR overstaff* OR capacity OR status OR "close out" OR "lean* on" OR "lack of support" OR "REIT franchise" OR "clean close" OR resolution OR progress OR (substantive /5 plan) OR "on track" OR "off track" OR overbid OR underbid OR underestimate OR overestimate OR "how much time" OR "free services" OR independen* OR "best practices") AND implement*

- ((Incomplete OR incorrect) /10 (data OR format)) OR "manual process*" OR (automat* /10 workflow*) OR "accounting methodology" OR "project manager" OR (staff /10 availab*) OR (lack /10 train*) OR ((incomplete OR missing)) /10 reconciliation*) OR (implement* /10 (fail* OR unsuccessful OR "not succeed"))

- ((hylton /5 socher) OR (dav* /5 bryant) OR (hunter /5 haas))

o Note that ACM provides these search terms to assist SS&C with locating responsive documents, including those that relate to the above-mentioned topics and terms, irrespective of whether they refer on their face to ACM/ARMOUR, Bimini, Fortress or Resource. If SS&C intends to limit its production to such documents, please let us know immediately so that we can take it up with the court.

- <u>Documents relating to the relationship between Professional Services and Sales in 2014</u> – Responsive to ACM's June 26, 2017 Request No. 6.

  o For purposes of eliminating any conceivable burden on SS&C, we agree to narrow this search to the following custodians:

    - Norm Boulanger
    - Tim Reilly
    - Iwona Olszewska
    - Jack Quinn
    - Jeff Fecteau
    - Dennis Moore
    - David Russell
    - Josh Brown

  o We further agree to narrow this search to the following terms, or related terms devised by SS&C:

    - (Budget OR timeline OR competent* OR "high level" OR milestone OR "brought in" OR "internal work" OR "work effort" OR "get involved" OR (overall /10 solution) OR "profit center" OR ((problem OR issue*) /10 "license* client*") OR "no idea" OR "know what they are doing" OR wrong OR "more resources" OR "more expertise" OR (manage /5 success* OR finish)) AND implement*

  o Again, if SS&C intends to limit its production to documents that only mention ACM/ARMOUR, Bimini, Fortress or Resource on the face of the document, please let us know immediately so that we can take it up with the court.

- <u>Profit and Loss Statements for Professional Services, the REIT Servicing Group, and Institutional and Investment Management from 2014-2017</u> – responsive to ACM's June 26, 2017 Request No. 18.

2