# Exhibit D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | |
| v. | December 22, 2017 |
| SS&C TECHNOLOGIES INC., | |
| Defendant. | |

**ARMOUR CAPITAL MANAGEMENT LP'S
SECOND REQUEST FOR PRODUCTION TO SS&C TECHNOLOGIES INC.**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff, ARMOUR Capital Management LP ("ACM"), serves its Second Request for Production (the "Second Request") to Defendant, SS&C Technologies Inc. ("SS&C").  Such production shall occur on January 22, 2018, at Holland & Knight LLP, One Stamford Plaza, 263 Tressler Boulevard, Suite 1400, Stamford, CT 06901.

**DEFINITIONS**

1.      ACM incorporates by reference the definitions and rules of construction set forth in Rule 26(c) and (d) of the Local Civil Rules of the United States District Court for the District of Connecticut as if fully set forth herein, including the definitions of "Communication," "Document," and "Concerning," and the rules of construction for "All/Each," "And/Or," and "Number."

2.      "You," "Your," and "SS&C" mean Defendant, SS&C Technologies Inc., and Your employees, officers, directors, shareholders, members, partners, attorneys, agents, managers, representatives, and each and every Person acting on Your behalf or at Your direction.

3.      "ACM" means Plaintiff, ARMOUR Capital Management LP and ACM's employees, officers, directors, shareholders, members, partners, attorneys, agents, managers, representatives, and each and every Person acting on ACM's behalf or at its direction.

4.      "Amended Complaint" means the First Amended Complaint and Demand for Jury Trial filed by ACM in this lawsuit on July 13, 2017.

5.      "Master Agreement" means the Master Agreement for Software, Maintenance and Support, Professional Services, and Other Services between ACM and SS&C dated December 19, 2014, including all incorporated attachments and work requests, as referenced in and attached to the Complaint at Exhibits A-C.

6.      "CAMRA" means, collectively, the products and services offered by SS&C to ACM under the Master Services Agreement, including CAMRA, CI Manager, Impairments Manager, Report Express, TBA Dollar Roll, Extend, Swaps, or Debt & Derivatives, and all versions of such software and all related services, including maintenance, support, and hosting, as referenced at paragraph 28 of the Amended Complaint.

7.      "Including" means including but not limited to.

8.      The terms "discussing," "referring to," "referencing," "regarding," "reflecting," "relating to," "pertain to" or "pertaining to" mean setting forth, pertaining to, memorializing, constituting, embodying, discussing, analyzing, reflecting, concerning, relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts, or contradicts.

9.      The term "Person" or "Persons" shall mean any natural person, individual, corporation, real estate investment trust ("REIT"), partnership, joint venture, firm, voluntary or unincorporated association, other business association, entity or enterprise, proprietorship, trust, estate, governmental agency, board, authority, commission, bureau, department or such other governmental or quasi-governmental entity, group of natural persons, or other entity and includes any other natural person or person acting on behalf of a natural person in any capacity whatsoever.

10.      The term "Contact Information" shall refer to the full name and last known title, location, telephone number, street address, and e-mail address of any Person.  If the Person for which You are asked to provide Contact Information is or was an employee of You, please also identify all positions the employee held with You and the corresponding dates of employment.

## <u>INSTRUCTIONS</u>

1.      When answering these requests, You must furnish all Documents available to You, including Documents in Your possession, custody or control or in the possession, custody or control of related entities, current or former attorneys, experts, accountants, banks, insurers, agents, investigators, employees, representatives, or any other Persons acting on Your behalf.

2.      If You believe that any of the following requests calls for Documents subject to a claim of privilege, answer or produce so much as is not objected to, state that part of each request raising an objection and set forth the basis for Your claim of privilege with respect to such information as You refuse to give, including a statement identifying the nature of the information withheld; for each Document as to which You claim privilege, state the date and subject matter of the Document, the name(s) of the Person(s) who prepared the Document and the name(s) of the Person(s) for whom the Document was intended.

3.      If any requested Document was once in Your possession, custody, or control but has been destroyed or lost, set forth in writing the contents of the Document, the date the Document was destroyed or lost, and the name of the Person who authorized or directed the destruction of the Document or was last in possession of the Document.

4.      If You cannot produce any of the Documents in full, produce to the extent possible and specify in writing the reasons for Your inability to produce the remainder of the Document.

5.      After the date of Your initial production of responsive Documents, if additional responsive Documents come into Your possession, custody, or control, such additional responsive Documents must be produced immediately.

6.      Unless otherwise indicated, the time frame applicable to these requests for production is **May 1, 2014 through May 1, 2017**.

## INSTRUCTIONS AS TO ELECTRONICALLY STORED INFORMATION

Electronically stored information ("ESI") is to be produced in 300 x 300 DPI Group IV Monochrome Tagged Image File Format (.TIFF or .TIF) files, with color Documents in Joint Photographic Experts Group (.JPEG or .JPG) files.  TIFF and JPEG files shall be produced in single-page format along with Concordance image load files (.OPT).  All Documents are to be provided with multi-page extracted or OCR text (.TXT) files indicating page breaks.  Extracted text and/or OCR text shall not be embedded in the .DAT file but rather shall be provided as separate, Document-level text files, the names of which shall contain the beginning bates number of the Document.  If a Document is provided in native format with a placeholder TIFF (e.g., a MS-Excel or .CSV file), the text file shall contain the extracted text of the native file.  Provide any metadata values associated with the produced electronic information in the form of a metadata load text file (.DAT file) and using Concordance standard delimiters.  Unless such materials contain privileged information, MS-Excel and .CSV spreadsheets shall be produced in native format.  The metadata load file (.DAT) shall contain a link to the produced MS-Excel spreadsheets via data values called "Native Link" and a "TextPath" field containing the path (including the file name) to the extracted text or OCR file for each Document.  The Native Link values shall contain the full directory path and file name of the MS-Excel spreadsheet as contained in the produced media.  Produce native MS-Excel and .CSV files accompanied by a placeholder .TIFF sheet containing the name of the bates number for each produced file.  To the extent such materials contain information subject to a claim of privilege, they shall be produced in the form of redacted .TIFF images.  Sequential bates numbers and any confidentiality designation shall be electronically branded on each TIFF image of ESI.  Each file name shall be unique and match the bates number of the page.  The file name shall not contain any blank spaces and shall be zero padded.

## REQUESTS FOR PRODUCTION

1.      All Documents, including Communications, reflecting or relating to items or tickets involving CAMRA submitted to TFS or Applix, including Your monthly lists of open items.

2.      All Documents, including Communications, reflecting or relating to discussions about switching a CAMRA customer, or a CAMRA customer being switched, from hosting or licensing to outsourcing.

3.      All Documents, including Communications, reflecting or relating to efforts to implement CAMRA for Bimini Capital Management, Inc., or NY Mortgage Trust.

4.      All Documents, including Communications, reflecting or relating to "delays on a solution for these asset types," as referenced in David Russell's September 22, 2015 email to Tim Reilly and others (SSC136496), attached at Exhibit A, including all Documents and Communications reflecting or relating to the reasons for such "delays."

Case No. 17-cv-00790-JAM

5.      All Documents, including Communications, reflecting or relating to the reasons that SS&C had, or may have had, "3 implementations at risk," as referenced in Mr. Russell's September 22, 2015 email to Daniel Pallone and others (SSC136497), *see* Exhibit A, including all Documents and Communications reflecting or relating to the reasons for such "risk."

6.      All Documents, including Communications, reflecting or relating to the "problem[s]" that caused the "4 . . . REIT implementations" to be considered "problem REIT implementations" as referenced in Mr. Reilly's February 1, 2016 email to Mr. Pallone (SSC095414), attached at Exhibit B, including all Documents and Communications reflecting or relating to the reasons for such "problem[s]."

7.      All Documents, including Communications, reflecting or relating to the "less than ideal on boarding experiences" referenced in Mr. Pallone's February 11, 2016 email to Mr. Reilly and others (SSC148165), attached at Exhibit C, including all Documents and Communications reflecting or relating to the reasons such "experiences" were "less than ideal."

8.      All Documents, including Communications, reflecting or relating to the reasons for the "lengthy/over budget implementation[s]" and such "implementation[s]" being "in the marketplace and becoming a common negative in [SS&C's] new business discussions" as referenced in Mr. Reilly's February 11, 2016 email to Mr. Pallone (SSC148166), *see* Exhibit C.

9.      All Documents, including Communications, reflecting or relating to SS&C's "approach to CAMRA license implementations," as referenced in Mr. Pallone's August 18, 2016 email to Mr. Reilly and others (SSC145636), attached at Exhibit D, including all Documents and Communications reflecting or relating to the reasons for any changes to that approach.

10.     All Documents, including Communications, reflecting or relating to "the issues with our licensed clients" referenced in Joshua Brown's August 18, 2016 email to Mr. Pallone and others (SSC054003), attached at Exhibit E, including all Documents and Communications reflecting or relating to the reasons for such "issues."

11.     All Documents, including Communications, reflecting or relating to "the CS issue with the license clients," that Mr. Pallone stated would cause SS&C to "lose the REIT franchise," in his November 17, 2016 email to Mr. Reilly (SSC146951), attached at Exhibit F, including all Documents and Communications reflecting or relating to the reasons for such "issue."

Dated: December 22, 2017          **HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
      Christopher M. Cerrito (ct17183)
      chris.cerrito@hklaw.com
      One Stamford Plaza
      263 Tressler Boulevard, Suite 1400
      Stamford, CT 06901
      Telephone: (203) 905-4500
      Facsimile: (203) 724-3944

      and

4

Case No. 17-cv-00790-JAM

By: */s/ Allison Kernisky*
      Joseph Mamounas (phv09010)
      joseph.mamounas@hklaw.com
      Allison Kernisky (phv09011)
      allison.kernisky@hklaw.com
      701 Brickell Avenue, Suite 3300
      Miami, FL 33131
      Telephone: (305) 374-8500
      Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, a true and correct copy of this document was

served by electronic and U.S. mail on all counsel of record.

By: */s/ Allison Kernisky*
      Allison Kernisky (phv09011)

5

Message

| | |
|---|---|
| **From:** | Johnson, Adriana [ajohnson@sscinc.com] |
| **Sent:** | 9/23/2015 1:12:53 PM |
| **To:** | Olszewska, Iwona [iolszewska@sscinc.com] |
| **Subject:** | RE: Need your Opinion.... |

ok I'll ask them what works best Tuesday morning or early afternoon. the kick off meeting is at 3:30.

**From:** Olszewska, Iwona
**Sent:** Wednesday, September 23, 2015 9:12 AM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....

Ok. see if you can get me in there for ether Tuesday or Wednesday....

**From:** Johnson, Adriana
**Sent:** Wednesday, September 23, 2015 9:10 AM
**To:** Olszewska, Iwona
**Subject:** RE: Need your Opinion....

I think it'll work best if you visit them as you'll be able to maybe get something out of them.  I think if I'm there they may not be as open.

**From:** Olszewska, Iwona
**Sent:** Wednesday, September 23, 2015 9:04 AM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....

Hi, should we go on Monday afternoon to meet with Armour or it does not make any difference? Or, I can can visit Armour either Tuesday or Wednesday...thougths?

**From:** Johnson, Adriana
**Sent:** Wednesday, September 23, 2015 8:35 AM
**To:** Olszewska, Iwona
**Subject:** RE: Need your Opinion....

So, what about            When are you going? I need to book airfare.  I was planning on going Tuesday morning and coming back Wednesday night.  who else is going?

**From:** Olszewska, Iwona
**Sent:** Wednesday, September 23, 2015 8:16 AM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....

Good. I assume that covers MSRs, right?

**From:** Johnson, Adriana
**Sent:** Wednesday, September 23, 2015 8:13 AM
**To:** Olszewska, Iwona
**Subject:** RE: Need your Opinion....



**EXHIBIT**

tabbies*

_A_

CONFIDENTIAL

SSC136493

Gary is collecting the August data today.

---

**From:** Olszewska, Iwona
**Sent:** Wednesday, September 23, 2015 8:09 AM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....

Great news on yesterday.....

I will ping Dave, Sasha is a bit too optimistic I think...we have not seen their data? When is that coming? We should plan for asap.

---

**From:** Johnson, Adriana
**Sent:** Wednesday, September 23, 2015 8:08 AM
**To:** Olszewska, Iwona
**Subject:** RE: Need your Opinion....

I sent Dave, Sasha's response, which I'm not 100% comfortable with and he didn't respond.  Sasha thinks that we know, but I don't think we'll have a full understanding until we see the data.

Btw, yesterday's visit went well.  the format of showing them the screens on camra and talking through them worked better than just looking at the spreadsheets.  I think we should do something like this for ▮▮▮▮▮▮ The question is who will do it? Pravin knows the screens, I can talk through the document while he displays the screens and Dave can fill in the business knowledge.

---

**From:** Olszewska, Iwona
**Sent:** Wednesday, September 23, 2015 6:51 AM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....
**Importance:** High

Sorry about it, I forgot to respond.....

There is nothing simple on MSRs (you're absolutely correct). Do we have 100% understanding of MSR processing for ▮
▮ ?

Check your email below, Dave R escalated and there is a good reason.

Given the situation, make sure you run it by Dave R...how is ▮▮▮▮ getting these numbers? Plus, what do we think is going to be in 7.04? which piece of the functionality.

Put me on your response, interesting how DP didn't have me on his email.

---

**From:** Johnson, Adriana
**Sent:** Tuesday, September 22, 2015 8:35 PM
**To:** Olszewska, Iwona
**Subject:** Re: Need your Opinion....

How should I respond?

CONFIDENTIAL

On Sep 22, 2015, at 1:52 PM, Olszewska, Iwona <iolszewska@sscinc.com> wrote:

Give me 10 min

**From:** Johnson, Adriana
**Sent:** Tuesday, September 22, 2015 1:52 PM
**To:** Olszewska, Iwona
**Subject:** FW: Need your Opinion....

How do you want me to respond to Dan Pallone's fwd.  I was going to say:

███████ has up to 700 MSRs that CAMRA will need to handle.  I believe the outstanding question is whether CAMRA currently has the functionality to process them and feed them downstream through CAMRA GL. ████████ is a point in time conversion and we will begin with 9/30 data.

But I checked with Sasha just to be sure and see her email below.

Not sure that I feel comfortable saying that FO MSR will be simple as we haven't seen the data yet.

**From:** DeMarino, Sasha
**Sent:** Tuesday, September 22, 2015 12:47 PM
**To:** Johnson, Adriana
**Subject:** RE: Need your Opinion....

I would prefer we had 7.05, but we can fudge it in the meantime.

████████ MSR's are pretty simple, not like ███████ I think we are fine in putting them in CAMRA. They are based off of the amount of the securitized loans, which we will be feeding the valuation party (████████ or one of those) from LMS and then getting a file back that will update the MSR book value in CAMRA. I believe also they will be providing us the additional cashflows for these. Which we can book in CAMRA as manual projections of income.

Dave O is right in that all we will be doing with MSR's is inputting values into CAMRA for tracking purposes but it won't be doing actual "accounting". Those numbers will still have to come from ████████ but in their case, this is very helpful for them because they will also show up on their 10K's and 10Q's in the right buckets.

Sasha

Sasha DeMarino
SS&C Technologies Inc.
Director, Training and Development
Lean Six Sigma Green Belt
t: (860) 731-5027 | f: (860) 298-4900
sdemarino@sscinc.com | www.sscinc.com
Follow us: Twitter | Facebook | LinkedIn

**From:** Johnson, Adriana
**Sent:** Tuesday, September 22, 2015 11:27 AM
**To:** DeMarino, Sasha

CONFIDENTIAL

SSC136495

**Subject:** Need your Opinion....
**Importance:** High

Sasha,

Before I respond, I wanted to check with you on MSR's.  My understanding was that we were waiting for the functionality in CAMRA to be developed for us to be able to process them.  Based on what Dave O. says below it seems that CAMRA currently has the capability to handle?  I'm not sure if we have enough detail on MSR's for ▇▇▇▇▇

Let me know.
Thanks,
Adriana

---

**From:** Pallone, Daniel
**Sent:** Tuesday, September 22, 2015 10:49 AM
**To:** Reilly, Timothy
**Cc:** Russell, David; Johnson, Adriana; Huie, Viana
**Subject:** Re: Working from home today/NRZ update...

My understanding is the ▇▇▇▇▇s business requirement for MSRs is very simple and does not require any additional coding in CAMRA or Precision.

I am ccing Adriana and Viana to confirm.

Sent from my iPhone

On Sep 22, 2015, at 10:42 AM, Reilly, Timothy <treilly@sscinc.com> wrote:

> Dan - your thoughts?  I thought Dave O was fully engaged?
>
> J. Timothy Reilly
>
> Begin forwarded message:
>
>> **From:** "Russell, David" <DRussell@sscinc.com>
>> **Date:** September 22, 2015 at 9:38:55 AM CDT
>> **To:** "Reilly, Timothy" <treilly@sscinc.com>
>> **Cc:** "Olszewska, Iwona" <iolszewska@sscinc.com>
>> **Subject: FW: Working from home today/NRZ update...**
>>
>> Tim,
>>
>> I believe you need to intervene at this point.
>>
>> We cannot have any more delays on a solution for these asset types.
>>
>> It is affecting ▇▇▇▇▇▇▇▇▇▇▇▇▇
>>
>> Dave

**From:** Russell, David
**Sent:** Tuesday, September 22, 2015 10:37 AM
**To:** Orszulak, David; Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Barry, Michael; Arnold, Barbara
**Cc:** Reid, David
**Subject:** RE: Working from home today/NRZ update...

What is the timing on getting this done?

You have known that CAMRA needed to be vetted for MSR's since January and looks to me as though we are going back to square one and we will soon have 3 implementations at risk because we do not yet have a solution.

**From:** Orszulak, David
**Sent:** Tuesday, September 22, 2015 10:20 AM
**To:** Russell, David; Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Barry, Michael; Arnold, Barbara
**Cc:** Reid, David
**Subject:** RE: Working from home today/NRZ update...

███████ has MSRs as well.

Perhaps it is still not clear what I am proposing, and just as importantly what I am <u>not</u>. The current thesis - developed jointly with Michael Linn and David Schneider, and still to be formally ratified by ███████ - is a follows:

1.      It no longer makes business sense to do full year catchup processing on MSRs, SAs, and the RM. This is because if all we're doing is manually forcing CAMRA to match their spreadsheets there is little to no value add.  In addition, when initially contemplated the manual catchup period was expected to be 3 months to end of Q1 before CAMRA core processing would kick in.  It is now understood that the prospect of a 9 month catchup period creates an unnecessary drag on the project with little or no value add.

2.      The onboarding date for these assets gets deferred to 9/30.  While a full year's data and #s is always preferred when converting to a new system, in this case the benefits of doing so are far outweighed by the costs and project drag/risks.  It is understood that a financial reporting 'bridge' would have to be assembled to marry Q3 YTD (legacy) + Q4 (CAMRA) for full year #s.

3.      The current process, and by definition the current COA mappings, is admittedly flawed and purely a function of the constraints imposed by the spreadsheet model.  ███████ is open to change that facilitates automation, makes things more simple, and avoids development wherever possible.  We need to lead wherever possible with creative solutions (an ongoing BPR and optimization approach) that minimize risk for both the client and SS&C.

CONFIDENTIAL

SSC136497

4.      The final <u>production</u> processing model and workflow – factor-based vs. TBD? (with at least moderate development required) – has <u>not</u> yet been determined.  While there are of course still unknowns, it is Mike's, Josh's and my joint opinion that the factor-based approach is feasible and likely would require little to no development.  Again, <u>this has to and will be proven inclusive of cash and GL.</u>

Regards, Dave

David J. Orszulak, CPA, CFA
VP, Operations & Business Controls
Institutional Outsourcing

D: 860.731.5036 | M: 860.212.0609

-----Original Message-----
From: Russell, David
Sent: Tuesday, September 22, 2015 8:59 AM
To: Orszulak, David; Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Barry, Michael; Arnold, Barbara
Cc: Reid, David
Subject: RE: Working from home today/NRZ update...

Dave,

Just to make you aware this is no longer just a ███████ issue, next week is the kick off with ██████ and they have MSR's as well.

I spoke with Mike yesterday and he agreed that we still need the transactions that I requested to be set up to meet the accounting that Fortress requires per their chart of accounts.

I am onsite at ██████ today and tomorrow so let me know when you are ready and we can do a WebEx to go thru your proposal.

Dave

-----Original Message-----
From: Orszulak, David
Sent: Monday, September 21, 2015 12:44 PM
To: Russell, David; Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Barry, Michael; Arnold, Barbara
Cc: Reid, David
Subject: RE: Working from home today/NRZ update...

I have been proactively, transparently and completely communicating this across PS and Direct since last Wed, inclusive of socializing and buy-in with the client.  Through the working sessions we had with them last week we opened the door to avoid the hours upon hours of catchup processing from 1/1.

CONFIDENTIAL

What has been agreed to and vetted with NRZ is makes no sense to do catch-up processing from 1/1 based on a model where we manually force CAMRA to match their numbers and inappropriate - which they 100% acknowledge - work-flow as it relates to 'forward processing' the next period's remittance. In NRZ's view, since CAMRA is NOT doing any independent processing or calcs during catch-up there is no value-add to doing so, and we are wasting time and creating a drag on the project. The development we had been working on to support catch-up processing will likely be complete throw-away post conversion.

The proposal is to onboard the servicing assets as of 9/30 and roll from there. Hopefully you can see this significantly reduces project risks and timings, frees up resources that can be redirected to the securities conversion, and helps our realization rates for implementation services.

We are not yet at a point where I am recommending a different workflow post on-boarding. As I have been stating, we need to model factor based processing for MSRs and SAs - factor based processing already has all the hooks and processes to do the required retrospective adjustment and recast without any development.

I'll be in tomorrow and will set up a time to review.

Regards, Dave

David J. Orszulak, CPA, CFA
VP, Operations & Business Controls
Institutional Outsourcing

D: 860.731.5036 | M: 860.212.0609

---

From: Russell, David
Sent: Monday, September 21, 2015 11:57 AM
To: Orszulak, David; Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Barry, Michael; Arnold, Barbara
Cc: Reid, David
Subject: RE: Working from home today/NRZ update...

Dave,

We will need to review your approach prior to Thursday, any change in the process must be accompanied by a workflow that has been 'proven' in CAMRA thru to the General Ledger.

Stopping development at this point is based upon theory will put us at risk of delaying these assets even further.

I am not comfortable with ceasing the requested development until I see something more concrete.

CONFIDENTIAL

Please let me know when you are ready to present a workflow inclusive of reporting, cash reconciliation, and the general ledger that can be reviewed internally .

Thanks,

Dave

From: Orszulak, David
Sent: Monday, September 21, 2015 11:25 AM
To: Doyle, Michael; Brown, Joshua; Olszewska, Iwona; Pallone, Daniel; Russell, David; Barry, Michael; Arnold, Barbara
Cc: Reid, David
Subject: Working from home today/NRZ update...

I'm under the weather, so I'll be working from home but online most of the day.

I'm working on the revised plan for implementation of the servicing assets (MSRs and SAs), loans (PWL and NP pools), and Reverse Mortgage position. The plan was developed and vetted last week with Michael Linn and David Schneider, who are running point internally to run the plan up the chain at NRZ. They are setting up a meeting - that will likely include Naftalee, Jon Brown and Hylton - for Thursday this week to review.

As it stands now, as communicated last week we should suspend all servicing assets catch-up processing pending Thursday's meeting.

Call me on 860-212-0609 if you need me.

Regards, Dave

David J. Orszulak, CPA, CFA
VP, Operations & Business Controls
Institutional Outsourcing

D: 860.731.5036 | M: 860.212.0609

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Reilly, Timothy [treilly@sscinc.com] |
| **Sent:** | 2/1/2016 3:32:22 PM |
| **To:** | Pallone, Daniel [DPallone@sscinc.com] |
| **Subject:** | Re: Armour |
| **Attachments:** | image001.jpg |

We need to be all hands getting the 4 problem REIT implementations done...

Sent from my iPad

On Feb 1, 2016, at 10:24 AM, Pallone, Daniel <DPallone@sscinc.com> wrote:

> I am not sure Tony going down is the best use of his time and I would prefer to be part of any dialogue he has with the mREIT clients.
>
> **Daniel M. Pallone**
> *Vice President*
> Mortgage REITs and Loan Servicing
>
> <!--[if !vml]--><image002.jpg><!--[endif]-->SS&C Technologies Inc.
> 1114 Avenue of the Americas, 33th Fl
> New York, NY 10036
> Tel: 212-659-4631 (NY) / Mobile: 973-476-3928
> Email: DPallone@sscinc.com

---

> **From:** Gonzalez, Tony
> **Sent:** Monday, February 01, 2016 10:22 AM
> **To:** Johnson, Adriana; Russell, David; Moore, Dennis; Reilly, Timothy; Pallone, Daniel; Fecteau, Jeff
> **Subject:** RE: Armour
>
> I am planning a trip down there this week and we are preparing internally.
>
> Many thanks,
>
> Tony Gonzalez
> Vice President, Professional Services
> Institutional Consulting & Outsourcing
> SS&C Technologies Inc.
> 1114 Avenue of the Americas I New York, NY 10110
> (646) 927-9759
> tgonzalez@sscinc.com | www.sscinc.com
> Follow us: Twitter | Facebook | LinkedIn

        



**EXHIBIT**

B

CONFIDENTIAL

SSC095414

**From:** Johnson, Adriana
**Sent:** Monday, February 01, 2016 10:13 AM
**To:** Gonzalez, Tony; Russell, David
**Subject:** FW: Armour

FYI:

**From:** Moore, Dennis
**Sent:** Monday, February 01, 2016 10:12 AM
**To:** Johnson, Adriana
**Cc:** Reilly, Timothy; Pallone, Daniel; Fecteau, Jeff
**Subject:** Re: Armour

Mark Gruber and I just met. He is not confident they will be live before the end of Q1. He specifically mentioned our previous promise to have them live by the end of the year and missing our mark. He does not think we necessarily need to go back down there, but how are we going to instill confidence in Mark and meet this new deadline?

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

On Nov 24, 2015, at 11:36 AM, Johnson, Adriana <ajohnson@sscinc.com> wrote:

Hi Dennis,

This week we're in the Red because the team has experienced issues with the GL.  The 1st month after initialization is always a challenge.  This doesn't stop us from moving forward with processing the following month which we're doing and we're on schedule to complete that.  We should deliver the September TB on Monday (since this is a short week) and that will bring us back to green status.   Attached is this week's update and schedule.

Thanks,
Adriana

**From:** Moore, Dennis
**Sent:** Tuesday, November 24, 2015 7:54 AM
**To:** Johnson, Adriana
**Subject:** Armour

Hi Adriana,

I hope you're doing well. I just wanted to see how we're doing with ARMOUR and if we're on target for their go-live.

CONFIDENTIAL

SSC095415

Please let me know.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  | www.sscinc.com

<ARMOUR Weekly Status 112415.pptx>

<ARMOUR Monthly Roll.xlsx>

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Russell, David [DRussell@sscinc.com] |
| **Sent:** | 2/11/2016 3:56:50 PM |
| **To:** | Olszewska, Iwona [iolszewska@sscinc.com] |
| **Subject:** | FW: ▮▮▮▮▮▮▮▮ |

-----Original Message-----
From: Russell, David
Sent: Thursday, February 11, 2016 10:50 AM
To: Pallone, Daniel
Cc: Reilly, T▮▮▮▮▮ G▮▮zalez, Tony; Cossin, Diane; Reid, David
Subject: RE: ▮▮▮▮▮▮▮▮

Dan,

I do not understand you comment, if the data is not available from the source electronically what is there to fix?

You have to work with what is available.

Dave

-----Original Message-----
From: Pallone, Daniel
Sent: Thursday, February 11, 2016 10:44 AM
To: Russell, David
Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
Subject: Re: ▮▮▮▮▮▮▮▮

Is there a well documented play book with all the procedures to do this?  How many PS staff know how to do this?  This sounds like the root cause of the problem for the long duration and rework but a also a real opportunity to improve.  I would not assume ▮▮▮▮▮ is going to have the ability to transform their own data.

What are your thoughts to fix this?

Dan Pallone
973-476-3928 Mobile

> On Feb 11, 2016, at 9:26 AM, Russell, David <DRussell@sscinc.com> wrote:
>
> It is not just the trades, you also have 3,000 positions that have cash flows that need to be processed and reconciled.  You have the additional reconciliation of tying out to the clients trial balance during roll forward.  You are not considering the full effort.
>
> 4 to 5 FTE's, automation does not happen day 1 and we need to start day 1, data needs to be available electronically in order to be converted, as an example, in the case of Armour there was no ability to get the historic custody data we needed in electronic format so we had process cash manually until we caught up to the date that we had electronic data for CI Manager.
>
> -----Original Message-----
> From: Pallone, Daniel
> Sent: Thursday, February 11, 2016 10:15 AM
> To: Russell, David
> Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
> Subject: Re: ▮▮▮▮▮▮▮▮
>
> 2 weeks to close includes the inputting of 150 repo, 25 agency, 25 dollar rolls, and 20 futures trades per month ? sounds like a real opportunity to automate and reduce the time, don't we have in house tools to transform the data and load faster? Isn't this was OTS does for a living?
>
> And how many FTEs are devoted to this for the 2 weeks per month?
>
> Dan Pallone
> 973-476-3928

**EXHIBIT**

tabbies  C

CONFIDENTIAL

```
>
>> On Feb 11, 2016, at 9:01 AM, Russell, David <DRussell@sscinc.com> wrote:
>>
>> OK, so we need to do all the same work as a normal month end but in a compressed time period, this
will require more FTE's and not less to accomplish.
>>
>> In a production mode you are assuming everything is automated from interfaces to reconciliations.
>>
>> This is not the case during implementations where we are setting up the interfaces and setting up the
automated RECONs,  during the initial  roll forward processing data may or may not be available in our
format and electronic so it is typically manual to process and reconcile the first few month until OTS is
online.  The General Ledger reconciliation is also typically more difficult due to trying to figure out
the client chart of accounts and adding the additional reconciliation to the clients trial balance (which
is not done during production).
>>
>> In order to close each month in 2 weeks (which is what we projected)  there is an assumption of about
a 50% increase in FTE's to accomplish.
>>
>> The only way to reduce the cost is to adjust the hourly charge for this work, the effort does not
change.
>>
>> Comparing the implementation fees to the annual cost for this account is not accurate an comparison as
this account was sold at a discount to our target profit margins.
>>
>> At 2.5 FTE's with an average salary of 65,000 and a 50% load for expenses and salaries your all in
expenses are 243,750 which puts you at a 19% profit margin, in order to hit the 50% profit margin which
we typically try to maintain this account should have been sold for $500,000 not $300,000.
>>
>> Dave
>>
>> -----Original Message-----
>> From: Pallone, Daniel
>> Sent: Thursday, February 11, 2016 9:39 AM
>> To: Russell, David
>> Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
>> Subject: Re: ▮▮▮▮▮▮▮▮▮▮
>>
>> Yes
>>
>> Dan Pallone
>> 973-476-3928
>>
>>> On Feb 11, 2016, at 8:30 AM, Russell, David <DRussell@sscinc.com> wrote:
>>>
>>> OK so the all in support model including OTS and Viana is more in the 2.5 to 3 FTE range, do you
agree?
>>>
>>> -----Original Message-----
>>> From: Pallone, Daniel
>>> Sent: Thursday, February 11, 2016 9:29 AM
>>> To: Russell, David
>>> Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
>>> Subject: Re: ▮▮▮▮▮▮▮▮▮▮
>>>
>>> No only direct team
>>>
>>> Dan Pallone
>>> 973-476-3928
>>>
>>>> On Feb 11, 2016, at 8:26 AM, Russell, David <DRussell@sscinc.com> wrote:
>>>>
>>>> Also you considered the OTS FTE allocation to support as well?
>>>>
>>>> -----Original Message-----
>>>> From: Russell, David
>>>> Sent: Thursday, February 11, 2016 9:23 AM
>>>> To: Pallone, Daniel
>>>> Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
>>>> Subject: RE: ▮▮▮▮▮▮▮▮▮▮
>>>>
>>>> Is this 2 for CAMRA only or CAMRA and D&D?
```

CONFIDENTIAL

>>>>
>>>> -----Original Message-----
>>>> From: Pallone, Daniel
>>>> Sent: Thursday, February 11, 2016 9:19 AM
>>>> To: Russell, David
>>>> Cc: Reilly, Timothy; Gonzalez, Tony; Cossin, Diane; Reid, David
>>>> Subject: Re: ▮▮▮▮▮▮▮
>>>>
>>>> 2 FTEs full time with part time RM manager Viana Huie, primarily based on 90% agency, the volumes, and trade desk as front end
>>>>
>>>> The CAMRA, DD, and trade desk is phase 1 per Joe McAdams, if he likes what he sees then he will outsource the GL and they are planning on buying whole resi loans and want to eventually discuss Precision
>>>>
>>>> They could be another ▮▮▮▮▮▮▮with trade desk and what the ultimate goal is.
>>>>
>>>> Dan Pallone
>>>> 973-476-3928
>>>>
>>>>> On Feb 11, 2016, at 8:02 AM, Russell, David <DRussell@sscinc.com> wrote:
>>>>>
>>>>> Dan,
>>>>>
>>>>> What is your FTE estimate to support ▮▮▮▮▮▮when it is in production?
>>>>>
>>>>> Dave
>>>>>
>>>>> -----Original Message-----
>>>>> From: Pallone, Daniel
>>>>> Sent: Thursday, February 11, 2016 8:43 AM
>>>>> To: Reilly, Timothy
>>>>> Cc: Gonzalez, Tony; Cossin, Diane; Russell, David; Reid, David
>>>>> Subject: Re: ▮▮▮▮▮▮▮
>>>>>
>>>>> Some ideas:
>>>>>
>>>>> 1 - Split PS into implementation and value add services, both have different objectives. The implementation teams are the initial client interaction into a long term license or direct relationship and eases them into SS&C. This should be very client friendly and accommodating as possible to cover the basic costs to enable the recurring revenues as soon as possible. The value add PS is how we leverage and showcase our intellectual capital into profitable revenues with existing or new clients. It appears to me we have commingled these two, but this deserves a re-examination in my mind and I strongly recommend.
>>>>>
>>>>> 2 - stop charging for rework due to our errors, I have seen this on ▮▮▮▮▮▮and the lack of transparency on the substance of the hours charged by either party prevents the understanding of the nature of the work. I recommend we review the hours with all implementation clients on a weekly basis with names and the nature of the work, similar to what is now in place with ▮▮▮▮▮ We should also not charge for rework caused by SSC.
>>>>>
>>>>> 3 - for outsourcing implementations, the direct staff who will be supporting the client need to be engaged during the entire implementation with a lead role engaging with the client. The direct team will be managing the client post implementation and it appears awkward to me you have a PS lead for 9 months and then tell the client to start dealing with this other team and lead. My recommendation would be primarily staff the implementation team with the direct staff who will be servicing the client.
>>>>>
>>>>> 4 - the number of resources is a consistent theme. First idea is to look at using consultants in the existing direct or client support roles to free up the best and brightest to assign to the implementations, I have used this in the past when doing significant system implementation and process transformations at Freddie Mac, Citi, Doral and JPM very effectively. Second idea is to leverage 3rd party firms who have automated tools to do data transformation, an example is Investech.
>>>>>
>>>>> We all work for SSC and have to recognize the new business we are seeing, like the REITs and non bank lenders, eg Colchis Capital will provide a significant opportunity we need to adapt and seize the market share and revenues. We are cannibalizing our new clients with less than ideal on boarding experiences.
>>>>>
>>>>> I am available anytime to discuss what I believe is an easy fix if we can change how we do things.
>>>>>
>>>>> Dan Pallone
>>>>> 973-476-3928 Mobile

>>>>>
>>>>>> On Feb 11, 2016, at 8:05 AM, Reilly, Timothy <treilly@sscinc.com> wrote:
>>>>>>
>>>>>> We need to discuss today.   I don't want anyone incurring anytime on anworth until we are
confident there is a substantive implementation plan.
>>>>>>
>>>>>> We need to get better.  Our lengthy/over budget implementations are "in the marketplace" and
becoming a common negative in our new business discussions.  I am seeing lots of emails rationalizing why
a 300k estimate should be a 1 million estimate (but I have yet to see the emails with suggestions on how
we can use better conversion tools, leverage the client, better moralize our teams, etc)??
>>>>>>
>>>>>>
>>>>>>
>>>>>> Sent from my iPad

CONFIDENTIAL

SSC148166

Message

| From: | Pallone, Daniel [DPallone@sscinc.com] |
|---|---|
| Sent: | 8/18/2016 12:31:31 PM |
| To: | Reilly, Timothy [treilly@sscinc.com]; Reid, David [DReid@sscinc.com] |
| Subject: | FW: Armour |

Read below. Josh took a leadership role with Armour CAMRA license implementation. The controller called Adriana on Friday and was threatening to pull the contract given all the issues they are encountering and the lack of support from Scott and Andrew. This took Adriana by surprise who has been relying on Scott and Andrew on client feedback. They are nice guys but need coaching on how to interact with clients and also need to understand the daily and month end process.

We have to change the approach to CAMRA license implementations and leverage the direct team much sooner in the process. This same situation continues to repeat itself and we have clients that are not happy. We are going thru this with ▉▉▉▉▉▉▉ right now and soon to happen with ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ The CAMRA client support model for the mREIT is also broken based on consistent feedback from all the mREIT license clients.

BTW - We are waiting for Armour to sign off which is contingent on final payment of $307K outstanding receivable which was invoiced on June 30th, approaching 60 days past due. I told Josh and Adriana we have to collect the monies by 8/31. I will be calling Jim Mountain.

Daniel M. Pallone
Vice President
Mortgage REITs and Loan Servicing

SS&C Technologies Inc.
1114 Avenue of the Americas, 33th Fl
New York, NY 10036
Tel: 212-659-4631 (NY) / Mobile: 973-476-3928 / 860-298-4980 (CT)
Email: DPallone@sscinc.com


-----Original Message-----
From: Brown, Joshua
Sent: Thursday, August 18, 2016 8:03 AM
To: Pallone, Daniel; Johnson, Adriana
Cc: Doyle, Michael; Holmes, Jason; LaMonica, David
Subject: RE: Armour

Mike and I spoke with Armour yesterday. Here are the next steps from my perspective:

-- They are sending over their reports for us to take a look at. They previously had an issue with them, which has now been fixed but we would like to explain what the issue was in addition to seeing that the logic is correct and to see if some of our current reports used in Direct can be of use to them. We think they might.

We introduce them to Jason, Ross, Fatima, and Taylor. We provided them contact information as additional resources.

-- Jason provided a high level overview of the month end close process and controls we do. They commented that this was very helpful and they are looking for more of this type of interaction.

-- Mike spoke with Sasha. Sasha will be providing formal training at no cost. This was also communicated.

-- I am drafting a best practices document with the help of the team. We told them that we will be providing as soon as it is drafted. The goal is to have something no later than tomorrow (although we left a delivery date to them open).

-- We asked about any immediate issues. They were not concerned with anything specific at this moment, but want a better outlet for answering questions as they arise. There biggest complaint is that something different will come up frequently which they feel they are not getting good answers for what is causing the problems and it causes massive delays. The fact that they now have another outlet for answering questions is a big win.

**EXHIBIT**

tabbies®   D

CONFIDENTIAL

SSC145636

-- We are also working on cleaning up our checklists to make them client friendly and will be sending them along as well.

-- Once they have had time to digest what we send in documentation, they will follow up with us with questions.  We also left it open that we would be happy to have a webex with them to walk them through our processes in more detail.

-- Mike and I are still discussing when we can go out in person for a visit.

-- We are meeting with the PS team today to discuss the true up of the none agency BV's.  We will also provide the PS team with next steps from their perspective.


Joshua Brown, CPA
Senior Director â€" Accounting Policy & Regulatory Reporting

SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095
Tel:    860.731.5038
Cell:   860.384.9909

JBrown@sscinc.com
www.ssctech.com


-----Original Message-----
From: Pallone, Daniel
Sent: Thursday, August 18, 2016 7:26 AM
To: Johnson, Adriana
Cc: Brown, Joshua; Doyle, Michael; Holmes, Jason; LaMonica, David
Subject: Armour

Adriana,

What are next steps for Armour?

Dan Pallone
973-476-3928

CONFIDENTIAL

SSC145637

Message

| From: | Brown, Joshua [JBrown@sscinc.com] |
|---|---|
| Sent: | 8/18/2016 12:07:58 PM |
| To: | Pallone, Daniel [DPallone@sscinc.com] |
| CC: | Holmes, Jason [jholmes@sscinc.com]; Pieper, Ross [rpieper@sscinc.com]; Mahamoon, Fathima [FMahamoon@sscinc.com]; Keith, Taylor [tkeith@sscinc.com] |
| Subject: | Our Team |

I would like to thank our team for participating in a call with Armour, being available to them for questions, and helping me with documentation.

Jason did a fantastic job explaining the month end close and the team presented themselves great with the professionalism our clients are looking for.

Thanks so much guys!  Unfortunately, there will be some leaning on the team until we can straighten out the issues with our licensed clients.


Joshua Brown, CPA
Senior Director â€" Accounting Policy & Regulatory Reporting

SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095
Tel:   860.731.5038
Cell:   860.384.9909

JBrown@sscinc.com
www.ssctech.com


-----Original Message-----
From: Pallone, Daniel
Sent: Thursday, August 18, 2016 7:26 AM
To: Johnson, Adriana
Cc: Brown, Joshua; Doyle, Michael; Holmes, Jason; LaMonica, David
Subject: Armour

Adriana,

What are next steps for Armour?

Dan Pallone
973-476-3928



EXHIBIT

E

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | Pallone, Daniel [DPallone@sscinc.com] |
| **Sent:** | 11/17/2016 5:09:02 AM |
| **To:** | Reilly, Timothy [treilly@sscinc.com] |
| **Subject:** | Fwd: Armour |

I had Jason reach out to Armour to get a sense of the timing to get the final $100k. His feedback to Sasha is below. Jason did not say this but Mark said the CS team is not adding a lot of value, same comments as we heard in the ▮▮▮▮▮▮

We will lose the REIT franchise if we don't address the CS issue with the license clients, this was going on prior to Steve's passing.

I have ideas if you want to hear them.

I am not confident we will get $100k by year end with the current support model.

Dan Pallone
973-476-3928

Begin forwarded message:

> **From:** "Holmes, Jason" <jholmes@sscinc.com>
> **Date:** November 16, 2016 at 1:44:55 PM PST
> **To:** "DeMarino, Sasha" <SDeMarino@sscinc.com>
> **Cc:** "Pallone, Daniel" <DPallone@sscinc.com>
> **Subject: Armour**
>
> Hi Sasha,
>
> I just had a conversation with Mark Gruber at Armour. I was calling to touch base on an outstanding invoice but he wanted to talk about their current status (October not closed and sitting on a system date of 11/7).
>
> Mark voiced his displeasure with the Client Support group, mainly around lapses in communication and his perceived abilities of the individuals Armour has been dealing with. He did acknowledge that the loss of Steve D. may have played into some of the miscommunication.
>
> Mark also acknowledged that it was an error that Armour made in the settlement of MBS payments that started the process of them falling behind.
>
> Mark mentioned that he had been in contact with you and that there was a plan to get them current. If SS&C resources are needed, Fathima Mahamoon from the REIT team would have some capacity over the next week to assist. Fathima is familiar with the account and processing. Let us know if we can assist.
>
> A couple of items that Mark wanted me to follow up on:
>
> - In the event they have to break their nightly process again for any reason, what the course of action should be
> - Is there a log of outstanding tickets that are open relating to Armour?



**EXHIBIT**

F

If you have time tomorrow, we can touch base by phone or in person if you are in office.

Thank you

CONFIDENTIAL

SSC146952