IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
|---|---|---|
| | ) | 3:17cv00790 (JAM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | MARCH 1, 2018 |

**JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

The Plaintiff Armour Capital Management, LP ("ACM") and the Defendant SS&C

Technologies, Inc. ("SS&C") jointly file this Motion to Extend Pretrial Deadlines. Due to the

need for additional discovery, the parties propose the following modified pretrial schedule:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Fact discovery cutoff and deadline for fact witness depositions** | March 9 | May 11*<br><br>*Subject to a reasonable time to conduct discovery on any answer and counterclaims SS&C files following ruling on its motion to dismiss |
| **ACM to disclose expert witnesses** | March 16 | May 18 |
| **SS&C to depose ACM's experts** | April 7 | June 1 |
| **SS&C to disclose expert witnesses** | May 7 | June 22 |
| **ACM to depose SS&C's experts** | May 28 | July 10 |
| **Dispositive motion deadline** | June 28 | August 10 |
| **Responses to dispositive motions** | July 30 | September 10 |
| **Joint trial memorandum due** | August 1 (or 30 days from ruling on motions for summary judgment) | September 17 (or 30 days from ruling on motions for summary judgment) |

1

There is good cause for these extensions. Ongoing discovery has revealed the need for both parties to take additional depositions. The parties have already identified the witnesses to be deposed and served deposition notices. The depositions cannot be scheduled within the current discovery deadline due to the schedules of counsel and the travel required for such depositions. Because of the need to extend the discovery deadline, the parties will necessarily require that the remaining deadlines be extended accordingly.

This is the parties' first request for an extension of the deadlines.

Respectfully submitted,

ARMOUR CAPITAL MANAGEMENT, LP                SS&C TECHNOLOGIES, INC.


By____/s/ Allison Kernisky_____          By____/s/ Alexa Millinger_____
Joseph J. Mamounas (phv09010)                     Kevin J. O'Connor (phv09058)
Allison Kernisky (phv09011)                       Jason C. Williams (phv09212)
Holland & Knight, LLP                             Hinckley, Allen & Snyder LLP
701 Brickell Ave., Suite 3300                     28 State Street
Miami, FL 33131                                   Boston, MA 02109-1775
joseph.mamounas@hklaw.com                         koconnor@hinckleyallen.com
allison.kernisky@hklaw.com                        Telephone: (617) 378-4394
Telephone: (305) 374-8500                         Facsimile: (617) 345-9020
Facsimile: (305) 789-7799

Christopher M. Cerrito (ct17183)                  Jeffrey J. Mirman (ct05433)
Holland & Knight, LLP                             Alexa T. Millinger (ct29800)
One Stamford Plaza                                Hinckley, Allen & Snyder LLP
263 Tresser Boulevard, Suite 1400                 20 Church Street, 18th Floor
chris.cerrito@hklaw.com                           Hartford, Connecticut 06103
Telephone: (203) 905-4500                         jmirman@hinckleyallen.com
                                                  amillinger@hinckleyallen.com
                                                  Telephone: (860) 331-2762

2

**<u>CERTIFICATION</u>**

I hereby certify that on March 1, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____*/s/ Alexa Millinger*_____
Alexa T. Millinger (ct29800)

3

57516033 v1