IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, )<br>          Plaintiff,                      )<br>                                       )<br>v.                                          )<br>                                       )<br>SS&C TECHNOLOGIES, INC.,         )<br>          Defendant.               ) | CIVIL CASE NO. (JAM)<br>3:17cv00790<br><br><br><br><br><br>MARCH 28, 2018 |

**SPONSORING ATTORNEY'S MOTION FOR EXCUSAL
FROM DISCOVERY HEARING**

      Pursuant to Local Rule 83.1(d)(2), which states that a "sponsoring attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court," Jeffrey J. Mirman, Sponsoring Attorney for Kevin O'Connor and Jason Williams, who are admitted *pro hac vice* to represent the Defendants in this matter, as well as local counsel Alexa T. Millinger, seek excusal from attendance at a scheduled hearing before the Honorable Jeffrey A. Meyer on April 2, 2018. Attorneys Kevin O'Connor and Jason Williams will attend the hearing. Pursuant to Rule 83.1(d)(2), Attorneys Mirman and Millinger do not seek to be relieved of any other obligations of an appearing attorney.

      Wherefore, Attorney Mirman requests that this Court grant his application for excusal from the hearing on April 2, 2018.

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.


By_____/s/ *Jeffrey J. Mirman*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    HINCKLEY ALLEN & SNYDER, LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

    Kevin J. O'Connor (phv09058)
    Jason C. Williams (phv09212)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    koconnor@hinckleyallen.com
    jwilliams@hinckleyallen.com
    Telephone: (617) 378-4394
    Facsimile: (617) 345-9020

    Its Attorneys

**CERTIFICATION**

    I hereby certify that on March 28, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                               /s/ *Jeffrey J. Mirman*
                                                     Jeffrey J. Mirman