**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | |
| | March 29, 2018 |
| v. | |
| SS&C TECHNOLOGIES INC. | |
| Defendant. | |

## REQUEST FOR EXCUSAL FROM APRIL 3, 2018 HEARING

Christopher M. Cerrito, a member of the Bar of this Court and sponsoring attorney for *pro hac vice* attorneys Joseph Mamounas and Allison Kernisky, requests that the Court excuse him from attendance at the April 3, 2018 hearing, pursuant to L.R. 83.1(d)(2). Mr. Cerrito is traveling overseas that day. He does not seek relief from any other obligations of an appearing attorney.

Mr. Mamounas will attend the hearing on behalf of Plaintiff ARMOUR Capital Management LP.

WHEREFORE, Christopher M. Cerrito requests that the Court excuse him from attendance at the April 3, 2018 hearing.

Dated: March 29, 2018                                            Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

and

Case No. 17-cv-00790-JAM

>By: */s/ Allison Kernisky*
>Joseph Mamounas (phv09010)
>joseph.mamounas@hklaw.com
>Allison Kernisky (phv09011)
>allison.kernisky@hklaw.com
>701 Brickell Avenue
>Suite 3300
>Miami, FL 33131
>Telephone: (305) 374-8500
>Facsimile: (305) 789-7799
>
>*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>By: */s/ Allison Kernisky*
>Allison Kernisky (phv09011)

2

#56108346_v1