IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | CIVIL CASE NO.: |
| ) | 3:17cv00790 (JAM) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SS&C TECHNOLOGIES, INC., ) | |
| Defendant. ) | MARCH 29, 2018 |

**SS&C's ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant SS&C Technologies, Inc. ("SS&C") respectfully files this Motion for Extension of Time to respond to the Plaintiff Armour Capital Management, LP's ("ACM") First Amended Complaint.

SS&C seeks an extension up to an including **April 2, 2018** within which to file an answer to ACM's First Amended Complaint. Currently, SS&C's answer is due on March 30, 2018. There is good cause for this extension, as SS&C's answer requires significant investigation to procure proper responses. SS&C has already begun this process, but requires additional time to finalize its answer.

Pursuant to Local Rule 7(b)2, SS&C represents that ACM has consented to this extension.

This is SS&C's first request for additional time, and this motion is not made for the purposes of delay and will not prejudice any party.

1

<div style="margin-left:40%">

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By_____/s/ *Alexa T. Millinger*_____
Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone: (860) 331-2762
Facsimile: (860) 278-3802


Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394
Facsimile: (617) 345-9020

Its Attorneys

</div>

2

57592608 v1

## CERTIFICATION

I hereby certify that on March 29, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ *Alexa T. Millinger*
                                                Alexa T. Millinger