Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK _____   RPTR/ECRO/TAPE Diana Huntington
TOTAL TIME: 1 hours 16 minutes
DATE: 4/3/18   START TIME: 10:06   END TIME: 11:22
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:17-cv-00790-JAM

ARMOUR Capital Management LP                Joseph J. Mamounas
                                            Plaintiff's Counsel
              vs
SS&C Technologies, Inc.                     Kevin J. O'Connor
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing
   Discovery Dispute Hearing

☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..    Oral Motion_____  ☐ granted ☐ denied ☐ advisement
☐ …..    ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____  ☐ filed ☐ docketed
☐ ……….. _____Hearing continued until_____ at _____

Notes: