# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, <br><br> Plaintiff, <br><br> v. <br><br> SS&C TECHNOLOGIES INC., <br><br> Defendant. | Case No. 17-cv-00790-JAM <br><br> April 20, 2018 |

## ARMOUR CAPITAL MANAGEMENT LP'S
## MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, Plaintiff, Armour Capital Management LP ("ACM"), moves to dismiss all counterclaims asserted by Defendant, SS&C Technologies Inc. ("SS&C"), in its Answer to First Amended Complaint and Counterclaims (ECF No. 88), dated April 2, 2018, and files the accompanying Memorandum of Law in support.

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| Dated: April 20, 2018 | **HOLLAND & KNIGHT LLP** |
| | By: */s/ Christopher M. Cerrito* |
| | Christopher M. Cerrito (ct17183) |
| | chris.cerrito@hklaw.com |
| | One Stamford Plaza |
| | 263 Tresser Boulevard, Suite 1400 |
| | Stamford, CT 06901 |
| | Telephone: (203) 905-4500 |
| | Facsimile: (203) 724-3944 |
| | and |
| | By: */s/ Allison Kernisky* |
| | Joseph Mamounas (phv09010) |
| | joseph.mamounas@hklaw.com |
| | Allison Kernisky (phv09011) |
| | allison.kernisky@hklaw.com |
| | 701 Brickell Avenue, Suite 3300 |
| | Miami, FL 33131 |
| | Telephone: (305) 374-8500 |
| | Facsimile: (305) 789-7799 |
| | *Counsel for ARMOUR Capital Management LP* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2018, a true and correct copy of this document was served by electronic and U.S. mail on all counsel of record.

By: */s/ Allison Kernisky*
    Allison Kernisky (phv09011)