# Composite Exhibit A

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

NORTHERN TRUST, NA
Redacted -- Confidential

3778

**ARMOUR CAPITAL MANAGEMENT LP**
Vero Beach, FL 32963-1687

11/30/2016

PAY TO THE ORDER OF ___SS&C Technologies, Inc.___   $ **118,567.55

___One Hundred Eighteen Thousand Five Hundred Sixty-Seven and 55/100*********************************************___ DOLLARS

SS&C Technologies, Inc.
P.O. Box 416973
Boston, MA 02241-6973

MEMO

Redacted -- Confidential

---

ARMOUR Capital Management LP                                            3778

SS&C Technologies, Inc.                                      11/30/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/15/2016 | Bill | INV937892 | 10,000.00 | 10,000.00 | | 10,000.00 |
| 11/21/2016 | Bill | INV460805 | 108,567.55 | 108,567.55 | | 108,567.55 |
| | | | | | Check Amount | 118,567.55 |

Northern Trust                                                          118,567.55

ARMOUR Capital Management LP                                            3778

SS&C Technologies, Inc.                                      11/30/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/15/2016 | Bill | INV937892 | 10,000.00 | 10,000.00 | | 10,000.00 |
| 11/21/2016 | Bill | INV460805 | 108,567.55 | 108,567.55 | | 108,567.55 |
| | | | | | Check Amount | 118,567.55 |

PAYMENT RECORD

Northern Trust                                                          118,567.55





# INVOICE

**REMIT TO:** SS&C Technologies, Inc.
P.O. Box 416973
Boston, MA 02241-6973

**WIRE TO:** Bank of America
Hartford, CT USA
Redacted -- Confidential

Beneficiary: SS&C Technologies, Inc.
Redacted -- Confidential

**Bill To:**

Attn: Accounts Payable
ARMOUR Capital Management LP
3001 Ocean Drive
Vero Beach, FL  32963

Invoice Number: INV460805

Invoice Date: 11/21/2016

Customer Number: ARMOURCAPITAL

Payment Terms: UPON RECEIPT

| Item Description | Price |
|---|---|
| CAMRA and Debt & Derivatives Maintenance Fee | $101,465.00 |
| Coverage Period: 1/1/17-12/31/17 | |

Per our agreement dated December 19, 2014

| | |
|---|---|
| Sub Total | $101,465.00 |
| Tax | $7,102.55 |
| Total: | $108,567.55 |

SS&C Technologies, Inc.
80 Lamberton Road   Windsor, CT  06095-0760
Phone: 800-234-0556 • Fax: 860-298-4901

# SS&C INVOICE

**REMIT TO:** SS&C Technologies, Inc.
P.O. Box 416973
Boston, MA 02241-6973

**WIRE TO:** Bank of America
Hartford, CT USA
Redacted -- Confidential

**Beneficiary:** SS&C Technologies, Inc.
Redacted -- Confidential

**Period Covering:** 10/1/2016 to 10/31/2016

| | |
|---|---|
| **Invoice Number:** INV937892 | **Customer Number:** ARMOURCAPITAL |
| **Invoice Date:** 11/15/2016 | **Payment Terms:** UPON RECEIPT |

**Bill To:**
Attn: Accounts Payable

ARMOUR Capital Management LP
3001 Ocean Drive
Vero Beach, FL  32963

**Ship To:**

ARMOUR Capital Management LP
3001 Ocean Drive
Vero Beach, FL  32963

| Project: DIRECT ASP Services - ARMO301DIRSV | Rate/Cost | Qty | Billing Amount |
|---|---|---|---|
| **Fees** | | | |
| Hosting Fees | | | $10,000.00 |
| **Project Fees Subtotal:** | | | **$10,000.00** |
| | | | |
| **Project Total:** | | | **$10,000.00** |

| | |
|---|---|
| Invoice Subtotal: | **$10,000.00** |
| Tax: | $0.00 |
| Amount Received: | $0.00 |
| **Total Due:** | **$10,000.00** |

SS&C Technologies, Inc.
80 Lamberton Road   Windsor, CT  06095-0760
Phone: 800-234-0556  -  Fax: 860-298-4901