# Exhibit A

## Williams, Jason C.

| | |
|---|---|
| **From:** | David Meisels <dmeisels@fortress.com> |
| **Sent:** | Monday, April 23, 2018 8:33 AM |
| **To:** | Joseph.Mamounas@hklaw.com; Williams, Jason C.; O'Connor, Kevin J. |
| **Cc:** | Allison.Kernisky@hklaw.com; Millinger, Alexa T. |
| **Subject:** | RE: Fortress |

That's not two weeks.  The week of May 7 would be acceptable.

**From:** Joseph.Mamounas@hklaw.com [mailto:Joseph.Mamounas@hklaw.com]
**Sent:** Sunday, April 22, 2018 3:02 PM
**To:** jwilliams@hinckleyallen.com; koconnor@hinckleyallen.com
**Cc:** David Meisels <dmeisels@fortress.com>; Allison.Kernisky@hklaw.com; amillinger@hinckleyallen.com
**Subject:** RE: Fortress

Let's do Monday, April 30.  The scope of the subpoena will be narrow.  Thanks.

**Joseph Mamounas** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Williams, Jason C. [mailto:jwilliams@hinckleyallen.com]
**Sent:** Friday, April 20, 2018 12:05 PM
**To:** O'Connor, Kevin J. <koconnor@hinckleyallen.com>; Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
**Cc:** dmeisels@fortress.com; Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>
**Subject:** RE: Fortress

Joe:

What are you thinking for a control date? Two weeks?

Thanks,
Jason

**From:** O'Connor, Kevin J.
**Sent:** Wednesday, April 18, 2018 7:54 PM
**To:** Joseph.Mamounas@hklaw.com
**Cc:** dmeisels@fortress.com; Allison.Kernisky@hklaw.com; Williams, Jason C. <jwilliams@hinckleyallen.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>
**Subject:** Re: Fortress

1

**Kevin J. O'Connor**
*Partner*

Hinckley Allen
28 State Street
Boston, MA 02109-1775
p: 617-378-4394  |  f: 617-345-9020
koconnor@hinckleyallen.com

On Apr 18, 2018, at 5:30 PM, "Joseph.Mamounas@hklaw.com" <Joseph.Mamounas@hklaw.com> wrote:

> Perfect.  Thanks so much, David.
>
> **Joseph Mamounas** | **Holland & Knight**
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131
> Phone 305.789.7491 | Fax 305.789.7799
> joseph.mamounas@hklaw.com | www.hklaw.com
>
> Add to address book  |  View professional biography
>
> **From:** David Meisels [mailto:dmeisels@fortress.com]
> **Sent:** Wednesday, April 18, 2018 6:16 PM
> **To:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>; Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
> **Cc:** koconnor@hinckleyallen.com
> **Subject:** RE: Fortress
>
> Joe,
>      Without waiving any objections, I will accept service of a deposition subpoena, subject to your agreement to include a control date that is acceptable to me and Kevin, since Kevin will be moving to quash the subpoena.  As for the dispute being heard in Connecticut, I certainly have no objection to the motion(s) being heard by Judge Meyer.
> David
>
> **From:** Joseph.Mamounas@hklaw.com [mailto:Joseph.Mamounas@hklaw.com]
> **Sent:** Wednesday, April 18, 2018 12:35 PM
> **To:** David Meisels <dmeisels@fortress.com>; Allison.Kernisky@hklaw.com
> **Cc:** koconnor@hinckleyallen.com
> **Subject:** RE: Fortress
>
> David,
>
> Under the Federal Rules, it is up to Fortress to comply with the subpoena.  SS&C has not objected to the subpoena or taken any other action as to the subpoena.

Again, we are not asking for documents that were the subject of the "recent order" regarding SS&C. Not sure what the disconnect is here.

Given your familiarity with Rule 45, please let us know whether Fortress consents to having this dispute heard in Connecticut, assuming Fortress will not comply.

Finally, please advise if you will accept service of a deposition subpoena to Socher in lieu of the informal phone call we proposed.

Thanks,

Joe Mamounas

**Joseph Mamounas** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** David Meisels [mailto:dmeisels@fortress.com]
**Sent:** Wednesday, April 18, 2018 12:11 PM
**To:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>; Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
**Cc:** O'Connor, Kevin J. <koconnor@hinckleyallen.com>
**Subject:** RE: Fortress

Joe,
   You aren't suggesting that Rule 45 can be used to compel Fortress to make Mr. Socher available for a phone call? I hope not. In view of the order regarding your discovery requests of SS&C, do you think a judge hearing a motion to compel – presumably the same judge that issued the "recent order" - would require Fortress to produce what the court did not require SS&C to produce?
   I'm copying in your adversary here. If Kevin O'Connor has no objection to the production of the Fortress contract, then I will produce it. If he does, then the two of you can work this out.
David

**From:** Joseph.Mamounas@hklaw.com [mailto:Joseph.Mamounas@hklaw.com]
**Sent:** Wednesday, April 18, 2018 11:19 AM
**To:** David Meisels <dmeisels@fortress.com>; Allison.Kernisky@hklaw.com
**Subject:** RE: Fortress

David,

That is disappointing. The "recent order" you reference did not extend to all of the documents sought by our subpoena to Fortress. We do not think that producing Fortress's contracts with SS&C (which were not a subject of the court's order) or making Socher available for a brief call is burdensome. We urge you to reconsider. If not, please confirm that Fortress consents to the resolution of this discovery dispute in the court where the subpoena was issued (the District of Connecticut).

3

Thanks,

Joe Mamounas

**Joseph Mamounas** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** David Meisels [mailto:dmeisels@fortress.com]
**Sent:** Monday, April 16, 2018 3:09 PM
**To:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>; Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
**Subject:** RE: Fortress

Joe,
    I am writing to follow up on my discussion with Allison.  Based, among other things, on the Court's recent order sustaining SS&C's objection to the production of any documents, Fortress will not be producing any documents.
David

**From:** Joseph.Mamounas@hklaw.com [mailto:Joseph.Mamounas@hklaw.com]
**Sent:** Wednesday, April 11, 2018 1:29 PM
**To:** David Meisels <dmeisels@fortress.com>; Allison.Kernisky@hklaw.com
**Subject:** RE: Fortress

David, hope this note finds you well.

I'll be in New York next Friday, April 20, and am hoping you're available for a brief meeting at your offices to discuss this subpoena.  We'd like to find a way to work through your objections and bring this issue to a reasonable conclusion.  If Mr. Socher could join us, I think that'd help maximize our productivity.  Please let me know what time(s) work for you, and I'll confirm as soon as possible.

Thanks so much, and best regards,

Joe

**Joseph Mamounas** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

4

**From:** David Meisels [mailto:dmeisels@fortress.com]
**Sent:** Friday, February 02, 2018 8:57 AM
**To:** Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
**Cc:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
**Subject:** RE: Fortress

Allison,

I write to follow up on our discussion on January 31, 2018.

Pursuant to Fed. R. Civ. P. 45, please be advised that Fortress objects to the Subpoena on the grounds that it is overbroad and unduly burdensome, particularly because you have failed to seek the production of these documents from SS&C, whether through a motion to compel or otherwise. Fortress objects for the following additional reasons:

1. Fortress objects to the Subpoena to the extent it is vague, ambiguous, overly broad, unduly burdensome, duplicative, or seeks information that is neither relevant to the claims or defenses of any party in the Action, nor reasonably calculated to lead to the discovery of admissible evidence.
2. Fortress objects to the Subpoena to the extent it seeks the production of documents or information that: (i) are publicly available; (ii) are already within the possession, custody, or control of the parties to the Action; (iii) are equally available to the parties as they are to Fortress; (iv) are in the possession of other entities; (v) are not in the possession, custody, or control of Fortress; or (vi) are available to the parties from some other source that is more convenient, less burdensome, or less expensive.
3. Fortress objects to the Subpoena to the extent it seeks documents or information protected from disclosure by an applicable privilege, doctrine, or immunity, including without limitation, the attorney-client privilege, and the work product doctrine.
4. Fortress objects to the Subpoena to the extent that it purports to require the production of internal proprietary business information or other private, personal or confidential and/or competitively sensitive information. Fortress's production of materials in response to the Subpoena, if necessary and appropriate, will in all events be made subject to the entry of an appropriate confidentiality stipulation and protective order.
5. Fortress objects to the production of information in the absence of an agreement by Defendant to reimburse Fortress for the production costs incurred in connection with responding to the Requests.

Sincerely,
David

David Meisels
Head of Litigation
Fortress Investment Group LLC
1345 Avenue of the Americas, 46th Floor
New York, NY 10105
(212) 798-6134


**From:** Allison.Kernisky@hklaw.com [mailto:Allison.Kernisky@hklaw.com]
**Sent:** Tuesday, January 30, 2018 4:25 PM
**To:** David Meisels <dmeisels@fortress.com>
**Cc:** Joseph.Mamounas@hklaw.com
**Subject:** RE: Fortress

5

David,

The discovery cut-off is May 29, 2018 but we have upcoming depositions starting Feb. 13, necessitating the Feb. 5 return date. I'm attaching the court's standing protective order. Are you available for a quick call to discuss narrowing the volume of search results? I'm in the office the rest of today. Please let me know what works for you and I'll give you a call. Thanks.

**Allison Kernisky | Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** David Meisels [mailto:dmeisels@fortress.com]
**Sent:** Tuesday, January 30, 2018 8:50 AM
**To:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
**Cc:** Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
**Subject:** RE: Fortress

Dear Joseph and Allison,

    I write to follow up on the email below and my call to Allison yesterday.

    A couple of questions – first, what is the discovery cutoff in this case; and second, can you send me a copy of the Confidentiality Order?

    With respect to your suggested terms below, the first search yielded 5502 messages (not including attachments), and the second search yielded 6677 messages.  Reviewing this number of messages would impose undue burden and expense on Fortress, and we object on that ground, and for the additional reasons set forth in our separate objections, which will be served later today.  I would certainly be willing to run a narrower search, and I would hope that based upon the documents already produced by SS&C, you would be able to come up with a more targeted search that would minimize the burden on Fortress.  Please bear in mind that we are charged by Global Relay for each search we ask them to conduct.

Thank you,
David

**From:** Joseph.Mamounas@hklaw.com [mailto:Joseph.Mamounas@hklaw.com]
**Sent:** Wednesday, January 24, 2018 8:41 PM
**To:** David Meisels <dmeisels@fortress.com>
**Cc:** Allison.Kernisky@hklaw.com
**Subject:** RE: Fortress

Thanks, David.

6

As we spoke this morning, you are meeting with Hylton Socher tomorrow to discuss the collection of Fortress's documents responsive to our subpoena, and you anticipate that gathering and producing the responsive contracts between Fortress and SS&C will be straightforward.

As you requested, and without prejudice, the following is a preliminary list of suggested search terms for you to use in Global Relay to locate other responsive records:

(CAMRA or SS&C or implement*) /20 (delay* or problem* or complaint* or fail* or accident* or inciden* or damage* or solution*)
(CAMRA or SS&C or implement*) /20 (Reilly or Pallone or Gonzalez or Russell or Olszewska or Boulanger or Tim* or Dan* or Tony or David or Iwona or Norm or "professional services")

Please let us know your thoughts on these terms. We're happy to have a follow up call tomorrow to discuss and to do whatever else we can to assist Fortress with meeting the February 5 subpoena return date.

**Joseph Mamounas** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** David Meisels [mailto:dmeisels@fortress.com]
**Sent:** Wednesday, January 24, 2018 10:27 AM
**To:** Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
**Subject:** Fortress

Hi Joe,
          Here's my contact info.
David

David Meisels
Head of Litigation
Fortress Investment Group LLC
1345 Avenue of the Americas, 46th Floor
New York, NY 10105
(212) 798-6134

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.