# Exhibit C

# Williams, Jason C.

| | |
|---|---|
| **From:** | David Meisels <dmeisels@fortress.com> |
| **Sent:** | Monday, April 23, 2018 6:10 PM |
| **To:** | Allison.Kernisky@hklaw.com |
| **Cc:** | Joseph.Mamounas@hklaw.com; O'Connor, Kevin J.; Williams, Jason C.; Millinger, Alexa T. |
| **Subject:** | RE: Subpoena to H. Socher |
| **Attachments:** | RE: Fortress; RE: Fortress |

Allison,

I am not accepting service of this subpoena. As you know (see attached), I agreed to accept service subject to a control date that is acceptable to me and Kevin O'Connor. As the second attachment indicates, I said that the week of May 7 would be acceptable to Fortress, and Kevin indicated that two weeks from today would be acceptable to him.

You were on both emails. What's your excuse for ignoring them?

David

---

**From:** Allison.Kernisky@hklaw.com [mailto:Allison.Kernisky@hklaw.com]
**Sent:** Monday, April 23, 2018 5:58 PM
**To:** David Meisels <dmeisels@fortress.com>
**Cc:** Joseph.Mamounas@hklaw.com; koconnor@hinckleyallen.com; jwilliams@hinckleyallen.com; amillinger@hinckleyallen.com
**Subject:** Subpoena to H. Socher

Dear David,

Please see attached. Thank you for agreeing to accept service.

Regards,
Allison

**Allison Kernisky** | **Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.