IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
| --- | --- | --- |
| | ) | 3:17cv00790 (JAM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | MAY 18, 2018 |

**SECOND JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

The Plaintiff Armour Capital Management, LP ("ACM") and the Defendant SS&C Technologies, Inc. ("SS&C") jointly file this Motion to Extend Pretrial Deadlines. Due to the need to complete certain discovery,[1] the parties propose the following modified pretrial schedule:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| **ACM to disclose expert witnesses** | May 18 | June 22 |
| **SS&C to depose ACM's experts** | June 1 | July 6 |
| **SS&C to disclose expert witnesses** | June 22 | July 27 |
| **ACM to depose SS&C's experts** | July 10 | August 14 |
| **Dispositive motion deadline** | August 10 | September 14 |
| **Responses to dispositive motions** | September 10 | October 15[2] |
| **Joint trial memorandum due** | September 17 (or 30 days from ruling on motions for summary judgment) | October 22 (or 30 days from ruling on motions for summary judgment) |

---

[1] Although the parties do not move to extend fact discovery, the parties acknowledge that ACM is allowed a "reasonable time" after May 11, 2018 (the current fact discovery cutoff) "to conduct discovery on any answer and counterclaims SS&C files." (*See* ECF No. 70 at 1.) SS&C's Amended Counterclaims were filed on May 11, 2018.

[2] Reply briefs will be 14 days from this date in accordance with Local Rule 7(d).

1

57750719 v1

There is good cause for these extensions. Ongoing discovery, including depositions taken and documents received up to and on the previous discovery deadline of May 11, 2018, has revealed the need for both parties to conclude a limited amount of noticed depositions[3] and outstanding disputes over the production of certain limited documents. The parties are in the process of scheduling these depositions for the first week in June. The parties have agreed that they will not be required to disclose their experts prior to the conclusion of this discovery. Therefore, the parties will require that the remaining deadlines be extended accordingly.

This is the parties' second request for an extension of the deadlines.

Respectfully submitted,

| ARMOUR CAPITAL MANAGEMENT, LP | SS&C TECHNOLOGIES, INC. |
|---|---|
| By___/s/ _Joseph J. Mamounas____<br>Joseph J. Mamounas (phv09010)<br>Allison Kernisky (phv09011)<br>Holland & Knight, LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131<br>joseph.mamounas@hklaw.com<br>allison.kernisky@hklaw.com<br>Telephone: (305) 374-8500<br>Facsimile: (305) 789-7799 | By___/s/ __Kevin J. O'Connor_____<br>Kevin J. O'Connor (phv09058)<br>Jason C. Williams (phv09212)<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>koconnor@hinckleyallen.com<br>Telephone: (617) 378-4394<br>Facsimile: (617) 345-9020 |
| Christopher M. Cerrito (ct17183)<br>Holland & Knight, LLP<br>One Stamford Plaza<br>263 Tresser Boulevard, Suite 1400<br>chris.cerrito@hklaw.com<br>Telephone: (203) 905-4500 | Jeffrey J. Mirman (ct05433)<br>Alexa T. Millinger (ct29800)<br>Hinckley, Allen & Snyder LLP<br>20 Church Street, 18th Floor<br>Hartford, Connecticut 06103<br>jmirman@hinckleyallen.com<br>amillinger@hinckleyallen.com<br>Telephone: (860) 331-2762 |

---

[3] ACM reserves all rights to seek remedies from the Court with respect to the Rule 30(b)(6) deposition of SS&C, including a different designated witness or the depositions of other noticed witnesses. SS&C also reserves all rights with respect to the Rule 30(b)(6) deposition of ACM.

57750719 v1

## CERTIFICATION

      I hereby certify that on May 18, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                               ___*/s/ Alexa Millinger*_____
                                                                 Alexa T. Millinger (ct29800)