**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | |
| v. | May 24, 2018 |
| SS&C TECHNOLOGIES INC., | |
| Defendant. | |

**ARMOUR CAPITAL MANAGEMENT LP'S MOTION TO DISMISS**
**FIRST AMENDED COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, Plaintiff, Armour Capital Management LP ("ACM"), moves to dismiss all counterclaims asserted by Defendant, SS&C Technologies Inc. ("SS&C"), in its Answer to First Amended Complaint and First Amended Counterclaims (ECF No. 101) and files the accompanying Memorandum of Law in support.

| | |
|---|---|
| Dated: May 24, 2018 | **HOLLAND & KNIGHT LLP** |
| | By: */s/ Christopher M. Cerrito* |
| | Christopher M. Cerrito (ct17183) |
| | chris.cerrito@hklaw.com |
| | One Stamford Plaza |
| | 263 Tresser Boulevard, Suite 1400 |
| | Stamford, CT 06901 |
| | Telephone: (203) 905-4500 |
| | Facsimile: (203) 724-3944 |
| | |
| | and |
| | |
| | By: */s/ Allison Kernisky* |
| | Joseph Mamounas (phv09010) |
| | joseph.mamounas@hklaw.com |
| | Allison Kernisky (phv09011) |
| | allison.kernisky@hklaw.com |
| | 701 Brickell Avenue, Suite 3300 |
| | Miami, FL 33131 |
| | Telephone: (305) 374-8500 |
| | Facsimile: (305) 789-7799 |
| | |
| | *Counsel for ARMOUR Capital Management LP* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, a true and correct copy of this document was served by electronic and U.S. mail on all counsel of record.

By: */s/ Allison Kernisky*
Allison Kernisky (phv09011)