IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
| | ) | 3:17cv00790 (JAM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | JUNE 14, 2018 |

**SS&C's MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS**

Defendant SS&C Technologies, Inc. ("SS&C") respectfully files this Motion for an Extension of Time to respond to Plaintiff Armour Capital Management, LP's ("ACM") Motion to Dismiss SS&C's First Amended Counterclaims. (Dkt. No. 105.)

SS&C seeks an extension up to and including **June 25, 2018** within which to file an opposition to ACM's Motion to Dismiss SS&C's First Amended Counterclaims. Currently, SS&C's opposition is due on June 14, 2018. There is good cause for this extension, as SS&C's opposition requires significant investigation to procure proper responses. SS&C has already begun this process, but requires additional time to finalize its opposition.

Pursuant to Local Rule 7(b)2, SS&C represents that ACM does not object to this motion.

This is SS&C's first request for additional time, and this motion is not made for the purposes of delay and will not prejudice any party.

1

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By_____/s/ *Alexa T. Millinger*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    HINCKLEY ALLEN & SNYDER, LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

    Kevin J. O'Connor (phv09058)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    koconnor@hinckleyallen.com
    Telephone: (617) 378-4394
    Facsimile: (617) 345-9020

    Its Attorneys

## **CERTIFICATION**

I hereby certify that on June 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                    /s/ *Alexa T. Millinger*
                                                          Alexa T. Millinger

3

57848136 v1