

28 State Street
Boston, MA 02109-1775

p: 617-345-9000   f: 617-345-9020
hinckleyallen.com

**Jason C. Williams**
*jwilliams@hinckleyallen.com*

June 5, 2018

*VIA ELECTRONIC MAIL*

| | |
|---|---|
| Joseph Mamounas, Esq.<br>Holland & Knight LLP<br>701 Brickell Aveneu<br>Suite 3300<br>Miami, FL 33131 | Allison Kernisky<br>Holland & Knight LLP<br>701 Brickell Avenue<br>Suite 3300<br>Miami, FL 33131 |

    Re: **ARMOUR Capital Management LP v. SS&C Technologies, Inc.**
          **Civil Action No. 17-00790-JAM**

Dear Allison:

    Pursuant to Fed. R. Civ. P. 30(b)(6), SS&C Technologies, Inc. ("SS&C) objects to the topics identified in Armour Capital Management LP's ("Armour") Notice of Deposition of SS&C Technologies, Inc. (the "Notice").

    SS&C asserts the following objections, in accordance with Federal Rule of Civil Procedure 30, with respect to each and every topic identified in the Notice.

- SS&C objects to the Notice, including the Definitions contained therein, to the extent that it seeks to impose obligations or responsibilities beyond those mandated by the Local or Federal Rules and any applicable legal precedent.

- SS&C objects to the Notice to the extent that it seeks testimony or discovery of documents and things protected by various privileges or immunities, including the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity.

- SS&C objects to the Notice to the extent that the topics both individually and collectively are unduly burdensome and overly broad, calling for testimony or the production of documents having no relevance to the claims and defenses asserted in *ARMOUR Capital Management LP v. SS&C Technologies, Civil Action No. 17-00790-JAM*.

- SS&C further objects to the Notice to the extent that it seeks information that is not relevant to any party's claim or defense in the above-referenced litigation and not proportional to the needs of the case considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit.

As mentioned above, SS&C's objections to the Notice are incorporated by reference with respect to each and every topic identified in Exhibit A of the Notice. SS&C reserves the right to supplement or amend these objections.

Regards,

Jason C. Williams

JCW/cz

cc: All Counsel of Record