# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Joseph Mamounas
305-789-7491
joseph.mamounas@hklaw.com

June 14, 2018

*Via CM/ECF*

Honorable Jeffrey A. Meyer
U.S. District Judge, District of Connecticut
Richard C. Lee United States Courthouse
141 Church Street, Courtroom 3
New Haven, CT 06510

      Re:    *ARMOUR Capital Mgmt. LP v. SS&C Techs. Inc.*, No. 17-cv-00790-JAM.

Dear Judge Meyer:

ACM respectfully supplements the record on the pending discovery dispute, including ACM's July 13 and 14, 2018 letter briefs (ECF Nos. 108, 111), with its May 7, 2018 Second Amended Notice of Taking Videotaped Deposition of SS&C, attached. ACM served this notice on SS&C prior to the first day of SS&C's Rule 30(b)(6) deposition; particular reference is made to Topic No. 10.

                                Respectfully submitted,

                                HOLLAND & KNIGHT LLP

                              /s Joseph Mamounas

                              Joseph Mamounas

CC:    All counsel of record.