

20 Church Street
Hartford, CT 06103-1221

p: 860-725-6200   f: 860-278-3802
hinckleyallen.com

June 15, 2018

**VIA CM/ECF ELECTRONIC FILING**

Honorable Jeffrey Alker Meyer
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

     **Re:**    <u>**Civil Docket No. 17cv790**</u>
             <u>*Armour Capital Management, LP v. SS&C Technologies, Inc.*</u>

Dear Judge Meyer:

SS&C files this short supplemental letter to ACM's supplemental filing at Doc. No. 113.00. After the court-ordered briefing was completed, ACM filed a supplemental brief attaching its Second Amended Notice of SS&C's 30(b)(6) Deposition dated May 7, 2018. While that version of the deposition notice, which was served fewer than three days before the scheduled deposition, had been inadvertently overlooked by SS&C, and apparently by ACM as well, it does not change SS&C's arguments.

The issue that was noticed as Topic 10 in the May 7, 2018 notice is much narrower than the topic on which ACM is now seeking testimony.  Topic 10 in the May 7, 2018 deposition notice seeks testimony on the narrow issue of "[y]our knowledge or awareness, including on or before December 19, 2014, of . . . issues or difficulties involving third parties such as Citi, BONY, AVM, or Blackrock."  But ACM, in this dispute, now seeks testimony on "SS&C's efforts to connect third-party data sources to CAMRA" (ACM's Reply Br., Doc. No. 111, p.2).

Further, ACM cannot argue that Tim Reilly was unprepared on Topic 10 of the May 7, 2018 notice because he was never asked specifically about pre-contractual "issues involving third parties." ACM asked Reilly, at his 30(b)(6) deposition on May 10, 2018, generally about relationships with these third parties before the December 2014 ACM contract. Reilly testified fully on that topic. (Reilly Tr. 5/10/18, 40:18-44:10). And, the deposition questions cited at page 3 of ACM's brief (Doc. No. 108.00), to which Reilly responded "I don't know," do not address pre-contractual "issues" but rather the process for setting up connections with third-parties generally, which is not encompassed within the noticed Topic 10.

                Very Truly Yours,

                */s/ Kevin O'Connor*
                Kevin O'Connor

cc:     All counsel of record via ecf