IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,   )          Civil Case No. 3:17cv00790 (JAM)
          Plaintiff,         )
                           )
v.                         )
                           )
SS&C TECHNOLOGIES, INC.,        )
          Defendant.      )          JULY 26, 2018

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel respectfully moves this court to permit the appearance pro hac vice of James L. Tuxbury, for the purpose of representing it in this action.  In support of its motion, Defendant attaches the Affidavit of James L. Tuxbury as Exhibit A and states as follows:

1.      James L. Tuxbury is a member in good standing of the Bars of the Commonwealth of Massachusetts, the State of New York, and the District of Columbia. Mr. Tuxbury has never been disciplined, suspended or disbarred by any court.  Mr. Tuxbury is an Associate in undersigned counsel's Boston, Massachusetts office, and has been working with undersigned counsel in representing the interests of the Defendant in this matter.

2.      Mr. Tuxbury agrees to be bound by the Local Rules of Civil Procedure.

3.      The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders and pleadings may be served.

57943066 v1

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit the appearance pro hac vice of James L. Tuxbury to serve as counsel for the Defendant.

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By_____ /s/ *Alexa T. Millinger*
      Jeffrey J. Mirman (ct05433)
      Alexa T. Millinger (ct29800)
      HINCKLEY ALLEN & SNYDER, LLP
      20 Church Street, 18th Floor
      Hartford, Connecticut 06103
      amillinger@hinckleyallen.com
      Telephone: (860) 331-2762
      Facsimile: (860) 278-3802
      Its Attorneys

57943066 v1

## **CERTIFICATION**

I hereby certify that on this July 26, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____ /s/ *Alexa T. Millinger*
Alexa T. Millinger (ct29800)

57943066 v1