IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, ) | | Civil Case No. 3:17cv00790 (JAM) |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| SS&C TECHNOLOGIES, INC., ) | | |
| Defendant. ) | | JULY 26, 2018 |

## AFFIDAVIT OF JAMES L. TUXBURY

I, James L. Tuxbury, depose and state as follows:

1.   I am an attorney at law and a member in good standing of the Bars of the Commonwealth of Massachusetts, New York, and the District of Columbia. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

2.   I am an Associate with Hinckley, Allen & Snyder, LLP. My business address is 28 State Street, Boston, Massachusetts 02109; My email address and phone number are: jtuxbury@hinckleyallen.com; Tel: (617) 345-9000.

3.   I am admitted to practice in the State Court of the Commonwealth of Massachusetts. My Massachusetts Bar No. is 624916. I am also admitted to practice in the State Court of New York (Bar No. 4199956) and the District of Columbia (Bar No. 490075), as well as the in the U.S. District Court for the District of Massachusetts (Bar No. 624916) and the U.S. District Court for the District of Columbia (Bar No. 490075).

57942970 v1

4. I am an attorney in good standing and am eligible to practice before the above-mentioned courts.

5. I am not currently suspended or disbarred in any jurisdiction and have never been suspended or disbarred in any jurisdiction.

6. There are no pending disciplinary complaints against me such as to which a finding has been made that such complaint should proceed to a hearing. I am not currently the subject of any pending disciplinary matter and have never been the subject of any disciplinary matter.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I request that I be admitted to appear *pro hac vice* to represent the Defendant SS&C Technologies, Inc., in this matter.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and agree to be subject to those rules.

10. I designate Alexa T. Millinger, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission pro hac vice.

_____
James L. Tuxbury

COMMONWEALTH OF MASSACHUSETTS  )
                                                            )  ss.: Boston
COUNTY OF SUFFOLK  )

Subscribed and sworn to personally before me this 26th day of July, 2018.

_____
Notary Public
Commissioner of the Superior Court



57942970 v1