**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO.: |
| | ) | 3:17cv00790 (JAM) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | July 27, 2018 |

**SS&C's EMERGENCY MOTION FOR EXTENSION OF TIME**
**FOR EXPERT DISCOVERY**

Defendant SS&C Technologies, Inc. ("SS&C") respectfully files this Motion for an Extension of Time for expert discovery related to Plaintiff Armour Capital Management, LP's ("ACM")'s expert disclosures served on July 11, 2018.

SS&C seeks to extend its deadline for expert disclosures from August 22, 2018 to **September 21, 2018**. SS&C also seeks an extension of its deposition of Plaintiff's expert from the current date of August 10, 2018 to **September 10, 2018**.

There is good cause for this extension request. ACM's expert disclosure on July 11, 2018 was a 58-page, single-spaced report that included 287 distinct paragraphs. Moreover, the report includes 277 footnotes that cite 76 different documents constituting over **1,600 pages**. That does not include the cited deposition transcripts, which are extensive. Further, SS&C's in-house counsel, outside counsel, and proposed experts have several scheduling conflicts in August with vacations and other matters. Therefore, to have sufficient time and availability to address the unexpected size and scope of Plaintiff's proffered expert report given SS&C's August scheduling conflicts,

1

SS&C requests this modest extension of time to its expert disclosures and its time to depose Plaintiff's expert.

Pursuant to Local Rule 7(b)2, SS&C represents that ACM objects to this motion. However, SS&C notes that on June 25, 2018 ACM requested an extension of time for its expert disclosures, and SS&C agreed to ACM's requested expert discovery extensions.  Further, ACM recently agreed to extend the deposition of its expert from July 31 to August 10, but would not agree to the additional 20 days requested by SS&C.

SS&C has good cause for expedited review of this Motion.  Under the ordinary schedule, ACM's deadline to file its Opposition to this Motion would be after one of the deadlines that SS&C seeks to extend, and just prior to the other deadline.  Therefore, expedited review is necessary to ensure that SS&C is able to obtain its requested relief.

This is SS&C's first request of the Court for additional time on expert discovery and this motion is not made for the purposes of delay and will not prejudice any party.

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By_____/s/ *Alexa T. Millinger*_____
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    HINCKLEY ALLEN & SNYDER, LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

2

Kevin J. O'Connor (phv09058)
James L. Tuxbury (Pro Hac Vice)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394
Facsimile: (617) 345-9020

Its Attorneys

3

## <u>CERTIFICATION</u>

I hereby certify that on July 27, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/  *Alexa T. Millinger*_____
Alexa T. Millinger

57944833 v1