IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,   ) | Civil Case No. 3:17cv00790 (JAM) |
|           Plaintiff,   ) | |
|           ) | |
| v.   ) | |
|           ) | |
| SS&C TECHNOLOGIES, INC.,   ) | |
|           Defendant.   ) | AUGUST 2, 2018 |

**MOTION TO WITHDRAW APPEARANCE OF JASON C. WILLIAMS**

Pursuant to District Court of Connecticut Local Rule 7(e), the undersigned respectfully moves this Court for permission to withdraw his Appearance on behalf of Defendant SS&C Technologies, Inc. ("SS&C") in this action.  SS&C continues to be represented by all remaining members of the law firm of Hinckley, Allen & Snyder, LLP who have entered their Appearance.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion to Withdraw his Appearance on behalf of SS&C.

                          Respectfully submitted,

                          THE DEFENDANT,
                          SS&C TECHNOLOGIES, INC.

                          /s/ *Jason C. Williams*
                          Jason C. Williams (*pro hac vice*)
                          Kevin J. O'Connor (*pro hac vice*)
                          HINCKLEY, ALLEN & SNYDER LLP
                          28 State Street
                          Boston, MA 02109-1775
                          koconnor@hinckleyallen.com
                          jwilliams@hinckleyallen.com
                          Telephone: (617) 378-4394
                          Facsimile: (617) 345-9020

57955453 v1

2

        Jeffrey J. Mirman (ct05433)
        Alexa T. Millinger (ct29800)
        HINCKLEY ALLEN & SNYDER, LLP
        20 Church Street, 18th Floor
        Hartford, Connecticut 06103
        amillinger@hinckleyallen.com
        jmirman@hinckleyallen.com
        Telephone: (860) 331-2762
        Facsimile: (860) 278-3802
        Its Attorneys

## CERTIFICATION

I hereby certify that on August 2, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

```
        /s/ Jason C. Williams
```
Jason C. Williams

57955453 v1