IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | Civil Case No. 3:17cv00790 (JAM) |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
|     Defendant. | ) | AUGUST 8, 2018 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAVEN:

    Please enter the Appearance of undersigned counsel on behalf of the Defendant SS&C Technologies, Inc. in the above-entitled action.

                                      Respectfully submitted,

                                      THE DEFENDANT,
                                      SS&C TECHNOLOGIES, INC.

                              By     /s/ *James L. Tuxbury*
                                    James L. Tuxbury (*pro hac vice*)
                                    Kevin J. O'Connor (phv09058)
                                    HINCKLEY, ALLEN & SNYDER LLP
                                    28 State Street
                                    Boston, MA 02109-1775
                                    jtuxbury@hinckleyallen.com
                                    koconnor@hinckleyallen.com
                                    Telephone: (617) 345-9000
                                    Facsimile: (617) 345-9020

                                    Jeffrey J. Mirman (ct05433)
                                    Alexa T. Millinger (ct29800)
                                    HINCKLEY, ALLEN & SNYDER LLP
                                    20 Church Street, 18th Floor
                                    Hartford, Connecticut 06103
                                    jmirman@hinckleyallen.com
                                    amillinger@hinckleyallen.com
                                    Telephone: (860) 331-2762
                                    Facsimile: (860) 278-3802

## **CERTIFICATION**

I hereby certify that on this 8th day of August, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By    /s/ *James L. Tuxbury*
      James L. Tuxbury (*pro hac vice*)

57960880 v1