# EXHIBIT 1

| | |
|---|---|
| **From:** | Joseph.Mamounas@hklaw.com |
| **To:** | O"Connor, Kevin J. |
| **Cc:** | Allison.Kernisky@hklaw.com; Millinger, Alexa T.; Tuxbury, James L.; Mireya.Rodriguez@hklaw.com |
| **Subject:** | ACM/SS&C - Friday Deposition. |
| **Date:** | Wednesday, August 8, 2018 9:27:21 AM |

Kevin, following up on my voicemail this morning.  Dr. Kursh has advised he is very sick in bed and seeing the doctor today.  If he needed to reschedule to next Wednesday, Thursday, or Friday, is your side available?  I haven't checked with my client as yet but propose we agree on a backup date next week in the event Dr. Kursh doesn't improve by tomorrow morning latest.  Thanks.

**Joseph Mamounas | Holland & Knight**

Partner

Holland & Knight LLP

701 Brickell Avenue, Suite 3300 | Miami, FL 33131

Phone 305.789.7491 | Fax 305.789.7799

joseph.mamounas@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.