# EXHIBIT 3

| | |
|---|---|
| From: | Joseph.Mamounas@hklaw.com |
| To: | O'Connor, Kevin J. |
| Cc: | Allison.Kernisky@hklaw.com; Millinger, Alexa T.; Tuxbury, James L.; Mireya.Rodriguez@hklaw.com |
| Subject: | Re: ACM/SS&C - Friday Deposition. |
| Date: | Wednesday, August 8, 2018 10:24:11 PM |

Kursh is confirmed and arranged for next Tuesday, August 14. Please issue a renotice. Thanks.

Sent from my iPhone

> On Aug 8, 2018, at 3:04 PM, O'Connor, Kevin J. <koconnor@hinckleyallen.com> wrote:
>
> No. It's not Mr. Reilly.
>
> Out of courtesy for all concerned (including the court reporter and videographer), please just agree to the 28th and let's move on.
>
> Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4Hlc&r=VFn_XbRUvlF-PP06VfK509_IfK1zbxpJ-JTATXy0-ig&m=Mu3eAI_iBvLFjOwxJ5rhwQrM_LbzovweQ9VeMLEzqcU&s=6tGQyNWtbpMahA8-fvbASEuKGGxkOglzXJ-lc4Luno4&e=>
> Partner
> _____
> Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4Hlc&r=VFn_XbRUvlF-PP06VfK509_IfK1zbxpJ-JTATXy0-ig&m=Mu3eAI_iBvLFjOwxJ5rhwQrM_LbzovweQ9VeMLEzqcU&s=-y5aGJRjRIN_TF80nrj_TvZPMVlI201JQpzXhfuMcHdY&e=>
> 28 State Street<x-apple-data-detectors://1/1>
> Boston, MA 02109-1775<x-apple-data-detectors://1/1>
> p: 617-378-4394<tel:617-378-4394> | f: 617-345-9020<tel:617-345-9020>
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>
>
> On Aug 8, 2018, at 2:49 PM, "Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>" <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>> wrote:
>
> We'll check with Kursh on August 13 or 14. Or Reilly can dial/video in from South Africa, where I know such facilities exist. Thanks
>
> Joseph Mamounas | Holland & Knight
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131
> Phone 305.789.7491 | Fax 305.789.7799
> joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>
> _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jjmamounas> | View professional biography<http://www.hklaw.com/id77/biosjjmamounas>
>
> From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
> Sent: Wednesday, August 08, 2018 1:59 PM
> To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>; Rodriguez, Mireya (MIA - X27436) <Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> Please. I am not "using" Dr. Kursh's illness for any purpose. We have a necessary party who is traveling to South Africa on the 15th and returning on the 27th. I am trying to be accommodating without compromising my client's interests. I have never greeted any request on your part with a suggestion that you were acting in bad faith. It is not constructive for you to do so.
>
> Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4Hlc&r=VFn_XbRUvlF-PP06VfK509_IfK1zbxpJ-JTATXy0-ig&m=zd3N2SmkZXhqJ5lI1-38DUzWM43ILxMsQ1zxvlD6bKk&s=4MiJJV16SN0M2Z-N0MIwHBXYzgnBNcnGSw1rvfe9vac&e=>
> Partner
> _____

> Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwMFAg&c=l4jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=zd3N2SmkZXhqJ5lI1-38DUzWM43ILxMsQIzxvlD6bKk&s=W66yxlW9WIiwMFbYlo1OSWHDuubVDyLalWIcY22kflhU&e=>
> 28 State Street
> Boston, MA 02109-1775
> p: 617-378-4394 | f: 617-345-9020
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>
>
> From: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>
<Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Sent: Wednesday, August 8, 2018 1:27 PM
> To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
> Cc: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Millinger, Alexa T.
<amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L.
<jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>;
Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> So, you'd like to use Kursh's brief illness to get the extension the Court denied? Come on. Our client reps are on vacation on the August 10 date you selected and to which we assented as an accommodation to you and so will participate by phone; there is no reason folks on your side can't likewise do so.
>
> Joseph Mamounas | Holland & Knight
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131
> Phone 305.789.7491 | Fax 305.789.7799
> joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>
>
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jimamounas> | View professional biography<http://www.hklaw.com/id77/biosjimamounas>
>
> From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
> Sent: Wednesday, August 08, 2018 11:38 AM
> To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L.
<jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>; Rodriguez, Mireya (MIA - X27436)
<Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> Joe,
>
> If Dr. Kursh can't do Friday, we need to move his deposition to August 29 or August 30 due to travel schedules on our side, with corresponding adjustments to the report deadline and MSJ deadline.
>
> Please let me know as early as you can if we need to do so, so we can give the court reporter, videographer, and others fair notice and seek the Court's approval.
>
> Thanks,
>
> Kevin
>
> Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwMFAg&c=l4jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=_hfoLkAl36iXnU_P8Xy2E1xZnxM2a0ofYlqFXX_T9RY&s=O68o2Fg-zCrty9swcRSNbXtklaPk9yr3lpRflnoU6h0&e=>
> Partner
>
> Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwMFAg&c=l4jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=_hfoLkAl36iXnU_P8Xy2E1xZnxM2a0ofYlqFXX_T9RY&s=OSn4a9fFYEM85WEZTpQYT_bVDDjfxsNT6n5mlz0LVEs&e=>
> 28 State Street
> Boston, MA 02109-1775
> p: 617-378-4394 | f: 617-345-9020
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>

> From: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>
<Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Sent: Wednesday, August 8, 2018 9:43 AM
> To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
> Cc: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L. <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>; Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>
> Subject: RE: ACM/SS&C - Friday Deposition
>
> Thanks, Kevin; much appreciated. Please let us know your side's availability, and we'll let you know if Dr. Kursh doesn't improve.
>
> Joseph Mamounas | Holland & Knight
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131
> Phone 305.789.7491 | Fax 305.789.7799
> joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>
> _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jjmamounas> | View professional biography<http://www.hklaw.com/id77/biosjjmamounas>
>
> From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
> Sent: Wednesday, August 08, 2018 9:34 AM
> To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L. <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>; Rodriguez, Mireya (MIA - X27436) <Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> Joe – If Dr. Kursh is ill, we will reschedule. I think the latter half of next week is available, but need to check with all necessary parties on my end. We may ask for a corresponding adjustment of a few days for our deadlines if necessary, but we can save that until we determine whether we need it or not. I will report back today on our availability. Please send Dr. Kursh my best wishes for good health and a speedy recovery. Thanks – Kevin
>
> Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=riXehqLq8GtrCWGz9nTDMKjA8GFFhxOE1UPKOTrer38&s=SZrj5lcUoPQrc_MU8gAfeSHBkM9DUCppHGvqeHXQuqE&e=>

> Partner
> _____
> Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=riXehqLq8GtrCWGz9nTDMKjA8GFFhxOE1UPKOTrer38&s=QGHUcFopRIz8jOcLqQkMkFIDfJi82jTbmI1_FGgXvsg&e=>
> 28 State Street
> Boston, MA 02109-1775
> p: 617-378-4394 | f. 617-345-9020
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>
>
> From: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>
<Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Sent: Wednesday, August 8, 2018 9:27 AM
> To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
> Cc: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>; Tuxbury, James L. <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>; Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>
> Subject: ACM/SS&C - Friday Deposition.
>
> Kevin, following up on my voicemail this morning. Dr. Kursh has advised he is very sick in bed and seeing the doctor today. If he needed to reschedule to next Wednesday, Thursday, or Friday, is your side available? I haven't checked with my client as yet but propose we agree on a backup date next week in the event Dr. Kursh doesn't improve by tomorrow morning latest. Thanks.
>

> Joseph Mamounas | Holland & Knight
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131
> Phone 305.789.7491 | Fax 305.789.7799
> joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com/>
> _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jmamounas> | View professional biography<http://www.hklaw.com/id77/biosjjmamounas>
>
>
> _____
>
> NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.