# EXHIBIT 4

| From: | Joseph.Mamounas@hklaw.com |
|---|---|
| To: | O"Connor, Kevin J. |
| Cc: | Allison.Kernisky@hklaw.com; Millinger, Alexa T.; Tuxbury, James L.; Mireya.Rodriguez@hklaw.com |
| Subject: | RE: ACM/SS&C - Friday Deposition. |
| Date: | Thursday, August 9, 2018 11:50:15 AM |

We do not agree to any joint motion for the extension the Court already has denied you.

The agreed deadline for you to depose Kursh is tomorrow, August 10. We agreed to that date as an accommodation for your schedule, notwithstanding my own scheduled court appearance, my corporate representatives' pre-planned vacations, and Kursh's own conflicts. There is no reason you cannot proceed on August 15, when you and Reilly (your representative at every deposition so far in this case) are available (and likely also your expert, given the August 22 disclosure date). You have offered no reason the unidentified South Africa visitor is so essential that the deposition cannot go forward on August 15. Likewise, you have offered no reason you cannot modify your schedule to accommodate going forward on August 14, as we did to accommodate your request for August 10.

Let us know whether you choose August 14 or 15. You have already delayed, or tried to delay, this deposition numerous times; it needs to be completed ASAP if you want to take it. If you do not agree to August 14 or 15, the latest to which we will agree to extend the date for you to depose Kursh is August 15. And in any case, we look forward to receiving your expert disclosure on August 22.

Joseph Mamounas | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

-----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Thursday, August 09, 2018 10:19 AM
To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Rodriguez, Mireya (MIA - X27436) <Mireya.Rodriguez@hklaw.com>
Subject: RE: ACM/SS&C - Friday Deposition.

Joe,

We have not agreed, and do not agree, to the 14th. Counsel is not available that day, or the prior day. As I indicated, the first day we are available is August 28. We can also do either of the two following days.

Please confirm your availability on either of those days and let's get a joint motion before the Court.

Thanks,

Kevin

Kevin J. O'Connor
Partner

Hinckley Allen
28 State Street

Boston, MA 02109-1775
p: 617-378-4394 | f: 617-345-9020
koconnor@hinckleyallen.com


-----Original Message-----
From: Joseph.Mamounas@hklaw.com <Joseph.Mamounas@hklaw.com>
Sent: Wednesday, August 8, 2018 10:24 PM
To: O'Connor, Kevin J. <koconnor@hinckleyallen.com>
Cc: Allison.Kernisky@hklaw.com; Millinger, Alexa T. <amillinger@hinckleyallen.com>; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Mireya.Rodriguez@hklaw.com
Subject: Re: ACM/SS&C - Friday Deposition.

Kursh is confirmed and arranged for next Tuesday, August 14. Please issue a renotice. Thanks.

Sent from my iPhone

> On Aug 8, 2018, at 3:04 PM, O'Connor, Kevin J. <koconnor@hinckleyallen.com> wrote:
>
> No. It's not Mr. Reilly.
>
> Out of courtesy for all concerned (including the court reporter and videographer), please just agree to the 28th and let's move on.
>
> Kevin J. O'Connor
> <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ou
> rattorneys.aspx-3Fb-3D397&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7H
> UwJDAc4Hlc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=Mu3eAl_iBvL
> FjOwxJ5rhwQrM_LbzovweQ9VeMLEzqcU&s=6tGQyNWtbpMahA8-fvbASEuKGGxkOglzXJ-
> lc4Luno4&e=>
> Partner
>  _____
> Hinckley Allen
> <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen
> .com_&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4Hlc&r=VFn_XbR
> UvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=Mu3eAl_iBvLFjOwxJ5rhwQrM_Lbzovw
> eQ9VeMLEzqcU&s=-y5aGJRjRlN_TF80nrj_TvZPMVH201JQpzXhfuMcHdY&e=>
> 28 State Street<x-apple-data-detectors://1/1>
> Boston, MA 02109-1775<x-apple-data-detectors://1/1>
> p: 617-378-4394<tel:617-378-4394> | f: 617-345-9020<tel:617-345-9020>
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>
>
> On Aug 8, 2018, at 2:49 PM, "Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>" <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>> wrote:
>
> We'll check with Kursh on August 13 or 14. Or Reilly can dial/video in from South Africa, where I know such facilities exist. Thanks.
>
> Joseph Mamounas | Holland & Knight
> Partner
> Holland & Knight LLP
> 701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.789.7491 |
> Fax 305.789.7799
> joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> |
> www.hklaw.com<http://www.hklaw.com/>
>  _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jjmamounas> |

> View professional biography<http://www.hklaw.com/id77/biosjjmamounas>
>
> From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
> Sent: Wednesday, August 08, 2018 1:59 PM
> To: Mamounas, Joseph J (MIA - X27491)
> <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Cc: Kernisky, Allison (MIA - X22175)
> <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>;
> Millinger, Alexa T.
> <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>;
> Tuxbury, James L.
> <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>;
> Rodriguez, Mireya (MIA - X27436)
> <Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> Please. I am not "using" Dr. Kursh's illness for any purpose. We have a necessary party who is traveling to South Africa on the 15th and returning on the 27th. I am trying to be accommodating without compromising my client's interests. I have never greeted any request on your part with a suggestion that you were acting in bad faith. It is not constructive for you to do so.
>
> Kevin J. O'Connor
> <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ou
> rattorneys.aspx-3Fb-3D397&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7H
> UwJDAc4Hlc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=zd3N2SmkZXh
> qJ5ll1-38DUzWM43ILxMsQ1zxvlD6bKk&s=4MiJJV16SN0M2Z-N0MfwHBXYzgnBNcnGSw1
> rvfe9vac&e=>
> Partner
> _____
> Hinckley Allen
> <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen
> .com_&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4Hlc&r=VFn_XbR
> UvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=zd3N2SmkZXhqJ5ll1-38DUzWM43ILxM
> sQ1zxvlD6bKk&s=W66yxlW9WHwMFbYlo1OSWHDuubVDyLalWIcY22kflhU&e=>
> 28 State Street
> Boston, MA 02109-1775
> p: 617-378-4394 | f: 617-345-9020
> koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>
>
> From: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>
> <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
> Sent: Wednesday, August 8, 2018 1:27 PM
> To: O'Connor, Kevin J.
> <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
> Cc: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>;
> Millinger, Alexa T.
> <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>;
> Tuxbury, James L.
> <jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>;
> Mireya.Rodriguez@hklaw.com<mailto:Mireya.Rodriguez@hklaw.com>
> Subject: RE: ACM/SS&C - Friday Deposition.
>
> So, you'd like to use Kursh's brief illness to get the extension the Court denied? Come on. Our client reps are on vacation on the August 10 date you selected and to which we assented as an accommodation to you and so will participate by phone; there is no reason folks on your side can't likewise do so.
>
> Joseph Mamounas | Holland & Knight