# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | Case No. 17-cv-00790-JAM |
| Plaintiff, | |
| v. | August 21, 2018 |
| SS&C TECHNOLOGIES INC. | |
| Defendant. | |

## REQUEST FOR EXCUSAL FROM AUGUST 31, 2018 HEARING

Christopher M. Cerrito, a member of the Bar of this Court and sponsoring attorney for *pro hac vice* attorneys Joseph Mamounas and Allison Kernisky, requests that the Court excuse him from attendance at the August 31, 2018 hearing, pursuant to L.R. 83.1(d)(2). Mr. Cerrito is unavailable that day due to deadlines in other existing matters. He does not seek relief from any other obligations of an appearing attorney.

Mr. Mamounas will attend the hearing on behalf of Plaintiff ARMOUR Capital Management LP.

WHEREFORE, Christopher M. Cerrito requests that the Court excuse him from attendance at the August 31, 2018 hearing.

Dated: August 21, 2018	Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

Case No. 17-cv-00790-JAM

and

By: */s/ Allison Kernisky*
Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Allison Kernisky*
   Allison Kernisky (phv09011)

#59800288_v1