IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,   )<br>          Plaintiff,                           )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>SS&C TECHNOLOGIES, INC.,            )<br>          Defendant.                        ) | Civil Case No. 3:17cv00790 (JAM)<br><br><br><br><br>AUGUST 27, 2018 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel respectfully moves this court to permit the appearance pro hac vice of Nora Ahmed, for the purpose of representing it in this action. In support of its motion, Defendant attaches the Affidavit of Nora Ahmed as Exhibit A and states as follows:

1.     Nora Ahmed is a member in good standing of the Bar of the State of New York.  Ms. Ahmed has never been disciplined, suspended or disbarred by any court. Ms. Ahmed is an Associate with Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019 and has been retained to represent the interests of Defendant in this matter.

2.     Ms. Ahmed agrees to be bound by the Local Rules of Civil Procedure.

3.     The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders and pleadings may be served.

58057109 v1

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit the appearance pro hac vice of Nora Ahmed to serve as counsel for the Defendant.

Respectfully submitted,

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.

By  /s/ *Alexa T. Millinger*
Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
amillinger@hinckleyallen.com
Telephone: (860) 331-2762
Facsimile: (860) 278-3802
Its Attorneys

## CERTIFICATION

I hereby certify that on this 27th day of August, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ *Alexa T. Millinger*
                                        Alexa T. Millinger (ct29800)