# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**ARMOUR Capital Management LP**

*Plaintiff*

v.

**SS&C Technologies, Inc.**

*Defendant*

)
)
)
)
)
)

Case No.    **3:17-cv-00790-JAM**

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**SS&C Technologies, Inc.**

Date:   **Aug 30, 2018**

*Attorney's signature*

**Nora Ahmed - Bar No. phv09712**

*Printed name and bar number*

**Paul, Weiss, Rifkind, Wharton & Garrison**
**1285 Avenue of the Americas**
**New York, NY 10019-6064**

*Address*

**nahmed@paulweiss.com**

*E-mail address*

**212-373-3986**

*Telephone number*

**212-757-3990**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on **Aug 30, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*