IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO. (JAM) |
| Plaintiff, | ) | 3:17cv00790 |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | SEPTEMBER 11, 2018 |

### SPONSORING ATTORNEY'S MOTION FOR EXCUSAL FROM HEARING

Pursuant to Local Rule 83.1(d)(2), which states that a "sponsoring attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court," Jeffrey J. Mirman and Alexa T. Millinger, sponsoring attorneys for the attorneys appearing in this matter on behalf of SS&C, seek excusal from attendance at a scheduled hearing before the Honorable Jeffrey A. Meyer on September 14, 2018. Attorney Kevin O'Connor will attend the hearing. Pursuant to Rule 83.1(d)(2), Attorneys Mirman and Millinger do not seek to be relieved of any other obligations of an appearing attorney.

Wherefore, undersigned counsel requests that this Court grant this application for excusal from the hearing on September 14, 2018.

1

THE DEFENDANT,

SS&C TECHNOLOGIES, INC.


By    /s/ *Jeffrey J. Mirman*
    Jeffrey J. Mirman (ct05433)
    Alexa T. Millinger (ct29800)
    HINCKLEY ALLEN & SNYDER, LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

    Kevin J. O'Connor (phv09058)
    James L. Tuxbury (phv)
    HINCKLEY, ALLEN & SNYDER LLP
    28 State Street
    Boston, MA 02109-1775
    koconnor@hinckleyallen.com
    jtuxbury@hinckleyallen.com
    Telephone: (617) 378-4394
    Facsimile: (617) 345-9020

    Its Attorneys

**CERTIFICATION**

I hereby certify that on September 11, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Jeffrey J. Mirman*
        Jeffrey J. Mirman

58095497 v1