# Exhibit A

**From:**         Millinger, Alexa T. <amillinger@hinckleyallen.com>
**Sent:**          Thursday, May 10, 2018 3:03 PM
**To:**            Kernisky, Allison (MIA - X22175)
**Cc:**            Mamounas, Joseph J (MIA - X27491); O'Connor, Kevin J.; Williams, Jason C.
**Subject:**      RE: Outstanding SS&C Discovery

Allison:

As to (1); (2); and (6) in your first section below, all documents have been produced to the best of our reasonable efforts. We are working on getting the entire G drive/shared drive to you. It is extremely large and contains mostly data files and financial positions, and looks like it may need to be sent via hard drive. But we will get that to you this week. As for document "IIP_current com_4_1_16.xlsx," for some reason we do not have access to the original document. We are working on tracking it down.

We will be producing a small amount of additional responsive documents with our discovery responses due tomorrow.

As for the remainder of your requests below, they are outside the scope of your discovery requests and we have no obligation to produce them.

Finally, you still have not let us know where you collected responsive documents from. Even if you have previously done so, which I cannot find a record of, you have produced responsive documents since then so we would like an updated list. Please provide asap.

Regards,

Alexa

---

**From:** Allison.Kernisky@hklaw.com <Allison.Kernisky@hklaw.com>
**Sent:** Tuesday, May 8, 2018 12:32 AM
**To:** Millinger, Alexa T. <amillinger@hinckleyallen.com>; O'Connor, Kevin J. <koconnor@hinckleyallen.com>; Williams, Jason C. <jwilliams@hinckleyallen.com>
**Cc:** Joseph.Mamounas@hklaw.com
**Subject:** Outstanding SS&C Discovery

Alexa,

We have not heard back on the outstanding documents below. Let us know dates certain that we will receive the documents before this Thursday's depo of SS&C's 30(b)(6) witness.

1.        Weekly presentations provided to Gonzalez regarding the status of ACM implementation—confirm SS&C has produced all or produce.

2.        Weekly presentations prepared by Gonzalez aggregating the presentations in number 1—confirm SS&C has produced all or produce.

3.        Confirm completeness of SS&C's production from all sources.

4.      Gonzalez's presentation during Reilly management meeting regarding strategy for Professional Services.

5.      Documents from the G drive/shared drive. The fact that ACM had access to it prior to terminating the contract does not alleviate SS&C from its obligation to produce all documents located there, and there should be no delay because it is the ACM-dedicated shared drive so all documents located there are responsive.

6.      Implementation playbook communications—confirm SSC166794-166825 is all of them.

7.      "Professional Services Weekly Schedules" or documents reflecting actual hours that Olszewska testified she used to staff the ACM implementation.

8.      E-mails with Boulanger and/or his assistant regarding his post-hire meeting with Gonzalez and any related e-mails, notes, or documents.

9.      Bill Stone e-mail to Boulanger, Gonzalez, and Reilly asking, "What's going on, Norm?"

Documents identified at last week's depositions (without prejudice):
1.      Olszewska's handwritten notes on the implementation budget and, if different, those she refers to as her "old scribble" in SSC3730, along with any other handwritten notes of hers on ACM or Bimini.

2.      Confirm any documents regarding the qualification process Moore described in regards to ACM have been produced.

3.      Fecteau stated that he knew SS&C had done a "gap analysis" but could not recall if it was on ACM. The ACM charter refers to a "Gap Analysis" as something that SS&C would do. If a gap analysis on ACM exists, please produce it.

Lastly, please provide the attachment referenced in SSC148575 called "IIP_current com_4_1_16.xlsx."

Regards,
Allison

**Allison Kernisky | Holland & Knight**
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com | www.hklaw.com
_____
Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.