# Exhibit B

**From:** Kernisky, Allison (MIA - X22175)
**Sent:** Monday, July 23, 2018 5:43 PM
**To:** 'O'Connor, Kevin J.'; Millinger, Alexa T.; Williams, Jason C.
**Cc:** Mamounas, Joseph J (MIA - X27491)
**Subject:** RE: Discovery Questions

Kevin,

As explained repeatedly, the documents in question were prepared outside the ordinary course of business, after the relevant period, and at the direction of counsel.  As such, they are non-responsive attorney work product. SS&C deposed Mr. Mountain and each of the individuals included in ACM's damages spreadsheet (except for Mr. Edwards, a former employee) and had the opportunity to ask any questions it may have had. If SS&C believes it has legal authority requiring ACM to produce, please provide it.

The last we heard from you about SS&C's chats, you were going to check with your client. Have you? Or are you arguing that it is disproportionate to even try to determine whether chats exist and what the volume is? It should not be burdensome to ascertain whether SS&C has any chats and, if so, how many. Without this information, we cannot discuss proportionality.  Also, the discovery cutoff is not a proper basis for withholding chats, given that SS&C has known about them since 2017.

Unfortunately, we are not able to move the July 31st deposition. You locked in the date and we've made travel arrangements. Plus, folks on our side have vacation plans for August that cannot be altered.

Lastly, we are still waiting on answers to the below questions on the CAMRA access log.

> -Please confirm there is no way for SS&C to calculate the total time ACM, or each ACM user, logged into CAMRA.
>
> -Does the system automatically log you out after a certain amount of idle time or is it possible to stay logged in indefinitely?
>
> -Does the log contain all access time in CAMRA by ACM users at any time, regardless of what state the system was in or regardless of what version or configuration of CAMRA was running?

Regards,
Allison

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami FL 33131 Phone 305.349.2175 | Fax 305.789.7799 allison.kernisky@hklaw.com | www.hklaw.com

-----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Monday, July 23, 2018 10:43 AM
To: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>

Cc: Williams, Jason C. <jwilliams@hinckleyallen.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>; Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
Subject: RE: Discovery Questions

Regarding the documents relied upon by Mr. Mountain, please produce them. If the witness relied on them as the basis for his testimony, they should be produced along with his related inquiries of the staff. Will you please do so immediately?

I will forward the documents from Mr. Chacko today. We are not searching for chats at this stage. The effort would be disproportionate -- given all of the discovery to date -- and fact discovery is closed.

The July 31 date may not be workable. Could you please provide dates for the following week?

Also, I'd like to discuss moving the motion for summary judgment deadline.   Please let us know if you would be amenable to August 30, with corresponding adjustments to the opposition and reply, or if you want to discuss other dates.

Thanks,

Kevin


Kevin J. O'Connor
Partner

Hinckley Allen
28 State Street
Boston, MA 02109-1775
p: 617-378-4394 |  f: 617-345-9020
koconnor@hinckleyallen.com



-----Original Message-----
From: Allison.Kernisky@hklaw.com <Allison.Kernisky@hklaw.com>
Sent: Monday, July 23, 2018 10:29 AM
To: O'Connor, Kevin J. <koconnor@hinckleyallen.com>
Cc: Williams, Jason C. <jwilliams@hinckleyallen.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>; Joseph.Mamounas@hklaw.com
Subject: RE: Discovery Questions

Kevin,

Are you referring to documents other than those that we've previously told you were attorney work product protected and would not be produced? Where are the chats, and the documents Mr. Chacko testified about that you told us would be produced over two weeks ago? When will we have answers to our outstanding questions about the CAMRA access log?

Lastly, please confirm the deposition of ACM's expert witness at our Boston office on July 31. What time do you want to start?

Thanks,

Allison

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami FL 33131 Phone 305.349.2175 | Fax 305.789.7799 allison.kernisky@hklaw.com | www.hklaw.com -----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Monday, July 23, 2018 9:03 AM
To: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
Cc: Williams, Jason C. <jwilliams@hinckleyallen.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>; Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>
Subject: Re: Discovery Questions

Allison,

We are still awaiting the documents Mr. Mountain relied upon for his Rule 30b6.  Can you please forward?

Thanks,

Kevin

Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwIFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=wH9uSUI59bRo_PpId2Wz78BmkeM4fseoob0U3aGMxOI&s=oiYBdpHMAwE602RZspwREwufx57vNZg89IQa2775JFU&e=>
Partner
_____
Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwIFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=wH9uSUI59bRo_PpId2Wz78BmkeM4fseoob0U3aGMxOI&s=_-yroEcu1_x1Ni3iNybJ7Lqw3t_5lhTOd1Ct7VO6FDM&e=>
28 State Street<x-apple-data-detectors://1/1>
Boston, MA 02109-1775<x-apple-data-detectors://1/1>
p: 617-378-4394<tel:617-378-4394> |  f: 617-345-9020<tel:617-345-9020>
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>

On Jul 18, 2018, at 2:33 PM, "Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>" <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>> wrote:

Kevin,

Vacation schedules notwithstanding, we'd appreciate an update.

Thanks,
Allison

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami FL 33131 Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com<mailto:allison.kernisky@hklaw.com> | www.hklaw.com<http://www.hklaw.com>

-----Original Message-----
From: Mamounas, Joseph J (MIA - X27491)
Sent: Tuesday, July 10, 2018 12:35 PM
To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>
Subject: RE: Discovery Questions

Kevin:  any update?  Also, the July 31 deposition can take place at our Boston office.  Thank you.

Joseph Mamounas | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com>
_____
Add to address book | View professional biography


-----Original Message-----
From: Mamounas, Joseph J (MIA - X27491)
Sent: Friday, July 06, 2018 4:22 PM
To: 'O'Connor, Kevin J.' <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>
Subject: RE: Discovery Questions

Thanks.  No need for the posturing, but we are grateful for the Manoj documents.  With respect to Lync (and other repositories), your failure long ago to disclose it as a repository of potentially relevant ESI cannot be shifted to us.  Finally, your answers about the CAMRA access log do not address all of our concerns; when can we get on the phone to discuss?

Joseph Mamounas | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com>
_____
Add to address book | View professional biography


-----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Friday, July 06, 2018 3:59 PM
To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>
Subject: RE: Discovery Questions

Joe,

We disagree with your characterization of the discovery follow up described below.  By and large, the information you are now seeking is of de minimis relevance and requires efforts beyond those we have committed in substantial excess to the proportionality of the case.

With respect to your questions about the CAMRA user access log, we understand the CAMRA user log system can reliably track logins but does not always capture logout information because there are many situations in which a user does not log out properly or at all and the program has no knowledge of the event, i.e. if the user uses Task Manager to exit the program, if Windows forces close of the program, and if the user leaves a session running and an administrator terminates the program for maintenance.

With respect to the documents Mr. Chacko testified about in his deposition, I will forward them to you, although we see them as of de minimis relevance.

With respect to chats, you have known since the outset of the case that we would not be reviewing and producing chats.  You received on October 3, 2017 -- 9 months ago -- the email between Ms. Johnson and Mr. Rice (containing a chat from David LaMonica) based upon which you want us now to review chats.  I note that ACM has not deposed as individual witnesses any of the parties to that email, which suggests the marginal relevance of the information requested to the issues that remain alive in this case, i.e., pre-contractual representations, the $200k ACM paid under Work Request Two, and SS&C's counterclaims.  In any event, I am attempting to communicate with my client about your request regarding chats and will be prepared to discuss the issue with you early next week.

Regards,

Kevin

Kevin J. O'Connor
Partner

Hinckley Allen
28 State Street
Boston, MA 02109-1775
p: 617-378-4394 |  f: 617-345-9020
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>



-----Original Message-----
From: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com> <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
Sent: Tuesday, July 3, 2018 2:31 PM
To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>>
Cc: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>
Subject: RE: Outstanding discovery

Do you have anything to report in respect of the CAMRA access log deficiencies, which have been pending for some time?

What do you expect to be in position to provide with respect to BAMM, OTS database, and Lync chats by week's end? These repositories should have been disclosed last year.

We do not see any need to extend expert deadlines, although we reserve all rights to update expert opinions once this outstanding discovery is received.

Let us know when you are available later this week to reschedule this afternoon's call, once you have relevant information to provide.  Thanks.

Joseph Mamounas | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com>
_____
Add to address book | View professional biography


-----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Tuesday, July 03, 2018 1:46 PM
To: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com>>
Cc: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com>>
Subject: Re: Outstanding discovery

Joe,

Due to vacations, I have not been able to communicate with the people I need to reach to give you an answer on your follow up discovery requests.

I will try to get you answers on Thursday or Friday.

Please let me know if you want to discuss any proposed scheduling adjustments.

Thanks,

Kevin
Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=KTvMjdwWKlK8gSu4BLr8RFLH56UFj0_Tlp4WEqV-XBY&s=TS9KdT3ys3kHkKB_w3bnQaX73gy2YXkM2wBH8WxwHTw&e=>
Partner
_____
Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=KTvMjdwWKlK8gSu4BLr8RFLH56UFj0_Tlp4WEqV-XBY&s=j9prHxwO-RSz7DVi4n4Yd0EBe9JDyp7lCqJ8gD_LgjI&e=>
28 State Street<x-apple-data-detectors://1/1>
Boston, MA 02109-1775<x-apple-data-detectors://1/1>
p: 617-378-4394<tel:617-378-4394> |  f: 617-345-9020<tel:617-345-9020>
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com><mailto:koconnor@hinckleyallen.com>

On Jun 29, 2018, at 5:55 PM,
"Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com><mailto:Joseph.Mamounas@hklaw.com>" <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com><mailto:Joseph.Mamounas@hklaw.com>> wrote:

We are available on Tuesday afternoon.  Let's speak at 3PM.  You can reach us on 888.684.4447/passcode 305.789.7491.  Have a good weekend.

Joseph Mamounas | Holland & Knight
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.789.7491 | Fax 305.789.7799
joseph.mamounas@hklaw.com<mailto:joseph.mamounas@hklaw.com><mailto:joseph.mamounas@hklaw.com> | www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/>
_____
Add to address book<http://www.hklaw.com/vcard.aspx?user=jjmamounas> | View professional biography<http://www.hklaw.com/id77/biosjjmamounas>

From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Friday, June 29, 2018 5:22 PM
To: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com><mailto:Allison.Kernisky@hklaw.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com><mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com><mailto:amillinger@hinckleyallen.com>>
Cc: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com><mailto:Joseph.Mamounas@hklaw.com>>
Subject: RE: Outstanding discovery

Joe and Allison,

Alexa and I are both traveling and out on vacation next week.  Let me look into these issues.

Can we set up a time to talk on Tuesday afternoon?

Thanks,

Kevin

Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=3WyMoBMFfK5GIOJweAvx_CJZT_cmlruZ-TWC9DsX644&s=vZJCXrUXTrzvyrklmX9KXWcySEeSwL3qMPhRgdMaQmE&e=>
Partner
_____
Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=VFn_XbRUvlF-PP06VfK509_lfK1zbxpJ-JTATXy0-ig&m=3WyMoBMFfK5GIOJweAvx_CJZT_cmlruZ-TWC9DsX644&s=CmDpVLtebvyS-L3zv7AQTbeMjM_N3ps3_tCL9cNoaSA&e=>
28 State Street
Boston, MA 02109-1775

p: 617-378-4394 |  f: 617-345-9020
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com><mailto:koconnor@hinckleyallen.com>

From: Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com><mailto:Allison.Kernisky@hklaw.com> <Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com><mailto:Allison.Kernisky@hklaw.com>>
Sent: Friday, June 29, 2018 3:11 PM
To: O'Connor, Kevin J. <koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com><mailto:koconnor@hinckleyallen.com>>; Williams, Jason C. <jwilliams@hinckleyallen.com<mailto:jwilliams@hinckleyallen.com><mailto:jwilliams@hinckleyallen.com>>; Millinger, Alexa T. <amillinger@hinckleyallen.com<mailto:amillinger@hinckleyallen.com><mailto:amillinger@hinckleyallen.com>>
Cc: Joseph.Mamounas@hklaw.com<mailto:Joseph.Mamounas@hklaw.com><mailto:Joseph.Mamounas@hklaw.com>
Subject: Outstanding discovery

Counsel,

Please produce all BAMM records and documents from the OTS database that reference Armour or ACM. As Manoj Chacko testified yesterday, they relate to ACM's implementation and are thus responsive to ACM's existing document requests.

Also, David LaMonica confirmed yesterday that Ex. 31 to SS&C's 30(b)(6) deposition is a Microsoft Link chat that was pasted into an email between Scott Rice and Adriana Johnson. That chat has not been produced in its original format. This indicates SS&C did not search its archives or records of MS Link chats for responsive documents. Please confirm that SS&C will do so immediately and produce all responsive records.

Thanks,
Allison

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com<mailto:allison.kernisky@hklaw.com><mailto:allison.kernisky@hklaw.com> | www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/>
_____
Add to address book<http://www.hklaw.com/vcard.aspx?user=Abhoagla> | View professional biography<http://www.hklaw.com/id77/biosAbhoagla>

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.