# EXHIBIT 5

CONFIDENTIAL
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION
CASE No. 17-CV-00790-JAM


ARMOUR CAPITAL MANAGEMENT LP,

        Plaintiff,

-vs-


SS&C TECHNOLOGIES, INC.,

        Defendant.
_____

CONFIDENTIAL
** ATTORNEYS' EYES ONLY TESTIMONY **
VIDEOTAPED DEPOSITION OF
JOHN TIMOTHY REILLY
REPRESENTATIVES OF SS&C TECHNOLOGIES INC.
FED. R. CIV. P. 30(B)(6)



Thursday, May 10, 2018
9:13 a.m. - 5:37 p.m.



701 Brickell Avenue,
Suite 3300
Miami, Florida 33131




Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office   Job #1736260

Page 134

1  BY MR. MAMOUNAS:
2      Q.   And who were those three to four people?
3      A.   I've already said several times that I didn't
4  know when people were in and out of the room.
5      Q.   Turn back with me, if you would, to the --
6  page 14 of Exhibit 3, under "Client responsibilities."
7           And we were talking about the management of
8  the custodians.  SS&C has clients that use CAMRA on an
9  outsourced basis; is that right?
10          MR. O'CONNOR:  Objection.
11          THE WITNESS:  Correct.
12 BY MR. MAMOUNAS:
13     Q.   And those clients also have custodians, do
14 they not?
15     A.   Correct.
16     Q.   And those custodians are considered
17 client-managed are they not?
18          MR. O'CONNOR:  Objection.
19          THE WITNESS:  I guess I'm not certain, in
20     terms of how those contracts would be written,
21     versus this.
22 BY MR. MAMOUNAS:
23     Q.   How what contracts would be written, sir?
24     A.   If it's a full outsourced relationship.
25     Q.   Well, you told me that SS&C never enters into

Page 135

1  contractual relationships with its client's custodians,
2  right?
3      A.   Correct.
4           MR. O'CONNOR:  Objection.
5  BY MR. MAMOUNAS:
6      Q.   Is that right, sir?
7      A.   That's correct.
8      Q.   Okay.
9      A.   I don't believe we have direct relation
10 contracts with the custodian.
11     Q.   Right.  So even in a full outsourcing
12 situation, there would not be a direct contractual
13 relationship between SS&C and its clients' custodians?
14     A.   I don't believe so.
15     Q.   Okay.
16     A.   We do have 10,000 clients, so I can't speak to
17 every contract.  But I don't believe so.
18     Q.   Okay.  And focusing on those full outsourced
19 situations, SS&C establishes a direct connection between
20 CAMRA and its -- and the custodians of its clients,
21 right?
22          MR. O'CONNOR:  Objection.
23          THE WITNESS:  I don't think it's going to be a
24     direct connection.  It's -- the information is
25     going to be exported from the third-party vendor,

Page 136

1  and then it's going to have to go through a
2  normalization, CAMRA-ready format process, which
3  then enables it to be uploaded.  In this case,
4  we're talking about CAMRA.
5  BY MR. MAMOUNAS:
6      Q.   Okay.
7      A.   And then again, I don't -- I don't work in the
8  OTS group on a day-to-day basis, so I think, if you're
9  really trying to get into the specifics around how that
10 data is transformed and the exact steps in the
11 transformation and uploading process, I'm not going to
12 be the best person to answer that in that level of
13 detail.
14     Q.   Okay.  Well, that's what we requested in our
15 notice of deposition today, so I'm going to be asking
16 you about that.
17          MR. O'CONNOR:  I disagree with that.
18          MR. MAMOUNAS:  Okay, well --
19          THE WITNESS:  I guess I don't -- I don't see
20     where it asked that I would be fully aware in the
21     detailed steps with respect to data transformation.
22          MR. MAMOUNAS:  Okay.
23          MR. O'CONNOR:  Data transformation with
24     respect to outsourced clients that are not relevant
25     to this case.

Page 137

1          MR. MAMOUNAS:  Okay.  We'll swear you and take
2     your deposition afterward, Mr. O'Connor.  But for
3     today, let's focus on Mr. Reilly's deposition.
4  BY MR. MAMOUNAS:
5      Q.   Mr. Reilly, in the context of an outsourced
6  relationship, you say that there's a normalization
7  process as well, right?
8          MR. O'CONNOR:  Objection.
9          THE WITNESS:  There's going to be a
10     normalization process.
11 BY MR. MAMOUNAS:
12     Q.   Okay.  And that normalization process is
13 undertaken by SS&C; is it not?
14          MR. O'CONNOR:  Objection.
15          THE WITNESS:  I'm not sure, in all instances,
16     that's going to be undertaken by SS&C.  Sometimes
17     the vendors can take responsibility for the
18     normalization process too.
19 BY MR. MAMOUNAS:
20     Q.   Okay.  In the context of XL, SS&C undertook
21 the responsibility to normalize files that were received
22 from XL's custodians, right?
23          MR. O'CONNOR:  Objection.  This isn't what --
24     XL's relationship is not one of the points of the
25     30(b)(6) deposition.

Page 138

```
 1  BY MR. MAMOUNAS:
 2      Q.  Sir, please?
 3      A.  I can't answer what the process is for XL.
 4      Q.  Okay.  And -- well, you told me earlier that
 5  XL was being -- XL's custodial file was being normalized
 6  for uploading to CAMRA.  Do you remember that?
 7          MR. O'CONNOR:  Objection.
 8          THE WITNESS:  I said -- I said that XL had
 9      custodial relationship with either Bank of New York
10      or Citi, or both, for which there was
11      transformation of files taking place.
12  BY MR. MAMOUNAS:
13      Q.  Okay.  And SS&C performs that transformation;
14  does it not?
15          MR. O'CONNOR:  Objection.
16          THE WITNESS:  I think I just answered I don't
17      know exactly what the steps are with respect to XL.
18  BY MR. MAMOUNAS:
19      Q.  Okay.  And the transformation that's done for
20  AEGIS is also undertaken by SS&C; is it not?
21          MR. O'CONNOR:  Objection.
22          THE WITNESS:  I don't know the exact alignment
23      of roles and responsibilities and process for AEGIS
24      on the transformation.  But like I said, AEGIS is
25      either going to have Citi or BNY, and it might
```

Page 139

```
 1      query of those, where it was in response to if we
 2      were aware of any issues before 12/31/14 with
 3      respect to Citi, BNY, AVM or Black Rock.  And so it
 4      wasn't to get an understanding of all the
 5      transformation steps with respect to our other
 6      clients.
 7  BY MR. MAMOUNAS:
 8      Q.  And I'm not asking you all the transformation
 9  steps.
10          You told me that you learned, in the process
11  of preparing for this deposition, that XL and AEGIS have
12  a transformation of their custodial information before
13  it's uploaded into CAMRA.  And I want to understand
14  whether it's SS&C that does that transformation.
15          MR. O'CONNOR:  Objection.  Mischaracterizes
16      the testimony.  And how is that relevant to any of
17      the points?
18          MR. MAMOUNAS:  We can talk about it offline.
19          MR. O'CONNOR:  No.
20          MR. MAMOUNAS:  I'm not going to waste my time
21      on air.
22          MR. O'CONNOR:  No, please --
23          MR. MAMOUNAS:  I'm not going to waste my time.
24          MR. O'CONNOR:  Which point is it relevant to?
25          MR. MAMOUNAS:  I'm trying to understand --
```

Page 140

```
 1          MR. O'CONNOR:  Mr. Mamounas --
 2  BY MR. MAMOUNAS:
 3      Q.  I'm trying to understand, Mr. Reilly, does
 4  SS&C perform the transformation for XL and AEGIS of its
 5  custodial files from Citibank and/or BNY?
 6          MR. O'CONNOR:  Objection.  Mr. Mamounas, which
 7      point is it relevant to?
 8          MR. MAMOUNAS:  It's relevant to Number 10.
 9      It's relevant to your allegation that it was
10      Armour's obligation to transform its files.  It's
11      relevant to the witness's testimony that the
12      custodial relationships were client-managed and
13      not, as this proposal says, SS&C-managed.  I can go
14      on and I can go on.
15          MR. O'CONNOR:  It's -- those individual
16      relationships are not relevant to any of those
17      points.
18          MR. MAMOUNAS:  They absolutely are.  They're
19      in your document production as well, so you might
20      want to check your documents.
21          MR. O'CONNOR:  Yeah, well, we produced 200,000
22      pages of documents, so...
23          MR. MAMOUNAS:  Congratulations.
24  BY MR. MAMOUNAS:
25      Q.  I want to understand whether SS&C performed
```

Page 141

```
 1  the transformations for the XL and AEGIS custodial
 2  files.
 3          MR. O'CONNOR:  Objection.
 4          THE WITNESS:  I don't know.
 5  BY MR. MAMOUNAS:
 6      Q.  Okay.
 7      A.  Make it easy.
 8      Q.  Well, I want to know the truth.  I don't want
 9  a guess; I want to know.
10      A.  And that's -- if I knew, I would answer the
11  question.
12      Q.  Okay.
13      A.  I would answer the question.  I don't know.
14      Q.  Okay.
15      A.  I'm not -- I'm not a day-to-day employee on
16  either of those relationships.
17      Q.  Okay.
18      A.  They're big, they're complicated, there's a
19  lot going on, and I don't know all the specifics, or
20  otherwise, I would answer the question.
21      Q.  Okay.  Under the first bullet point on "Client
22  Responsibilities," do you see it reads, "Designate
23  responsible system administration liaison with SS&C"?
24      A.  I see that.
25      Q.  And Armour satisfied that, did it not?
```