# EXHIBIT 6

Page 1

```
 1
 2
 3    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION
      -----------------------------------------X
 4    ARMOUR CAPITAL MANAGEMENT,LP

 5                            PLAINTIFF,

 6
                      -against-      Case No:
 7                       17-CV-00790-JAM

 8
      SS&C TECHNOLOGIES, INC.,
 9
                            DEFENDANT.
10    -----------------------------------------X

11    Rough ASCII

12                    DATE: April 30, 2018

13                    TIME: 10:33 A.M.

14

15

16              VIDEO DEPOSITION of ANTHONY

17    MANUEL GONZALEZ, taken by the Plaintiff,

18    pursuant to Subpoena and to the Connecticut

19    Rules of Civil Procedure, held at the offices

20    of Holland & Knight, 31 West 52nd Street, New

21    York, New York 10019, before Robert X. Shaw,

22    CSR, a Notary Public of the State of New

23    York.

24

25
```

Page 206

1          Manuel Gonzalez ROUGH ASCII
2      A.   Yes.
3      Q.   You say it responds to a January --
4  e-mail from David Russell to you; correct?
5      A.   Yes (CHECK SOUND S.
6      Q.   And he is talking about Adriana in
7  that e-mail, right?
8      A.   Yes.
9      Q.   And is that Adriana Johnson?
10     A.   Yes.
11     Q.   You see his reference, she is not
12  actually chasing any of the resources and
13  pushing them to get things done, she is just
14  waiting to be told when they are, that they
15  are done, excuse me --
16     A.   Yes.
17     Q.   Do you have any understanding what
18  he was referring to?
19     A.   Um, so, yes.  So the way I
20  interpret this is --
21          Not to get overly philosophical
22  here, a project manager could be a recorder,
23  who tracks exclusively and reports on what
24  happens.
25          Could also be and should also be in

Page 207

1          Manuel Gonzalez ROUGH ASCII
2  my view someone who is a catalyst to get
3  things done, to push.
4          And he is saying that she is not
5  being a catalyst, that she is not um -- not
6  pushing, she is not pushing them.
7          And she is just waiting.  She's not
8  being proactive in terms of pushing the
9  resources to get things done.
10     Q.   And then he continues, "She is
11  doing more recording when things are getting
12  done than actually managing the process";
13  correct?
14     A.   Correct.  And that's kind of what I
15  alluded to at the beginning in terms of what
16  part of a project manager's function is, to
17  record what happens, but they should be
18  pushing.
19     Q.   Did you agree with his assessment?
20          MR. O'CONNOR:  Objection to the
21  form.
22     A.   I relied on his assessment.  I
23  relied on it.
24     Q.   Okay.
25     A.   So, I believed him because I relied

Page 208

1          Manuel Gonzalez ROUGH ASCII
2  on him because he --
3          He was very knowledgeable in CAMRA;
4  and so, I believed what he said.  Yes.  That
5  was your question, did I believe him?
6      Q.   It was whether you agreed with him.
7      A.   If I believed with him, I agreed
8  with him, yes, I did.
9      Q.   And Mr. Russell reported to you;
10  did he not?
11     A.   For part of the time.  I don't
12  think that he reported to me the entire time.
13  I think at end he stopped reporting to me.
14  That may have happened.
15     Q.   Did he begin reporting to someone
16  else?
17     A.   I think he and Ivona went off to
18  work together on something in the end.  But
19  yes, he reported to me.
20     Q.   And you responded to him in the
21  January 7th e-mail that we talked about --
22     A.   Yes.
23     Q.   -- saying, "Thanks.  We need to
24  have a serious sit down with her"?
25     A.   Yes.

Page 209

1          Manuel Gonzalez ROUGH ASCII
2      Q.   That "her" is Adriana Johnson?
3      A.   Yes.
4      Q.   Andriana Johnson is a project
5  manager for ^ WORD limitations?
6      A.   Yes.
7      Q.   Did you have a serious sit-down
8  with her?
9      A.   I hope so.  I don't remember.  It
10  was January '16, January, 2016.
11     Q.   And your last sentence in this two
12  line e-mail is:  "We need to send something
13  to Tim and every day that passes makes
14  matters worse with him."  Do you see that?
15     A.   Yes.
16     Q.   What did you mean by "makes matters
17  worse with him"?
18     A.   Well, so, think about his job in
19  running your organization, and implementation
20  being delayed and getting pressure from the
21  client.  So, every day that passes that this
22  project slips is going to make us look bad in
23  his eyes and make him look bad; right?  It is
24  what it is.
25     Q.   As of this point in time, what

Page 210

Manuel Gonzalez ROUGH ASCII
1
2  other implementations was Ms. Johnson serving
3  as a project manager for?
4       A.   I don't remember.  I don't
5  remember.  I'd have to look back.
6       Q.   I'm sorry.  Go ahead.
7       A.   I'd have to look back.
8       Q.   Do you know if she was the project
9  manager for the Fortress implementation?
10          MR. O'CONNOR:  Objection.
11          (Pause)
12      A.   Let me put it to you this way:
13          Your asking me that question leads
14  me to believe that she might have been.  She
15  was not active in Fortress, to my
16  recollection.  So, I don't think she was
17  doing Fortress implementation.  But if she
18  was, I don't remember at all.  I spent a lot
19  time on Fortress and Mr. Pallone spent a lot
20  of time on Fortress.  She might have been the
21  project manager on it.  I don't remember.
22      Q.   And, just generally, and we'll come
23  back to this.  When you say you spent a lot
24  of time on it and Pallone spent a lot of time
25  on it --

Page 211

Manuel Gonzalez ROUGH ASCII
1
2       A.   Yes.
3       Q.   What do you mean?  Generally, what
4  activities were you doing?
5       A.   Oh, boy.  We spent so much time
6  internally -- so much time internally
7  looking at --
8          MR. O'CONNOR:  I'm going to
9       designate this as attorneys eyes only.
10         MR. MAMOUNAS:  We're just looking
11      for generalities, as far as -- we can go
12      into the details later on.
13         MR. O'CONNOR:  I would rather --
14      you're asking about a particular client.
15      This is a client the judge has
16      deemed not to be relevant to this case,
17      and so I think it is just, it is safer
18      to just have, have the attorneys eyes
19      only designation.  Okay.  (Mr. Gruber
20      leaving the room.
21         MR. MAMOUNAS:  We will get a FISA
22      warrant the next time with state
23      secrets.
24      A.   I have difficulty describing,
25  describing what it was that we were spending

Page 212

Manuel Gonzalez ROUGH ASCII
1
2  time on.
3          We were looking at, we spent a lot
4  of time looking at the work done so far, the
5  work to be done, the way to frame the costs
6  and the remaining costs.
7          Just a lot of internal discussion
8  around the client, the delivery, um the work
9  to be done and then folks doing the work.  It
10  was a client that consumed just a lot of our
11  attention.  Just --
12         It was, if it was at all
13  productive, I don't know.
14      Q.   And was it also a resource
15  allocation issue that prevented that
16  implementation from completing?
17         MR. O'CONNOR:  Objection.
18         (Pause)
19      A.   I think it was most probably, well,
20  it was --
21         It was either something related to
22  the right number of resources or
23  knowledgeable resources, along with potential
24  functionality gaps, like we talked about
25  before.

Page 213

Manuel Gonzalez ROUGH ASCII
1
2       Q.   When you talk about resources, you
3  are referring to people at SS&C, right?
4       A.   People at SS&C.
5       Q.   Okay.
6       A.   People at SS&C, yes.  Was aid
7  /KWRAPB ^ that ^ in a the project -- am I
8  allowed to ask you a question if.
9          MR. O'CONNOR:  No.
10         MR. MAMOUNAS:  No.
11      Q.   Okay.
12      A.   /SHOPBL, I do not remember if she
13  was the --
14      Q.   Okay.  So, going back to
15  Plaintiff's Exhibit 5, when you wrote every
16  day that passes makes matters worth with
17  hill, hill referring to Tim, you had in mind
18  the Armour implementation, right?
19      A.   Yes.  Very specifically the Armour
20  implementation there.
21      Q.   Because Adriana Johnson was the
22  project manager, right?
23      A.   Well -- it made matters worse with
24  him every day not that she was the project
25  manager but that it was not being delivered