# Exhibit 7
# Filed Under Seal

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only





Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only




Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00901-JAM   Document 186-7   Filed 10/03/18   Page 21 of 81

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00939-WHA   Document 486-7   Filed 10/03/17   Page 35 of 81

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00939-WHA   Document 186-7   Filed 10/03/17   Page 38 of 81

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00939-WHA   Document 156-7   Filed 06/03/17   Page 60 of 81

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00939-WHA   Document 186-7   Filed 10/03/18   Page 63 of 81



Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-00790-JAM   Document 186-7   Filed 10/03/18   Page 71 of 81

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only