# Exhibit 8
# Filed Under Seal

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only


Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only



Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Case 3:17-cv-02790-JAM   Document 166-8   Filed 10/08/18   Page 49 of 62

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only