# Exhibit 9
# Filed Under Seal

Redacted - Confidential Attorney's Eyes Only
