# Exhibit 10
# Filed Under Seal

Redacted - Confidential Attorney's Eyes Only