# Exhibit 11
# Filed Under Seal

Redacted - Confidential Attorney's Eyes Only

Redacted - Confidential Attorney's Eyes Only