IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 17-cv-00790-JAM<br><br><br><br>October 3, 2018 |

**ACM'S UNOPPOSED MOTION TO SEAL SS&C'S EXPERT REPORTS AND CONFIDENTIAL CUSTOMER INFORMATION AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 5(e) of the Local Rules for the District of Connecticut,[1] Plaintiff, ARMOUR Capital Management LP ("ACM"), moves for the entry of an order sealing the Expert Report of Brooks L. Hilliard, CMC, CCP and the Expert Report of Michael Maffattone served by Defendant, SS&C Technologies Inc. ("SS&C"), on ACM on September 12, 2018 (the "Expert Reports"), and three documents containing confidential information about SS&C's customers that it produced after the close of fact discovery (together with the Expert Reports, "AEO Documents").

**LEGAL ARGUMENT**

"Upon a showing of compelling circumstances, the court may order certain records to be sealed." *Grayson v. Gen. Elec. Co.*, No. 3:13cv1799 (WWE), 2017 WL 923907, at *1 (D. Conn. Mar. 7, 2017) (citing *Joy v. North*, 692 F.2d 880, 893 (2d Cir. 1982)).

---

[1] The Local Rules provide that a party seeking to file a document under seal may e-file: (1) a motion to seal; (2) a redacted version of each document sought to be sealed; (iii) unredacted copies of each document sought to be sealed; and (iv) any memorandum or other documents supporting the assertion that grounds exist for sealing the documents sought to be sealed. D. Conn. L. R. 5(e)(4)(a). Accordingly, ACM is filing unredacted copies of the AEO Documents as Exhibits A-E to this motion, and redacted copies of the same as Exhibits 7-11 to ACM's letter brief filed contemporaneously herewith. ECF No. 156.

Courts have discretion to seal documents that contain confidential information. *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000). Courts have also recognized the need to protect the privacy interests of third parties. *See United States v. Amodeo*, 71 F.3d 1044, 1050-51 (2d Cir. 1995) (privacy interests of third parties given additional weight); *In re Savitt/Adler Litig.*, No. 95-CV-1842 (RSP/DRH), 1997 WL 797511, at *3 (N.D.N.Y. Dec. 23, 1997) (non-parties' privacy interests are "strong factor weighing against disclosure of their identities").

Sealing is appropriate where materials constitute confidential "commercial information," which includes, among other documents, trade secrets, confidential research, internal business documents and information about a business's operations. *See* Fed. R. Civ. P. 26(c)(1)(G); *Louis Vuitton Maletier S.A. v. Sunny Merchandise Corp.*, 97 F. Supp. 3d 485, 510-12 (S.D.N.Y. 2015). Moreover, the Court's Standing Protective Order permits the producing party ("the Designating Person") to designate as "Confidential-Attorney's Eyes Only" materials that the Designating Person "reasonably and in good faith believes is so highly sensitive that its disclosure to a competitor could result in significant competitive or commercial disadvantage to the Designating Person." ECF No. 4 at ¶ 4. The Standing Protective Order requires parties to file "Confidential-Attorney's Eyes Only" documents under seal. *Id.* at ¶ 14.

Compelling circumstances exist for sealing the AEO Documents. SS&C has designated them as "Confidential-Attorney's Eyes Only," on the basis that the AEO Documents contain confidential and sensitive business information about SS&C and its CAMRA product, including the names of its CAMRA customers. ACM is bound by the Court's Standing Protective Order. ACM references the AEO Documents in its letter brief (ECF No. 156), filed on the same day as this motion, and provides them so that the Court may consider them in their entirety.

WHEREFORE, based on the foregoing, ACM respectfully requests that the Court grant this motion and seal the AEO Documents.

Case No. 17-cv-00790-JAM

Dated: October 3, 2018

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
    Christopher M. Cerrito (ct17183)
    chris.cerrito@hklaw.com
    One Stamford Plaza
    263 Tressler Boulevard, Suite 1400
    Stamford, CT 06901
    Telephone: (203) 905-4500
    Facsimile: (203) 724-3944

and

By: */s/ Allison Kernisky*
    Joseph Mamounas (phv09010)
    joseph.mamounas@hklaw.com
    Allison Kernisky (phv09011)
    allison.kernisky@hklaw.com
    701 Brickell Avenue, Suite 3300
    Miami, FL 33131
    Telephone: (305) 374-8500
    Facsimile: (305) 789-7799

*Counsel for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, a true and correct copy of this document was served by electronic and U.S. mail on all counsel of record.

By: */s/ Allison Kernisky*
    Allison Kernisky (phv09011)