# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.,<br><br>　　　　　　　Defendant. | Case No. 17-cv-00790-JAM<br><br><br>June 26, 2017 |

**ARMOUR CAPITAL MANAGEMENT LP'S
FIRST REQUEST FOR PRODUCTION TO SS&C TECHNOLOGIES INC.**

　　　　Pursuant to Federal Rule of Civil Procedure 34, Plaintiff, ARMOUR Capital Management LP ("ACM"), serves its First Request for Production (the "First Request") to Defendant, SS&C Technologies Inc. ("SS&C").  Such production shall occur on July 26, 2017, at Holland & Knight LLP, One Stamford Plaza, 263 Tressler Boulevard, Suite 1400, Stamford, CT 06901.

**DEFINITIONS**

　　　　1.　　ACM incorporates by reference the definitions and rules of construction set forth in Rule 26(c) and (d) of the Local Civil Rules of the United States District Court for the District of Connecticut as if fully set forth herein, including the definitions of "Communication," "Document," "Parties," and "Concerning," and the rules of construction for "All/Each," "And/Or," and "Number."

　　　　2.　　"You," "Your," and "SS&C" mean Defendant, SS&C Technologies Inc., and Your employees, officers, directors, shareholders, members, partners, attorneys, agents, managers, representatives, and each and every Person acting on Your behalf or at Your direction.

　　　　3.　　"ACM" means Plaintiff, ARMOUR Capital Management LP and ACM's employees, officers, directors, shareholders, members, partners, attorneys, agents, managers, representatives, and each and every Person acting on ACM's behalf or at its direction.

　　　　4.　　"Complaint" means the Complaint and Demand for Jury Trial filed by ACM in this lawsuit on May 15, 2017.

Case No. 17-cv-00790-JAM

16. All Documents, including Communications, reflecting or relating to work done by SS&C's Client Services Team for ACM.

17. All Documents, including Communications, reflecting or relating to any "tickets" submitted to SS&C's Solution Center by ACM or You related to the uncompleted implementation of CAMRA by ACM and any responses by You to such tickets, including all diary entries.

18. All Documents related to SS&C's financial accounting for CAMRA and related implementation and outsourcing services including accounting policies and procedures regarding revenue recognition, warranty liability and expenses as well as any ledger, journal, entry, transaction analysis, forecast, plan or summary of amounts accrued, recorded, recognized, unrecognized or anticipated.

19. All Documents, including Communications, reflecting or relating to the uncompleted implementation of CAMRA for any Person other than ACM.

20. All Documents, including Communications, reflecting or relating to any complaints, failures, accidents, incidents, problems, damages, or similar occurrences with CAMRA that did not involve ACM.

21. All Documents reflecting or relating to Your standards, policies, practices, procedures, or handbooks applicable to Your handling of complaints, failures, accidents, incidents, problems, damages, or similar occurrences.

22. All Documents, including Communications, reflecting or relating to any pending or threatened lawsuits or other claims, other than this one, brought against SS&C involving CAMRA.

23. All Documents, including Communications, reflecting SS&C's fees under the Master Services Agreement, including any fees You believe SS&C is owed.

24. All Documents, including Communications, relating to or supporting any defenses SS&C intends to raise in this lawsuit.

25. All Documents, including Communications, concerning any expert witness SS&C intends to use in this lawsuit.