Case No. 3:17-cv-00790-JAM

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>                              Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>                              Defendant. | 3:17-cv-00790-JAM<br><br>Hon. Jeffrey Alker Meyer |

## DECLARATION OF NORA AHMED

Nora Ahmed declares, pursuant to 28 U.S.C. § 1746:

1.      I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant SS&C Technologies, Inc. ("SS&C").

2.      I submit this declaration to put before the Court documents cited in SS&C's October 3 and 4, 2018 letter briefs ("Letter Briefs").

3.      The below Exhibit letters match the corresponding footnote ("FN") numbers that appear in the Letter Briefs.

4.      Attached as **Exhibit A (FN 1)** is a copy of presentation made by SS&C to Armour Residential REIT on June 2, 2014.

5.      Attached as **Exhibit B (FN 2)** is a copy of Armour Capital Management LP's ("ACM") First Amended Complaint, ECF No. 35.

6.      Attached as **Exhibit C (FNs 3 & 21)** are copies of ACM's discovery letters to the Court, dated September 28, 2017, ECF No. 51; March 1, 2018, ECF No. 68; March 2, 2018, ECF No. 71; April 2, 2018, ECF No. 84; and April 26, 2018, ECF No. 94.

7.      Attached as **Exhibit D (FN 5)** is a copy of this Court's order Granting Emergency Motion for Extension of Time and Entry of Amended Scheduling Order, dated August 15, 2018, ECF No. 132.

8.      Attached as **Exhibit E (FNs 6, 22, 23, & 26)** is an excerpted copy of a Court hearing transcript, dated September 29, 2017, ECF No, 56.

9.      Attached to as **Exhibit F (FNs 7 & 26)** is a copy of SS&C's Supplemental Responses to ACM's First Set of Interrogatories, dated October 10, 2017 (filed under seal).

10.     Attached as **Exhibit G (FN 8)** are excerpted copies of the following deposition transcripts (filed under seal): **(i)** John Timothy Reilly, dated February 15, 2018, and **(ii)** Jeffrey Fecteau, dated October 5, 2017.

11.     Attached as **Exhibit H (FNs 9, 10 & 20)** are excerpted copies of Court hearing transcripts dated March 2, April 3, and April 27, 2018, ECF Nos. 74, 99, and 100.

12.     Attached as **Exhibit I (FNs 11 & 12)** is a copy of Brooks L. Hilliard's Expert Report, dated September 12, 2018, Ex. 8 to ECF No. 156 (filed under seal).

13.     Attached as **Exhibit J (FN 13)** is a copy of Michael Maffattone's Expert Report, dated September 12, 2018, Ex. 7 to ECF No. 156 (filed under seal).

14.     Attached as **Exhibit K (FN 15)** is a copy of an email chain between counsel for ACM and SS&C, dated September 10, 2018.

15.     Attached as **Exhibit L (FNs 18 & 19)** is a copy of Steven R. Kursh's Expert Report, dated July 11, 2018 (filed under seal).

16.     Attached as **Exhibit M (FN 24)** is an excerpted copy of the deposition of Normand Boulanger, dated June 5, 2018 (filed under seal).

Case No. 3:17-cv-00790-JAM

17.     Attached as **Exhibit N** (**FN 25**) is an excerpted copy of the deposition of Tony Gonzalez, dated April 30, 2018 (filed under seal).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    October 4, 2018
          New York, New York

                                    _____
                                              Nora Ahmed