# EXHIBIT D
# (Order, Dkt#132, dated Aug. 15, 2018, FN 5)

ORDER GRANTING EMERGENCY MOTION FOR EXTENSION OF TIME AND ENTRY OF AMENDED SCHEDULING ORDER: The Court GRANTS the emergency motion for extension of time (Doc. # 129 ) for substantially the reasons stated by SS&C in its papers: that the request is prompted by ACM's cancellation of the deposition of Dr. Kursh and that it is reasonable for SS&C to request rescheduling of the deposition to a date when its own expert may be present for the deposition. The deposition of Dr. Kursh shall proceed on August 28, 2018. SS&C shall make its expert disclosure by September 10, 2018, and its expert shall be subject to deposition on October 1, 2018 (or any earlier date that may be mutually agreed upon by counsel). Any dispositive motions shall be filed by November 1, 2018, and any response to dispositive motions shall be filed by November 30, 2018, with any reply filed by December 14, 2018. Signed by Judge Jeffrey A. Meyer on 08/15/2018. (Rubin, N.) (Entered: 08/15/2018)