# EXHIBIT E
# (Hrg Transcript, Dkt#56, dated Sept. 29, 2017, FNs 6, 22, 23, & 26)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
- - - - - - - - - - - - - - - - -x
                                  :
ARMOUR CAPITAL MANAGEMENT LP,     :  No. 3:17CV790(JAM)
                                  :
            Plaintiff             :
                                  :
       vs.                        :
                                  :
SS&C TECHNOLOGIES, INC.,          :
                                  :  New Haven, Connecticut
            Defendant             :  September 29, 2017
                                  :
- - - - - - - - - - - - - - - - -x
```

TELEPHONIC DISCOVERY CONFERENCE

B E F O R E:

    THE HONORABLE JEFFREY ALKER MEYER, U.S.D.J.

Diana Huntington, RDR, CRR
Official Court Reporter

Case 3:17-cv-00790-JAM Document 162-6 Filed 10/04/18 Page 3 of 3
Case 3:17-cv-00790-JAM Document 56 Filed 10/04/17 Page 28 of 45

28

1  software and that has to be very specifically implemented
2  with particular businesses, it's to the extent that
3  there's peculiarities of businesses and different
4  businesses and multiple factors can make a difference in
5  terms of the problems that arise. It's not so clear to
6  me, it's not self-evident that the fact that there's been
7  a problem with another customer means that there's also a
8  like problem with the parties in this case or that it
9  supports the claim of essentially a fraud or
10 misrepresentation. So that's kind of the way I start
11 thinking about this.
12         I am convinced, for purposes of the document
13 requests, now that there should be a limitation. The
14 parties have agreed on the time limitation over that
15 three-year period from 2014 to 2017. And I also do think
16 at this time that there should be a limitation as to the
17 mortgage REITs.
18         And so I'm going to order the production as
19 suggested, with some modification, at the bottom of page 3
20 and 4 of Mr. O'Connor's letter, I'm going to require
21 production of a list of SS&C's REIT clients that used
22 CAMRA, licensed, hosted, or outsourced from May 1, 2014,
23 to May 1, 2017. And secondly, I'll require the production
24 of non-technical documents concerning any or actual
25 threatened lawsuits. And I understand that there may be