# EXHIBIT F
# (SS&C's Supp. Interrog. Resp. to ACM's First Interrog. dated Oct. 10, 2017), FNs 7 & 26)
# [FILED UNDER SEAL]