# EXHIBIT G
# (Excerpted Transcript of John T. Reilly, dated Feb. 15, 2018, FN 8)
# [FILED UNDER SEAL]