EXHIBIT I
(Expert Report of Brooks L.
Hillard, dated Sept. 12, 2018,
FNs 11&12)
[FILED UNDER SEAL]