# EXHIBIT J
# (Expert Report of Michael Maffattone, dated Sept. 12, 2018, FN 13)
# [FILED UNDER SEAL]