# EXHIBIT K
# (E-mail chain between ACM and SS&C Sept. 10, 2018, FN 15)

**Ahmed, Nora**

| | |
|---|---|
| **From:** | Allison.Kernisky@hklaw.com |
| **Sent:** | Monday, September 10, 2018 10:56 AM |
| **To:** | koconnor@hinckleyallen.com |
| **Cc:** | Joseph.Mamounas@hklaw.com; Baughman, Jack; Ahmed, Nora; jtuxbury@hinckleyallen.com; amillinger@hinckleyallen.com |
| **Subject:** | RE: Expert Deposition Dates |

Kevin,

Please confirm you saw Joe's email from this morning. We're all set for the depos on Oct. 2 and 4 at H&K's New York offices and agree to SS&C serving its expert reports on Wednesday, Sept. 12.

Will we be receiving the BAMM and OTS documents Manoj Chacko testified about today?

Thanks,
Allison

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com | www.hklaw.com

-----Original Message-----
From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Monday, September 10, 2018 9:15 AM
To: Kernisky, Allison (MIA - X22175) <Allison.Kernisky@hklaw.com>
Cc: Mamounas, Joseph J (MIA - X27491) <Joseph.Mamounas@hklaw.com>; jbaughman@paulweiss.com; nahmed@paulweiss.com; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Millinger, Alexa T. <amillinger@hinckleyallen.com>
Subject: Re: Expert Deposition Dates

Please call me on my cell to call Judge Meyer's clerk.  617-335-7378.

Also, do you agree to the revised schedule I proposed last night?  Let's lock down the dates.  If not, please let us know where and when you want to conduct the expert depositions in New York on 9/24 and 10/1.

Regards,

Kevin

Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.haslaw.com_ourattorneys.aspx-3Fb-3D397&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=fKSD8qyV6OWMqoyejce62_PDXEzo3v8TBZFGdHuGaeE&s=k755lMR_HqzUguL4i6GdIvN-pFRWzgF7cVbt9JNrmmw&e=>
Partner

_____

Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwIF-g&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=fKSD8qyV6OWMqoyejce62_PDXEzo3v8TBZFGdHuGaeE&s=_tpSyFxuPzFKm58cb2ns8yFJ4QYYj_vaRg7boRV8VaY&e=>
28 State Street<x-apple-data-detectors://1/1>
Boston, MA 02109-1775<x-apple-data-detectors://1/1>
p: 617-378-4394<tel:617-378-4394>  |  f: 617-345-9020<tel:617-345-9020>
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>


On Sep 7, 2018, at 3:21 PM, "Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>"
<Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>> wrote:


Kevin,

Sept. 19 or 20 work on our end for the discovery dispute hearing. Are you ready to call the clerk back?

Thanks.

Allison Kernisky | Holland & Knight
Associate
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131 Phone 305.349.2175 | Fax 305.789.7799
allison.kernisky@hklaw.com<mailto:allison.kernisky@hklaw.com> |
www.hklaw.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_&d=DwIFAg&c=MVcBZOqZGZlJcau2IlMSkQ&r=Xk383gq0PkAy0LRWfA-w3o8-RPxN4H7StP8rD5bz9Ps&m=Gnofj4M9kCpAuWiYy0sBYCGigZ26d2D37uWvEebsOlM&s=xIJpG0fCnL_G4mWvE7WKlwoSNW1y33jVRXq4rmyleZE&e=>

_____
Add to address book<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_vcard.aspx-3Fuser-3DAbhoagla&d=DwIFAg&c=MVcBZOqZGZlJcau2IlMSkQ&r=Xk383gq0PkAy0LRWfA-w3o8-RPxN4H7StP8rD5bz9Ps&m=Gnofj4M9kCpAuWiYy0sBYCGigZ26d2D37uWvEebsOlM&s=SzcArn__axNA5cQPixjDBw0zSvhK-3N6XvrUWZIoPhA&e=> | View professional biography<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hklaw.com_id77_biosAbhoagla&d=DwIFAg&c=MVcBZOqZGZlJcau2IlMSkQ&r=Xk383gq0PkAy0LRWfA-w3o8-RPxN4H7StP8rD5bz9Ps&m=Gnofj4M9kCpAuWiYy0sBYCGigZ26d2D37uWvEebsOlM&s=mQKX1qjqx-ox1C3a9QRFxu_NkeTI7zDd9nk7jRTh1JU&e=>


From: O'Connor, Kevin J. [mailto:koconnor@hinckleyallen.com]
Sent: Friday, September 07, 2018 2:12 PM
To: 'jmamounas@hklaw.com<mailto:jmamounas@hklaw.com>'
<jmamounas@hklaw.com<mailto:jmamounas@hklaw.com>>; Kernisky, Allison (MIA - X22175)
<Allison.Kernisky@hklaw.com<mailto:Allison.Kernisky@hklaw.com>>
Cc: 'Baughman, Jack' <jbaughman@paulweiss.com<mailto:jbaughman@paulweiss.com>>; Ahmed, Nora
<nahmed@paulweiss.com<mailto:nahmed@paulweiss.com>>; Tuxbury, James L.
<jtuxbury@hinckleyallen.com<mailto:jtuxbury@hinckleyallen.com>>
Subject: Expert Deposition Dates

Joe,

We expect to have two expert reports.  As we discussed, the dates for their depositions would be Tuesday, September 25 and Monday, October 1.  We can do the depositions in New York.

Regards,

Kevin

Kevin J. O'Connor <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_people_kevin-2Dj-2Doconnor&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=YZ8cuqZJ1iFqcT0EXYlWy9itZ7l0JRZ_Q3-a1WL202A&s=edKufZwCAmi22-BvnPo5N9K0aH7wLMZvV_aKVEGnogI&e=>
Partner
_____
Hinckley Allen <https://urldefense.proofpoint.com/v2/url?u=http-3A__www.hinckleyallen.com_&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=2FusYrHzxTcxlFQZgQluGZoYihoqw4mhDlmTStXuXkw&m=YZ8cuqZJ1iFqcT0EXYlWy9itZ7l0JRZ_Q3-a1WL202A&s=g5Q6XqCvbMKxRvV_QV4e1pHHkQDHBcPtTAoBl9KU8fs&e=>
28 State Street
Boston, MA 02109-1775
p: 617-378-4394 |  f: 617-345-9020
koconnor@hinckleyallen.com<mailto:koconnor@hinckleyallen.com>


_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.