# EXHIBIT L
# (Steven R. Kursh, Expert Report July 11, 2018, FNs 18 & 19)
# [FILED UNDER SEAL]