# EXHIBIT M
# (Excerpted Transcript of Normand Boulanger Dep. Tr. (May 3, 2018), at 79:21–82:22, FN 24)
# [FILED UNDER SEAL]