# EXHIBIT N
# (Excerpted Transcript of Tony Gonzalez Dep. Tr. (Apr. 30, 2018), at 209:22-211:9, FN 25) [FILED UNDER SEAL]