# Holland & Knight

701 Brickell Avenue, Suite 3300 | Miami, FL 33131 | T 305.374.8500 | F 305.789.7799
Holland & Knight LLP | www.hklaw.com

Allison Kernisky
305-349-2175
allison.kernisky@hklaw.com


October 15, 2018

*Via CM/ECF*

Honorable Jeffrey A. Meyer
Richard C. Lee United States Courthouse
141 Church Street, Courtroom 3
New Haven, CT 06510

      Re:    *ARMOUR Capital Mgmt. LP v. SS&C Techs. Inc.*, Case No. 17-cv-00790-JAM.

Dear Judge Meyer:

In advance of the October 18, 2018 hearing, ACM[1] respectfully gives notice of the following supplemental authority, in relation to the discovery dispute reflected at ECF Nos. 153 and 156-64.

- *Milner v. Lewis*, No. 14-cv-1544, 2017 WL 1375169, at *4-5 (D. Conn. Apr. 14, 2017) (rebuttal opinion allowed only "if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party.");

- *Texas Instr. Inc. v. Powerchip Semiconductor Corp.*, No. 06 Civ. 2305, 2007 WL 1541010, at *13-14 (S.D.N.Y. May 24, 2007) (precluding defendant under Rule 37(c)(1) from relying on materials disclosed for first time in expert's rebuttal report).

- *Mercer v. Schriro*, No. 16-CV-329, 2018 WL 4096634, at *13 n.11 (D. Conn. Aug. 28, 2018) ("Arguments may not be made for the first time in a reply brief.").

We thank the Court for its attention to this matter.

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                              /s Allison Kernisky


CC:    All Counsel of Record.

---

[1] All capitalized terms have the same meaning as in ECF No. 156.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach