Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____  RPTR/ECRO/TAPE Diana Huntington

TOTAL TIME: 2 hours 22 minutes

DATE: 10/18/2018    START TIME: 9:05    END TIME: 11:27

LUNCH RECESS  FROM: _____  TO: _____

RECESS (if more than ½ hr)  FROM: _____  TO: _____

CIVIL NO. 17cv790

| ARMOUR Capital Mgmt. | | A. Kernisky; J.J. Mamounas |
|---|---|---|
| | vs | Plaintiff's Counsel |
| SS&C, Inc. | | K.J. O'Connor; J.F. Baughman; N. Ahmed |
| | | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #105 | Motion to Dismiss First Amended Counterclaims | ☐ | ☐ | ☑ |
| ☑ | # | Motion Objections to discovery of Mountain emails | ☐ | ☑ | ☐ |
| ☐ | # | Motion to compel production of chat logs | ☑ | ☐ | ☐ |
| ☐ | # | Motion to strike expert reports | ☐ | ☑ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion to reconsider order denying mot. to strike | ☐ | ☑ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Briefs(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ ☐ filed ☐ docketed
☐ _____ Hearing continued until _____ at _____

Notes: Future deadlines scheduled