UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| ARMOUR CAPITAL MANAGEMENT LP, | |
|---|---|
| Plaintiff, | |
| - against - | 3:17-cv-00790-JAM |
| SS&C TECHNOLOGIES, INC., | December 12, 2018 |
| Defendant. | |

**THIRD JOINT MOTION TO EXTEND PRETRIAL DEADLINES**

Plaintiff Armour Capital Management, LP ("ACM") and Defendant SS&C Technologies, Inc. ("SS&C") jointly file this Motion to Extend Pretrial Deadlines. Due to an unforeseen death in the family of SS&C's lead counsel, the parties propose the following modified pretrial schedule:

| **Discovery** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Dispositive motion deadline** | December 14, 2018 | December 17, 2018 |
| **Responses to dispositive motions** | January 11, 2019 | January 14, 2019[1] |
| **Joint trial memorandum due** | 30 days from ruling on motions for summary judgment | 30 days from ruling on motions for summary judgment |

There is good cause for extending the dispositive motion deadline and the extension is minimal. The death in the family of SS&C's lead counsel was unexpected and required immediate attention. The parties are seeking an extension of only three days.

---

[1] Reply briefs will be due 14 days from this date in accordance with Local Rule 7(d).

Doc#: US1:12480741v1

This motion is being filed fewer than three days before the deadline because counsel for both parties were only able to discuss the matter, and agree to the deadline, on December 12.

This is the parties' third request for an extension of this Court's pretrial scheduling order.

Respectfully submitted,

ARMOUR CAPITAL MANAGEMENT, LP

By:   /s/ *Allison Kernisky*
Joseph J. Mamounas (phv09010)
Allison Kernisky (phv09011)
Holland & Knight, LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
joseph.mamounas@hklaw.com
allison.kernisky@hklaw.com
Telephone: (305) 374-8500
Facsimile: (305) 789-7799


Christopher M. Cerrito (ct7183)
Holland & Knight, LLP
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
chris.cerrito@hklaw.com
Telephone:  (203) 905-4500

SS&C TECHNOLOGIES, INC.

By:   /s/ *Nora Ahmed*
John F. Baughman (phv09713)
Nora Ahmed (phv09712)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
jbaughman@paulweiss.com
nahmed@paulweiss.com
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990


Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone:  (617) 378-4394
Facsimile:   (617) 345-9020


Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone:  (860) 331-2762

## CERTIFICATION

I HEREBY CERTIFY THAT ON December 12, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Nora Ahmed*
Nora Ahmed

3

Doc#: US1:12480741v1