UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>        Plaintiff,<br><br>    - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>        Defendant. | 3:17-cv-00790-JAM<br><br>December 17, 2018 |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

   Defendant SS&C Technologies, Inc. ("SS&C"), by and through undersigned counsel, respectfully moves this Court to grant summary judgment on all of Plaintiff Armour Capital Management LP's claims pursuant to Federal Rule of Civil Procedure 56(a).  SS&C relies on the accompanying memorandum of law in support of this motion, the accompanying Local Rule 56(a)(1) Statement of Undisputed Material Facts, the accompanying Declaration of Nora Ahmed, dated December 17, 2018, and the accompanying Declaration of J. Timothy Reilly, dated December 15, 2018.

| | |
|---|---|
| Dated: New York, New York<br>     December 17, 2018 | Respectfully submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br> GARRISON LLP<br><br>By: /s/ *John F. Baughman*<br>   John F. Baughman<br>   Nora Ahmed<br>   1285 Avenue of the Americas<br>   New York, New York 10019<br>   (212) 373-3000<br>   jbaughman@paulweiss.com<br>   nahmed@paulweiss.com |

ORAL ARGUMENT REQUESTED
Doc#: US1:12493950v1

2

                Kevin J. O'Connor
                Hinckley, Allen & Snyder LLP
                28 State Street
                Boston, MA 02109-1775
                (617) 378-4394
                koconnor@hinckleyallen.com

                Jeffrey J. Mirman
                Alexa T. Millinger
                Hinckley, Allen & Snyder LLP
                20 Church Street, 18th Floor
                Hartford, Connecticut 06103
                (860) 331-2762
                jmirman@hinckleyallen.com
                amillinger@hinckleyallen.com


                *Attorneys for Defendant*
                *SS&C Technologies, Inc.*

Doc#: US1:12493950v1

## CERTIFICATION

I HEREBY CERTIFY THAT ON December 17, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *John F. Baughman*
John F. Baughman
