UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

| | |
|---|---|
| In the Matter of the Application of the<br><br>ARMOUR CAPITAL MANAGEMENT LP,<br><br>*Plaintiff,*<br><br>-against-<br><br>SS&C TECHNOLOGIES, INC.,<br><br>*Defendants.* | Civil Case No.<br>3:17-cv-00790-JAM<br><br>Hon. Jeffrey Alker Meyer |

### DECLARATION OF NORA AHMED

Nora Ahmed declares, pursuant to 28 U.S.C. § 1746:

1. I am a lawyer at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Defendant SS&C Technologies, Inc. ("SS&C").

2. I submit this declaration to put before the Court documents cited in Defendant SS&C's Memorandum of Law in Support of its Motion for Summary Judgment.

3. Attached as **Exhibit 1** is a copy of the Master Agreement between SS&C and Plaintiff Armour Capital Management LP ("ACM"), dated December 19, 2014, and bearing Bates range ACM0048568–83.

4. Attached as **Exhibit 2** is an excerpted copy of Form 10-K, Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, For the Fiscal Year Ended December 31, 2017, for SS&C Technologies Holdings, Inc., filed with the Securities and Exchange Commission ("SEC") and available online at https://www.sec.gov/edgar.shtml.

5. Attached as **Exhibit 3** is a copy of a SS&C online document titled "Corporate Profile," retrieved from https://investor.ssctech.com/investor-relations/overview/default.aspx on December 3, 2018.

6. Attached as **Exhibit 4** is a copy of a SS&C press release titled "SS&C Appoints Samuel D. Eckelmann Vice President, Strategic Development for Institutional Customers," dated April 1, 2015, and retrieved from https://www.ssctech.com/about-us/news-events/press-releases/press-release/n/649 on December 5, 2018.

7. Attached as **Exhibit 5** is a copy of a SS&C press release titled "SS&C Launches REIT Servicing Group," dated April 24, 2014, and retrieved from https://investor.ssctech.com/investor-relations/press-releases/press-release-details/2014/SSC-Launches-REIT-Servicing-Group/default.aspx on December 3, 2018.

8. Attached as **Exhibit 6** is a copy of Armour Capital Management LP's ("ACM") website, retrieved from http://armourcap.com on December 12, 2018.

9. Attached as **Exhibit 7** is a copy of the Amended and Restated Management Agreement between Armour Residential REIT, Inc. and Armour Residential Management LLC, dated November 6, 2009, and bearing Bates range ACM0049014–47.

10. Attached as **Exhibit 8** is a copy of the Management Agreement between Javelin Mortgage Investment Corp. and Armour Residential Management LLC, dated October 5, 2012, and bearing Bates range ACM0049182–203.

11. Attached as **Exhibit 9** is an excerpted copy of Form 10-Q, Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, For the Quarterly Period Ended June 30, 2014, for Armour Residential REIT, Inc., filed with the SEC and available online at https://www.sec.gov/edgar.shtml.

12. Attached as **Exhibit 10** is an excerpted copy of Form 10-Q, Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, For the Quarterly Period Ended June 30, 2014, for Javelin Mortgage Investment Corp., filed with the SEC and available online at https://www.sec.gov/edgar.shtml.

13. Attached as **Exhibit 11** is an excerpted copy of Form 10-K, Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, For the Fiscal Year Ended December 31, 2016, for Armour Residential REIT, Inc., filed with the SEC and available online at https://www.sec.gov/edgar.shtml.

14. Attached as **Exhibit 12** is a copy of the Fourth Amended and Restated Management Agreement between Armour Residential REIT, Inc. and ACM, dated February 23, 2015, and bearing Bates range ACM0049062–085.

15. Attached as **Exhibit 13** is a copy of an email chain between Dennis Moore and Jim Mountain, dated May 13, 2014, and bearing Bates range SSC000009–10.

16. Attached as **Exhibit 13-A** is a copy of a SS&C document titled "Mortgage REIT Accounting and Financial Reporting Specialists," attached to the email in Exhibit 13, and bearing Bates range SSC000011–14.

17. Attached as **Exhibit 14** is an excerpted copy of the transcript of James Mountain's November 29, 2017 deposition.

18. Attached as **Exhibit 15** is a copy of a SS&C document titled "Introduction to SS&C Technologies, Specialized Solutions for Publicly Traded Mortgage REITs," dated June 2, 2014, and bearing Bates range ACM0025350–60.

3

19. Attached as **Exhibit 16** is a copy of an email chain between Dennis Moore, Jim Mountain, and Mark Gruber, dated June 19, 2014, and bearing Bates range SSC000405–12.

20. Attached as **Exhibit 17** is a copy of an email from Dennis Moore to Mark Gruber and Jim Mountain, with an attachment of the results of SS&C's first "Proof of Concept," dated August 26, 2014, and bearing Bates range SSC000694–720.

21. Attached as **Exhibit 18** is a copy of an email from Dennis Moore to Jonna Terry and Mark Gruber, with an attachment of the results of SS&C's second "Proof of Concept," dated September 24, 2014, and bearing Bates range SSC001982–98.

22. Attached as **Exhibit 19** is a copy of an email from Dennis Moore to Jonna Terry and Mark Gruber, with an attachment containing the results of SS&C's third "Proof of Concept," dated October 21, 2014, and bearing Bates range SSC001900–03.

23. Attached as **Exhibit 20** is a copy of a SS&C document titled "Today's Meeting: Demonstration of CAMRA Accounting System & Proof of Concept Results," dated August 27, 2014, and bearing Bates number SSC135290.

24. Attached as **Exhibit 21** is a copy of a SS&C document titled "With You Today," undated, and bearing Bates number ACM0025372.

25. Attached as **Exhibit 22** is an excerpted copy of the transcript of Iwona Olszewska's February 13, 2018 deposition.

26. Attached as **Exhibit 23** is a copy of an email from Dennis Moore to Jim Mountain and Mark Gruber, dated September 10, 2014, and bearing Bates number SSC000829.

4

27. Attached as **Exhibit 24** is a copy of an email from Dennis Moore to Timothy Reilly and Jack Quinn, dated November 13, 2014, and bearing Bates range SSC002415–16.

28. Attached as **Exhibit 24-A** is a copy of a SS&C document titled "Comprehensive Mortgage REIT Software and Operational Support Services Proposal," attached to the email in Exhibit 24, and bearing Bates range SSC002417–28.

29. Attached as **Exhibit 25** is a copy of an email from Dennis Moore to Jim Mountain, Mark Gruber, and Jonna Terry, dated December 8, 2014, and bearing Bates number SSC002801.

30. Attached as **Exhibit 26** is an excerpted copy of the transcript of Dennis Moore's October 4, 2017 deposition.

31. Attached as **Exhibit 27** is a copy of an email chain between Dennis Moore, Jim Mountain, Mark Gruber, and Jonna Terry, dated December 10, 2014, and bearing Bates range SSC002845–46.

32. Attached as **Exhibit 27-A** is a copy of a SS&C document titled "SS&C Implementation Budget," attached to the email in Exhibit 27, dated December 10, 2014, and bearing Bates range SSC002847–48.

33. Attached as **Exhibit 28** is a copy of an email chain between Dennis Moore, Jim Mountain, Mark Gruber, and Jonna Terry, dated December 11, 2014, and bearing Bates range SSC002920–21.

34. Attached as **Exhibit 28-A** is a copy of SS&C documents titled "SS&C Implementation Budget" and "Proposed Migration Timeline," attached to the email in Exhibit 28, dated December 11, 2014, and bearing Bates range SSC002922–24.

35. Attached as **Exhibit 29** is a copy of an email chain between Jim Mountain and Jeff Fecteau, with an attachment of a draft Master Agreement, dated December 15, 2014, and bearing Bates range ACM0012969–82.

36. Attached as **Exhibit 30** is a copy of an email chain between Jeff Fecteau and Jim Mountain, dated December 16, 2014, and bearing Bates range ACM0000290–91.

37. Attached as **Exhibit 31** is a copy of an email chain between Jeff Fecteau and Jim Mountain, with an attachment of a draft Master Agreement, dated December 16, 2014, and bearing Bates range ACM0000335–64.

38. Attached as **Exhibit 32** is a copy of an email from Dennis Moore to Jim Mountain, with an attachment of a draft of Work Request One, dated December 17, 2014, and bearing Bates range SSC0000420–23.

39. Attached as **Exhibit 33** is a copy of an email chain between Jeff Fecteau and Dennis Moore, dated December 19, 2014, and bearing Bates range SSC003073–74.

40. Attached as **Exhibit 34** is an excerpted copy of the transcript of ACM's May 11, 2018 30(b)(6) deposition.

41. Attached as **Exhibit 35** is an excerpted copy of the transcript of Jeffrey Zimmer's April 9, 2018 deposition.

42. Attached as **Exhibit 36** is an excerpted copy of ACM's Amended Objections and Responses to Defendant's Interrogatory Nos. 5-10, dated January 19, 2018.

43. Attached as **Exhibit 37** is an excerpted copy of the transcript of Mark Gruber's November 28, 2017 deposition.

Doc#: US1:12493855v1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on December 17, 2018.

Dated:   December 17, 2018
         New York, New York

                                                _____
                                                       Nora Ahmed

Doc#: US1:12493855v1