# Exhibit 2



# SS&C Technologies Holdings, Inc.

2017 Annual Report on 10-K

My Fellow Shareholders,

2017 was a strong year across the board in financial services. SS&C's ability to capitalize on the strength of the financial markets, including the resurgence of hedge funds and unprecedented growth in US stocks, enabled us to deliver record revenue and earnings. We ended 2017 with $1.68 billion in revenue and $700 million in consolidated EBTIDA, a six year compound annual growth rate of over 18.0 percent on each metric. We delivered over $470 million in operating cash flow, and paid down $468 million of net debt, bringing our leverage ratio below three times. SS&C's market capitalization recently surpassed the $10 billion threshold, and we are well positioned to grow.

Some 2017 highlights include:
- An increase of our stock price from $28.60 on December 30, 2016 to $40.48 on December 29, 2017, an annual return of 41.5 percent.
- Continued our shareholder friendly capital allocation strategy with two acquisitions, Commonwealth Fund Services and ModestSpark, paid down debt to reach a leverage ratio below three times, and increased quarterly dividend by 12 percent.
- Secured our position as the #1 alternative fund administrator in the world with $1.522 trillion in assets under administration.

SS&C's success in 2017 was widespread across our organization, but the momentum in our Alternatives business drove top line growth. The hedge fund industry recovered from anemic growth over the past 24 months, and private equity and real assets industries continue to adopt third-party outsourcing. SS&C has expanded offerings in the fund administration space, allowing us to strengthen our revenue profile with each client. Middle office services, enhanced investor services, and our newest offering, Fundhub, are valuable to our clients and solidify their SS&C partnership.

SS&C is committed to taking care of all of our stakeholders: clients, employees, and shareholders. Year after year, we bring innovative products to the market to address our client's evolving needs. We aim to provide superior service and technology to maintain a satisfied client base. Our people are our most valuable asset. Our goal is to offer both challenging and interesting work, and competitive compensation. This year we were named as one of America's Best Mid-Sized Employers by Forbes Magazine, as evidence of our commitment to our 8,000 plus employees. Finally, our ultimate goal as a public company is to maximize shareholder value. Now, and in the future, we will use a methodically opportunistic acquisition strategy, we will be disciplined with debt pay down, and maintain our quarterly dividend. We look forward to working with all of you over the next several years.

Sincerely,

William C. Stone
Chairman and Chief Executive Officer
SS&C Technologies Holdings, Inc.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2017

Commission file number: 001-34675



# SS&C TECHNOLOGIES HOLDINGS, INC.
(Exact name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **71-0987913** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

**80 Lamberton Road**
**Windsor, CT 06095**
(Address of Principal Executive Offices, Including Zip Code)

**860-298-4500**
(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value per share | The Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company.  See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐  (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of June 30, 2017, the aggregate market value of the registrant's common stock held by non-affiliates was $6,638,369,265 based on the closing sale price per share of the registrant's common stock on The Nasdaq Global Select Market on such date.

There were 206,631,365 shares of the registrant's common stock outstanding as of February 16, 2018.

**DOCUMENTS INCORPORATED BY REFERENCE:**

Part III of this annual report on Form 10-K incorporates by reference certain information from the registrant's definitive proxy statement for the 2018 annual meeting of stockholders, which the registrant intends to file pursuant to Regulation 14A with the Securities and Exchange Commission not later than 120 days after the registrant's fiscal year end of December 31, 2017.  With the exception of the sections of the definitive proxy statement specifically incorporated herein by reference, the definitive proxy statement is not deemed to be filed as part of this annual report on Form 10-K.

**SS&C TECHNOLOGIES HOLDINGS, INC.**
**ANNUAL REPORT ON FORM 10-K**
**For the Fiscal Year Ended December 31, 2017**
**TABLE OF CONTENTS**

| | Page |
|---|---|
| **PART I** | |
| Item 1.  Business | 4 |
| Item 1A. Risk Factors | 17 |
| Item 1B. Unresolved Staff Comments | 30 |
| Item 2.  Properties | 30 |
| Item 3.  Legal Proceedings | 31 |
| Item 4.  Mine Safety Disclosures | 31 |
| **PART II** | |
| Item 5.  Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 32 |
| Item 6.  Selected Financial Data | 34 |
| Item 7.  Management's Discussion and Analysis of Financial Condition and Results of Operations | 35 |
| Item 7A. Quantitative and Qualitative Disclosures about Market Risk | 50 |
| Item 8.  Financial Statements and Supplementary Data | 50 |
| Item 9.  Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 86 |
| Item 9A. Controls and Procedures | 86 |
| Item 9B. Other Information | 86 |
| **PART III** | |
| Item 10. Directors, Executive Officers and Corporate Governance | 87 |
| Item 11. Executive Compensation | 87 |
| Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 87 |
| Item 13. Certain Relationships and Related Transactions, and Director Independence | 87 |
| Item 14. Principal Accountant Fees and Services | 87 |
| **PART IV** | |
| Item 15. Exhibits and Financial Statement Schedules | 88 |
| Item 16. Form 10-K Summary | 91 |

**Explanatory Note**

On June 24, 2016, SS&C Technologies Holdings, Inc. completed a two-for-one stock split, effected in the form of a stock dividend.  All share and per share amounts (other than for the Company's Class A non-voting common stock which, as described herein, had been converted to shares of our common stock prior to the two-for-one stock split) have been retroactively restated for all periods presented to reflect the stock split.

**FORWARD-LOOKING INFORMATION**

Certain statements contained in this annual report constitute forward-looking statements for purposes of the safe harbor provisions under the Private Securities Litigation Reform Act of 1995. All statements contained herein that are not statements of historical fact are forward-looking statements, including, without limitation, statements regarding future financial performance, funding requirements and liquidity; management's plans and strategies for future operations, including statements relating to anticipated operating performance, cost reductions, competitive strengths or market position, acquisitions and related synergies; growth, declines and other trends in markets we sell into; the anticipated impact of adopting new accounting pronouncements; the anticipated outcome of outstanding claims, legal proceedings, tax audits and other contingent liabilities; foreign currency exchange rates and fluctuations in those rates; general economic conditions; assumptions underlying any of the foregoing; and any other statements that address events or developments that we intend or believe will or may occur in the future. The forward-looking statements contained herein also include statements about the expected effects on the Company of the proposed acquisition of DST Systems, Inc. ("DST"), the expected timing and conditions precedent relating to the proposed acquisition of DST, anticipated earnings enhancements, synergies, and other strategic options. Without limiting the foregoing, the words "believes", "anticipates", "plans", "expects", "estimates", "projects", "forecasts", "may", "assume", "intend", "will", "continue", "opportunity", "predict", "potential", "future", "guarantee", "likely", "target", "indicate", "would", "could" and "should" and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements are accompanied by such words. Forward-looking statements are not guarantees of future performance and actual results may differ materially from those envisaged by such forward-looking statements. The factors discussed under "Item 1A. Risk Factors", among others, could cause actual results to differ materially from those indicated by forward-looking statements made herein and presented elsewhere by management from time to time. You should not place undue reliance on any such forward-looking statements. Forward-looking statements speak only as of the date of the report, document, press release, webcast, call or other communication in which they are made. We expressly disclaim any obligation to update our forward-looking statements, whether as a result of new information, future events or circumstances, or otherwise, except as required by law.

The following are some of our registered trademarks and/or service marks in the U.S. and/or in other countries: ADVENT, ADVENT CORPORATE ACTIONS, ADVENT CUSTODIAL DATA, ADVENT ONDEMAND, ADVENT PORTFOLIO EXCHANGE, ADVENT REVENUE CENTER, ADVISORWARE, AXYS, BENEFIX, BLACK DIAMOND, DBC, DEAL MACROS, DEAL WORKSHEETS, FIXLINK, FUNDRUNNER, GENEVA, GLOBEOP, GLOBEOP HEDGE FUND INDEX, GOREC, GORISK, MARGINMAN, MAXIMIS, MOXY, PACER, PAGES, PORTIA, PORTPRO, PRO-JECT, RECON, SKYLINE, SYNCOVA, SYLVAN, TAMALE, TAMALE RMS, TRADETHRU, TRADEWARE, and ZOOLOGIC. SS&C Technologies Holdings, Inc. and/or its subsidiaries in the U.S. and/or in other countries have trademark or service mark rights to certain other names and marks referred to in this annual report.

SS&C Technologies Holdings, Inc., or "SS&C Holdings," is our top-level holding company. SS&C Technologies, Inc., or "SS&C," is our primary operating company and a wholly-owned subsidiary of SS&C Technologies Holdings, Inc. "We," "us," "our" and the "Company" mean SS&C Technologies Holdings, Inc. and its consolidated subsidiaries, including SS&C.

Unless context otherwise requires, references to our "common stock" includes both shares of our common stock and shares of our Class A non-voting common stock.

# PART I

**ITEM 1.** *BUSINESS*

**Overview**

We are a leading provider of mission-critical, sophisticated software products and software-enabled services that allow financial services providers to automate complex business processes and effectively manage their information processing requirements. Our portfolio of software products and rapidly deployable software-enabled services allows our clients to automate and integrate front-office functions such as trading and modeling, middle-office functions such as portfolio management and reporting, and back-office functions such as accounting, performance measurement, reconciliation, reporting, processing and clearing. Our solutions enable our clients to focus on core operations, better monitor and manage investment performance and risk, improve operating efficiency and reduce operating costs. We provide our solutions globally to approximately 11,000 clients, principally within the institutional asset and wealth management, alternative investment management, financial advisory and financial institutions vertical markets. In addition, our clients include commercial lenders, real estate investment trusts ("REITs"), corporate treasury groups, insurance and pension funds, municipal finance groups and real estate property managers.

We provide the global financial services industry with a broad range of software-enabled services, which consist of software-enabled outsourcing services and subscription-based on-demand software that are managed and hosted at our facilities, and specialized software products, which are deployed at our clients' facilities. Our software-enabled services, which combine the strengths of our proprietary software with our domain expertise, enable our clients to contract with us to provide many of their mission-critical and complex business processes. For example, we utilize our software to offer comprehensive fund administration services for alternative investment managers, including fund manager services, transfer agency services, funds-of-funds services, tax processing and accounting. We offer clients the flexibility to choose from multiple software delivery options, including on-premise applications and hosted, multi-tenant or dedicated applications. Additionally, we provide certain clients with targeted, blended solutions based on a combination of our various software and software-enabled services. We believe that our software-enabled services provide superior client support and an attractive alternative to clients that do not wish to install, manage and maintain complicated financial software.

Our business model is characterized by substantial contractually recurring revenues, high operating margins and significant cash flow. We generate revenues primarily through our high-value software-enabled services, which are typically sold on a long-term subscription basis and integrated into our clients' business processes. Our software-enabled services are generally provided under contracts with initial terms of one to five years that require monthly or quarterly payments and are subject to automatic annual renewal at the end of the initial term unless terminated by either party. We also generate revenues by licensing our software to clients through either perpetual or term licenses and by selling maintenance services. Maintenance services are generally provided under annually renewable contracts. As a consequence, a significant portion of our revenues consists of subscription payments and maintenance fees and is contractually recurring in nature. Our pricing typically scales as a function of our clients' assets under management, the complexity of asset classes managed, the volume of transactions, and the level of service the client requires.

Our contractually recurring revenue model helps us minimize the fluctuations in revenues and cash flows typically associated with up-front, perpetual software license revenues and enhances our ability to manage costs. Our contractually recurring revenues, which include our software-enabled services and maintenance and term licenses revenues, represented 94% of total revenues in the year ended December 31, 2017. We have experienced average revenue retention rates in each of the last five years of greater than 90% on our software-enabled services and maintenance and term licenses contracts for our core enterprise products. We believe that the high value-added nature of our products and services has enabled us to maintain our high revenue retention rates and significant operating margins.

We generated revenues of $1,675.3 million for the year ended December 31, 2017 as compared to revenues of $1,481.4 million for the year ended December 31, 2016. In 2017, we generated 78% of our revenues from clients in North America and 22% from clients outside North America. Our revenues are highly diversified, with our largest client in 2017 accounting for less than 2% of our revenues. Additional financial information, including geographic information, is available in our Consolidated Financial Statements and Note 13 to our Consolidated Financial Statements.

**Our Industry**

We serve a number of vertical markets within the financial services industry, including alternative investment funds, investment management firms, insurance companies, registered investment advisors ("RIAs"), wealth managers, banks and brokerage firms. We believe that financial services providers will increasingly turn to information technology ("IT") solutions, provided by an independent vendor, as a result of economic challenges and heightened regulatory requirements. Financial service firms are in a search for more

4

risk-averse business strategies, simplified regulatory compliance, and full service solutions provided by a single vendor.  As a result, we believe the financial services industry will continue to invest in IT and outsourcing solutions in 2018.

**Market Trends**

The demand for our products and services comes from a number of distinct sources: new hedge fund, private equity, real assets, and RIA formation, new business lines and combinations of business lines at existing clients, replacement of legacy in-house operations and competitor systems and expansion of our existing client relationships.  Underlying these demand drivers are several industry trends, including:

- *Asset Classes and Securities Products Growing in Volume and Complexity.*  Investment professionals must increasingly track and invest in numerous asset classes that are far more complex than traditional equity and debt instruments.  These assets require more sophisticated systems to automate functions such as trading and modeling, portfolio management, accounting, performance measurement, reconciliation, reporting, processing and clearing.  Manual tracking of orders and other transactions is not effective for these assets.  In addition, as the business knowledge requirements increase, financial services firms see increasing value in outsourcing the management of these assets to firms such as SS&C that offer software-enabled services.

- *Regulatory changes.*  Our clients must comply with rules, regulations, directives, and standards from governmental and self-regulating organizations.  Even years after the enactment of the U.S. Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank Act"), Form Private Fund, the European Union's Alternative Investment Fund Managers Directive ("AIFMD"), the U.S. Foreign Account Tax Compliance Act, the European Market Infrastructure Regulation and other local reforms, many of the rules are still being defined.  We have also seen new regulation impacting our clients operations, including Markets in Financial Instruments Directive ("MiFID II"), Securities and Exchange Commission ("SEC") Modernization (Forms "N-LIQUID", "N-PORT", "N-CEN"), and AEOIS.  We expect regulatory changes to increase the complexity of compliance and the demand for our products and services and motivate clients to develop systems infrastructure and research management processes to comply with regulatory requirements.

- *Technological paradigm shift*.  We have recently seen an increased demand for software delivery options, including cloud-based services, social collaboration and information access through mobile devices.  Cloud solutions allow firms to use a broader range of capabilities without incurring implementation or maintenance costs, with software that can be upgraded with limited disruption to a company's current operations.  Accessibility and demands for collaboration is also a key driver of cloud adoption.  Mobility is increasingly relevant for the investment management industry and therefore we believe clients have increased expectations of anytime, anywhere access to portfolio and client data, as well as the ability to communicate and collaborate.  New technology incorporating machine learning and Robotic Process Automation ("RPA") are gaining traction in the financial technology industry.  We believe that these next generation tools will increase efficiency, reduce errors, and enable complex financial record keeping without human intervention.

- *Increased demands for transparency, efficiency, and risk management*.  Firms continue to focus on operational risk, resulting from discoveries of fraud and mismanagement during the 2008-2012 U.S. financial crisis and concerns regarding transparency and counterparty exposure.  This continued focus has led investment management firms to strive to provide investment data accurately, institutionalize investment operations, and automate their investment process.  On the wealth management and advisory sides of our business, we have seen further evolution of the relationship between the end client and a firm, with investors demanding transparency and a customized client experience.  We expect that wealth managers will need to become familiar with their clients' preferences for account access and communication and cater to them.  Finally, both institutional and individual investors, faced with increasingly competitive low-fee and automated options, are pushing investment managers for greater efficiencies and lower fees.

**Competitive Strengths**

The following are our core strengths that we believe enable us to differentiate ourselves in the markets we serve:

***Enhanced capability through software ownership.***

We use our proprietary software products and infrastructure to provide our software-enabled services, strengthening our overall operating margins and providing a competitive advantage.  Because we primarily use our own proprietary software in the execution of our software-enabled services and generally own and control our products' source code, we can quickly identify and deploy product improvements and respond to client feedback, enhancing the competitiveness of our software and software-enabled service offerings.  This continuous feedback process provides us with a significant advantage over many of our competitors, specifically those software competitors that do not provide a comparable model and therefore do not have the same level of hands-on experience with their products.

*Global industry leader with strong market position focused on software and software-enabled services for the financial industry.*

We are a global business providing a broad portfolio of approximately 90 software products and software-enabled services and have 81 offices worldwide.  As of December 31, 2017, we had 7,448 development, service and support professionals with significant expertise across the industries that we serve and a deep working knowledge of our clients' businesses.  We provide highly flexible, scalable and cost-effective solutions that enable our clients to track complex securities, better employ sophisticated investment strategies, scale efficiently and meet evolving regulatory requirements.  We believe our product and service offerings position us as a leader within the specific verticals of the financial services software and services market in which we compete.  Our products and services allow our clients to automate and integrate their front-office, middle-office and back-office functions, thus enabling straight-through processing that increases productivity and reduces costs.

*Trusted provider to our highly diversified and growing client base.*

By providing mission-critical, reliable software products and services for over 30 years, we have become a trusted provider to the financial services industry.  We have developed a large and growing installed base within multiple segments of the financial services industry.  Our clients include some of the largest and most well-recognized firms in the financial services industry.  We believe that our high-quality products and superior services have led to long-term client relationships, some of which date from our earliest days of operations.  Our strong client relationships, coupled with the fact that many of our current clients use our products for a relatively small portion of their total funds and investment vehicles under management, provide us with a significant opportunity to sell additional solutions to our existing clients and drive future revenue growth at lower cost.

*#1, Publically-traded, independent fund administration services.*

The third-party service providers that participate in the alternative investment market include fund managers, auditors, fund administrators, attorneys, custodians and prime brokers.  Each provider performs a valuable function with the intention of providing transparency of the fund's assets and the valuation of those assets.  Conflicts of interest may arise when the above parties attempt to provide more than one of these services.  The industry is increasingly recognizing these conflicts and, as a result, seeking independent fund administrators such as SS&C.  As a publically traded company, our clients and prospects have access to our 10-Qs and 10-Ks filed with the SEC, giving them transparency into our overall financial strength.

*Experienced management team with strong integrating and operating track record.*

Our senior management team has a track record of operational excellence and an average of more than 20 years of experience in the software and financial services industries, and a proven ability to acquire and integrate complementary businesses, as demonstrated by the 49 businesses we have acquired since 1995.  By leveraging our domain expertise and knowledge, we have developed, and continue to improve, our mission-critical software products and services to enable our clients to overcome the complexities inherent in their businesses.  All of our senior executives are compensated based upon the Company's financial success.

**Business Strategies**

Our strategy is to continue to deliver compelling solutions and value propositions to our customers in the software and software-enabled services market.  The following are key elements to our strategy for achieving this objective:

*Build upon and extend our leadership position in software and software-enabled services in the financial industry.*

Since our founding in 1986, we have focused on building substantial financial services domain expertise through close working relationships with our clients.  We have developed a deep knowledge base that enables us to respond to our clients' most complex financial, accounting, actuarial, tax and regulatory needs.  We intend to maintain and enhance our technological leadership by using our domain expertise to build valuable new software-enabled services and solutions, continuing to invest in internal development and opportunistically acquiring products and services that address the highly specialized needs of the financial services industry.

Our internal product development team works closely with marketing and client service personnel to ensure that product evolution reflects developments in the marketplace and trends in client requirements.  In addition, we intend to continue to develop our products in a cost-effective manner by leveraging common components across product families.  We believe that we enjoy a competitive advantage because we can address the investment and financial management needs of high-end clients by providing industry-tested products and services, including cloud-based services and related mobility platforms that meet global market demands and enable our clients to automate and integrate their front-, middle- and back-office functions for improved productivity, reduced manual intervention and bottom-line savings.  SS&C's products are sold to a diverse group of clients from niche players in the financial services industry to the largest institutions in the world.  Furthermore, our client base of approximately 11,000 clients represents a fraction of the total number of financial services providers globally.  We believe there is opportunity to grow our client

base over time as our products become more widely adopted.  We believe we also have an opportunity to capitalize on the increasing adoption of outsourcing mission-critical operations by financial services providers as they continue to replace inadequate legacy solutions and custom in-house solutions that are inflexible and costly to maintain.  Our software-enabled services revenues increased from $670.2 million for the year ended December 31, 2015 to $1,114.0 million for the year ended December 31, 2017, representing a compound annual growth rate of 28.9%.

*Capitalize on longer-term secular growth trends.*

With our global footprint and best-in-class product offerings, we aim to capture a significant share of the IT spend of alternative asset, institutional asset and wealth managers through leveraging the deeply embedded service offering we provide and outdistancing the competition.  We expect regulatory changes to increase the complexity of compliance and the demand for our products and services, as well as motivate clients to develop infrastructure and research management processes to mitigate regulatory exposure.  We plan to benefit from the growing software spend in the increasingly complex and more highly regulated financial services landscape.

*Continue to capitalize on acquisitions of complementary businesses and technologies.*

We intend to continue to employ a highly disciplined and focused acquisition strategy to broaden and enhance our product and service offerings, expand our intellectual property portfolio, add new clients and supplement our internal development efforts.  We believe our acquisitions have been an extension of our research and development effort that has enabled us to purchase proven products and remove the uncertainties associated with software development projects.  We will seek to opportunistically acquire, at reasonable valuations, businesses, products and technologies in our existing or complementary vertical markets that will enable us to better satisfy our clients' rigorous and evolving needs.  We have a proven ability to integrate complementary businesses as demonstrated by the 49 businesses we have acquired since 1995.  Our experienced senior management team leads a rigorous evaluation of our targets to ensure that they satisfy our product or service needs and will successfully integrate with our business while meeting our targeted financial goals.  As a result, our acquisitions have contributed marketable products or services that have added to our revenues.  Through the broad reach of our direct sales force and our large installed client base, we believe we can market these acquired products and services to a large number of prospective clients.  Additionally, we have been able to improve the operational performance and profitability of our acquired businesses, creating significant value for our stockholders.

*Strengthen our international presence.*

We believe that there is a significant market opportunity to provide software and services to financial services providers outside North America.  In the year ended December 31, 2017, we generated 22% of our revenues from clients outside North America.  We are building our international operations in order to increase our sales outside North America.  We plan to continue to expand our international market presence by leveraging our existing software products and software-enabled services.  We also plan to leverage our growing presence in Asia Pacific as a result of recent acquisitions.  We believe this region presents a compelling growth opportunity.

*Increase profitability through margin expansion.*

We have a proven track record of increasing operating margins both organically and inorganically.  We expect to continue to improve margins through cost reductions, operating efficiencies, and realization of cost synergies.  We also expect to drive increased margins through delivering innovative end-to-end solutions that provide significant value to customers and warrant premium pricing. We have significant scale with best-in-class solutions and software-enabled services across the delivery spectrum, which we believe, combined with a diversified service offering and client base, drives stable revenues and increased operating leverage.  Our operating flexibility allows us to scale our costs based on client demands.  Additionally, our low capital expenditure and working capital requirements further drive strong cash flow conversions.

**Our Acquisitions**

As mentioned above, we intend to continue to employ a highly disciplined and focused acquisition strategy.  Our past acquisitions have enabled us to expand our product and service offerings into new markets or client bases within the financial services industry.  The addition of new products and services has also enabled us to market other products and services to acquired client bases.  We believe our acquisitions have been an extension of our research and development effort and have enabled us to add to our product and service offerings without incurring the uncertainties sometimes associated with software development projects.

Since 1995, we have acquired 49 businesses within our industry.  These acquisitions have contributed marketable products and services, which have added to our revenues and earnings.  We have generally been able to improve the operating performance and profitability of our acquired businesses.  We seek to reduce the costs of the acquired businesses by consolidating sales and marketing

efforts and by eliminating redundant administrative tasks and research and development expenses.  In many cases, we have also been able to increase revenues generated by acquired products and services by leveraging our existing products and services, larger sales capabilities and client base.

We generally seek to acquire companies that satisfy our financial metrics, including expected return on investment.  Through our acquisitions, we seek companies that:

- provide complementary products or services in the financial services industry;

- possess proven technology and an established client base that will provide a source of ongoing revenue and to whom we may be able to sell existing products and services;

- expand our intellectual property portfolio to complement our business;

- address a highly specialized problem or a market niche in the financial services industry;

- expand our global reach into strategic geographic markets; and

- have solutions that lend themselves to being delivered as software-enabled services.

We believe, based on our experience, that there are numerous solution providers addressing highly particularized financial services needs or providing specialized services that would meet our disciplined acquisition criteria.

Acquisitions are discussed further in *Liquidity and Capital Resources* and in Note 11 to our Consolidated Financial Statements.  The following table provides a list of the most substantial acquisitions we have made since 1995 (in thousands):

| Acquisition Date | Acquired Business | Contract Purchase Price | Acquired Capabilities, Products and Services |
|---|---|---|---|
| February 2005 | EisnerFast | $ 25,300 | Expanded fund administration services to the hedge fund and private equity markets |
| April 2005 | Financial Models Company | $ 159,000 | Expanded front-, middle- and back-office products and services to the investment management industry including Pacer, Pages, Recon and Sylvan products |
| October 2005 | Open Information Systems | $ 24,000 | Entered money market, custody and security lending market with Global Debt Manager, Information Manager and Money Market Manager products |
| November 2009 | TheNextRound | $ 21,000 | Expanded private equity client base with TNR Solution product |
| December 2009 | Tradeware | $ 22,500 | Expanded electronic trading offering in broker/dealer market |
| December 2010 | TimeShareWare | $ 30,500 | Added shared ownership property management platform to real estate offering |
| May 2012 | Thomson Reuters' PORTIA Business | $ 170,000 | Added portfolio management software and outsourcing services for institutional managers |
| June 2012 | GlobeOp Financial Services S.A. | $ 834,400 | Expanded fund administration services in hedge fund and other asset management sectors |
| November 2014 | DST Global Solutions | $ 95,000 | Added investment management software and services |
| July 2015 | Advent Software, Inc. | $ 2,600,000 | Expanded global investment management software and services |
| September 2015 | Varden Technologies | $ 25,000 | Added cloud-based client and advisor communication solutions for investment firms |
| November 2015 | Primatics Financial | $ 116,000 | Added cloud-based integrated risk, compliance and finance solution for the banking industry |
| March 2016 | Citigroup's Alternative Investor Service | $ 425,000 | Expanded fund administration services in hedge fund and private equity sectors |
| December 2016 | Wells Fargo's Global Funds Service | $ 75,050 | Expanded fund administration services in hedge fund and private equity sectors |
| December 2016 | Conifer Financial Services, LLC | $ 88,500 | Expanded fund administration services in hedge fund and other asset management sectors |
| October 2017 | CommonWealth Fund Services Ltd. | $ 16,400 | Expanded fund administration services in hedge fund and private equity sectors |

On January 11, 2018, the Company and DST Systems, Inc. ("DST") announced that they had entered into a definitive agreement wherein the Company will acquire DST. Under the terms of the agreement, the Company will acquire DST for an enterprise value of approximately $5.4 billion, comprising $84 per share of DST common stock in cash plus the assumption of debt. The closing, which is expected to occur by the third quarter of 2018, remains subject to DST stockholder approval, clearances by relevant regulatory authorities and satisfaction of customary closing conditions. The Company plans to fund the acquisition and refinance certain of the Company's existing debt and all of DST's existing debt with a combination of debt and equity. DST is a global provider of specialized technology, strategic advisory and business operations outsourcing to the financial services and healthcare industries.

**Products and Services**

Our products and services allow professionals in the financial services industry to automate complex business processes within financial services providers and are instrumental in helping our clients manage significant information processing requirements. Our solutions enable our clients to focus on core operations, better monitor and manage investment performance and risk, improve operating efficiency and reduce operating costs. Our portfolio of approximately 90 products and software-enabled services allows our clients to automate and integrate front-office functions such as trading and modeling, middle-office functions such as portfolio management and reporting, and back-office functions such as accounting, performance measurement, reconciliation, reporting, processing and clearing.

*Software-enabled Outsourcing Services*

SS&C provides a range of software-enabled outsourcing services that include fund administration, managed services with our world-class data centers, and technology and operations outsourcing.

*SS&C GlobeOp.* We provide comprehensive on- and offshore fund administration services to hedge fund and other alternative investment managers using our proprietary software products. SS&C GlobeOp offers fund manager services, transfer agency services, funds-of-funds services, tax processing, compliance services and accounting processing. SS&C GlobeOp supports all fund types and investment strategies. Our proprietary modules, "Go-Apps" including *GoTrade+* and *GoRisk*, target specific processes in the post-trade investment cycle and are fully integrated within the SS&C GlobeOp service. Market segments served include hedge funds, funds-of-funds, private equity, and real assets firms.

*Black Diamond.* Black Diamond offers independent advisors and wealth managers a cloud-based portfolio management platform with aggregation, customizable reporting and rebalancing, and daily reconciliation features. As a cloud-based product offering, advisors can access Black Diamond's customizable portfolio management and reporting online from anywhere, anytime without the need to maintain costly technology infrastructures. Black Diamond also provides outsourced daily reconciliation and data management services so firms can focus their efforts on servicing clients and growing their business rather than managing complex back office functions.

*Advent OnDemand.* SS&C Advent OnDemand is the SaaS delivery of SS&C Advent's suite of asset management solutions, which are hosted either by Advent or a third-party and are offered with or without data management services. Data management services include full account aggregation, daily portfolio reconciliation, corporate actions processing and reference data management.

*SS&C Direct.* We provide comprehensive software-enabled services through our SS&C Direct operating unit for portfolio accounting, reporting and analysis functions. Since 1997, SS&C Direct has offered ASP, business process outsourcing ("BPO") and blended outsourcing services to institutional asset managers, insurance companies, hedge funds and financial institutions. The SS&C Direct service includes full BPO investment accounting and operations services, the hosting of a company's application software, automated workflow integration and quality control mechanisms, and extensive interface and connectivity services to custodian banks, data service providers, depositories, and other external entities.

*Evare.* Evare is a leader in financial data acquisition, transformation and delivery services. Global managed services connect our clients and their counterparties using each firm's preferred method of connectivity, custom data formats, and industry standards. All parties utilize their existing systems and protocols without having to upgrade or install software.

*e-Investor.* SS&C's e-Investor provides an end-to-end investor transaction processing platform designed to automate the delivery, completion, submission, and tracking of all investor transactions. When coupled with SS&C's e-Fulfillment, the solution can deliver targeted marketing material and subscription documents through a secure web interface to potential investors, with detailed activity tracking. Once delivered, the prospect (or financial advisor) can complete the subscription document online, leveraging e-Investor's extensive and flexible data validation and dependency rules.

*SSCNet.*  SSCNet is a global trade network linking investment managers, broker-dealers, clearing agencies, custodians and interested parties.  SSCNet's real-time trade matching utility and delivery instruction database facilitate integration of front-, middle- and back-office functions, reducing operational risk and costs.

*SVC.*  SVC is a single source for securities data that consolidates data from leading global sources to provide clients with the convenience of one customized data feed.  SVC provides clients with seamless, timely and accurate data for pricing, corporate actions, dividends, interest payments, foreign exchange rates and security master for global financial instruments.

*FIXLink.*  FIXLink is a large, multi-asset FIX connectivity network for IOIs, trades, orders, and allocations, providing a reliable broker-neutral and platform-neutral FIX connectivity service to broker-dealers and institutions.

*Portfolio management/accounting software*

Our products and services for portfolio management span most of our vertical markets and offer our clients a wide range of investment management solutions.  Some of our portfolio management products include:

*Geneva.*  Geneva is a global portfolio management platform designed to meet the real-time needs of global asset managers, hedge funds, prime brokers, fund administrators, private equity firms and family offices worldwide.  Geneva integrates all phases of the investment management process – portfolio management, reconciliation and light trade capture and risk capabilities.  Its "main memory" database offers more accurate and flexible reporting, and eliminates batch processing and time-consuming error corrections.  Geneva enables firms to grow into new markets, deliver greater operational efficiencies, enhance investor service, process high trade volumes across multiple securities, improve compliance and security, and lower operating costs and risks.

*Advent Portfolio Exchange.*  Advent Portfolio Exchange ("APX") is a comprehensive portfolio management solution for asset managers and wealth managers worldwide, which integrates the front-office functions of prospecting, marketing, customer relationship management and internal business management with the back office operations of portfolio accounting, performance measurement and reporting.  It allows firms to manage both high-net-worth and institutional clients through a comprehensive range of capabilities, including customized reporting, automated report packaging, and performance analytics.  APX can be deployed locally as well as the cloud.

*Global Wealth Platform.*  A web-based service, Global Wealth Platform combines our core asset management product functions with an innovative, easy-to-use interface.  Global Wealth Platform provides an integrated suite with key components — modeling, trading, portfolio accounting, client communications and other mission critical workflows — as an on-demand, software-enabled service.

*PORTIA.*  PORTIA is a comprehensive middle-to-back-office software solution designed to streamline the operations of global investment managers.  PORTIA's functionality supports a broad range of global asset types, fixed income analytics & analysis, multi-currency transaction processing, corporate actions and presentation-quality reporting implemented with flexible deployment options.  Built on an open architecture, PORTIA enables real-time integration with other systems, applications, data providers and counterparties to run operations more efficiently and effectively.

*HiPortfolio.*  HiPortfolio is an investment accounting and asset servicing solution.  It provides full life cycle processing including comprehensive investment and fund accounting capabilities, flexible transaction processing from order capture to post-trade activity, and proven support for middle- and back-office operations.

*CAMRA.*  CAMRA (Complete Asset Management, Reporting and Accounting) software supports the integrated management of asset portfolios by investment professionals operating across a wide range of institutional investment entities.  CAMRA is a multi-user, integrated solution tailored to support the entire portfolio management function and includes features to execute, account for and report on all typical securities transactions.

*Pacer.*  Pacer is a portfolio management and accounting system designed to manage diversified global portfolios and meet the unique management and accounting needs of all business streams, from institutional and pension management, to separately managed accounts, private client portfolios, mutual funds and unit trusts.

*TNR Solution.*  TNR Solution is a software product for private equity, hedge funds, funds of hedge funds and family offices.  Built around Microsoft's .NET platform, the product gives end users the flexibility to manage all aspects of their operations from contact management, fund raising, investor relations, fund, portfolio and deal management, general ledger and reporting.