# Exhibit 3



CONTACT

SEARCH

Home / Investor Relations / Overview

**SOLUTIONS**

**OUTSOURCING & SERVICES**

**SUPPORT & TRAINING**

**RESOURCES & INSIGHTS**

**ABOUT US**

# Investor Relations

## Corporate profile

Headquartered in Windsor, Connecticut and with offices throughout North America, Europe, Asia, and Australia, SS&C (NASDAQ: SSNC) is a leading provider of services and software for the global financial services industry.

Over the past 30 years, we have created the most comprehensive powerhouse of software technology in the financial services industry – technology that complements our unrivaled expertise and professionalism in fund administration, insurance and pension funds, and asset and wealth management accounting and operations.

Learn more

### Stock quote

**NASDAQ: SSNC**

$48.83   0.68 (1.4%)



Sep '18   Oct '18   Nov '18

*Dec 03, 2018 11:06 AM*
*Pricing delayed by 20 minutes*

**All Stock Information**

Skip to main content



**SOLUTIONS**

**OUTSOURCING & SERVICES**

**SUPPORT & TRAINING**

**RESOURCES & INSIGHTS**

**ABOUT US**

**PRESS RELEASES**

SS&C Technologies Holdings, Inc. Announces Pricing of Secondary Public Offering of Common Stock         Dec 03, 2018

SS&C Technologies Holdings, Inc. Announces Secondary Public Offering of Common Stock         Dec 03, 2018

All Releases

**RECENT EVENTS**

Credit Suisse Technology, Media, and Telecom Conference         Nov 27, 2018
Webcast

SS&C's 2018 Analyst Day         Nov 15, 2018

All Events

**QUARTERLY RESULTS**

Third Quarter 2018

 Press Release           Earnings Release

 Form 10-Q               All Quarterly Reports

Skip to main content

Feature presentation



SOLUTIONS

OUTSOURCING & SERVICES

SUPPORT & TRAINING

RESOURCES & INSIGHTS

ABOUT US



Annual Reports & Proxy

2018 Annual Meeting and Proxy

Click here for more information

SS&C Completes Acquisition of DST Systems

Click here for more information

Click here for more information

Skip to main content

# Contact

**Patrick Pedonti**
Chief Financial Officer

**Phone**
1-860-298-4738

**Email**
investor@sscinc.com

**Fax**
1-860-298-4987

**Address**
80 Lamberton Road
Windsor, CT 06095

## Email Alerts

Your Email                                                                 [ Sign up ]

- Press Releases
- SEC Filing
- Quarterly & Annual Reports
- Events
- End of Day Stock Quote

---

**SS&C**
80 Lamberton Road
Windsor, CT 06095
1-800-234-0556
investor@sscinc.com

Partner Program   Offices   Careers   Contact Us

### SMART PEOPLE
### SUPERB TECHNOLOGY

© 2018 SS&C Technologies, Inc.
Privacy Policy | Disclaimer | Safe Harbor Statement | Investors[SSNC]
Site Version: 4.14.0.5