# Exhibit 4

# Press Release

For Immediate Release

# SS&C Appoints Samuel D. Eckelmann Vice President, Strategic Development for Institutional Customers

Appointment strengthens the technology focus of SS&C and its research and development efforts

WINDSOR, CT, April 1, 2015 (GLOBE NEWSWIRE) – SS&C Technologies Holdings, Inc. (Nasdaq:SSNC), a global provider of financial services software and software-enabled services, today announced it has appointed Samuel (Sam) D. Eckelmann as Vice President, Strategic Software Development.

Mr. Eckelmann brings to SS&C more than 30 years of experience as a software architect and consultant. Mr. Eckelmann has performed numerous engagements for the world's top financial services firms and service providers. These firms include Fidelity, Putnam Investments, and Salomon Smith Barney. Mr. Eckelmann was previously with SS&C, where he was Managing Director, responsible for directing the ongoing development and maintenance of the CAMRA investment accounting system.

"Sam is a recognized system architect with particular expertise in insurance and asset management," said Timothy Reilly, Senior Vice President and General Manager, SS&C Institutional Investment Management division. "In this capacity, Sam will leverage his extensive investment

accounting expertise in the insurance and asset management industry. His career accomplishments, including leading the development of SS&C's flagship platform, CAMRA, position him to make a valuable impact."

Mr. Eckelmann is a qualified securities broker and NASD principal and holds an economics degree from Cornell University.

### About SS&C Technologies

SS&C is a global provider of investment and financial software-enabled services and software focused exclusively on the global financial services industry. Founded in 1986, SS&C has its headquarters in Windsor, Connecticut and offices around the world. Some 6,900 financial services organizations, from the world's largest institutions to local firms, manage and account for their investments using SS&C's products and services. These clients in the aggregate manage over $26 trillion in assets.

Additional information about SS&C (Nasdaq:SSNC) is available at www.ssctech.com (http://www.ssctech.com/).

Follow SS&C on Twitter (https://twitter.com/ssctechnologies), Linkedin (http://www.linkedin.com/company/7684?trk=tyah) and Facebook (http://www.facebook.com/pages/SSC-Technologies-Inc/191750415876). The SS&C Technologies logo is available at www.globenewswire.com/newsroom/prs/?pkgid=8587 (http://www.globenewswire.com/newsroom/prs/?pkgid=8587)

© 2015 SS&C Technologies Holdings, Inc

### Contact(s):

Patrick Pedonti
Chief Financial Officer
Tel: +1-860-298-4738

Justine Stone
Investor Relations
Tel: +1- 212-367-4705
E-mail: InvestorRelations@sscinc.com (mailto:InvestorRelations@sscinc.com)

1.800.234.0556 (tel:+18002340556)

solution@sscinc.com (mailto:solution@sscinc.com)

**SMART PEOPLE
SUPERB TECHNOLOGY**

 (http://twitter.com/ssctechnologies)

 (http://www.linkedin.com/companies/ss-c-technologies)

 (http://www.facebook.com/pages/SSC-Technologies-Inc/191750415876)

 (https://www.youtube.com/c/SsctechInc)

 (/about-us/rss)

 (https://plus.google.com/+SsctechInc)

About (/about-us)

Partner Programs (/about-us/partner-programs)

Offices (/about-us/offices)

Careers (http://www.ssctech.com/careers)

Contact Us (/about-us/contact-us)

Privacy (/about-us/privacy)

Disclaimer (/about-us/disclaimer)

Safe Harbor Statement (/about-us/safe-harbor-statement)

Investors[SSNC] (http://investor.ssctech.com/)

Copyright 2018 by SS&C Technologies, Inc.