# Exhibit 5



# SS&C Launches REIT Servicing Group

Servicing Group Addresses Growing Mortgage REIT Investment Accounting and Reporting Needs

WINDSOR, Conn., April 24, 2014 (GLOBE NEWSWIRE) -- SS&C Technologies Holdings, Inc. (Nasdaq:SSNC), a global provider of financial services software and software-enabled services, today announced the establishment of its real estate investment trust (REIT) servicing group. The solutions and services team provides multiple services to the REIT market.

Customers turn to SS&C for its unique expertise, world-class technology and more than 10 years of experience and leadership in Mortgage REIT accounting and reporting. The new servicing group's focus is on the expanding area of Residential Mortgage-Backed Securities (RMBS) and Commercial Mortgage-Backed Securities (CMBS).

"Mortgage REITs have traditionally struggled to manage accounting and reporting and often rely on manual processes," said Josh Brown, Senior Director of Technical Accounting and REIT Solutions, SS&C Technologies. "With our recent sales momentum, the growth of RMBS and CMBS investments, and the establishment of our REIT servicing group, we can help Mortgage REITs be better equipped to produce fully auditable accounting and reporting processes and eliminate the use of spreadsheets."

"SS&C's number one priority is to address the needs of its customers," said Timothy Reilly, Senior Vice President and General Manager, SS&C Institutional Services division. "As the only integrated Mortgage REIT end-to-end solution, SS&C continues to lead the way by providing Mortgage REIT clients with enhanced capabilities. We're establishing processes and controls around the accounting for complex structured instruments, collateral management, GAAP compliance, REIT compliance and SEC disclosures to ensure they have the tools needed to succeed."

SS&C's REIT servicing offering includes operational assessments, comprehensive audit capabilities, fixed income and trading, collateral management and MBS portfolio management, accounting and reporting. All of these services are underpinned by dedicated client service professionals, including technical accounting, consulting and development with specific Mortgage REIT expertise.

About SS&C Technologies

SS&C is a global provider of investment and financial software-enabled services and software focused exclusively on the global financial services industry. Founded in 1986, SS&C has its headquarters in Windsor, Connecticut and offices around the world. Some 6,900 financial services organizations, from the world's largest institutions to local firms, manage and account for their investments using SS&C's products and services. These clients in the aggregate manage over $26 trillion in assets.

Additional information about SS&C (Nasdaq:SSNC) is available at www.ssctech.com.

Follow SS&C on Twitter, Linkedin and Facebook.

```
CONTACT: Patrick Pedonti

         Chief Financial Officer

         Tel: +1-860-298-4738

         E-mail: InvestorRelations@sscinc.com



         Justine Stone

         Investor Relations Coordinator

         Tel: +1-212-367-4705

         E-mail: InvestorRelations@sscinc.com
```

Media Contacts

Caroline Beer

Metia (UK)

Tel. +44 (0)20 3100 3796

Email: ss&c@metia.com

Kelly Holman

BackBay Communications (US)

Tel: +1 212 520 1385, ext. 4

Email: ss&c@metia.com