# Exhibit 10

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-Q**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended June 30, 2014**
OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from ___ to ___**

**JAVELIN MORTGAGE INVESTMENT CORP.**
(Exact name of registrant as specified in its charter)

| **Maryland** | **001-35673** | **45-5517523** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**3001 Ocean Drive, Suite 201, Vero Beach, FL 32963**
(Address of principal executive offices)(zip code)

**(772) 617-4340**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). YES ☒ NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☒          Non-accelerated filer ☐          Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). YES ☐ NO ☒

The number of outstanding shares of the Registrant's common stock as of August 1, 2014 was 11,999,084.

**JAVELIN MORTGAGE INVESTMENT CORP. and Subsidiary**
**TABLE OF CONTENTS**

| | | |
|---|---|---|
| PART I. FINANCIAL INFORMATION | | 3 |
| Item 1. | Financial Statements | 3 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 29 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 53 |
| Item 4. | Controls and Procedures | 55 |
| PART II. OTHER INFORMATION | | 56 |
| Item 1. | Legal Proceedings | 56 |
| Item 1A. | Risk Factors | 56 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 56 |
| Item 3. | Defaults Upon Senior Securities | 56 |
| Item 4. | Mine Safety Disclosures | 56 |
| Item 5. | Other Information | 56 |
| Item 6. | Exhibits | 56 |

2

**JAVELIN MORTGAGE INVESTMENT CORP. and Subsidiary**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands, except per share amounts)**
**(Unaudited)**

**PART I. FINANCIAL INFORMATION**

**Item 1. Financial Statements**

| | | June 30, 2014 | | December 31, 2013 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $ | 22,397 | $ | 41,524 |
| Cash collateral posted to counterparties | | 462 | | 648 |
| Agency Securities, available for sale, at fair value (including pledged securities of $1,180,339 and $770,172) | | 1,196,872 | | 801,777 |
| Non-Agency Securities, trading, at fair value (including pledged securities of $155,783 and $143,080) | | 155,783 | | 143,399 |
| Linked Transactions, net, at fair value (including pledged securities of $126,250 and $140,945) | | 14,448 | | 16,322 |
| Derivatives, at fair value | | 25,474 | | 59,703 |
| Accrued interest receivable | | 3,072 | | 2,336 |
| Prepaid and other assets | | 475 | | 623 |
| Total Assets | $ | 1,418,983 | $ | 1,066,332 |
| **Liabilities and Stockholders' Equity** | | | | |
| Liabilities: | | | | |
| Repurchase agreements | $ | 1,233,195 | $ | 839,405 |
| Cash collateral posted by counterparties | | 23,766 | | 53,314 |
| Accrued interest payable | | 819 | | 611 |
| Accounts payable and other accrued expenses | | 451 | | 1,722 |
| Total Liabilities | $ | 1,258,231 | $ | 895,052 |
| | | | | |
| Commitments and Contingencies (Note 11) | | | | |
| | | | | |
| Stockholders' Equity: | | | | |
| Preferred stock, $0.001 par value, 25,000 shares authorized, none issued and outstanding at June 30, 2014 and December 31, 2013 | | - | | - |
| Common stock, $0.001 par value, 250,000 shares authorized, 11,999 and 11,993 shares issued and outstanding at June 30, 2014 and December 31, 2013 | | 12 | | 12 |
| Additional paid-in capital | | 244,038 | | 243,951 |
| Accumulated deficit | | (90,974) | | (69,540) |
| Accumulated other comprehensive income (loss) | | 7,676 | | (3,143) |
| Total Stockholders' Equity | $ | 160,752 | $ | 171,280 |
| Total Liabilities and Stockholders' Equity | $ | 1,418,983 | $ | 1,066,332 |

See notes to condensed consolidated financial statements.