# Exhibit 13

**Message**

From: Moore, Dennis [Dennis.Moore@sscinc.com]
Sent: 5/13/2014 8:06:38 PM
To: Jim Mountain [jrm@armourllc.com]
Subject: RE: SS&C inquiry
Attachments: SS&C REIT Brochure 2014.pdf

Jim,

Thanks for the background information and I appreciate you reaching out to us. Let me take this back with my team and I will get back to you shortly with the right personnel and suggestions for next steps.

In the meantime, the attached brochure will provide you with a more information on the technology and services we offer to publicly-traded mortgage REITs.

I look forward to continuing our conversations.

Regards,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com

From: Jim Mountain [mailto:jrm@armourllc.com]
Sent: Tuesday, May 13, 2014 1:56 PM
To: Moore, Dennis
Subject: RE: SS&C inquiry

We manage the two mortgage REITs captioned below. Would be interested in learning about all technologies/services that would potentially be applicable. We probably have similar business requirements as some hedge funds or investment managers, with a couple of potential exceptions (1) SEC rather than individual investor reporting and (2) both accrual book basis reporting and tax-basis reporting are fairly important in addition to fair value. See monthly company updates on the web sites for our specific portfolio characteristics. When we started ARR, we did not use a "fund in a box" solution, but rather bootstrapped up using a variety of task-specific solutions from numerous different vendors plus in-house development. Fundamentally, I am looking for better end-to-end integration for both improved efficiency and control. Let me know when you have spent a little time figuring out who you need on your side and how they would like to focus the conversation to be most productive on first go around. If that yields promising results, I may like to see some demos in New York towards the end of the month.

Thanks,

Jim

James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE: ARR)
JAVELIN Mortgage Investment Corp. (NYSE: JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL 32963

+1 772 617 4340 Office
+1 862 215 1850 Cell




+1 561 348 2408  Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

From: Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
Sent: Tuesday, May 13, 2014 12:46 PM
To: Jim Mountain
Subject: Re: SS&C inquiry

Hi James,

I'm one of the directors on SS&C's business development team. I would like to schedule a time for us to speak so I can learn a little more about what you might be looking for.

I am generally available the rest of the week if you want to suggest a date/time.

Regards,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com



CONFIDENTIAL