Exhibit 15

ACM0025350



# Introduction to SS&C Technologies
## Specialized Solutions for Publicly Traded Mortgage REITs

**ARMOUR RESIDENTIAL REIT**



SS&C
June 2, 2014



## SS&C Business Overview

- Independent provider of **Software and Outsourcing Services** to the global financial services industry
- More than **6,000 clients** worldwide, including:
  - Mortgage REITs
  - Asset Managers
  - Insurance Companies
  - Alternative Investment Managers
  - Banks/Financial Institutions
- **Staff of 4,200+**
- Global Operations
  - North American Offices
    - Boston, Chicago, Denver, Los Angeles, Minneapolis, Montreal, New York City, Toronto, Windsor, CT, Yorktown Heights
  - International Offices
    - Amsterdam, Cayman Islands, Curacao, Dublin, Hong Kong, Kuala Lumpur, London, Luxembourg, Mumbai, Singapore, Sydney, Tokyo



ACM0025351

# Deployment Options

- **In-House License**
  - The CAMRA application is run in ARMOUR's data center
- **Hosting**
  - SS&C hosts the hardware and software in its Tier 3 data center
  - In addition to hosting, SS&C can also provide certain services in a SaaS model, including data gathering, reconciliation, etc.
- **Full Service Outsourcing**
  - SS&C provides comprehensive investment accounting and reporting services on an outsourced basis



ACM0025352



# REIT Solution Overview

- Accounting and reporting expertise
  - Accounting professionals with extensive Big 4 experience
  - Experience supporting the accounting and financial reporting needs of public companies
- Optimization of your operating environment
  - Process reviews
  - Process improvement recommendations
  - Staff augmentation
- Portfolio Management, Accounting and Reporting software solutions
  - MBS trading and collateral management
  - Portfolio management and accounting
  - Forecasting, analysis and risk management
- Operational support services
  - Ranging from post-trade communications through financial reporting



ACM0025353

3



# Expertise Supporting MBS

A large portion of our client base has a significant exposure to MBS

- REITs
  - Annaly / Chimera
  - Western Asset Mortgage Capital
  - Apollo Residential Mortgage Trust
  - CYS
  - Ares
  - New York Mortgage Trust
- Real Estate Investment Companies
  - Ladder Capital
  - Structured Portfolio Management
- Insurance Companies / Asset Managers
  - New York Life
  - TIAA / CREF
  - Liberty Mutual



ACM0025354



# CAMRA – Accounting Platform

- Portfolio Management & Accounting
  - Supports consolidated Book of Record
  - Power and flexibility to manage entire investment process
  - Proven accounting engine
- Over 500 clients worldwide with more than $2 trillion of assets
- Comprehensive MBS processing capabilities
- Robust audit and control tools
- Integrated web reporting





ACM0025355

# Investments Subledger



- Provides Trial Balance and Income Statement to be fed to Corporate GL
- Real-time generation of general journal entries
- Chart of Accounts by
  - Basis
  - Custodian
  - Security Group
  - Security Type
- Tracking of General Ledger balances to support Trial balance and Income statement




ACM0025356

# Cash Flow Elections



- Client controlled elections
  - PSA
  - CPR
  - Cash flow schedules
    - Principal only
    - Principal & Interest
    - Assignment of amortization window



- Automated generation of melded cash flows
- Multiple default levels
- Override at all levels include tax lot by accounting book



## Supported Methodologies / Guidance

- Interest Method
  - ASC 310-20 (as defined in ASC 835-30-35) (Formerly FAS 91)
- Retrospective Interest Method
  - ASC 320-10 (Formerly EITF 96-12)
- Effective Yield Method
  - ASC 325-40 (Formerly EITF 99-20)
- Treatment of Loans and Debt Securities Acquired with Deteriorated Credit Quality
  - ASC 310-30



ACM0025358

8

# Why SS&C

- Unique ability to leverage knowledge and expertise across organization
    - Development, licensed clients, outsourcing, professional services
- Highly skilled consulting
    - Process improvements / automation
    - Ability to provide tailored / customized solutions
- Relevant Mortgage REIT expertise and public company reporting
- Dedicated REIT Services team supporting technical accounting, regulatory and tax needs
- Proven systems capable of supporting a broad range of complex security types, accounting methodologies and treatments specific to Mortgage REITs



ACM0025359

9

ACM0025360



## With You Today

**Josh Brown, CPA** is the leader of SS&C's REIT Servicing Group and the Senior Director of Accounting Policy and Regulatory Reporting. Previously, Mr. Brown was a senior manager in PwC's Northeast Insurance Services practice and has over 12 years of experience providing auditing and accounting advisory services to REITs as well as life insurance, health insurance and property and casualty insurance entities. He co-led the Northeast Market Leveraged Experienced program which was designed to bring subject matter expertise to the regional markets. He was also the national leader of PwC's insurance training program. He obtained his bachelor's and master's degrees from the University of Connecticut and is a Certified Public Accountant.

Phone: 860-731-5038 | Email: JBrown@sscinc.com

**Dennis Moore** has served as a Sales Manager for SS&C Institutional Solutions and Services since March 2013. He has over five years' experience working with a broad range of financial institutions, including asset managers, REITS and specialty finance companies, insurance, banks and credit unions, on addressing their technology needs. He works with SS&C's software development and outsourcing teams to customize the right front, middle and back office solutions for our clients. Mr. Moore graduated Cum Laude from Elon University with a bachelor's degree in Communications.

Phone: 860-298-4763 | Email: Dennis.Moore@sscinc.com

**J. Timothy Reilly, CPA** has served as SS&C's Senior Vice President, Institutional Solutions and Services since June 2013. Prior to joining SS&C, Mr. Reilly served in senior financial capacities at PwC for almost 28 years, serving in key roles in PwC's local regional and national markets, most recently as a Market Leader in the PwC Hartford office. Mr. Reilly also has extensive financial management experience with various clients organizations ranging from Fortune 500 to smaller entrepreneurial organizations. He is a graduate of Clarkson University and is a Certified Public Accountant. In addition, Mr. Reilly has been recognized for his contribution to the technology community for his roles in a variety of technology related organizations.

Phone: 860-298-4828 | Email: TReilly@sscinc.com

**Jeff Fecteau** is a Relationship Manager responsible for account management and sales for SS&C's REIT client base and has been with the company since 2000. He works in collaboration with SS&C's technology and services teams to develop solutions that are responsive to the needs of our REIT clients. He has worked extensively with organizations that invest in real estate assets and has experience developing solutions that support publicly traded and private REITs. Mr. Fecteau graduated from Marist College with a bachelor's degree in Accounting.

Phone: 860-731-5022 | Email: JFecteau@sscinc.com

