# Exhibit 16

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 6/19/2014 2:37:24 PM |
| **To**: | Jim Mountain [jrm@armourllc.com]; Mark Gruber [mrg@armourllc.com] |
| **Subject**: | RE: SS&C inquiry |
| **Attachments**: | SS&C CAMRA Modules & Systems_ARMOUR_6.19.14.pdf |

Jim & Mark,

Attached please find a consolidated document that will provide you with a high-level overview of each of the CAMRA modules as well as some additional systems we think would be relevant to ARMOUR.

Not all of the modules and systems need to be implemented on Day 1, but this should give you a good flavor of what's available to you.

If you have questions or would like clarification on any of the modules/systems, we would be happy to set up a call.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763 | m: (860) 214-9580
dennis.moore@sscinc.com | www.sscinc.com

---

**From:** Mark Gruber [mailto:mrg@armourllc.com]
**Sent:** Monday, June 16, 2014 1:33 PM
**To:** Moore, Dennis; Jim Mountain
**Subject:** RE: SS&C inquiry

Dennis,

Attached is a list of assets and data for the POC. When you are ready to begin, please give me a call and we can walk through the data to make sure we have everything you need and provided the correct data.

Mark Gruber, CFA
Chief Operating Officer & Head of Portfolio Management

ARMOUR Residential Management, LLC
ARMOUR Residential REIT, Inc
JAVELIN Mortgage Investment Corporation

3001 Ocean Drive, Suite 201, Vero Beach, FL 32963
*Office* 772-617-4340   *Fax* 561-348-2408   mrg@armourllc.com

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Friday, June 13, 2014 2:23 PM
**To:** Jim Mountain
**Cc:** Mark Gruber
**Subject:** RE: SS&C inquiry

Jim,

For the Proof of Concept we discussed on our call last Friday, we wanted to put together a list of data elements for each of the securities you would like us to run through the CAMRA system. In our experience, what has worked best is a sampling of approximately 10-15 unique securities and a POC period of 1 quarter's worth of activity.

For each trade please provide:
- CUSIP
- Original trade and settle dates
- Original cost
- Original face
- Current factor (as of beginning date for the POC)
- Current face (as of beginning date for the POC)
- Accrued interest
- Book value as of POC begin date
- Book yield as of POC begin date
- Either a prepayment speed or schedule of cash flows for the POC begin date and any updates to the cash flows or speeds you would like us to use during the POC period
- Trade details for any subsequent buys or sells that you would like us to process during the period
- Any impairments that were recorded during the period

We would be happy to schedule a follow-up call to further discuss any of the data elements we're looking for as well as expectations for the POC if you would like.

Have a great weekend.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Moore, Dennis
**Sent:** Monday, June 09, 2014 4:36 PM
**To:** 'Jim Mountain'; Mark Gruber
**Subject:** RE: SS&C inquiry

Jim,

Attached please find a copy of the fully executed NDA.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Friday, June 06, 2014 4:08 PM
**To:** Moore, Dennis; Mark Gruber
**Subject:** RE: SS&C inquiry

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Friday, June 6, 2014 3:48 PM
**To:** Jim Mountain; Mark Gruber
**Subject:** RE: SS&C inquiry

Jim,

Attached is the mutual NDA. Once executed, please return to me for countersignature and then I will provide you with a completed copy for your records.

Let me know if you have any questions.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Friday, June 06, 2014 11:24 AM
**To:** Moore, Dennis; Mark Gruber
**Subject:** RE: SS&C inquiry

OK by us

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Friday, June 6, 2014 11:23 AM
**To:** Jim Mountain; Mark Gruber
**Subject:** Re: SS&C inquiry

Jim,

How about 3:00pm today? I can send out a calendar invite with a dial-in number shortly.
Dennis

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Thursday, June 05, 2014 11:50 AM
**To:** Moore, Dennis; Mark Gruber <mrg@armourllc.com>
**Subject:** RE: SS&C inquiry

CONFIDENTIAL
SSC000407

Thank you for the excellent meeting on Monday. We have regrouped internally and continue to be very interested in CAMRA and would like to explore more about it and how we would be able to integrate it in to our operations. Early afternoon Friday would work for us.

Thanks,

Jim

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Wednesday, June 4, 2014 6:00 PM
**To:** Jim Mountain; Mark Gruber
**Subject:** RE: SS&C inquiry

Jim & Mark,

Thank you again taking the time to meet with us in our offices this past Monday. I think there was a lot of good information exchanged, and I hope you found the meeting helpful. Based on our understanding of your business and current environment, we are confident CAMRA is the right fit for ARMOUR and I just wanted to reaffirm our interest in partnering with you.

I know you were interested in receiving an estimated fee range from us, so what we would like to do is schedule a follow-up call for this Friday. We can use this time to share with you the estimated fee range, what that entails, as well as what we view as potential next steps.

Please let me know when you are available Friday and we will do our best to work around your schedule.

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Monday, June 02, 2014 1:00 PM
**To:** Moore, Dennis
**Cc:** Amber Luedke; Trevor Spicer; Jonna K. Terry
**Subject:** Re: SS&C inquiry

Amber is our Chief Accounting Officer
Trevor is our IT Director and
Jonna is Senior Investment Accountant
James R Mountain
ARMOUR Residential Management LLC
3001 Ocean Drive
Vero Beach, FL 32963
jrm@armourllc.com
Office 772-617-4340

CONFIDENTIAL   SSC000408

Cell 862-215-1850
Fax 561-348-2408

---

**From:** "Moore, Dennis" <Dennis.Moore@sscinc.com>
**Date:** Mon, 2 Jun 2014 15:06:52 +0000
**To:** 'jrm@armourllc.com'<jrm@armourllc.com>
**Subject:** Re: SS&C inquiry

Jim,

Do you have a list of names/titles of the folks that will be dialing into the WebEx for the demo?

Dennis

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Friday, May 30, 2014 04:36 PM
**To:** Moore, Dennis
**Subject:** Re: SS&C inquiry

Don't need to for us. Mark and I will likely have eaten when we get to your place. Thank you for the offer, however.

Jim
James R Mountain
ARMOUR Residential Management LLC
3001 Ocean Drive
Vero Beach, FL 32963
jrm@armourllc.com
Office 772-617-4340
Cell 862-215-1850
Fax 561-348-2408

---

**From:** "Moore, Dennis" <Dennis.Moore@sscinc.com>
**Date:** Fri, 30 May 2014 20:04:44 +0000
**To:** 'Jim Mountain'<jrm@armourllc.com>
**Subject:** RE: SS&C inquiry

Jim, would you like us to have lunch brought in on Monday?

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Friday, May 30, 2014 2:10 PM
**To:** Moore, Dennis
**Cc:** Mark Gruber; Trevor Spicer
**Subject:** RE: SS&C inquiry

Very good. Thanks. Are there webex details that we can provide to others on our side to join the high level demo remotely?

See you on Monday afternoon.

Jim

James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE: ARR)
JAVELIN Mortgage Investment Corp. (NYSE: JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL  32963

+1 772 617 4340  Office
+1 862 215 1850  Cell
+1 561 348 2408  Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Friday, May 30, 2014 1:54 PM
**To:** Jim Mountain
**Cc:** Mark Gruber; Trevor Spicer
**Subject:** RE: SS&C inquiry

Jim,

I was able to secure Mike Doyle to provide a high-level demo of the CAMRA application towards the end of our discussion on Monday at 3PM. Mike was on the introductory call last Tuesday and is VP Business Solutions for our institutional clients.

Also, attached are responses and supporting documentation for Trevor's IT/System related questions. To the extent you have any questions or would like us to walk through anything with you, we would be happy to set up a call.

Have a great weekend and safe travels.

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Wednesday, May 28, 2014 4:16 PM
**To:** Moore, Dennis
**Cc:** Mark Gruber; Trevor Spicer
**Subject:** RE: SS&C inquiry

I am fine with spending 1:30 to 3:00 as you suggest. I would like to get a peek at the technology and operational capacity of the system while Mark and I are up there Monday afternoon. So we can stay on for a while after 3 to make it a double header.

I will try to get Trevor to formulate the technical systems questions that he had in mind and forward to you Thursday afternoon.

See you Monday.

Jim

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Tuesday, May 27, 2014 4:03 PM
**To:** Jim Mountain
**Cc:** Mark Gruber
**Subject:** RE: SS&C inquiry

Jim,

Thanks for the update. I will send you a calendar invite for 1:30-3:00pm and include the address for our midtown Manhattan office. We are located on 675 Third Ave (corner of 42nd street). I have already checked you in at security, so all you will have to do is tell security you're here to meet with SS&C on the 17th floor. We would also be happy to have lunch ordered in if you'd like.

As a follow-up to our initial call last week, I think the most effective structure for Monday's meeting will be an executive-level discussion. On my end, I have gotten together a great representation of our REIT expertise. This includes Tim Reilly, CPA, SVP of SS&C's Institutional Solutions and Services, and former partner at PwC for 17 years; Josh Brown, CPA, Head of SS&C's REIT Services group and Senior Director of Accounting Policy & Regulatory Reporting; and Jeff Fecteau, Relationship Manager for SS&C's REIT clients. They will be able to further discuss what we're doing for other REIT clients, what we're seeing in the market place, etc.

As far as the IT discussion and a high-level intro demo of the system, these are two items we could handle through a separate call/WebEx before or after the June 2nd meeting. We can then lay out a plan where we can come on-site and do a deeper dive demonstration of the system with more ARMOUR team members involved.

Thoughts or feedback on the above items?

Thanks,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Tuesday, May 27, 2014 3:21 PM
**To:** Moore, Dennis
**Cc:** Mark Gruber
**Subject:** RE: SS&C inquiry

CONFIDENTIAL                                                                                                                                                            SSC000411

Mark should be able to get in and drop his bag at the hotel in time to be at your place by 1:30.  Please confirm your Manhattan address and any tricks on getting checked in at security

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Tuesday, May 27, 2014 8:55 AM
**To:** Jim Mountain
**Subject:** RE: SS&C inquiry

Jim,

I hope you had a nice long weekend. Specific to the IT-related questions you said Trevor had, would Trevor be able to provide me with a list of at least some of those IT questions? I want to make sure I have the right technical resource on my end. I was thinking we could hold an IT discussion on a separate call, either before or after our meeting on June 2nd.

Please let me know your thoughts on this as well as if there has been any progress on Mark's travel plans so we can lock in a time for next Monday.

Thanks,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Wednesday, May 21, 2014 4:59 PM
**To:** Moore, Dennis
**Cc:** Mark Gruber; Trevor Spicer
**Subject:** RE: SS&C inquiry

Mark might be able to get to New York in time for an afternoon meeting on Monday.  Will advise when we get settled.