# Exhibit 18

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 9/24/2014 11:14:30 AM |
| **To**: | Jonna Terry [jkt@armourllc.com]; Mark Gruber (mrg@armourllc.com) [mrg@armourllc.com] |
| **CC**: | Jim Mountain [jrm@armourllc.com]; Fecteau, Jeff [JFecteau@sscinc.com] |
| **Subject**: | SS&C Reports for Non-Agency Proof of Concept |
| **Attachments**: | ARMOUR Reports_Non-Agency.zipx |

Jonna & Mark,

Attached please find the results of the 2nd Non-Agency Proof of Concept, which are a series of reports for each month-end. As you know, we loaded initial positions as of 3/31/14 and processed through 6/30/14.

On Thursday, we have built some time into the agenda to walk you through our set-up/approach, the processing of the securities, and the audit tools we used to validate our calculations.

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763   |   m: (860) 214-9580
dennis.moore@sscinc.com   |   www.sscinc.com

# BASE BOOK VALUE PROGRESSION

**Company:** ARMOUR
**Accounting Basis:** GAAP   **Currency Basis:** BASE
**For the Period:** 03/31/14 to 04/30/14



ARMOUR RESIDENTIAL REIT

| CUSIP | Lot# | Security Description | Sec Type | Beginning Book Value | Cost of Purchases | Sales Consideration | Discount Accretion | Premium Amortization | Realized Gains MKT | Realized Gains FX | Realized Losses MKT | Realized Losses FX | Ending Book Value | Prior Edited Trades | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST C | CMBS | 9,877,777.13 | 0.00 | 38,862.45 | 4,882.97 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,843,797.65 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TF | CMBS | 2,960,039.07 | 0.00 | 25,989.52 | 501.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,934,550.89 | 0.00 | 0.00 |
| **Total for Security Type: CMBS** | | | | 12,837,816.20 | 0.00 | 64,851.97 | 5,384.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,778,348.54 | 0.00 | 0.00 |
| **CMO** | | | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 08/25/37 | CMO | 6,165,692.13 | 0.00 | 24,743.84 | 1,404.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,142,353.23 | 0.00 | 0.00 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK D | CMO | 1,258,020.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,258,020.62 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 0 | CMO | 7,566,239.25 | 0.00 | 11,555.45 | (11,462.79) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,543,221.01 | 0.00 | 0.00 |
| **Total for Security Type: CMO** | | | | 14,989,952.00 | 0.00 | 36,299.29 | (10,057.85) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,943,594.86 | 0.00 | 0.00 |
| **OTHER ABS** | | | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION | OTHER ABS | 8,276,102.49 | 0.00 | 0.00 | 44,640.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,320,742.97 | 0.00 | 0.00 |
| **Total for Security Type: OTHER ABS** | | | | 8,276,102.49 | 0.00 | 0.00 | 44,640.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,320,742.97 | 0.00 | 0.00 |
| **Total for Account: ARMOUR** | | | | 36,103,870.69 | 0.00 | 101,151.26 | 39,966.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,042,686.37 | 0.00 | 0.00 |
| **Grand Total** | | | | 36,103,870.69 | 0.00 | 101,151.26 | 39,966.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36,042,686.37 | 0.00 | 0.00 |

CONFIDENTIAL   SSC001983

# Earned Income

**For the Period: 03/31/14 to 04/30/14**

**Company: ARMOUR**
**Accounting Basis: GAAP    Currency Basis: LOCAL**



| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CMBS 3.000 04/25/43 | 10,422,343.03 | 26,153.01 | 26,055.86 | (97.15) | 26,153.01 | 0.00 | 0.00 | 26,055.86 | 4,882.97 | 0.00 | 30,938.83 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST 5.500 12/25/42 | 3,666,279.14 | 16,954.40 | 16,803.78 | (150.62) | 16,954.40 | 0.00 | 0.00 | 16,803.78 | 501.34 | 0.00 | 17,305.12 |
| Total for Security Type: CMBS | | | 14,088,622.17 | 43,107.41 | 42,859.64 | (247.77) | 43,107.41 | 0.00 | 0.00 | 42,859.64 | 5,384.31 | 0.00 | 48,243.95 |
| **CMO** | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.350 08/25/37 | 7,834,035.20 | 41,999.91 | 41,455.10 | (544.81) | 32,195.61 | 0.00 | 0.00 | 31,650.80 | 1,404.94 | 0.00 | 33,055.74 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES 4.655 02/25/24 | 1,250,000.00 | 1,131.36 | 969.74 | (161.62) | 5,009.78 | 0.00 | 0.00 | 4,848.16 | 0.00 | 0.00 | 4,848.16 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.750 08/25/50 | 8,830,186.20 | 49,732.61 | 49,669.80 | (62.81) | 49,732.61 | 0.00 | 0.00 | 49,669.80 | (11,462.79) | 0.00 | 38,207.01 |
| Total for Security Type: CMO | | | 17,914,221.40 | 92,863.88 | 92,094.64 | (769.24) | 86,938.00 | 0.00 | 0.00 | 86,168.76 | (10,057.85) | 0.00 | 76,110.91 |
| **OTHER ABS** | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST 6.250 09/25/37 | 11,898,355.81 | 62,375.00 | 61,970.60 | (404.40) | 12,888.80 | 0.00 | 0.00 | 12,484.40 | 44,640.48 | 0.00 | 57,124.88 |
| Total for Security Type: OTHER ABS | | | 11,898,355.81 | 62,375.00 | 61,970.60 | (404.40) | 12,888.80 | 0.00 | 0.00 | 12,484.40 | 44,640.48 | 0.00 | 57,124.88 |
| Total for Currency: USD | | | 43,901,199.38 | 198,346.29 | 196,924.88 | (1,421.41) | 142,934.21 | 0.00 | 0.00 | 141,512.80 | 39,966.94 | 0.00 | 181,479.74 |
| Total for Portfolio: ARMOUR | | | 43,901,199.38 | 198,346.29 | 196,924.88 | (1,421.41) | 142,934.21 | 0.00 | 0.00 | 141,512.80 | 39,966.94 | 0.00 | 181,479.74 |

CONFIDENTIAL                                                                                                                                                       SSC001984

# EARNED INCOME

For the Period: 03/31/14 to 04/30/14

**Company: ARMOUR**

**Accounting Basis: GAAP**  **Currency Basis: LOCAL**



| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for Account: ARMOUR | | | 43,901,199.38 | 198,346.29 | 196,924.88 | (1,421.41) | 142,934.21 | 0.00 | 0.00 | 141,512.80 | 39,966.94 | 0.00 | 181,479.74 |
| Grand Total: | | | 43,901,199.38 | 198,346.29 | 196,924.88 | (1,421.41) | 142,934.21 | 0.00 | 0.00 | 141,512.80 | 39,966.94 | 0.00 | 181,479.74 |

CONFIDENTIAL    SSC001985

# Holdings

As of: 04/30/14

**ARMOUR**

**Accounting Basis: GAAP   Currency Basis: BASE**



| Lot# | CUSIP | Security Description | Coupon | Maturity | Sec Type | Orig Tr Date | Orig Face | Pay Da | Quantity | Original Cost | Book Value | Market Value | Price | Unrl Gain | Unrl Loss | Due + Accrued | AMZ Change | AMZ Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | | | | |
| 82.0001 | 12646WAH7 | CREDIT SUISSE MORTGAGE TRUST CMBS | 3.00 | 4/25/2043 | CMBS | 06/20/13 | 11,000,000.00 | | 10,422,343.03 | 10,044,533.09 | 9,843,797.65 | 9,843,797.65 | 0.0000 | 0.00 | 0.00 | 26,055.86 | 4,882.97 | 3.824028 |
| 83.0001 | 12668BKF9 | COUNTRYWIDE ALTERNATIVE LOAN TRUST | 5.50 | 12/25/2042 | CMBS | 10/05/12 | 36,139,000.00 | | 3,666,279.14 | 2,997,183.19 | 2,934,550.89 | 2,934,550.89 | 0.0000 | 0.00 | 0.00 | 16,803.78 | 501.34 | 7.245530 |
| **Total for Security Type: CMBS** | | | | | | | | | 14,088,622.17 | 13,041,716.28 | 12,778,348.54 | 12,778,348.54 | | 0.00 | 0.00 | 42,859.64 | 5,384.31 | |
| **CMO** | | | | | | | | | | | | | | | | | | |
| 84.0001 | 16165YAT9 | CHASEFLEX TRUST | 6.35 | 8/25/2037 | CMO | 10/24/12 | 10,000,000.00 | | 7,834,035.20 | 6,306,398.33 | 6,142,353.23 | 6,142,353.23 | 0.0000 | 0.00 | 0.00 | 41,455.10 | 1,404.94 | 6.626621 |
| 87.0001 | 3137G0AM1 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES | 4.65 | 2/25/2024 | CMO | 02/06/14 | 1,250,000.00 | | 1,250,000.00 | 1,250,000.00 | 1,258,020.62 | 1,258,020.62 | 0.0000 | 0.00 | 0.00 | 969.74 | 0.00 | 4.742081 |
| 85.0001 | 46630WAQ3 | JP MORGAN MORTGAGE TRUST | 6.75 | 8/25/2050 | CMO | 01/11/13 | 22,000,000.00 | | 8,830,186.20 | 7,947,167.58 | 7,543,221.01 | 7,543,221.01 | 0.0000 | 0.00 | 0.00 | 49,669.80 | (11,462.79) | 6.230763 |
| **Total for Security Type: CMO** | | | | | | | | | 17,914,221.40 | 15,503,565.91 | 14,943,594.86 | 14,943,594.86 | | 0.00 | 0.00 | 92,094.64 | (10,057.85) | |
| **OTHER ABS** | | | | | | | | | | | | | | | | | | |
| 86.0001 | 761143AC0 | RESIDENTIAL ASSET SECURITIZATION TRUST | 6.25 | 9/25/2037 | OTHER ABS | 09/25/13 | 16,921,000.00 | | 11,898,355.81 | 8,209,865.51 | 8,320,742.97 | 8,320,742.97 | 0.0000 | 0.00 | 0.00 | 61,970.60 | 44,640.48 | 8.604660 |
| **Total for Security Type: OTHER ABS** | | | | | | | | | 11,898,355.81 | 8,209,865.51 | 8,320,742.97 | 8,320,742.97 | | 0.00 | 0.00 | 61,970.60 | 44,640.48 | |
| **Total for Account: ARMOUR** | | | | | | | | | 43,901,199.38 | 36,755,147.70 | 36,042,686.37 | 36,042,686.37 | | 0.00 | 0.00 | 196,924.88 | 39,966.94 | |
| **Grand Total:** | | | | | | | | | 43,901,199.38 | 36,755,147.70 | 36,042,686.37 | 36,042,686.37 | | 0.00 | 0.00 | 196,924.88 | 39,966.94 | |

CONFIDENTIAL                                                                                                                                           SSC001986

**STATEMENT OF TRANSACTIONS**

For the Period: 04/01/14 to 04/30/14

Company: ARMOUR
Accounting Basis: GAAP    Currency Basis: LOCAL



| CUSIP | Lot # | Security Description | Currency | Trade Date | Quantity | Price | Principal Cash | Income Cash | Total Amount | Realized Gain | Realized Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | |
| **MBS PMT** | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CMBS 3.00 4/25/2043 | USD | 04/01/14 | 38,862.45 | 100.0000 | 38,862.45 | 0.00 | 38,862.45 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST 5.50 12/25/2042 | USD | 04/01/14 | 32,988.41 | 78.7838 | 25,989.52 | 0.00 | 25,989.52 | 0.00 | 0.00 |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 8/25/2037 | USD | 04/01/14 | 102,955.70 | 24.0335 | 24,743.84 | 0.00 | 24,743.84 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 8/25/2050 | USD | 04/01/14 | 11,166.54 | 103.4828 | 11,555.45 | 0.00 | 11,555.45 | 0.00 | 0.00 |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST 6.25 9/25/2037 | USD | 04/01/14 | 77,671.96 | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for: MBS PMT USD** | | | | | 263,645.06 | | 101,151.26 | 0.00 | 101,151.26 | 0.00 | 0.00 |
| **Total for Currency: USD** | | | | | 263,645.06 | | 101,151.26 | 0.00 | 101,151.26 | 0.00 | 0.00 |
| **Grand Total** | | | | | | | | | | 0.00 | 0.00 |

# BASE BOOK VALUE PROGRESSION

**Company:** ARMOUR
**Accounting Basis:** GAAP   **Currency Basis:** BASE
**For the Period:** 05/31/14 to 06/30/14



| CUSIP | Lot# | Security Description | Sec Type | Beginning Book Value | Cost of Purchases | Sales Consideration | Discount Accretion | Premium Amortization | Realized Gains MKT | Realized Gains FX | Realized Losses MKT | Realized Losses FX | Ending Book Value | Prior Edited Trades | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CI | CMBS | 9,829,485.77 | 0.00 | 90,160.18 | 5,004.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,744,330.54 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TF | CMBS | 2,910,695.53 | 0.00 | 57,651.20 | 652.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,853,696.69 | 0.00 | 0.00 |
| **Total for Security Type: CMBS** | | | | 12,740,181.30 | 0.00 | 147,811.38 | 5,657.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,598,027.23 | 0.00 | 0.00 |
| **CMO** | | | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 08/25/37 | CMO | 6,129,371.93 | 0.00 | 56,800.30 | 1,610.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,074,182.14 | 0.00 | 0.00 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK D | CMO | 1,258,020.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,258,020.62 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 0 | CMO | 7,497,558.80 | 0.00 | 168,900.97 | (10,568.50) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,318,089.33 | 0.00 | 0.00 |
| **Total for Security Type: CMO** | | | | 14,884,951.35 | 0.00 | 225,701.27 | (8,957.99) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,650,292.09 | 0.00 | 0.00 |
| **OTHER ABS** | | | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION | OTHER ABS | 8,326,711.70 | 0.00 | 0.00 | 9,368.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,336,080.64 | 0.00 | 0.00 |
| **Total for Security Type: OTHER ABS** | | | | 8,326,711.70 | 0.00 | 0.00 | 9,368.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,336,080.64 | 0.00 | 0.00 |
| **Total for Account: ARMOUR** | | | | 35,951,844.35 | 0.00 | 373,512.65 | 6,068.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,584,399.96 | 0.00 | 0.00 |
| **Grand Total** | | | | 35,951,844.35 | 0.00 | 373,512.65 | 6,068.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,584,399.96 | 0.00 | 0.00 |

CONFIDENTIAL                                                                                                                                           SSC001988

# EARNED INCOME

**For the Period: 05/31/14 to 06/30/14**

**Company: ARMOUR**
**Accounting Basis: GAAP    Currency Basis: LOCAL**



| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST  CMBS  3.000  04/25/43 | 10,313,046.59 | 26,008.02 | 25,782.62 | (225.40) | 26,008.02 | 0.00 | 0.00 | 25,782.62 | 5,004.95 | 0.00 | 30,787.57 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST  5.500  12/25/42 | 3,570,514.77 | 16,655.28 | 16,364.86 | (290.42) | 16,654.70 | 0.00 | 0.00 | 16,364.28 | 652.36 | 0.00 | 17,016.64 |
| Total for Security Type: CMBS | | | 13,883,561.36 | 42,663.30 | 42,147.48 | (515.82) | 42,662.72 | 0.00 | 0.00 | 42,146.90 | 5,657.31 | 0.00 | 47,804.21 |
| **CMO** | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST  6.350  08/25/37 | 7,762,872.60 | 41,379.10 | 41,078.53 | (300.57) | 31,551.08 | 0.00 | 0.00 | 31,250.51 | 1,610.51 | 0.00 | 32,861.02 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES  4.655  02/25/24 | 1,250,000.00 | 5,980.06 | 969.74 | (5,010.32) | 4,682.29 | 0.00 | 0.00 | (328.03) | 0.00 | 0.00 | (328.03) |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST  6.750  08/25/50 | 8,609,544.90 | 49,379.94 | 48,428.69 | (951.25) | 49,379.94 | 0.00 | 0.00 | 48,428.69 | (10,568.50) | 0.00 | 37,860.19 |
| Total for Security Type: CMO | | | 17,622,417.50 | 96,739.10 | 90,476.96 | (6,262.14) | 85,613.31 | 0.00 | 0.00 | 79,351.17 | (8,957.99) | 0.00 | 70,393.18 |
| **OTHER ABS** | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST  6.250  09/25/37 | 11,684,950.53 | 61,538.07 | 60,859.12 | (678.95) | 48,784.21 | 0.00 | 0.00 | 48,105.26 | 9,368.94 | 0.00 | 57,474.20 |
| Total for Security Type: OTHER ABS | | | 11,684,950.53 | 61,538.07 | 60,859.12 | (678.95) | 48,784.21 | 0.00 | 0.00 | 48,105.26 | 9,368.94 | 0.00 | 57,474.20 |
| Total for Currency: USD | | | 43,190,929.39 | 200,940.47 | 193,483.56 | (7,456.91) | 177,060.24 | 0.00 | 0.00 | 169,603.33 | 6,068.26 | 0.00 | 175,671.59 |
| Total for Portfolio: ARMOUR | | | 43,190,929.39 | 200,940.47 | 193,483.56 | (7,456.91) | 177,060.24 | 0.00 | 0.00 | 169,603.33 | 6,068.26 | 0.00 | 175,671.59 |

CONFIDENTIAL    SSC001989

## EARNED INCOME

For the Period:  05/31/14 to 06/30/14

**Company: ARMOUR**

**Accounting Basis:** GAAP    **Currency Basis:** LOCAL



| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for Account: ARMOUR | | | 43,190,929.39 | 200,940.47 | 193,483.56 | (7,456.91) | 177,060.24 | 0.00 | 0.00 | 169,603.33 | 6,068.26 | 0.00 | 175,671.59 |
| Grand Total: | | | 43,190,929.39 | 200,940.47 | 193,483.56 | (7,456.91) | 177,060.24 | 0.00 | 0.00 | 169,603.33 | 6,068.26 | 0.00 | 175,671.59 |

CONFIDENTIAL     SSC001990

# Holdings

As of: 06/30/14

**ARMOUR**

**Accounting Basis: GAAP    Currency Basis: BASE**

*Armour Residential REIT*

| Lot# | CUSIP | Security Description | Coupon | Maturity | Sec Type | Orig Tr Date | Orig Face | Pay Da | Quantity | Original Cost | Book Value | Market Value | Price | Unrl Gain | Unrl Loss | Due + Accrued | AMZ Change | AMZ Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | | | | |
| 82.0001 | 12646WAH7 | CREDIT SUISSE MORTGAGE TRUST CMBS | 3.00 | 4/25/2043 | CMBS | 06/20/13 | 11,000,000.00 | | 10,313,046.59 | 9,939,198.65 | 9,744,330.54 | 9,744,330.54 | 0.0000 | 0.00 | 0.00 | 25,782.62 | 5,004.99 | 3.824028 |
| 83.0001 | 12668BKF9 | COUNTRYWIDE ALTERNATIVE LOAN TRUST | 5.50 | 12/25/2042 | CMBS | 10/05/12 | 36,139,000.00 | | 3,570,514.77 | 2,918,895.81 | 2,853,696.69 | 2,853,696.69 | 0.0000 | 0.00 | 0.00 | 16,364.86 | 652.39 | 7.245530 |
| **Total for Security Type: CMBS** | | | | | | | | | 13,883,561.36 | 12,858,094.46 | 12,598,027.23 | 12,598,027.23 | | 0.00 | 0.00 | 42,147.48 | 5,657.38 | |
| **CMO** | | | | | | | | | | | | | | | | | | |
| 84.0001 | 16165YAT9 | CHASEFLEX TRUST | 6.35 | 8/25/2037 | CMO | 10/24/12 | 10,000,000.00 | | 7,762,872.60 | 6,249,112.44 | 6,074,182.14 | 6,074,182.14 | 0.0000 | 0.00 | 0.00 | 41,078.53 | 1,610.58 | 6.626621 |
| 87.0001 | 3137G0AM1 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES | 4.65 | 2/25/2024 | CMO | 02/06/14 | 1,250,000.00 | | 1,250,000.00 | 1,250,000.00 | 1,258,020.62 | 1,258,020.62 | 0.0000 | 0.00 | 0.00 | 969.74 | 0.00 | 4.742081 |
| 85.0001 | 46630WAQ3 | JP MORGAN MORTGAGE TRUST | 6.75 | 8/25/2050 | CMO | 01/11/13 | 22,000,000.00 | | 8,609,544.90 | 7,748,590.41 | 7,318,089.33 | 7,318,089.33 | 0.0000 | 0.00 | 0.00 | 48,428.69 | (10,568.46) | 6.230763 |
| **Total for Security Type: CMO** | | | | | | | | | 17,622,417.50 | 15,247,702.85 | 14,650,292.09 | 14,650,292.09 | | 0.00 | 0.00 | 90,476.96 | (8,957.88) | |
| **OTHER ABS** | | | | | | | | | | | | | | | | | | |
| 86.0001 | 761143AC0 | RESIDENTIAL ASSET SECURITIZATION TRUST | 6.25 | 9/25/2037 | OTHER ABS | 09/25/13 | 16,921,000.00 | | 11,684,950.53 | 8,062,615.87 | 8,336,080.64 | 8,336,080.64 | 0.0000 | 0.00 | 0.00 | 60,859.12 | 9,369.05 | 8.604660 |
| **Total for Security Type: OTHER ABS** | | | | | | | | | 11,684,950.53 | 8,062,615.87 | 8,336,080.64 | 8,336,080.64 | | 0.00 | 0.00 | 60,859.12 | 9,369.05 | |
| **Total for Account: ARMOUR** | | | | | | | | | 43,190,929.39 | 36,168,413.18 | 35,584,399.96 | 35,584,399.96 | | 0.00 | 0.00 | 193,483.56 | 6,068.55 | |
| **Grand Total:** | | | | | | | | | 43,190,929.39 | 36,168,413.18 | 35,584,399.96 | 35,584,399.96 | | 0.00 | 0.00 | 193,483.56 | 6,068.55 | |

Print Date: 09/23/14    Print Time: 10:18 pm

Page 1 of 1

CONFIDENTIAL    SSC001991


# STATEMENT OF TRANSACTIONS

**Company: ARMOUR**
**Accounting Basis: GAAP   Currency Basis: LOCAL**

For the Period: 06/01/14 to 06/30/14


ARMOUR RESIDENTIAL REIT

| CUSIP | Lot # | Security Description | Currency | Trade Date | Quantity | Price | Principal Cash | Income Cash | Total Amount | Realized Gain | Realized Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | |
| **MBS PMT** | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CMBS 3.00 4/25/2043 | USD | 06/01/14 | 90,160.18 | 100.0000 | 90,160.18 | 0.00 | 90,160.18 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST 5.50 12/25/2042 | USD | 06/01/14 | 63,364.68 | 90.9832 | 57,651.20 | 0.00 | 57,651.20 | 0.00 | 0.00 |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 8/25/2037 | USD | 06/01/14 | 56,800.30 | 100.0000 | 56,800.30 | 0.00 | 56,800.30 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 8/25/2050 | USD | 06/01/14 | 169,111.14 | 99.8757 | 168,900.97 | 0.00 | 168,900.97 | 0.00 | 0.00 |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST 6.25 9/25/2037 | USD | 06/01/14 | 130,359.22 | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for: MBS PMT USD** | | | | | 509,795.52 | | 373,512.65 | 0.00 | 373,512.65 | 0.00 | 0.00 |
| **Total for Currency: USD** | | | | | 509,795.52 | | 373,512.65 | 0.00 | 373,512.65 | 0.00 | 0.00 |
| **Grand Total** | | | | | | | | | | 0.00 | 0.00 |

# Holdings

As of: 03/31/14

**ARMOUR**

**Accounting Basis: GAAP    Currency Basis: BASE**



| Lot# | CUSIP | Security Description | Coupon | Maturity | Sec Type | Orig Tr Date | Orig Face | Pay Da | Quantity | Original Cost | Book Value | Market Value | Price | Unrl Gain | Unrl Loss | Due + Accrued | AMZ Change | AMZ Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | | | | |
| 82.0001 | 12646WAH7 | CREDIT SUISSE MORTGAGE TRUST CMBS | 3.00 | 4/25/2043 | CMBS | 06/20/13 | 11,000,000.00 | | 10,461,205.48 | 10,081,986.78 | 9,877,777.13 | 10,081,986.78 | 0.0000 | 204,209.65 | 0.00 | 26,153.01 | 0.00 | 3.824028 |
| 83.0001 | 12668BKF9 | COUNTRYWIDE ALTERNATIVE LOAN TRUST | 5.50 | 12/25/2042 | CMBS | 10/05/12 | 36,139,000.00 | | 3,699,267.55 | 3,024,151.22 | 2,960,039.07 | 3,024,151.22 | 0.0000 | 64,112.15 | 0.00 | 16,954.40 | 0.00 | 7.245530 |
| **Total for Security Type: CMBS** | | | | | | | | | 14,160,473.03 | 13,106,138.00 | 12,837,816.20 | 13,106,138.00 | | 268,321.80 | 0.00 | 43,107.41 | 0.00 | |
| **CMO** | | | | | | | | | | | | | | | | | | |
| 84.0001 | 16165YAT9 | CHASEFLEX TRUST | 6.35 | 8/25/2037 | CMO | 10/24/12 | 10,000,000.00 | | 7,936,990.90 | 6,389,277.67 | 6,165,692.13 | 6,389,277.67 | 0.0000 | 223,585.54 | 0.00 | 41,999.91 | 0.00 | 6.626621 |
| 87.0001 | 3137G0AM1 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES | 4.65 | 2/25/2024 | CMO | 02/06/14 | 1,250,000.00 | | 1,250,000.00 | 1,250,000.00 | 1,258,020.62 | 1,250,000.00 | 0.0000 | 0.00 | (8,020.62) | 1,131.36 | 0.00 | 4.742081 |
| 85.0001 | 46630WAQ3 | JP MORGAN MORTGAGE TRUST | 6.75 | 8/25/2050 | CMO | 01/11/13 | 22,000,000.00 | | 8,841,352.74 | 7,957,217.47 | 7,566,239.25 | 7,957,217.47 | 0.0000 | 390,978.22 | 0.00 | 49,732.61 | 0.00 | 6.230763 |
| **Total for Security Type: CMO** | | | | | | | | | 18,028,343.64 | 15,596,495.14 | 14,989,952.00 | 15,596,495.14 | | 614,563.76 | (8,020.62) | 92,863.88 | 0.00 | |
| **OTHER ABS** | | | | | | | | | | | | | | | | | | |
| 86.0001 | 761143AC0 | RESIDENTIAL ASSET SECURITIZATION TRUST | 6.25 | 9/25/2037 | OTHER ABS | 09/25/13 | 16,921,000.00 | | 11,976,027.77 | 8,263,459.16 | 8,276,102.49 | 8,263,459.16 | 0.0000 | 0.00 | (12,643.33) | 62,375.00 | 0.00 | 8.604660 |
| **Total for Security Type: OTHER ABS** | | | | | | | | | 11,976,027.77 | 8,263,459.16 | 8,276,102.49 | 8,263,459.16 | | 0.00 | (12,643.33) | 62,375.00 | 0.00 | |
| **Total for Account: ARMOUR** | | | | | | | | | 44,164,844.44 | 36,966,092.30 | 36,103,870.69 | 36,966,092.30 | | 882,885.56 | (20,663.95) | 198,346.29 | 0.00 | |
| **Grand Total:** | | | | | | | | | 44,164,844.44 | 36,966,092.30 | 36,103,870.69 | 36,966,092.30 | | 882,885.56 | (20,663.95) | 198,346.29 | 0.00 | |

Print Date: 09/23/14    Print Time: 10:39 pm

Page 1 of 1

CONFIDENTIAL                                                                                                                                                                      SSC001993

# Base Book Value Progression

**Company: ARMOUR**

**Accounting Basis:** GAAP   **Currency Basis:** BASE

For the Period: 04/30/14 to 05/31/14



| CUSIP | Lot# | Security Description | Sec Type | Beginning Book Value | Cost of Purchases | Sales Consideration | Discount Accretion | Premium Amortization | Realized Gains MKT | Realized Gains FX | Realized Losses MKT | Realized Losses FX | Ending Book Value | Prior Edited Trades | Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CI | CMBS | 9,843,797.65 | 0.00 | 19,136.26 | 4,824.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,829,485.77 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TF | CMBS | 2,934,550.89 | 0.00 | 24,356.77 | 501.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,910,695.53 | 0.00 | 0.00 |
| **Total for Security Type: CMBS** | | | | 12,778,348.54 | 0.00 | 43,493.03 | 5,325.79 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,740,181.30 | 0.00 | 0.00 |
| **CMO** | | | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 08/25/37 | CMO | 6,142,353.23 | 0.00 | 14,362.30 | 1,381.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,129,371.93 | 0.00 | 0.00 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK D | CMO | 1,258,020.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,258,020.62 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 0 | CMO | 7,543,221.01 | 0.00 | 34,373.04 | (11,289.17) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,497,558.80 | 0.00 | 0.00 |
| **Total for Security Type: CMO** | | | | 14,943,594.86 | 0.00 | 48,735.34 | (9,908.17) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14,884,951.35 | 0.00 | 0.00 |
| **OTHER ABS** | | | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION | OTHER ABS | 8,320,742.97 | 0.00 | 0.00 | 5,968.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,326,711.70 | 0.00 | 0.00 |
| **Total for Security Type: OTHER ABS** | | | | 8,320,742.97 | 0.00 | 0.00 | 5,968.73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,326,711.70 | 0.00 | 0.00 |
| **Total for Account: ARMOUR** | | | | 36,042,686.37 | 0.00 | 92,228.37 | 1,386.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,951,844.35 | 0.00 | 0.00 |
| **Grand Total** | | | | 36,042,686.37 | 0.00 | 92,228.37 | 1,386.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,951,844.35 | 0.00 | 0.00 |

CONFIDENTIAL   SSC001994

Case 3:17-cv-00790-JAM   Document 176-22   Filed 12/17/18   Page 15 of 18

# Earned Income

**For the Period: 04/30/14 to 05/31/14**

**Company: ARMOUR**
**Accounting Basis: GAAP     Currency Basis: LOCAL**



| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST CMBS 3.000 04/25/43 | 10,403,206.77 | 26,055.86 | 26,008.02 | (47.84) | 26,055.86 | 0.00 | 0.00 | 26,008.02 | 4,824.38 | 0.00 | 30,832.40 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST 5.500 12/25/42 | 3,633,879.45 | 16,803.78 | 16,655.28 | (148.50) | 16,803.20 | 0.00 | 0.00 | 16,654.70 | 501.41 | 0.00 | 17,156.11 |
| **Total for Security Type: CMBS** | | | 14,037,086.22 | 42,859.64 | 42,663.30 | (196.34) | 42,859.06 | 0.00 | 0.00 | 42,662.72 | 5,325.79 | 0.00 | 47,988.51 |
| **CMO** | | | | | | | | | | | | | |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.350 08/25/37 | 7,819,672.90 | 41,455.10 | 41,379.10 | (76.00) | 31,625.62 | 0.00 | 0.00 | 31,549.62 | 1,381.00 | 0.00 | 32,930.62 |
| 3137G0AM1 | 87.0001 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES 4.655 02/25/24 | 1,250,000.00 | 969.74 | 5,980.06 | 5,010.32 | 5,169.22 | 0.00 | 0.00 | 10,179.54 | 0.00 | 0.00 | 10,179.54 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.750 08/25/50 | 8,778,656.04 | 49,669.80 | 49,379.94 | (289.86) | 49,669.80 | 0.00 | 0.00 | 49,379.94 | (11,289.17) | 0.00 | 38,090.77 |
| **Total for Security Type: CMO** | | | 17,848,328.94 | 92,094.64 | 96,739.10 | 4,644.46 | 86,464.64 | 0.00 | 0.00 | 91,109.10 | (9,908.17) | 0.00 | 81,200.93 |
| **OTHER ABS** | | | | | | | | | | | | | |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST 6.250 09/25/37 | 11,815,309.75 | 61,970.60 | 61,538.07 | (432.53) | 51,896.80 | 0.00 | 0.00 | 51,464.27 | 5,968.73 | 0.00 | 57,433.00 |
| **Total for Security Type: OTHER ABS** | | | 11,815,309.75 | 61,970.60 | 61,538.07 | (432.53) | 51,896.80 | 0.00 | 0.00 | 51,464.27 | 5,968.73 | 0.00 | 57,433.00 |
| **Total for Currency: USD** | | | 43,700,724.91 | 196,924.88 | 200,940.47 | 4,015.59 | 181,220.50 | 0.00 | 0.00 | 185,236.09 | 1,386.35 | 0.00 | 186,622.44 |
| **Total for Portfolio: ARMOUR** | | | 43,700,724.91 | 196,924.88 | 200,940.47 | 4,015.59 | 181,220.50 | 0.00 | 0.00 | 185,236.09 | 1,386.35 | 0.00 | 186,622.44 |

Print Date: 09/23/14     Print Time: 10:15 pm                                                                                                                             Page 1 of 2

CONFIDENTIAL

SSC001995

# EARNED INCOME

**Company:** ARMOUR

**Accounting Basis:** GAAP  **Currency Basis:** LOCAL

For the Period: 04/30/14 to 05/31/14

ARMOUR RESIDENTIAL REIT

| CUSIP | Lot # | Security Description | Quantity | Beg. Due & Accr | End. Due & Accr | Chg in D & A | Interest / Div Rec'd | Interest Purchased | Interest Sold | Interest Earned | Accretion | Amortization | Net Income |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total for Account: ARMOUR | | | 43,700,724.91 | 196,924.88 | 200,940.47 | 4,015.59 | 181,220.50 | 0.00 | 0.00 | 185,236.09 | 1,386.35 | 0.00 | 186,622.44 |
| Grand Total: | | | 43,700,724.91 | 196,924.88 | 200,940.47 | 4,015.59 | 181,220.50 | 0.00 | 0.00 | 185,236.09 | 1,386.35 | 0.00 | 186,622.44 |

CONFIDENTIAL   SSC001996

# Holdings
As of: 05/31/14

**ARMOUR**
**Accounting Basis: GAAP    Currency Basis: BASE**



| Lot# | CUSIP | Security Description | Coupon | Maturity | Sec Type | Orig Tr Date | Orig Face | Pay Da | Quantity | Original Cost | Book Value | Market Value | Price | Unrl Gain | Unrl Loss | Due + Accrued | AMZ Change | AMZ Yield |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account:** ARMOUR - ARMOUR | | | | | | | | | | | | | | | | | | |
| **CMBS** | | | | | | | | | | | | | | | | | | |
| 82.0001 | 12646WAH7 | CREDIT SUISSE MORTGAGE TRUST CMBS | 3.00 | 4/25/2043 | CMBS | 06/20/13 | 11,000,000.00 | | 10,403,206.77 | 10,026,090.52 | 9,829,485.77 | 9,829,485.77 | 0.0000 | 0.00 | 0.00 | 26,008.02 | 4,824.41 | 3.824028 |
| 83.0001 | 12668BKF9 | COUNTRYWIDE ALTERNATIVE LOAN TRUST | 5.50 | 12/25/2042 | CMBS | 10/05/12 | 36,139,000.00 | | 3,633,879.45 | 2,970,696.44 | 2,910,695.53 | 2,910,695.53 | 0.0000 | 0.00 | 0.00 | 16,655.28 | 501.43 | 7.245530 |
| **Total for Security Type: CMBS** | | | | | | | | | 14,037,086.22 | 12,996,786.96 | 12,740,181.30 | 12,740,181.30 | | 0.00 | 0.00 | 42,663.30 | 5,325.84 | |
| **CMO** | | | | | | | | | | | | | | | | | | |
| 84.0001 | 16165YAT9 | CHASEFLEX TRUST | 6.35 | 8/25/2037 | CMO | 10/24/12 | 10,000,000.00 | | 7,819,672.90 | 6,294,836.68 | 6,129,371.93 | 6,129,371.93 | 0.0000 | 0.00 | 0.00 | 41,379.10 | 1,381.06 | 6.626621 |
| 87.0001 | 3137G0AM1 | STRUCTURED AGENCY CREDIT RISK DEBT NOTES | 4.65 | 2/25/2024 | CMO | 02/06/14 | 1,250,000.00 | | 1,250,000.00 | 1,250,000.00 | 1,258,020.62 | 1,258,020.62 | 0.0000 | 0.00 | 0.00 | 5,980.06 | 0.00 | 4.742081 |
| 85.0001 | 46630WAQ3 | JP MORGAN MORTGAGE TRUST | 6.75 | 8/25/2050 | CMO | 01/11/13 | 22,000,000.00 | | 8,778,656.04 | 7,900,790.44 | 7,497,558.80 | 7,497,558.80 | 0.0000 | 0.00 | 0.00 | 49,379.94 | (11,289.16) | 6.230763 |
| **Total for Security Type: CMO** | | | | | | | | | 17,848,328.94 | 15,445,627.12 | 14,884,951.35 | 14,884,951.35 | | 0.00 | 0.00 | 96,739.10 | (9,908.10) | |
| **OTHER ABS** | | | | | | | | | | | | | | | | | | |
| 86.0001 | 761143AC0 | RESIDENTIAL ASSET SECURITIZATION TRUST | 6.25 | 9/25/2037 | OTHER ABS | 09/25/13 | 16,921,000.00 | | 11,815,309.75 | 8,152,563.73 | 8,326,711.70 | 8,326,711.70 | 0.0000 | 0.00 | 0.00 | 61,538.07 | 5,968.74 | 8.604660 |
| **Total for Security Type: OTHER ABS** | | | | | | | | | 11,815,309.75 | 8,152,563.73 | 8,326,711.70 | 8,326,711.70 | | 0.00 | 0.00 | 61,538.07 | 5,968.74 | |
| **Total for Account: ARMOUR** | | | | | | | | | 43,700,724.91 | 36,594,977.81 | 35,951,844.35 | 35,951,844.35 | | 0.00 | 0.00 | 200,940.47 | 1,386.48 | |
| **Grand Total:** | | | | | | | | | 43,700,724.91 | 36,594,977.81 | 35,951,844.35 | 35,951,844.35 | | 0.00 | 0.00 | 200,940.47 | 1,386.48 | |

CONFIDENTIAL    SSC001997

**STATEMENT OF TRANSACTIONS**

For the Period: 05/01/14 to 05/31/14

Company: ARMOUR
Accounting Basis: GAAP    Currency Basis: LOCAL



| CUSIP | Lot # | Security Description | Currency | Trade Date | Quantity | Price | Principal Cash | Income Cash | Total Amount | Realized Gain | Realized Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account: ARMOUR - ARMOUR** | | | | | | | | | | | |
| *Portfolio: ARMOUR* | | | | | | | | | | | |
| *Currency: USD* | | | | | | | | | | | |
| **MBS PMT** | | | | | | | | | | | |
| 12646WAH7 | 82.0001 | CREDIT SUISSE MORTGAGE TRUST  CMBS 3.00 4/25/2043 | USD | 05/01/14 | 19,136.26 | 100.0000 | 19,136.26 | 0.00 | 19,136.26 | 0.00 | 0.00 |
| 12668BKF9 | 83.0001 | COUNTRYWIDE ALTERNATIVE LOAN TRUST 5.50 12/25/2042 | USD | 05/01/14 | 32,399.69 | 75.1759 | 24,356.77 | 0.00 | 24,356.77 | 0.00 | 0.00 |
| 16165YAT9 | 84.0001 | CHASEFLEX TRUST 6.35 8/25/2037 | USD | 05/01/14 | 14,362.30 | 100.0000 | 14,362.30 | 0.00 | 14,362.30 | 0.00 | 0.00 |
| 46630WAQ3 | 85.0001 | JP MORGAN MORTGAGE TRUST 6.75 8/25/2050 | USD | 05/01/14 | 51,530.16 | 66.7047 | 34,373.04 | 0.00 | 34,373.04 | 0.00 | 0.00 |
| 761143AC0 | 86.0001 | RESIDENTIAL ASSET SECURITIZATION TRUST 6.25 9/25/2037 | USD | 05/01/14 | 83,046.06 | 0.0000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total for: MBS PMT USD** | | | | | 200,474.47 | | 92,228.37 | 0.00 | 92,228.37 | 0.00 | 0.00 |
| **Total for Currency: USD** | | | | | 200,474.47 | | 92,228.37 | 0.00 | 92,228.37 | 0.00 | 0.00 |
| **Grand Total** | | | | | | | | | | 0.00 | 0.00 |