# Exhibit 19

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 10/21/2014 8:55:12 PM |
| **To**: | Jonna Terry [jkt@armourllc.com]; Mark Gruber [mrg@armourllc.com] |
| **CC**: | Jim Mountain [jrm@armourllc.com]; Fecteau, Jeff [JFecteau@sscinc.com] |
| **Subject**: | RE: SS&C agency paydown comparison |
| **Attachments**: | ARMOUR Agency Paydown Compare_SS&C_10.21.14.pdf |

Jonna & Mark,

The attached comparison reconciles the results using two methods for treating the paydowns related to the impaired securities. Method 1 matches to your results by allowing the book price to change as a result of the impairment. Method 2 keeps the book value constant and allows for a pro-rata recapture of the impairment with the processing of the paydown.

We would like to schedule a call to walk through our results and discuss each of the methods. We can be available as early as this week, but understand if you would prefer to move it into next week due to quarter end.

Please let us know what works best for you both.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com

---

**From:** Jonna Terry [mailto:jkt@armourllc.com]
**Sent:** Friday, September 26, 2014 12:39 PM
**To:** Moore, Dennis; Mark Gruber
**Cc:** Jim Mountain; Fecteau, Jeff
**Subject:** RE: September 25 follow-up

Hello Dennis.  Attached are our calculations for the agency securities with the OTTI adjustments which we sold for the comparison to be run.

Please let me know if you have any questions.

Thank you again for your assistance.

Jonna Terry
ARMOUR Residential Management, LLC
Senior Investment Accountant
3001 Ocean Dr. Ste 201
Vero Beach, FL 32963
Office:  772-617-4340
Fax: 561-348-2408

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Thursday, September 25, 2014 6:59 PM
**To:** Jonna Terry; Mark Gruber
**Cc:** Jim Mountain; Fecteau, Jeff
**Subject:** September 25 follow-up

Jonna & Mark,

Thanks again for having us in today. I just wanted to send you a brief email with the follow-up items we discussed:

- SS&C – attached are the audit tools we used to validate our results for the non-agency proof of concept, including Yield Verification Calculations and Book Value Audit. Tomorrow, I will send you our implementation questionnaire.
- ARMOUR – Jonna to send us your calculations for the agency proof of concept so we can tie out the discrepancies with the OTTI securities.

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763   m: (860) 214-9580
dennis.moore@sscinc.com   www.sscinc.com



**Agency Pay Downs - Proof of Concept**
**Summary of Results**
**Method 1 - <u>Variable Book Price</u>**

October 20, 2014

| Cusip Pool | | Principal Pay Down | Premium AMZ (Expense) | Unrealized Gain / (Loss) | Total Monthly Inc / (Exp) | Month End Book Value | Principal Pay Down | Premium to Amortize | Unrealized Gain / (Loss) | Total Monthly Inc / (Exp) | Month End Book Value | Jan + Feb Net Income Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | January 31, 2014 | | | | | February 28, 2014 | | | |
| 3132GTBE6 Q07837 | ARMOUR | 12,061 | (756) | | (756) | 3,298,409 | 12,651 | (793) | | (793) | 3,284,966 | |
| | SSC | 12,061 | (756) | | (756) | 3,298,409 | 12,651 | (793) | | (793) | 3,284,966 | |
| | Difference | - | - | | - | - | - | - | - | - | - | - |
| 3132HLYW7 Q10725 | ARMOUR | 90,530 | (5,043) | | (5,043) | 50,091,312 | 92,173 | (5,134) | | (5,134) | - | |
| | SSC | 90,530 | (5,043) | | (5,043) | 50,091,312 | 92,173 | (5,134) | | (5,134) | - | |
| | Difference | - | - | | - | - | - | - | - | - | - | |
| 3138MDG63 AP9220 | ARMOUR | 241,256 | (15,606) | | (15,606) | 13,642,342 | 33,875 | (2,191) | | (2,191) | 13,606,276 | |
| | SSC | 241,256 | (15,606) | | (15,606) | 13,642,342 | 33,875 | (2,191) | | (2,191) | 13,606,276 | |
| | Difference | - | - | | - | - | - | - | - | - | - | - |
| 31417ENH0 AB7591 | ARMOUR | 253,183 | (11,710) | | (11,710) | 44,900,983 | 99,084 | (4,583) | | (4,583) | 44,797,316 | |
| | SSC | 253,183 | (11,710) | | (11,710) | 44,900,983 | 99,084 | (4,583) | | (4,583) | 44,797,316 | |
| | Difference | - | - | | - | - | - | - | - | - | - | - |

| Total Net Income / Book Value Difference | - | - | | Total Net Income / Book Value Difference | - | - |

**Note:** The above method results in a <u>**variable book price**</u> of the remaining holding, and <u>**no 'recovery' of the impairment**</u> as a result of the pay down.

Case 3:17-cv-00790-JAM   Document 176-23   Filed 12/17/18   Page 5 of 5



## Agency Pay Downs - Proof of Concept
## Summary of Results
### Method 2 - **Constant Book Price**

October 20, 2014

| Cusip Pool | | Principal Pay Down | Premium AMZ (Expense) | Unrealized Gain / (Loss) | Total Monthly Inc / (Exp) | Month End Book Value | Principal Pay Down | Premium to Amortize | Unrealized Gain / (Loss) | Total Monthly Inc / (Exp) | Month End Book Value | Jan + Feb Net Income Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **January 31, 2014** | | | | | **February 28, 2014** | | | | | |
| 3132GTBE6 Q07837 | ARMOUR | 12,061 | (756) | | (756) | 3,298,409 | 12,651 | (793) | | (793) | 3,284,966 | |
| | SSC | 12,061 | 80 | (836) | (756) | 3,299,245 | 12,651 | 84 | (877) | (793) | 3,286,679 | |
| | Difference | - | (836) | | - | (836) | - | (877) | 877 | - | (1,713) | - |
| 3132HLYW7 Q10725 | ARMOUR | 90,530 | (5,043) | | (5,043) | 50,091,312 | 92,173 | (5,134) | | (5,134) | - | |
| | SSC | 90,530 | 602 | (5,645) | (5,043) | 50,096,957 | 92,173 | 613 | (5,747) | (5,134) | - | |
| | Difference | - | (5,645) | 5,645 | - | (5,645) | - | (5,747) | 5,747 | - | - | - |
| 3138MDG63 AP9220 | ARMOUR | 241,256 | (15,606) | | (15,606) | 13,642,342 | 33,875 | (2,191) | | (2,191) | 13,606,276 | |
| | SSC | 241,256 | 1,351 | (16,957) | (15,606) | 13,659,299 | 33,875 | 190 | (2,381) | (2,191) | 13,625,614 | |
| | Difference | - | (16,957) | 16,957 | - | (16,957) | - | (2,381) | 2,381 | - | (19,338) | - |
| 31417ENH0 AB7591 | ARMOUR | 253,183 | (11,710) | | (11,710) | 44,900,983 | 99,084 | (4,583) | | (4,583) | 44,797,316 | |
| | SSC | 253,183 | 12,555 | (24,265) | (11,710) | 44,925,248 | 99,084 | 4,914 | (9,497) | (4,583) | 44,831,078 | |
| | Difference | - | (24,265) | 24,265 | - | (24,265) | - | (9,497) | 9,497 | - | (33,762) | - |
| | Total Net Income / Book Value Difference | | - | | (47,703) | | Total Net Income / Book Value Difference | | | (54,813) | | - |

**Note:** The above method results in a **constant book price** of the remaining holding, and a **pro rata 'recovery' of the impairment** as a result of the pay down.

CONFIDENTIAL

SSC001903