Exhibit 20

Image Slipsheet

Document Produced Natively

CONFIDENTIAL

SSC135290



*Today's Meeting:*

Demonstration of CAMRA Accounting System
& Proof of Concept Results



*August 27, 2014*

0

# Agenda



**Presenter: Dennis**

**9:00 - 9:30am**   **Introductions**
- Recap of ARMOUR Objectives
- Mortgage REIT Solution Overview

**9:30 - 10:15am**   **Demonstration of CAMRA Portfolio Accounting System**
- A day in the life:
  - General Overview and Navigation
  - Transaction Processing
  - Custodial Reconciliation and Exception Management
  - Reporting

**10:15 - 10:30am**   **Break**

**10:30am - 12:00pm**   **Presentation of Proof of Concept Results**
- Review ARMOUR Test Trade Set-up and Assumptions
- Automated Audit Tools
- Test Trade Walk-through

**12:00 - 12:30pm**   **Working Lunch**
- Discussion of Next Steps

SS&C

1

## SS&C Overview



**Presenter: Tim**

- Independent provider of **Middle / Back Office Software** and **Services**
  - Deep mortgage REIT industry expertise and focus
  - Specialized consulting and training
  - Support for all asset classes
- Company Profile
  - Founded in 1986
  - Public, NASDAQ-Listed company (SSNC)
  - Market Capitalization: $3.5+ billion
  - Projected 2014 Revenue: $775 million
- **Staff of 4,200+** with Global Operations
  - North American Offices
    - Boston, Chicago, Denver, Los Angeles, Minneapolis, Montreal New York City, Toronto, Windsor (CT), Yorktown Heights (NY)
  - International Offices
    - Amsterdam, Cayman Islands, Curacao, Dublin, Hong Kong, London Kuala Lumpur, Luxembourg, Mumbai, Singapore, Sydney, Tokyo
- More than **6,000 clients** worldwide





2

# Representative Client Base

**Presenter: Tim**



3

## SS&C's Value to ARMOUR



**Presenter: Tim**

- Mortgage REITs are a priority solution offering of SS&C
  - Substantial mortgage REIT client base that continues to grow
  - ARMOUR benefits from what we implement for other REIT clients

- Dedicated REIT Services Group
  - Discrete team supporting technical accounting, regulatory and tax needs
  - Relevant mortgage REIT expertise and public company reporting
  - Deep expertise in Agency/Non-Agency RMBS, Derivatives, REPOs, Loans

- SS&C understands SEC financial reporting requirements
  - Robust audit support tools
  - Work closely with all Big 4 Accounting firms to leverage shared expertise



4

## REIT Solution Overview



- Accounting and reporting expertise
  - Accounting professionals with extensive Big 4 experience
  - Experience supporting the accounting and financial reporting needs of public companies

- Highly skilled implementation and consulting team
  - Optimization of your operating environment
  - Process reviews and improvement recommendations
  - Staff augmentation
  - Training

- Portfolio Management, Accounting and Reporting solutions
  - MBS trading and collateral management
  - Portfolio management and accounting
  - Forecasting, analysis and risk management

- Operational support services
  - MBS trading and collateral management



5

5

## Application Hosting Services



**Presenter: Tim**

- Installation and maintenance of new software and releases

- Automated interface management

- Reconciliations
  - Asset Managers
  - Custodians
  - Accounting
- Owned and managed by SS&C with 24x7 staffing and monitoring

- Secure, high availability processing centers (Tier III design)

- Comprehensive Disaster Recovery and Business Continuity



6

## Our Understanding of Your Objectives



**Presenter: Dennis**

- Better end-to-end integration for improved *efficiency* and *control*

- Support for *all investment products*

- *Accurate accounting* for all investment products

- Streamlined production and distribution of *management reporting*

- Parent, subsidiary and consolidated *financial reporting*

- A *strategic partner* with broad capabilities to support your evolving requirements



SS&C

7





9





CAMRA Portfolio Accounting System

*August 27, 2014*

10



## Introduction to CAMRA



**Presenter: Jeff**

- Portfolio Management and Accounting
  - Consolidated Book of Record supporting the entire investment process from trade capture to financial reporting
  - Supports the processing of fixed income / structured products
  - Automated custodial reconciliations and exception management
  - Automated interfaces to and from 3rd party providers and systems
    - Trade Capture, Market Data/Pricing, Custodians, Analytics, etc.
- Investment sub-ledger, supporting multiple:
  - Accounting bases (GAAP, TAX, etc.)
  - Amortization / Yield methodologies (e.g. Proportional, Effective Interest)
- Extensive audit and control tools to ensure data integrity and accuracy
  - Price / Yield Calculator
    - Excel XIRR verification
    - Present value
  - Effective Interest Audit
    - Income verification



12

## CAMRA Overview



Presenter: Jeff

- MS SQL server database
- Optimized for reporting
  - Tax lot system
  - Updated real-time
  - Trade Date / Settlement Date
  - Holdings / Cash
- Permanently stored financial values
  - By accounting period
  - Full audit trail
- Reporting methodology
  - Complete online data dictionary
  - Business English  data elements
  - Access via ODBC compliant tools
    - Crystal Reports
    - Excel
    - SSRS





13

## CAMRA General Ledger



Presenter: Jeff

- Real-time generation of general journal entries
- Chart of Account by:
  - Basis
  - Custodian
  - Security Group
  - Security Type
- Tracking of General Ledger balances to support Trial Balance and Income Statement
- Create custom General Ledger extract from CAMRA to QuickBooks
  *(or ARMOUR's General Ledger system of choice)*





14



15





17



*Presentation*

Proof of Concept Results



*August 27, 2014*

18

## Supported Methodologies / Guidance



Presenters: Mike & Josh

- Proportional Method
- Interest Method
  - ASC 310-20, as defined in ASC 835-30-35 (Formerly FAS 91)
- Retrospective Interest Method
  - ASC 320-10 (Formerly EITF 96-12)
- Effective Yield Method
  - ASC 325-40 (Formerly EITF 99-20)
- Treatment of Loans and Debt Securities Acquired with Deteriorated Credit Quality
  - ASC 310-30



19

## Yields / Book Values



Presenters: Mike & Josh

- **Yield Methodologies**
  *by Accounting Book:*

  - Constant Yield
    - Scientific to Worst
    - Scientific to Maturity
    - Scientific to specific date and price
  - User-defined Accounting Yield
    - Standard vs. Catch-up method (IAS, U.S. Tax)
  - Retrospective
  - Prospective

- **Audit Tools**
  - Price / Yield calculators
  - Excel present value function
  - Supports IRR, XIRR, etc.
  - Effective Interest audit

- **Book Value Methodologies**
  *by Accounting Book:*

  - Present Value
  - Effective Interest
  - Straight Line to maturity
  - Straight Line to specific date





20

## Cash Flow Elections



- Client controlled elections

- PSA

- CPR

- Cash flow schedules (Intex, Polypaths)
  - Principal only
  - Principal & Interest
  - Total issue maintenance
  - Assignment of amortization window

- Multiple default levels

- Override at all levels
  *(include tax lot by accounting book)*





21

## Approach Taken



- Set up security masters for 12 sample agency security trades
    - Established yield / book value elections for proportional and ASC 310-20 (formerly FAS 91) treatment
    - Loaded factor history
- Loaded initial positions as of 12/31/13
    - Reconciled current face and accrued to Bloomberg at each month-end
- Processed activity for January, February, March
    - Replicated current proportional methodology as a basis with ASC 310-20 as a second basis for comparison
    - Reconciled to Bloomberg at each month-end
    - Processed sales and impairments
- Generated reports for each month:
    - Holdings
    - Accrued Income
    - Book Value Progression
    - Earned Income
    - Profit and Loss

22

SS&C