Exhibit 21



**Don't Wonder.**
KNOW. Anything, Anytime, Anywhere

## With You Today

### J. Timothy Reilly, CPA, Senior Vice President, Institutional Solutions and Services
Tim Reilly has served as SS&C's Senior Vice President, Institutional Solutions and Services since June 2013. Prior to joining SS&C, Mr. Reilly served in senior financial capacities at PwC for almost 28 years, serving in key roles in PwC's local, regional and national markets, most recently as a Market Leader in the PwC Hartford office. Mr. Reilly also has extensive financial management experience with various clients' organizations, ranging from Fortune 500 to smaller entrepreneurial organizations. He is a graduate of Clarkson University, and is a Certified Public Accountant. In addition, Mr. Reilly has been recognized for his contribution to the technology community for his roles in a variety of technology related organizations.

Phone: 860-298-4828 | Email: treilly@sscinc.com

### Josh Brown, CPA, Senior Director, Accounting Policy and Regulatory Reporting
Mr. Brown joined SS&C in 2013 and heads SS&C's Accounting Policy and Regulatory Reporting group in addition to being the leader of SS&C's REIT Solutions and Services Team. Previously, Mr. Brown was a senior manager in PwC's Northeast Insurance Services practice and has over 12 years of experience providing auditing and accounting advisory services to life insurance, health insurance and property and casualty insurance entities, ranging from multi-national to private insurance companies on both a GAAP and statutory basis. He co-led the Northeast Market Leveraged Experienced program which was designed to bring subject matter expertise to the regional markets. He was also the national leader of PwC's insurance training program. He obtained his undergraduate and master's degrees from the University of Connecticut.

Phone: 860-731-5038 | Email: jbrown@sscinc.com

### Michael Doyle, Vice President, Business Solutions and Support
Mr. Doyle is involved in the development, design and marketing of CAMRA, SS&C's Portfolio Accounting system. He engineers the integration of a number of SS&C applications with CAMRA including derivatives processing, reporting, reconciliation and performance measurement. Mr. Doyle works in collaboration with the SS&C Sales Group, involved in the qualification and strategic pursuit of CAMRA sales. Prior to joining SS&C, Mr. Doyle worked for the Securities Accounting and Information Technology groups at Travelers.

Phone: 860-298-4666 | Email: mdoyle@sscinc.com

### Shiv Sivadas, Director, Professional Services
Shiv Sivadas is a Director within SS&C's Professional Services team and has been with the company for 19 years. Mr. Sivadas works with insurance companies, REITs, hedge funds and asset managers, helping implement SS&C solutions and services, with a focus on CAMRA. He also has extensive experience with client implementations, training, sales support, and business process reviews for new and existing clients. Mr. Sivadas has a master's degree in Business Administration from the University of Hartford.

Phone: 860-298-4521 | Email: ssivadas@sscinc.com

### Jeff Fecteau, Relationship Manager
Jeff Fecteau is a Relationship Manager responsible for account management and sales for SS&C's REIT client base, and has been with the company since 2000. He works in collaboration with SS&C's technology and services teams to develop solutions that are responsive to the needs of our REIT clients. He has worked extensively with organizations that invest in real estate assets and has experience developing solutions that support publicly traded and private REITs. Mr. Fecteau graduated from Marist College with a bachelor's degree in Accounting.

Phone: 860-731-5022 | Email: jfecteau@sscinc.com

### Dennis Moore, Institutional Sales Manager
Dennis Moore has served as a Sales Manager for SS&C since March 2013. He has over five years' experience working with a broad range of investment managers and financial institutions, including hedge funds, private equity firms, REITs, wealth managers, banks and credit unions. He works with SS&C's software development and investment operations teams to customize the right front, middle and back office solutions for our clients. Mr. Moore graduated Cum Laude from Elon University with a bachelor's degree in Communications.

Phone: 860-298-4763 | Email: dennis.moore@sscinc.com

SS&C Technologies   80 Lamberton Road, Windsor, CT 06095   www.ssctech.com

ACM0025372