# Exhibit 22

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF CONNECTICUT

3                       NEW HAVEN DIVISION

4    ------------------------------)
                                   )
5    ARMOUR CAPITAL MANAGEMENT LP, ) Case No. 17-cv-00790-JAM
                                   )
6             Plaintiff,           )
                                   )
7        vs.                       )
                                   )
8    SS&C TECHNOLOGIES, INC.,      )
                                   )
9             Defendant.           )
                                   )
10   ------------------------------)

11

12                    ** CONFIDENTIAL **

13         VIDEOTAPED DEPOSITION OF IWONA OLSZEWSKA

14                DATE:  FEBRUARY 13, 2018

15                      HELD AT:

16               HOLLAND & KNIGHT, LLP
                 One Stamford Plaza
17               263 Tressler Boulevard
                 Stamford, Connecticut
18                     - - -

19

20

21

22

23

24   Reporter:  Sandra Semevolos, RMR, CRR, CRC, CSR #74

25

Iwona Olszewska  Confidential
February 13, 2018                              46

1     Q.    Okay.  So when you were working in

2   Professional Services or, I'm sorry, when you ran

3   Professional Services, it was focused on, from a global

4   perspective, CAMRA and Precision LM.

5                 MR. O'CONNOR:  Objection.

6     Q.    Is that right?

7     A.    That's correct, and we did other things as

8   well.  I'm thinking product myopic, that was

9   predominantly what we did.

10    Q.    What was predominantly what you did?

11    A.    CAMRA, Precision LM.  However, if the solution

12  included other products that were SS&C products, we

13  would manage the overall effort.

14    Q.    Okay.  What does that mean?

15    A.    Front office tools, like Sylvan for example,

16  we would oversee the overall project, so to speak.

17    Q.    At the request of some other business unit?

18                 MR. O'CONNOR:  Objection.

19    A.    Per design.  That was how we as an

20  organization decided to run projects.  You can't have

21  several people running one project, managing one

22  project.  It has to be a project manager who has the

23  overall responsibility for delivery.

24    Q.    Okay.  And that was Professional Services?

25    A.    My team, yeah.