Exhibit 23

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 9/10/2014 5:35:09 PM |
| **To**: | Jim Mountain [jrm@armourllc.com]; Mark Gruber (mrg@armourllc.com) [mrg@armourllc.com] |
| **Subject**: | Summary of SS&C hosting services |

Jim & Mark,

Yesterday, our VP of Data Center Services and I had a good conversation with Trevor and Cory about our hosting services. Based on the feedback from Trevor and Cory, it sounded like hosting the CAMRA application in SS&C's data center would really be a good deployment option for ARMOUR.

Here is a brief recap of key points discussed:
- Having SS&C manage your disaster recovery, database back-up and data retention significantly decreases your risk, especially in the event of a disaster
- Creates a hassle-free environment with faster, simpler data processing and upgrade processes
- Offers a more agile, pay as your grow operating expense consumption model (versus capital expense)
- We have modern, state of the art data center facilities with the flexibility to adapt quickly to scalability needs and growth with your business
- Hosting the application sets the foundation for SS&C to automate additional processes like data gathering, overnight processing, 3rd party interface management, automated reconciliation, etc.

*For example:*
- Import trades from ARMOUR, AVM, etc.
- Import market and pricing data from Bloomberg, IDC, Intex, etc.
- Import positions and transactions from custodians Citi, BONY, etc. (we support unlimited custodians)
- Import and Export data required for BlackRock analytics

We will include Application Hosting fees in the summary pricing document we are currently preparing for you. In the meantime, please let me know if you have any questions.

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com  |  www.sscinc.com