Exhibit 24

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 11/13/2014 10:15:43 PM |
| **To**: | Reilly, Timothy [treilly@sscinc.com]; Quinn, Jack [JQuinn@sscinc.com] |
| **Subject**: | FW: SS&C Proposal for ARMOUR |
| **Attachments**: | SS&C Solution Proposal_ARMOUR_11.13.14v1.pdf; SS&C Securities and Derivatives Pricing Services_11.13.14v1.pdf |

Sent.

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763 | m: (860) 214-9580
dennis.moore@sscinc.com | www.sscinc.com

---

**From:** Moore, Dennis
**Sent:** Thursday, November 13, 2014 5:15 PM
**To:** Jim Mountain; Mark Gruber; 'Jonna Terry'
**Cc:** Fecteau, Jeff
**Subject:** RE: SS&C Proposal for ARMOUR

Jim, Mark & Jonna,

Attached please find SS&C's solution proposal for ARMOUR, which includes both software and operational support services. We have attempted to tailor the services in a manner that will allow you to easily compare our proposed services to what AVM is currently providing and make an informed decision on where these are most effectively handled.

We are open to discussions regarding the expansion or contraction of any operational support services contained in our proposal. We have also prepared a separate document that contains a cost analysis using SS&C's negotiated pricing schedule with IDC for you to compare against your current arrangement to determine if cost savings can be realized through transitioning this to SS&C as well.

From our initial conversations, we learned you were looking for the following:
• Software that is easy to use and can support all of your asset types
• Better integration for improved efficiency and control
• Timely and accurate accounting and reporting
• Leverage automation to achieve exception-based processing
• Operational support to streamline key processes and the management of data
• A strategic partner that can offer institutional-caliber solutions, access to expertise, and flexibility as your business grows and evolves

We appreciate the time you have taken over these past months to educate us on your business and operations, which has only helped us develop a more tailored solution and proposal for you. We understand our assumptions may not be 100% correct and also that you may have questions.

Our recommendation would be to schedule a call for Friday or Monday to walk through the proposal and address any questions you might have. As part of this call we would also like to introduce you to our Professional Services team and to give them an opportunity to provide an overview of the transition services we would provide to ARMOUR.

We look forward to your feedback and the opportunity to prove ourselves as the best possible partner for ensuring your success with this initiative.

CONFIDENTIAL

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763 | m: (860) 214-9580
dennis.moore@sscinc.com | www.sscinc.com

---

**From:** Jonna Terry [mailto:jkt@armourllc.com]
**Sent:** Friday, November 07, 2014 1:00 PM
**To:** Moore, Dennis; Fecteau, Jeff
**Cc:** Jim Mountain; Mark Gruber
**Subject:** ARMOUR / JAVELIN requested information

We appreciate you taking the time for the very informative call this morning.  Per your request, you will find a spreadsheet containing our Cusip and  Interest Rate Swap information, the completed contract as well as the organizational chart.   Below are the list of contracts that we currently have for our pricing services.

Contracts:
IDC
Bloomberg Data License
Bloomberg BVAL - Derivatives
Bloomberg BVAL - MBS

Please let us know if you need any other information.

Thank you,

Jonna Terry
ARMOUR Residential Management, LLC
Senior Investment Accountant
3001 Ocean Dr. Ste 201
Vero Beach, FL 32963
Office:  772-617-4340
Fax: 561-348-2408

CONFIDENTIAL