Exhibit 24-A



# Comprehensive Mortgage REIT Software and Operational Support Services Proposal

## ARMOUR Residential Management LLC

**Date Prepared:** November 13, 2014



Dennis Moore
d: 860-298-4763
m: 860-214-9580
dennis.moore@sscinc.com

Jeff Fecteau
d: 860-731-5022
m: 860-729-5862
jfecteau@sscinc.com

SS&C Technologies | 80 Lamberton Road, Windsor, CT 06095 | www.ssctech.com



November 13, 2014

Mr. James R. Mountain
ARMOUR Residential Management LLC
3001 Ocean Drive, Suite 201
Vero Beach, FL 32963

Dear Jim:

SS&C Technologies, Inc. ("SS&C") strives to partner with its clients and looks forward to establishing a long, trusted relationship with ARMOUR Residential Management LLC ("ARMOUR").

As a public company, we understand the importance of providing transparency and timely, accurate information to our stakeholders and clients. A significant portion of our client base is also publicly traded entities, and our accounting and operations professionals have extensive experience supporting the financial reporting requirements of organizations such as ARMOUR.

SS&C is very focused on the mortgage REIT space, with a substantial client base of publicly-traded mortgage REITs, which continues to grow, in addition to several large, complex clients invested in the same asset classes as ARMOUR.

Over the past 27 years, SS&C has built an extensive portfolio of products and services centered on a transparent, well-architected, scalable and efficient technology infrastructure. We also continue to hire expertise in the areas of accounting policy, tax and financial reporting, and enable clients to leverage our resources as an extension of their staff.

SS&C's solution for ARMOUR is flexible and the form of our relationship can change over time. This flexibility will enable ARMOUR to take on more processes internally or leverage more of our operational support services at the right time.

We appreciate your time and consideration through the due diligence process and are confident SS&C is the best equipped organization to provide comprehensive mortgage REIT software and operational support services to strengthen your investment operations.

Let me close by reiterating that we would be honored to be your business partner and look forward to the opportunity to earn your business.

Sincerely,

J. Timothy Reilly
Senior Vice President
Institutional and Investment Management

SS&C Technologies | 80 Lamberton Road, Windsor, CT 06095 | www.ssctech.com



## Table of Contents



## Introduction

SS&C is pleased to provide our mortgage REIT solution overview and pricing proposal to ARMOUR as part of our continued dialogue regarding a partnership between our organizations in support of your investment accounting and reporting requirements.

In addition to industry leading software that is robust in functionality, easy to use and provides an automated straight-through-processing environment, SS&C's proposed solution offers the following advantages:

- Highly automated, world-class operating environment tailored to your requirements.
- Access to SS&C mortgage REIT investment operations expertise.
- A partner with a reputation for transparent and independent services backed by a SSAE16 certification.
- Access to our investment accounting expertise, including technical accounting resources, industry best practices and emerging issues.
- A commitment to technology advances and a significant reinvestment in R&D.



## SS&C Company Background

SS&C was founded in 1986 and is headquartered in Windsor, CT. The same management team that helped to build SS&C remains closely involved in the direction and success of the organization, including its Chairman and CEO, Bill Stone.

SS&C is a public, NASDAQ-listed company (Ticker: SSNC) that continues to demonstrate its financial strength through consistent revenue and earnings growth. Revenues in 2013 were $712 million, up 29 percent from 2012, and are projected to reach $775 million in 2014. Nearly 15 percent of the company's annual revenue is reinvested into the development of its products, processes and personnel.

SS&C leverages its technology to deliver superior solutions to REITs, institutional asset managers, insurance companies, hedge funds, private equity funds and hybrid structures worldwide. Exposure to such a diverse client base has provided SS&C personnel with deep expertise and experience with a broad range of asset classes, investment types, fund structures and investment strategies.

Our clients choose SS&C as their preferred partner because we offer the following benefits:

*The Ability to Combine Flexible, Comprehensive Software with Scalable Outsourcing Services*
We are able to tailor the services to the unique needs of each client while still providing ARMOUR with the benefits of managing its technology infrastructure and providing operational support services.

*Cost-Effective Solutions that Provide Clients with Online Access to Information*
SS&C's solutions are easily and rapidly deployed, enabling clients to realize cost savings while meeting the challenges of a rapidly changing industry and regulatory environment. SS&C's unique shared service model provides clients with immediate access to critical business information.

*Deep Vertical Market Expertise*
The depth and breadth of our expertise allows us to provide advanced analytical tools tailored to the unique requirements of particular industry segments and asset classes.

*Scalability and Flexibility*
We provide highly scalable and flexible solutions, regardless of client size, organizational structure or number of portfolios, securities types, asset classes, accounting methods or regulatory regimes.





# ARMOUR Overview and Assumptions

## Systems Overview

| Category | Current Environment | SS&C Proposed Solution |
|---|---|---|
| Portfolio Accounting | TPG (in-house) and Excel | CAMRA/integrated Derivatives module (hosted). |
| Trade capture | AVM, VCON, manually re-entered into TPG | SS&C management of trade import into CAMRA. |
| Market Data | IDC<br>Bloomberg Data License<br>Bloomberg BVAL - Derivatives<br>Bloomberg BVAL - MBS | Retain contracts with market data providers. SS&C will establish and maintain connectivity to each data provider.<br>SS&C's SVC Securities and Derivatives Pricing Services as an option to IDC (cost analysis provided separately). |
| Portfolio Analytics | BlackRock Green Package | Retain BlackRock Green Package.<br>SS&C will manage the extract process through our data management services. |
| General Ledger | QuickBooks Enterprise | SS&C will customize an extract to your General Ledger of choice as part of the implementation. |
| REPO Placement | AVM (outsourced) | Retain AVM for REPO placement. |
| Trade Affirmation & Settlement | AVM (outsourced) | Retain AVM for REPO and Swap Trades.<br>SS&C Back Office Services for securities trades. |
| Custodial Reconciliation & Exception Resolution | AVM (outsourced) | SS&C will perform custodial reconciliation services. |
| Custodian | Citi (may add BONY in future) | SS&C will manage the interface and uploading of information from custodians of choice. |
| Accounting Bases | US GAAP and TAX | US GAAP and TAX are fully supported. |

## Asset Class Summary

| Investment Type | Number of Issues | Number of Lots | Transactions Per Month |
|---|---|---|---|
| REPOS | 1,500 | 1,500 | 500 |
| Agency MBS | 1,500 | 1,500 | 25 |
| Non-Agency MBS | 50 | 50 | 1 |
| Futures | 3 | | |
| Swaps | 106 | 106 | 1-10 (est.) |
| Swaptions | 0 | 0 | 0 |





## Proposed Solution Overview

SS&C's proposed solution for ARMOUR includes the following components:

- Portfolio accounting software and relevant modules to handle the processing of ARMOUR's current asset types, including Agency and Non-Agency MBS, CMOs, REPOs, interest rate swaps and swaptions, and futures.
- Perpetual or term software license, inclusive of an unlimited number of users (unless otherwise specified) with permitted use covering the operations of both ARMOUR and JAVELIN.
- Application hosting of your CAMRA technical infrastructure in our state-of-the-art data center, inclusive of full disaster recovery and 24x7 monitoring.
- Operational support services, including process automation, data management and back office services (trade settlement and affirmation, and reconciliation, case management and exception resolution).

### I. Software License

CAMRA is a global multi-currency, multi-basis portfolio management, investment accounting and reporting solution that supports the entire investment management lifecycle, including trade capture, portfolio management, securities operations, financial accounting, reporting, and more. CAMRA supports a wide variety of asset types, with an emphasis on complex structured products, such as agency and non-agency mortgage backed securities.

CAMRA's integrated Derivatives module helps to manage, account for and value a broad range of OTC and debt instruments, including Swaps, Swaptions, Credit Default Swaps, Caps, Floors, Collars, Forward Rate Agreements, FX Spots / Forwards / Options, Futures, Options on Futures, Equity and Variance Swaps, and OTC Equity Index Options. The Derivatives application reports full accounting information (year to date, month to date, quarter to date, life to date, etc.) for realized, unrealized, cash, and mark to market.

Below are the proposed CAMRA modules to support ARMOUR's investment operations:

*Swaps*
Handles all types of interest rate and currency swaps, including swaptions and swaps with early terminate options (European as well as Bermudian). Each side of the swap is individually tracked, valued and accounted for in the system general ledger. Embedded caps and floors, basis point spreads and other rate adjustments are available in the rate calculation.

*Custodian Interface Manager*
Compares and updates the CAMRA database for cash items that reconcile between your custodian(s) and CAMRA. This tool generates automatic reconciliation for income, principal, settlements, maturities, and holdings transactions which greatly adds to your operational efficiency.

*Impairments Manager*
Helps you manage the data collection, analysis, calculation, and workflow surrounding impairment processing.





*Report Express*
Provides a menu-based, parameter-driven approach to report generation that will significantly enhance and simplify your reporting. A single report template can be designed to meet the needs of many simply by changing the parameters that are selected via the sort and selection "wizard."

*Extend*
Extend allows the addition of user defined fields, thereby eliminating the need to "add" this information outside of the system and reduces downstream reporting efforts.

## II. Application Hosting, Process Automation and Data Management Services

*Technical Infrastructure*
- Server hardware and software
    - ARMOUR will have access to separate and secure Production and Test databases
    - Initial 50GB allocation of disk space
- Data center space, power, cooling and robust physical security
- Processing operations staff and 24x7 system monitoring
- Regular data backups and off-site storage
- High availability server configuration
- Disaster Recovery to secondary data center, utilizing near real-time replication and periodically tested in accordance with client DR testing schedule
- UPS and redundant diesel generators provide reliable and uninterruptable power

*System Access Controls*
- Robust system security
- Ongoing administration of user access rights
- Password administration in accordance with ARMOUR corporate standards

*Communications*
- Maintain Citrix software and connectivity from SS&C to the Internet (or other specified connectivity method)
- Secure online system access

*Database and Operating System Maintenance*
- Installation of new database and operating system software releases and updates
- Coordination of upgrade schedules

*CAMRA Upgrade Services*
- Coordination of upgrade schedules in conjunction with ARMOUR investment accounting operations staff
- Installation of new software releases and updates in a test environment
- Migration of new software releases and updates to production environment
- System troubleshooting expertise

*Network Monitoring*
- Network security and monitoring
- Performance reporting
- Server and storage utilization

*Process Automation and Monitoring*
- Nightly processing automation maintenance and support
- Monitoring of the nightly process and timely response to interruptions
- Notification to ARMOUR of nightly cycle status
- Proactive issue resolution and escalation to ARMOUR as required

*Data Management*
- Import and load of trades from ARMOUR and AVM
  - External trade system interface. Intraday receipt and processing of fully executed trades from external trading system. Open lot position extract at beginning of each trading day available to populate external trading system.
- Import market and pricing data from Bloomberg, IDC/SVC, Intex, etc.
- Import transactions from custodians Citi, and potentially BONY
- Import and Export data required for BlackRock analytics
- Transform and validate data for use in the reconciliation process

### III. Back Office Services

*Trade Affirmation and Settlement*

SS&C can provide post trade custodial notification services in support of your MBS trading activities. The SS&C middle office team will monitor the trade settlement process as well as intervene in addressing any failed MBS trades with the involved counterparties. Services include:

- Collect DTC eligible trade confirm notifications and provide electronic affirmations back to DTC. Provide post trade notification to interested parties as directed by ARMOUR.
- Intraday trade processing
- Affirmation/confirmation
- Custodian settlement Instruction via SWIFT
- Management of standard settlement instructions
- Unmatched trade resolution
  - Investigate non-matching trade confirmations including contacting all parties involved in the transaction with a view to achieving a successful match and settlement
- Failed trade resolution
  - In the event of a failed settlement, SS&C shall commence investigations immediately to determine the reasons and the necessary steps to be taken to ensure a successful settlement takes place on settlement date +1 or an alternative date agreed with the counterparty and ARMOUR

*Custodial Reconciliation and Exception Resolution*

SS&C will perform a daily reconciliation between CAMRA and ARMOUR's custody bank(s). SS&C will establish and maintain connectivity to each custodian, and will be responsible for the gathering of all information required to facilitate the daily reconciliation process. SS&C is responsible for the initial investigation of all cash breaks, unmatched transactions and unmatched holdings with custodians.

 



Custody Reconciliation:
- Reconciliation of custodial cash movements, including cash transfers, fees assessed and investment related cash transactions
- Reconciliation of trade settlements
- Reconciliation of interest and principal paydowns
- Reconciliation of securities holdings
- Aging of open items for the management of exceptions by both client and SS&C

On a daily basis, SS&C's reconciliation team will identify exceptions, initiate contact with the custodian, and provide exception reports to ARMOUR. SS&C's reconciliation team utilizes CAMRA's integrated reconciliation tools to support its deliverables. ARMOUR will be responsible for researching and reconciling items that SS&C is not able to address directly with the custodian as well as processing any necessary corrections to data in CAMRA.

The above reconciliations will be performed against the custodian(s) only. The services do not contemplate any reconciliations or support related to CAMRA processing, month-end deliverables, derivative (e.g. swaps, futures) counterparties, or REPO counterparties.

CONFIDENTIAL                                                                                                                                    SSC002426



# Fee Schedule

### I. Software License

SS&C offers both perpetual and term license options when acquiring our software. Perpetual licensing consists of a one-time software cost for the grant of the license, plus 20 percent annually for maintenance and support. Term licensing includes acquisition and maintenance fees into a single annual fee for the grant of the license for a specified contract term.

| License Options | Fees |
|---|---|
| Perpetual license option | $ 495,000 (a) |
| Term license option | $ 245,000 (b) |

(a) Excludes annual maintenance of 20 percent.
(b) Assumes 5-Year term.

### II. Application Hosting, Process Automation and Data Management Services

| Services | Monthly Fee |
|---|---|
| • Application Hosting<br>• Process Automation and Monitoring<br>• Data Management | $ 10,000 |

### III. Back Office Services

| Services | Annual Fee<br>(Billed 1/12th per month) |
|---|---|
| • Trade Affirmation and Settlement<br>• Custodial Reconciliation and Exception Resolution | .25 basis points<br>(Asset Value) |

*Additional Pricing Notes:*

- When calculating your monthly fee for Back Office Services, the determination of your Asset Value will be based on the absolute investment asset value (excluding REPOs) of the investments (being the market value of the investments plus accrued income plus trade date cash as of the last day of each month) multiplied by .25 bps divided by 12.
- Back Office Services subject to a minimum monthly fee of $20,000.
- Trade Affirmation and Settlement services are for securities only – excludes derivative (swaps, futures) instruction, confirmation and payments. Assumes AVM will retain all REPO collateral management functions, including instruction of collateral movements between counterparties.
- Fee for Trade Affirmation and Settlement services includes up to 100 trades per month. Trade volumes over 100 will result in a $500 monthly fee for every block of 100 trades starting at 101.



## IV. Professional Services

In addition to the licensing and on-going fees, there will be a one-time implementation fee to cover your transition to our proposed solution. The cost of this effort is directly related to a number of factors, including the amount of historic data to be converted, the quality of the data provided by ARMOUR and the skillset and resource commitment you can dedicate to this effort.

The implementation services are inclusive of the following: establishing your accounting and reporting infrastructure, customizing your operating infrastructure, establishing links to all counterparties and market data providers, configuring your reporting deliverables, loading and reconciling of your initial positions as of December 31, 2014, transaction catch-up and parallel processing support, and end-user training.

