# Exhibit 25

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 12/8/2014 11:09:38 PM |
| **To**: | Jim Mountain [jrm@armourllc.com]; Mark Gruber (mrg@armourllc.com) [mrg@armourllc.com]; Jonna Terry [jkt@armourllc.com] |
| **CC**: | Fecteau, Jeff [JFecteau@sscinc.com] |
| **Subject**: | SS&C implementation estimate |

Hi Jim,

Following up on our implementation discussion last Wednesday, Jeff and I have been working with our professional services team to prepare an implementation estimate for transitioning ARMOUR to our CAMRA solution.

We would like to schedule a call to have our professional services team walk through the main components of the implementation estimate with you. Can you please let me know if you and the team are available tomorrow (Tuesday) afternoon, say 2:00pm or later?

We will be sure to send over the implementation estimate prior to our call.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763   m: (860) 214-9580
dennis.moore@sscinc.com   www.sscinc.com