Exhibit 26

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

NEW HAVEN DIVISION

```
-------------------------------)
                               )
ARMOUR CAPITAL MANAGEMENT LP,  ) Case No. 17-cv-00790-JAM
                               )
         Plaintiff,            )
                               )
    vs.                        )
                               )
SS&C TECHNOLOGIES, INC.,       )
                               )
         Defendant.            )
                               )
-------------------------------)
```

\*\* CONFIDENTIAL \*\*

VIDEOTAPED DEPOSITION OF DENNIS MOORE

DATE:  OCTOBER 4, 2017

HELD AT:

HOLLAND & KNIGHT, LLP
  One Stamford Plaza
263 Tressler Boulevard
Stamford, Connecticut
         - - -

Reporter:  Sandra Semevolos, RMR, CRR, CRC, LSR #74

1                MR. O'CONNOR:  Objection.

2        A.    It varies.

3        Q.    What happened with respect to Armour?

4        A.    It's kind of a broad question.  Could you
5   rephrase it?

6        Q.    Sure.  At what stage of the process did you
7   introduce SS&C's professional services people to Armour?

8        A.    It would have been shortly after Armour
9   requested an implementation estimate from us.

10       Q.    The implementation estimate is part of the
11  proposal, is it not?

12       A.    I don't recall if it was part of that formal
13  proposal, but the estimate was delivered.

14       Q.    Okay.  And is that typical for the sales
15  process at SS&C?

16       A.    Is what typical?

17       Q.    Is it typical for a customer to request an
18  implementation estimate?

19       A.    Yes.

20       Q.    Okay.  And what does SS&C do to put together
21  an implementation estimate?

22       A.    We have a, what we call a -- what do we call
23  it? -- client business profile as a standard document
24  that our professional services group uses that allows
25  them to sort of collect all the information that the

1  sales team has gathered throughout the process in
2  addition to, you know, more granular information we may
3  not have gathered that we need to go back to the client
4  and gather, in order to get comfortable the full scope,
5  size of the portfolio, number and types of holdings,
6  reporting requirements, accounting treatments, timing of
7  deliverables.  It's a very thorough and standard
8  document, so we have that completed and then we give
9  that to our professional services group.
10     Q.    And you are saying that's called the client
11 business profile?
12     A.    I may not be getting that name 100 percent
13 correct, but it is a profile document.
14     Q.    And is that a document that you've seen with
15 respect to Armour?
16     A.    Yes.
17     Q.    Is that a document that you helped prepare
18 with respect to Armour?
19     A.    Yes.  I filled out what I knew to the best of
20 my ability and then we filled in any missing pieces
21 with, I believe, interaction with Mark Gruber.
22     Q.    Have you ever heard of something called the
23 responsibilities matrix?
24     A.    Yes.
25     Q.    Are they the same thing?