# Exhibit 27

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 12/10/2014 12:37:38 AM |
| **To**: | Jim Mountain [jrm@armourllc.com]; Mark Gruber [mrg@armourllc.com]; Jonna Terry [jkt@armourllc.com] |
| **CC**: | Fecteau, Jeff [JFecteau@sscinc.com]; Olszewska, Iwona [iolszewska@sscinc.com] |
| **Subject**: | RE: SS&C implementation estimate |
| **Attachments**: | ARMOUR Implementation Budget_12.10.14_DRAFTv1.pdf |

Jim, Mark & Jonna,

Attached please find a draft of the implementation budget for our discussion tomorrow. We look forward to speaking at 9:00am.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763 Â |Â  m: (860) 214-9580
dennis.moore@sscinc.com Â |Â   www.sscinc.com


-----Original Message-----
From: Mark Gruber [mailto:mrg@armourllc.com]
Sent: Tuesday, December 09, 2014 12:45 PM
To: Moore, Dennis
Cc: Jim Mountain; Jonna Terry; Fecteau, Jeff
Subject: RE: SS&C implementation estimate

How does 9am work?

Mark Gruber, CFA
Chief Operating Officer & Head of Portfolio Management

ARMOUR Residential Management, LLC
ARMOUR Residential REIT, Inc
JAVELIN Mortgage Investment Corporation

3001 Ocean Drive, Suite 201, Vero Beach, FL 32963 Office 772-617-4340Â Â  Fax 561-348-2408Â Â  mrg@armourllc.com


-----Original Message-----
From: Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
Sent: Tuesday, December 9, 2014 12:33 PM
To: Mark Gruber
Cc: Jim Mountain; Jonna Terry; Fecteau, Jeff
Subject: Re: SS&C implementation estimate

Mark,

Sure thing, that's fine. Tomorrow morning is fairly open for us so feel free to suggest a time and I'll send along a calendar invite.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763<tel:(860)%20298-4763>  |  m: (860) 214-9580<tel:(860)%20214-9580>
dennis.moore@sscinc.com<mailto:dennis.moore@sscinc.com>  | www.sscinc.com<http://www.sscinc.com/>

On Dec 9, 2014, at 9:34 AM, "Mark Gruber" <mrg@armourllc.com<mailto:mrg@armourllc.com>> wrote:

If we can wait until tomorrow, Jonna will be back and we'd like her to be on the call.

Mark Gruber, CFA
Chief Operating Officer & Head of Portfolio Management

ARMOUR Residential Management, LLC
ARMOUR Residential REIT, Inc
JAVELIN Mortgage Investment Corporation

3001 Ocean Drive, Suite 201, Vero Beach, FL 32963
Office 772-617-4340    Fax 561-348-2408    mrg@armourllc.com<mailto:mrg@armourllc.com>


From: Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
Sent: Monday, December 8, 2014 6:10 PM
To: Jim Mountain; Mark Gruber; Jonna Terry
Cc: Fecteau, Jeff
Subject: SS&C implementation estimate

Hi Jim,

Following up on our implementation discussion last Wednesday, Jeff and I have been working with our professional services team to prepare an implementation estimate for transitioning ARMOUR to our CAMRA solution.

We would like to schedule a call to have our professional services team walk through the main components of the implementation estimate with you. Can you please let me know if you and the team are available tomorrow (Tuesday) afternoon, say 2:00pm or later?

We will be sure to send over the implementation estimate prior to our call.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763   |   m: (860) 214-9580
dennis.moore@sscinc.com<mailto:dennis.moore@sscinc.com>   |   www.sscinc.com<http://www.sscinc.com/>

CONFIDENTIAL
SSC002846