# Exhibit 27-A

**SS&C Implementation Budget**

December 10, 2014
DRAFT – for discussion

| Start Date | End Date | Estimated Budget Hours |
|---|---|---|
| January 2015 | May 2015 | |
| **IMPLEMENTATION** | | |
| **1. Environment set-up, conversion & configuration** | | |
| Environment set-up | | 16 |
| Software configuration/installation | | 24 |
| Static data/initial positions/financial impact | | 340 |
| Set-up GL, chart of accounts, initialize GL reconciliation process | | 240 |
| Tax configuration, set-up and initialization | | 40 |
| ReportExpress set-up, configuration and reporting process deployment | | 80 |
| Catch-up assistance (1 FTE for 8 weeks) | | 320 |
| Reconciliation process (Cash/Par) | | 120 |
| Environment set-up, conversion & configuration sub-total | | **1,180** |
| | | |
| **2. ARMOUR specific interfaces** | | |
| Custodial Interface Manager module for 1 Custodian(s) | | 40 |
| Trade file formatting | | 144 |
| Derivatives trade file formatting | | 32 |
| Bloomberg interface (security master, ratings, attributes, etc.) | | 160 |
| Front office / interface (BlackRock Green Package) | | 184 |
| General Ledger development (CAMRA/derivatives module) | | 120 |
| FTP/automation set-up | | 80 |
| ARMOUR specific interfaces sub-total | | **760** |
| | | |
| **3. Project management & Business Process Review** | | |
| Project management, testing and analysis | | 280 |
| Business process design/assistance with process & procedures | | 280 |
| Project management & Business Process Review sub-total | | **560** |
| | | |
| **Total Estimated Hours** | | **2,500** |
| | | |
| *Implementation Cost Summary* | | |
| Time and Materials Implementation Estimate at $250/hour | | $ 625,000 |
| Block of Hours Commitment at $225/hour (minimum of 2,000 hours) | | $ 562,500 |
| | | |
| **TRAINING** | | |
| CAMRA base application (6 days) | | $ 12,000 |
| Custodial Interface Manager (2.5 days) | | $ 5,000 |
| ReportExpress (2.5 days) | | $ 5,000 |
| General Ledger (2.5 days) | | $ 5,000 |
| **Total Training** | | **$ 27,000** |

CONFIDENTIAL

SSC002847

**SS&C Implementation Budget**

December 10, 2014
DRAFT – for discussion

| ASSUMPTIONS |
| --- |
| Client will provide the 12/31/2014 initial positions in the electronic format required for SS&C to upload into CAMRA*. |
| Initial positions data will have been reconciled. |
| No historical deferred GL/OTTI. |
| GAAP and TAX are required for 2 legal entities. |
| Client will provide the security master file details in the electronic format required for SS&C to upload in CAMRA*. |
| Client will provide the cashflow schedules in the electronic format required for SS&C to upload in CAMRA*. |
| Client will be responsible for review and signoff of initial position reconciliation and financial impact reconciliation. |
| GL feeds and BlackRock Green Package interfaces are estimated based on low complexity assumption. |
| Client will provide third party trades, income, principal paydowns, settlements, cash transactions, pricing, FX rates, factors, new security masters and updates, and corporate actions in the format required for upload into CAMRA*. |
| *If not provided in CAMRA standard format SS&C can reformat at an additional cost to be determined.* |

