# Exhibit 28

Message

| | |
|---|---|
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 12/11/2014 4:58:13 PM |
| **To**: | Jim Mountain [jrm@armourllc.com]; Mark Gruber [mrg@armourllc.com]; Jonna Terry [jkt@armourllc.com] |
| **CC**: | Fecteau, Jeff [JFecteau@sscinc.com]; Olszewska, Iwona [iolszewska@sscinc.com] |
| **Subject**: | RE: SS&C implementation estimate and timeline |
| **Attachments**: | ARMOUR Implementation Budget_12.11.14_DRAFTv2.pdf; ARMOUR Timeline_12.11.14_DRAFTv1.pdf |

Jim, Mark & Jonna,

Based on our conversation yesterday, Iwona, Jeff and I have revisited the implementation document and identified tasks where ARMOUR could take on some of the work effort. You will see those tasks clearly identified on the far right column along with a range of hours/effort we feel would be appropriate for ARMOUR to contribute.  As we have more detailed conversations during the kick-off meeting and interviews with your staff, these ranges can change in line with your capacity, expertise and desire to increase your participation in a certain tasks.

We have also put together a high-level timeline of key implementation tasks over the course of the next several months.

Please let us know of any questions.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  Â |Â   m: (860) 214-9580
dennis.moore@sscinc.com  Â |Â   www.sscinc.com


-----Original Message-----
From: Moore, Dennis
Sent: Tuesday, December 09, 2014 7:38 PM
To: Jim Mountain; 'Mark Gruber'; Jonna Terry
Cc: Fecteau, Jeff; Olszewska, Iwona
Subject: RE: SS&C implementation estimate

Jim, Mark & Jonna,

Attached please find a draft of the implementation budget for our discussion tomorrow. We look forward to speaking at 9:00am.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763 Â |Â   m: (860) 214-9580 dennis.moore@sscinc.com Â |Â   www.sscinc.com


-----Original Message-----
From: Mark Gruber [mailto:mrg@armourllc.com]
Sent: Tuesday, December 09, 2014 12:45 PM
To: Moore, Dennis
Cc: Jim Mountain; Jonna Terry; Fecteau, Jeff
Subject: RE: SS&C implementation estimate

How does 9am work?

Mark Gruber, CFA
Chief Operating Officer & Head of Portfolio Management

ARMOUR Residential Management, LLC
ARMOUR Residential REIT, Inc
JAVELIN Mortgage Investment Corporation

CONFIDENTIAL SSC002920

3001 Ocean Drive, Suite 201, Vero Beach, FL 32963 Office 772-617-4340Â Â  Fax 561-348-2408Â Â  mrg@armourllc.com

-----Original Message-----
From: Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
Sent: Tuesday, December 9, 2014 12:33 PM
To: Mark Gruber
Cc: Jim Mountain; Jonna Terry; Fecteau, Jeff
Subject: Re: SS&C implementation estimate

Mark,

Sure thing, that's fine. Tomorrow morning is fairly open for us so feel free to suggest a time and I'll send along a calendar invite.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763<tel:(860)%20298-4763>  |  m: (860) 214-9580<tel:(860)%20214-9580>
dennis.moore@sscinc.com<mailto:dennis.moore@sscinc.com>  |  www.sscinc.com<http://www.sscinc.com/>

On Dec 9, 2014, at 9:34 AM, "Mark Gruber" <mrg@armourllc.com<mailto:mrg@armourllc.com>> wrote:

If we can wait until tomorrow, Jonna will be back and we'd like her to be on the call.

Mark Gruber, CFA
Chief Operating Officer & Head of Portfolio Management

ARMOUR Residential Management, LLC
ARMOUR Residential REIT, Inc
JAVELIN Mortgage Investment Corporation

3001 Ocean Drive, Suite 201, Vero Beach, FL 32963
Office 772-617-4340    Fax 561-348-2408    mrg@armourllc.com<mailto:mrg@armourllc.com>


From: Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
Sent: Monday, December 8, 2014 6:10 PM
To: Jim Mountain; Mark Gruber; Jonna Terry
Cc: Fecteau, Jeff
Subject: SS&C implementation estimate

Hi Jim,

Following up on our implementation discussion last Wednesday, Jeff and I have been working with our professional services team to prepare an implementation estimate for transitioning ARMOUR to our CAMRA solution.

We would like to schedule a call to have our professional services team walk through the main components of the implementation estimate with you. Can you please let me know if you and the team are available tomorrow (Tuesday) afternoon, say 2:00pm or later?

We will be sure to send over the implementation estimate prior to our call.

Thanks,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763  |  m: (860) 214-9580
dennis.moore@sscinc.com<mailto:dennis.moore@sscinc.com>  |  www.sscinc.com<http://www.sscinc.com/>

CONFIDENTIAL

SSC002921