# Exhibit 28-A

**SS&C Implementation Budget**

Revised: December 11, 2014
DRAFT – for discussion

| Start Date | End Date | SS&C Budget Hours | Percentage of Task Effort Assumable by ARMOUR |
|---|---|---|---|
| January 2015 | May 2015 | | |
| **IMPLEMENTATION** | | | |
| **1. Environment set-up, conversion & configuration** | | | |
| Environment set-up | | 16 | |
| Software configuration/installation | | 24 | |
| Static data/initial positions/financial impact | | 340 | ✓ (20 - 30%) |
| Set-up GL, chart of accounts, initialize GL reconciliation process | | 240 | ✓ (20 - 30%) |
| Tax configuration, set-up and initialization | | 40 | |
| ReportExpress set-up, configuration and reporting process deployment | | 80 | |
| Catch-up assistance (SS&C budget assumes 1 FTE for 8 weeks; level of support could vary) | | 320 | ✓ (40 - 60%) |
| Reconciliation process (Cash/Par) | | 120 | ✓ (25 - 50%) |
| **Environment set-up, conversion & configuration sub-total** | | **1,180** | **Est. 275-425 hours** |
| | | | |
| **2. ARMOUR specific interfaces** | | | |
| Custodial Interface Manager module for 1 Custodian(s) | | 40 | |
| Trade file formatting | | 144 | ✓ (20 - 30%) |
| Derivatives trade file formatting | | 32 | |
| Bloomberg interface (security master, ratings, attributes, etc.) | | 160 | |
| Front office / interface (BlackRock Green Package) | | 184 | |
| General Ledger development (CAMRA/derivatives module) | | 120 | |
| FTP/automation set-up | | 80 | |
| **ARMOUR specific interfaces sub-total** | | **760** | **Est. 25-50 hours** |
| | | | |
| **3. Project management & Business Process Review** | | | |
| Project management, testing and analysis | | 280 | ✓ (20 - 30%) |
| Business process design/assistance with process & procedures | | 280 | ✓ (20 - 30%) |
| **Project management & Business Process Review sub-total** | | **560** | **100-175 hours** |
| | | | |
| **Total Estimated Hours** | | **2,500** | **Est. 400-650 hours** |
| | | | |
| *Implementation Cost Summary* | | | |
| Time and Materials Implementation Estimate at $250/hour | | $ 625,000 | $462,500 - $525,000 |
| Block of Hours Commitment at $225/hour (minimum of 1,750 hours) | | $ 562,500 | $416,250 - $472,500 |
| | | | |
| **TRAINING** | | | |
| CAMRA base application (6 days) | | $ 12,000 | |
| Custodial Interface Manager (2.5 days) | | $ 5,000 | |
| ReportExpress (2.5 days) | | $ 5,000 | |
| General Ledger (2.5 days) | | $ 5,000 | |
| **Total Training** | | **$ 27,000** | |

1

CONFIDENTIAL
SSC002922

**SS&C Implementation Budget**      **Revised:** December 11, 2014
DRAFT – for discussion

| ASSUMPTIONS |
|---|
| ARMOUR will provide the 12/31/2014 initial positions in the electronic format required for SS&C to upload into CAMRA*. |
| Initial positions data will have been reconciled. |
| No historical deferred GL/OTTI. |
| GAAP and TAX are required for 2 legal entities. |
| ARMOUR will provide the security master file details in the electronic format required for SS&C to upload in CAMRA*. |
| ARMOUR will provide the cash flow schedules in the electronic format required for SS&C to upload in CAMRA*. |
| ARMOUR will be responsible for review and signoff of initial position reconciliation and financial impact reconciliation. |
| GL feeds and BlackRock Green Package interfaces are estimated based on low complexity assumption. |
| ARMOUR will provide third party trades, income, principal paydowns, settlements, cash transactions, pricing, FX rates, factors, new security masters and updates, and corporate actions in the format required for upload into CAMRA*. |
| * If not provided in CAMRA standard format SS&C can reformat at an additional cost to be determined. |

CONFIDENTIAL     SSC002923

## Proposed Migration Timeline



| | Task | Dec-2014 | Jan-2015 | Feb-2015 | Mar-2015 | Apr-2015 | May-2015 |
|---|---|---|---|---|---|---|---|
| Project Management | Contract completion and execution | ▮ | | | | | |
| | Project kickoff and preliminary planning | ▮ | | | | | |
| | Draft project charter | | ▬ | | | | |
| | Environment set-up and configuration | | ▬▬ | ▬ | | | |
| | Business process review | | ▬ | | | | |
| | Static data load | | | ▬ | | | |
| | Set up chart of accounts | | | ▬ | | | |
| | Development of ARMOUR specific interfaces | | | ▬▬ | ▬ | | |
| | Load initial positions (as of 12/31/14) | | | ▬ | | | |
| | Perform financial analysis of book values and yields for all open positions | | | | ▬ | | |
| | Sign-off on financial analysis | | | | ▮ | | |
| | Catch-up processing of daily activity | | | | ▬▬ | | |
| | Test interfaces and automation | | | | ▬▬ | | |
| | Training | | | ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪ | | | |
| | Parallel Processing | | | | | ▬ | |
| | Transition to live processing | | | | | | ▬ |



CONFIDENTIAL

SSC002924