Exhibit 30

| | |
|---|---|
| **From:** | Fecteau, Jeff |
| **To:** | Jim Mountain |
| **Sent:** | 12/16/2014 4:16:49 PM |
| **Subject:** | RE: Master agreement Comments |

Jim, went through the agreements with the folks here and have been able to address a lot of your points. I believe we have standard language that will address each of the concepts that you added the commentary on. Prior to sending a new markup your way I wanted to see if we could have a quick call to discuss the High Water Mark concept? I want to make sure I am clear about what you are asking for. In some cases there is confusion about what constitutes the "ordinary course of business" and adding some clarity around that is a means to get both parties comfortable.

Let me know of a convenient time or feel free to reach out to me when you have a free moment.

Thanks,
Jeff

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Monday, December 15, 2014 5:47 PM
**To:** Fecteau, Jeff
**Subject:** Master agreement Comments

Take a look at this. I am still trying to get Trevor to confirm all the technical specs of the hosting agreement. You will see that I left several comments in there about things we still need to craft. Let me know if you have standard responses already built or if we need to create from whole cloth.

Thanks,

Jim

James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE: ARR)
JAVELIN Mortgage Investment Corp. (NYSE: JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL 32963

+1 772 617 4340 Office
+1 862 215 1850 Cell
+1 561 348 2408 Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

---

**From:** Jim Mountain
**Sent:** Sunday, December 14, 2014 10:12 PM
**To:** 'Fecteau, Jeff'
**Subject:** RE: Comments

Lawyers and I have been through. I sent to Mark and Trevor for technical specs review and will relay what we have when I get in to the office Monday PM.

Jim

James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE: ARR)
JAVELIN Mortgage Investment Corp. (NYSE: JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL 32963

+1 772 617 4340 Office
+1 862 215 1850 Cell
+1 561 348 2408 Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

---

**From:** Fecteau, Jeff [mailto:JFecteau@sscinc.com]
**Sent:** Friday, December 12, 2014 11:54 AM
**To:** Jim Mountain
**Subject:** Comments

Jim, just curious as to when you think I might get your comments to the agreement? I have folks here that are asking.

CONFIDENTIAL

Any update you can provide is greatly appreciated and will allow me to set the proper expectations here.

Thanks,
Jeff

**Jeff Fecteau**
Account Executive
SS&C Technologies Inc.

t: 860.731.5022 m: 860.729.5862
jfecteau@sscinc.com | www.ssctech.com

                                                                 ACM0000291