# Exhibit 32

| | |
|---|---|
| From: | Moore, Dennis |
| To: | Jim Mountain |
| CC: | Fecteau, Jeff |
| Sent: | 12/17/2014 5:16:01 PM |
| Subject: | SS&C work request |
| Attachments: | ARMOUR WR1 12-16-14.docx |

Jim,

Attached you will find the Work Request we have drafted for your review. The services and hours included in the Work Request are consistent with the revised implementation budget we sent you on 12/11.

Please include this document in your review of the Master Agreement. We are available to discuss the Work Request as well as roles and responsibilities if you would like.

Thank you,

Dennis Moore

SS&C Technologies, Inc.
t: (860) 298-4763   m: (860) 214-9580
dennis.moore@sscinc.com   www.sscinc.com

<u>SS&C Technologies, Inc.</u>
<u>Work Request One</u>

Work Request No. One ("WR One") pursuant to the Master Agreement dated December_____, 2014 (the "Master Agreement") by and between ARMOUR Management LLC ("Client") and SS&C Technologies, Inc. ("SS&C").

<u>Effective Date of this WR One.</u>  This WR One will be effective on the later of the dates on which Client and SS&C have signed it.

<u>Description of Services to be Performed.</u>  SS&C will provide on-site and remote implementation services including business workflow analysis, environment setup, data conversion analysis, interface development and testing in support of Client's implementation of the Software.

Assistance will include the following:
- Project Management, Governance and Business Process Review
  - Project Governance including assistance with project management, issue tracking, status reporting, and project and steering committee meetings.
  - Project kickoff and review of the SS&C file formats and conversion processes.
  - Business process review, operational model confirmation and assistance with development of process and procedures for Software usage.
  - Technical Accounting Support to assist the Client in establishing the proper accounting treatments for each asset class.

- Environment Set-up, Configuration and Data Conversion
  - Software installation including technical assistance in the establishment of the operating environment supporting the Software.
  - Assistance with creating Client required interfaces / connections for receiving daily trades, market data, custody feeds, and swaps transactions.
  - Assistance with the mapping of static data to support Clients use of the Software to include, but not limited to; Security Masters, Issuers, Brokers, Security Types, Custodians, etc.
  - Assistance with the establishment of a general ledger chart of accounts and associated posting rules.
  - Create an extract of open positions for BlackRock.
  - Assistance with the conversion of initial open positions as of 12/31/2014.
  - Implementation training.
  - Provide assistance with mapping of source data to SS&C documented upload file formats to facilitate data conversion.
  - Implementation and training support for the Software and following modules:
    - CI Manager™ - Consult with Client on establishing connectivity with Client's custodian for the receipt of daily cash and holdings files.
    - Impairments Manager™ - Assist and consult with Client on establishing their impairment rules in CAMRA.
    - Crystal/Report Express™ - train the Client on the database schema, Crystal Reports and the Report Express module.
    - Extend™ - Configure and train on the implementation of Extend and consult with Client on custom data storage and reporting requirements.
    - TBA Dollar Roll™ - train the Client on the use of the TBA module in CAMRA.
    - Swaps – training on the setup and use of the Swaps module.
  - Perform a production financial analysis and reconciliation of yields and book values as of 12/31/2014 with the Client.
  - Testing support for core software products and module including support for interfaces, cash flow updates, Bloomberg feeds, general ledger and reporting.
  - Production conversion assistance with the loading of 12/31/2014 open positions as provided by Client into the CAMRA database.
  - Transaction catch-up support for an estimated two months until transactions are being processed daily by Client.

Page 1 of 3

## SS&C Technologies, Inc.
## Work Request One

<u>Applicable Rate.</u>  SS&C shall provide an estimated 1,850 hours of support in relation to the services described above on a time and material basis at a rate of $225 per person per hour and based on the assumptions set forth below.  Travel time to and from Client's site will not be billable.

<u>Assumptions</u>

The services described above are based on the following assumptions:
- Project duration of 4-6 months
- This is a point in time conversion; no historical activity will be loaded as part of this conversion (all open trade lots as of the agreed upon point in time conversion date will be loaded).
- 2 accounting bases are required by Client, US GAAP and Tax.
- The Client will create and support the required SS&C file formats to load the static data, security masters, security attributes, cash flows, yield curves, floating rates, initial conversion positions, ongoing transactions, custodian and market data to the Software.
- The Client will provide the initial positions in the SS&C electronic format.
- A similar General Ledger chart of accounts is being used for each entity.
- Client will obtain all necessary third party data licenses (e.g.  Bloomberg, IDC, Intex).
- Client will provide access to month end bank and reconciliation statements for the transaction catch-up process.
- Client will be responsible for completion, review and signoff of monthly reconciliations.  SS&C will be available to assist.
- Development of a general ledger interface is not required as part of this effort.
- Standard Report Express reports will be used. Any additional interfaces or reports will be reviewed during the implementation and developed on a time and materials basis.
- Client, including any requisite vendors, will have knowledgeable staff to participate in the project as required.

SS&C will provide information related to the usage of billable hours as part of our project reporting.

If there is a change in the services described in this WR One that is requested by Client and requires SS&C to perform additional work, such additional work shall be billed to Client on a time and materials basis at the rates set forth above.  All fees and expenses incurred will be billed to Client monthly and are due and payable upon receipt of SS&C's invoice.

<u>Counterparts</u>.  This WR One may be executed in counterparts, each of which when so executed will be deemed to be an original.  Such counterparts together will constitute one agreement.  Signatures may be exchanged via facsimile or electronic mail and the parties hereto agree that signatures so exchanged shall be binding to the same extent as if original signatures were exchanged.

<u>Voidability at SS&C's Option.</u>  This WR One shall be voidable at SS&C's option if Client does not enter into and deliver it on or before December 19, 2014.

<u>Other Services.</u>  If Client requests any services in addition to the services specified in this and any other consulting engagement under the Master Agreement, SS&C and the Client shall specify such services and the fees payable therefore, in another Work Request.

<u>Entire Agreement</u>.  This WR One (including any attachments and addenda hereto) contains the entire agreement of the parties with respect to its subject matter.  As amended by this WR One, the Master Agreement remains in full force and effect.

IN WITNESS WHEREOF, the parties have executed this WR One as of the date of the last signatory hereof.  Each party warrants that the signatory signing on its behalf has the authority to contractually bind it to the terms and conditions set forth herein.

CONFIDENTIAL                                                                                                                                         ACM0000422

## SS&C Technologies, Inc.
## Work Request One

| ARMOUR Management LLC | SS&C Technologies, Inc. |
|---|---|
| By _____ | By _____ |
| Name _____ | Name _____ |
| Title _____ | Title _____ |
| Date _____ | Date _____ |
| Address _____ | Address _____ |
| _____ | _____ |