# Exhibit 33

Message

| | |
|---|---|
| **From**: | Fecteau, Jeff [JFecteau@sscinc.com] |
| **Sent**: | 12/19/2014 3:06:50 PM |
| **To**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Subject**: | Fwd: I think I am good now if you are |

Sent from my iPhone

Begin forwarded message:

> **From:** Jim Mountain <jrm@armourllc.com>
> **Date:** December 19, 2014 at 10:03:10 AM EST
> **To:** "Fecteau, Jeff" <JFecteau@sscinc.com>
> **Subject: RE: I think I am good now if you are**
>
> CPI flat and we are done
>
> ---
>
> **From:** Fecteau, Jeff [mailto:JFecteau@sscinc.com]
> **Sent:** Friday, December 19, 2014 10:02 AM
> **To:** Jim Mountain
> **Cc:** Moore, Dennis
> **Subject:** RE: I think I am good now if you are
>
> Jim, reviewed the changes with the team this morning and the only issue we have is related to the maintenance increases not happening until year 6. The hosting and maintenance are distinct services and all of our contracts have the maintenance fees increase annually. I can offer further relief on the annual increase by changing this to the change in CPI + 1%.
>
> If this is acceptable to you I can get signature copies pulled together and forwarded.
>
> Regards,
> Jeff
>
> ---
>
> **From:** Jim Mountain [mailto:jrm@armourllc.com]
> **Sent:** Thursday, December 18, 2014 8:19 PM
> **To:** Fecteau, Jeff; Moore, Dennis
> **Subject:** I think I am good now if you are
>
> Here is what I am planning to review with Mark and our co-CEOs in the morning at 9. Summary of the changes:
> - <!--[if !supportLists]--><!--[endif]-->We are actually going to change the name of the management company on Friday, so I put the new name in.
> - <!--[if !supportLists]--><!--[endif]-->I combined the Work Request, since you accepted the change of listing it in Section 6. I tried not to leave out any operative parts of the document, but just the redundant things like extra signatures. If you think I left out something important, let me know.
> - <!--[if !supportLists]--><!--[endif]-->Redefined effective date to be December 30, 2014 so we can try to execute on Friday and still leave me time to get my act in order in terms of getting the money to

pay you up from the REITs.  I think that total is $610,000.  Also, I feel better about foregoing any expensing or other accounting other than the wire transfer if we only have one or two days in the fiscal year.  I also could not quite figure out whether the initial maintenance would be pro rated for 12 days and then another $100K would be due on 1-1-15, so I figures this was the easiest way to go.  There is a conforming change in the maintenance program attachment

- <!--[if !supportLists]--><!--[endif]-->Since you unlinked the maintenance term from the hosting and put back a surcharge on the CPI inflator, I started the escalation in section 3.6 in year 6 instead of year 2.  The other change in that paragraph just took out the confusing pro rata sentence that is no longer needed now.  We can cross the pro rating bridge on maintenance when we have Attachment A.2 for trade blotter or something else.

I hope to be in a position to sign this tomorrow in time for me to pick up my car at the shop in West Palm.

Best,

Jim


James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE:  ARR)
JAVELIN Mortgage Investment Corp. (NYSE: JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL  32963

+1 772 617 4340  Office
+1 862 215 1850  Cell
+1 561 348 2408  Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

CONFIDENTIAL

SSC003074