Exhibit 35

Jeffrey Zimmer
April 09, 2018

```
                       CONFIDENTIAL
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
                    NEW HAVEN DIVISION
                 CASE No. 17-CV-00790-JAM


ARMOUR CAPITAL MANAGEMENT LP,

          Plaintiff,

-vs-


SS&C TECHNOLOGIES, INC.,

          Defendant.
_____

                       CONFIDENTIAL
            DEPOSITION OF JEFFREY JOHNSON ZIMMER
                        VIDEOTAPED


                  Monday, April 9, 2018
                  9:54 a.m. - 1:09 p.m.




                    3500 Ocean Drive
                 Vero Beach, Florida 33401




Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office  Job #1716775
```

Jeffrey Zimmer
April 09, 2018                                                    13

1          are a couple of questions in there.
2     BY MR. O'CONNOR:
3          Q.   Who's paying the bills for the lawsuit?
4               MR. MAMOUNAS:  Okay.  I instruct you not to
5          answer the question.
6               MR. O'CONNOR:  You're instructing him not to
7          answer?
8               MR. MAMOUNAS:  What's the relevance, sir?  If
9          you've got a question about who suffered the
10         damages, that's one thing.
11              MR. O'CONNOR:  You're seeking attorneys fees,
12         so it goes directly to that.
13              MR. MAMOUNAS:  Okay.
14    BY MR. O'CONNOR:
15         Q.   Who's paying the bills, sir, for this lawsuit?
16              THE WITNESS:  Counsel, may I answer?
17              MR. MAMOUNAS:  You may answer the question.
18              THE WITNESS:  So there's two sets of damages.
19         There's the damages to the REIT for the fees that
20         they have paid SS&C because they've misrepresented
21         their capacities, and then there's the damages to
22         Armour Residential LP for the amount of
23         professional time utilized in this wasteful
24         venture.
25

Jeffrey Zimmer
April 09, 2018                                                    15

1       A.   Ultimately or paid for; there is a difference.
2       Q.   Just allow me to finish my question, sir.
3            So you don't know, as you sit here today,
4  whether Armour REIT or Armour Capital Management paid
5  the license fee that was paid to SS&C in connection with
6  the parties' contractual arrangement?
7            MR. MAMOUNAS:  Objection.
8  BY MR. O'CONNOR:
9       Q.   Correct?
10      A.   That's not correct.  Who pays the bill and who
11 ultimately is responsible for the bill are two different
12 enterprises.  So it doesn't matter whether the LP or the
13 REIT pays directly.  It only matters who's ultimately
14 responsible.  In this case, the REIT was ultimately
15 responsible.  Whether they paid you directly or through
16 the LP, of course, are two different visions of the way
17 things get paid.
18      Q.   Okay.
19      A.   Am I clear?
20      Q.   Well, I may -- let's explore that a little
21 bit.
22           So you're not sure whether the Armour REIT or
23 Armour Capital Management paid the license fee to SS&C
24 in connection with the CAMRA software, correct?
25           MR. MAMOUNAS:  Objection.  Asked and answered.

Jeffrey Zimmer
April 09, 2018                                                    16

1              You may answer it again.
2              THE WITNESS:  That's not true.  I said,
3         ultimately, the REIT is responsible for paying
4         that.  Whether they reimbursed the LP or paid
5         directly, I would not know today.  You can ask my
6         CFO.
7    BY MR. O'CONNOR:
8         Q.   Okay.  But your understanding is that that
9    cost was ultimately borne by Armour Residential REIT,
10   correct?
11        A.   That's what I said, correct.
12             MR. MAMOUNAS:  Objection.  Same objection.
13   BY MR. O'CONNOR:
14        Q.   And all the professional services fees that
15   were charged in connection with Armour's contractual
16   arrangement with SS&C were all passed on to the Armour
17   REIT, correct?
18             MR. MAMOUNAS:  Same objection.
19   BY MR. O'CONNOR:
20        Q.   Correct?
21             MR. MAMOUNAS:  You may answer the question
22        again.
23             THE WITNESS:  Correct.
24   BY MR. O'CONNOR:
25        Q.   Sir, would you please walk me through your