Exhibit 37

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL CASE NUMBER:  3:17cv00790 (JAM)

ARMOUR CAPITAL MANAGEMENT LP,

      Plaintiff,

vs.

SS&C TECHNOLOGIES, INC.,

      Defendant.
_____/

VIDEO DEPOSITION OF MARK GRUBER

DATE:             November 28, 2017

TIME:             10:00 o'clock a.m.

PLACE:            Vero Beach Court Reporters
                  3111 Cardinal Drive, Suite B
                  Vero Beach, Florida  32963

TAKEN BY:         Defendant

REPORTER:         Cynthia L. O'Cain

VIDEOGRAPHER:     Ted Hood

VOLUME II
(Pages 127 - 345)

VERO BEACH COURT REPORTERS
772-231-2231

244

1   those meetings?
2      A   Yes.
3      Q   Do you understand that ARMOUR is seeking
4   $500,000 in damages due to staff time expended on the
5   CAMRA implementation?
6      A   I'd have to read the complaint again, but I
7   know there is some number in there.
8      Q   For, for staff time expended in connection with
9   the CAMRA implementation; is that correct?
10     A   I believe it's correct.
11     Q   And is it your contention that that's as a
12  consequence of SS&C not performing its obligations under
13  the contract between the parties?
14     A   I have to read what the claim is to understand
15  where that number came from.
16     Q   Have you done any work at this point on that
17  number?
18         MR. MAMOUNAS:  Objection.
19         THE WITNESS:  I believe we did some work early
20     on about the time and effort we put into.
21  BY MR. O'CONNOR:
22     Q   How many hours a week did Ms. Terry work during
23  2015 on ARMOUR's efforts to implement CAMRA?
24         MR. MAMOUNAS:  Objection.
25         THE WITNESS:  Again, I don't track her time,

1   but I know that she would come in early, sometimes,
2   you know, 4:00 or 5:00 in the morning, stay till,
3   you know, sometimes 5:00 or 6:00.  Her normal hours
4   would be 8 a.m. to 4 p.m.  She would come in on the
5   weekends and work weekends.  I think she had phone
6   calls with SS&C on the weekends, sending them
7   documents on the weekends.  I believe even on
8   vacations she made sure she was able to, you know,
9   see any requests that SS&C made, you know, were
10  requiring.
11  BY MR. O'CONNOR:
12      Q   Did you pay her bonus for that extra effort?
13          MR. MAMOUNAS:  Objection.
14          THE WITNESS:  Her compensation is not based on,
15  was not based on this work.
16  BY MR. O'CONNOR:
17      Q   So she worked all those extra hours and she
18  received no compensation whatsoever for working that
19  extra time?
20          MR. MAMOUNAS:  Objection.
21          THE WITNESS:  Again, her bonus was based on
22  multiple things.
23  BY MR. O'CONNOR:
24      Q   Was -- did she get an annual performance
25  review?

1       MR. MAMOUNAS:  Objection.
2       THE WITNESS:  We don't do annual performance
3   review, formal annual performance reviews.
4  BY MR. O'CONNOR:
5       Q   Do you do written performance reviews?
6       MR. MAMOUNAS:  Objection.
7       THE WITNESS:  We do -- we don't do written
8   performance reviews.
9  BY MR. O'CONNOR:
10      Q   And so how many hours a week did Ms. Terry work
11  during 2015 on the CAMRA implementation?
12      MR. MAMOUNAS:  Objection.
13      THE WITNESS:  Again, I don't track of her time.
14  And she doesn't, she doesn't keep track of her hours
15  on an individual, you know, project basis, so I
16  don't know.
17 BY MR. O'CONNOR:
18      Q   How many hours a week did you spend in 2015 on
19  the CAMRA implementation?
20      A   Again, I don't know.  So, again, I don't track
21  my hours on a project basis.
22      Q   Is your time included in ARMOUR's demand for
23  $500,000 relating to additional staff time?
24      MR. MAMOUNAS:  At least 500,000 I think is the
25  allegation.

247

1           THE WITNESS:  I don't know.
2    BY MR. O'CONNOR:
3         Q    Did any employee at ARMOUR, at any point from
4    2014 through 2017, receive a bonus for additional time
5    that they worked on the CAMRA implementation?
6           MR. MAMOUNAS:  Objection.
7           THE WITNESS:  I don't believe anybody received
8       a bonus specifically due to SS&C CAMRA
9       implementation.
10   BY MR. O'CONNOR:
11        Q    Not a penny?
12          MR. MAMOUNAS:  Objection.
13          THE WITNESS:  Not specifically assigned to
14      that, no.
15   BY MR. O'CONNOR:
16        Q    In any way referring to that?
17          MR. MAMOUNAS:  Objection.
18          THE WITNESS:  If it was referred to that, then
19      it was just in a general.
20   BY MR. O'CONNOR:
21        Q    Not, not -- no specific reference to the work
22   on the CAMRA implementation, correct?
23          MR. MAMOUNAS:  Objection.
24          THE WITNESS:  Again, it might have been, in
25      might have been part of, you know, we know you put