UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT, NEW HAVEN DIVISION

---

In the Matter of the Application of the

ARMOUR CAPITAL MANAGEMENT LP,

    *Plaintiff*,

-against-

SS&C TECHNOLOGIES, INC.,

    *Defendant.*

Civil Case No.
3:17-cv-00790-JAM

Hon. Jeffrey Alker Meyer

---

### DECLARATION OF J. TIMOTHY REILLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

J. TIMOTHY REILLY hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am Senior Vice President of the Institutional and Investment Management group for Defendant SS&C Technologies, Inc. ("SS&C"). I have held this position since 2013. In this capacity, I oversaw the Professional Services group responsible for CAMRA implementations through April 1, 2017. In that time, I oversaw approximately 20 CAMRA-related contracts.

2. I submit this declaration in support of SS&C's Motion for Summary Judgment. My statements here are based on personal knowledge that I obtained in my capacity as an employee of SS&C and from an examination of SS&C's records.

3. CAMRA is SS&C's founding product. For the past thirty years, CAMRA has been one of the company's leading products.

4. As of the third quarter of 2014, approximately 500 entities (with over $2 trillion of assets) were using CAMRA for their accounting books and records.

These include insurance companies, asset managers, mortgage real estate investment trusts ("mREITs"), and pension funds, among others.

5. In 2014, over 95% of SS&C's CAMRA client base used CAMRA to process transactions involving mortgage-backed securities.

6. CAMRA can be implemented in three different formats: "Licensed Only," "Outsourced," and "Hosted."

7. As of fourth quarter 2014, SS&C's Licensed Only clients had implemented CAMRA with approximately 465 users.

8. At that time, SS&C had successfully implemented CAMRA for approximately thirty-five customers on an Outsourced or a Hosted basis.

9. Since CAMRA's inception in 1988, SS&C has successfully implemented CAMRA for more than 200 clients.

10. I am aware that, during negotiations prior to the signing of the Master Agreement, there was at least one conversation between ACM and SS&C on the subject of whether to employ a third-party consultant in connection with the CAMRA implementation at ACM.

11. It would have been very uncommon to involve a third-party consultant in an implementation being done on an Outsourced or a Hosted basis.

12. In almost all new Outsourced or Hosted cases, SS&C and the client that purchased CAMRA implement the product together, without third-party assistance. During my tenure, over 90% of new CAMRA projects were implemented without the assistance of a third party.

13. On August 27, 2014, Mr. Shiv Sivadas attended a CAMRA demonstration provided to ACM. At that point in time, Mr. Sivadas had worked at SS&C for over eighteen years. He joined the company on January 8, 1996. From this date through 2014, he had a substantive role (*i.e.*, spent over 200 hours) on each of at least eight CAMRA implementations. His duties included processing day-to-day CAMRA transactions and performing custodial data reconciliations.

14. In 2014, Ms. Iwona Olszewska had been working at SS&C for six years. She joined the company on March 17, 2008. From this date through mid-2016, she was the Vice-President of Institutional Professional Services. In this capacity, she oversaw approximately fifty CAMRA implementations. By the end of 2014, she had overseen four implementations for mREIT clients.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on December 15, 2018.

_____
J. Timothy Reilly

Doc#: US1:12490270v1