# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, <br><br> Plaintiff, <br><br> v. <br><br> SS&C TECHNOLOGIES INC., <br><br> Defendant. | Case No. 17-cv-00790-JAM <br><br><br> January 14, 2019 |

## DECLARATION OF ALLISON KERNISKY

Allison Kernisky declares, pursuant to 28 U.S.C. § 1746:

1. I am a lawyer at Holland & Knight LLP, counsel for Plaintiff, ACM.[1]

2. I submit this declaration in support of ACM's Opposition to SS&C's Motion for Summary Judgment ("Opposition") (ECF No. XX); the SDMF (ECF No. XX); and the Mountain Declaration (ECF No. XX).

3. This declaration describes and attaches various documents that are cited in the Opposition, the SDMF, and the Mountain Declaration.

4. Attached as **Exhibit 1** is a true and correct copy of excerpts from the transcript of John Timothy Reilly dated Feb. 15, 2018.

5. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of John Timothy Reilly dated May 10, 2018.

6. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of Daniel Pallone dated Feb. 16, 2018.

---

[1] Capitalized terms have the same meaning as in the Opposition. (ECF No. XX.)

7. Attached as **Exhibit 4** is a true and correct copy of excerpts from the transcript of Daniel Pallone dated May 2, 2018.

8. Attached as **Exhibit 5** is a true and correct copy of excerpts from the transcript of Iwona Olszewska dated Feb. 13, 2018.

9. Attached as **Exhibit 6** is a true and correct copy of excerpts from the transcript of Iwona Olszewska dated May 2, 2018.

10. Attached as **Exhibit 7** is a true and correct copy of excerpts from the transcript of Iwona Olszewska dated June 5, 2018.

11. Attached as **Exhibit 8** is a true and correct copy of excerpts from the transcript of Jeffrey Fecteau dated Oct. 5, 2017.

12. Attached as **Exhibit 9** is a true and correct copy of excerpts from the transcript of Jeffrey Fecteau dated May 4, 2018.

13. Attached as **Exhibit 10** is a true and correct copy of excerpts from the transcript of Dennis Moore dated Oct. 4, 2017.

14. Attached as **Exhibit 11** is a true and correct copy of excerpts from the transcript of Dennis Moore dated May 4, 2018.

15. Attached as **Exhibit 12** is a true and correct copy of excerpts from the transcript of David LaMonica dated June 28, 2018.

16. Attached as **Exhibit 13** is a true and correct copy of excerpts from the transcript of Anthony Manuel Gonzalez dated April 30, 2018.

17. Attached as **Exhibit 14** is a true and correct copy of excerpts from the transcript of Normand Boulanger dated May 3, 2018.

18. Attached as **Exhibit 15** is a true and correct copy of excerpts from the transcript of Manoj Chacko dated June 28, 2018.

19. Attached as **Exhibit 16** is a true and correct copy of excerpts from the transcript of Donald Johnson dated June 6, 2018.

20. Attached as **Exhibit 17** is a true and correct copy of excerpts from the transcript of Brooks Hilliard dated Nov. 28, 2018.

21. Attached as **Exhibit 18** is a true and correct copy of excerpts from the transcript of Michael Maffattone dated November 13, 2018.

22. Attached as **Exhibit 19** is a true and correct copy of excerpts from the transcript of G. Hunter Haas, IV dated May 7, 2018.

23. Attached as **Exhibit 20** is a true and correct copy of excerpts from the transcript of James Mountain dated Nov. 29, 2017.

24. Attached as **Exhibit 21** is a true and correct copy of excerpts from the transcript of Mark Gruber dated Nov. 28, 2017.

25. Attached as **Exhibit 22** is a true and correct copy of excerpts from the transcript of Jonna Terry dated Nov. 30, 2017.

26. Attached as **Exhibit 23** is a true and correct copy of excerpts from the transcript of James Mountain dated April 11, 2018.

27. Attached as **Exhibit 24** is a true and correct copy of excerpts from the transcript of James Mountain/Mark Gruber (ACM Rule 30(b)) dated May 11, 2018.

28. Attached as **Exhibit 25** is a true and correct copy of excerpts from the transcript of Jeffrey Zimmer dated April 9, 2018.

29. Attached as **Exhibit 26** is a true and correct copy of the Master Agreement.

30. Attached as **Exhibit 27** is a true and correct copy of SS&C's July 26, 2017 Resp. to ACM's First Interrogatories.

31. Attached as **Exhibit 28** is a true and correct copy of April 24, 2014 SS&C Press Release.

32. Attached as **Exhibit 29** is a true and correct copy of June 30, 2014 Form 10-Q for Armour Residential REIT Inc. ("Armour").

33. Attached as **Exhibit 30** is a true and correct copy of true and correct copy of June 30, 2014 Form 10-Q for Javelin Mortgage Investment Corp. ("Javelin").

34. Attached as **Exhibit 31** is a true and correct copy of Sept. 30, 2014 Form 10-Q for Armour.

35. Attached as **Exhibit 32** is a true and correct copy of Sept. 30, 2014 Form 10-Q for Javelin.

36. Attached as **Exhibit 33** is a true and correct copy of SSC00009-14.

37. Attached as **Exhibit 34** is a true and correct copy of ACM0025350-60.

38. Attached as **Exhibit 35** is a true and correct copy of Sept. 29, 2017 hearing.

39. Attached as **Exhibit 36** is a true and correct copy of Apr. 27, 2018 hearing.

40. Attached as **Exhibit 37** is a true and correct copy of SSC000405-12.

41. Attached as **Exhibit 38** is a true and correct copy of SSC000413-18.

42. Attached as **Exhibit 39** is a true and correct copy of ACM0025372.

43. Attached as **Exhibit 40** is a true and correct copy of SSC124711.

44. Attached as **Exhibit 41** is a true and correct copy of SSC000829.

45. Attached as **Exhibit 42** is a true and correct copy of SSC002415-28.

46. Attached as **Exhibit 43** is a true and correct copy of SSC002801.

47. Attached as **Exhibit 44** is a true and correct copy of SSC002845-48.

48. Attached as **Exhibit 45** is a true and correct copy of ACM0000290-91.

49. Attached as **Exhibit 46** is a true and correct copy of ACM0079836-41.

50. Attached as **Exhibit 47** is a true and correct copy of SSC002155-63.

51. Attached as **Exhibit 48** is a true and correct copy of SSC166132-33.

52. Attached as **Exhibit 49** is a true and correct copy of SSC002415-16.

53. Attached as **Exhibit 50** is a true and correct copy of SSC002600-14.

54. Attached as **Exhibit 51** is a true and correct copy of ACM0025350-60.

55. Attached as **Exhibit 52** is a true and correct copy of SSC136509-10.

56. Attached as **Exhibit 53** is a true and correct copy of SSC000405-18.

57. Attached as **Exhibit 54** is a true and correct copy of SSC152913-15.

58. Attached as **Exhibit 55** is a true and correct copy of Work Request Two.

59. Attached as **Exhibit 56** is a true and correct copy of SSC143785-87

60. Attached as **Exhibit 57** is a true and correct copy of ACM0013597.

61. Attached as **Exhibit 58** is a true and correct copy of ACM0048664-67.

62. Attached as **Exhibit 59** is a true and correct copy of SSC002417-28.

63. Attached as **Exhibit 60** is a true and correct copy of SSC136509-10.

64. Attached as **Exhibit 61** is a true and correct copy of SSC152894-98.

65. Attached as **Exhibit 62** is a true and correct copy of SSC156509-10.

66. Attached as **Exhibit 63** is a true and correct copy of SSC124711.

67. Attached as **Exhibit 64** is a true and correct copy of SSC145636-37.

68. Attached as **Exhibit 65** is a true and correct copy of SSC143938-48.

69. Attached as **Exhibit 66** is a true and correct copy of SSC136015

Case No. 17-cv-00790-JAM

70. Attached as **<u>Exhibit 67</u>** is a true and correct copy of SSC153912.

71. Attached as **<u>Exhibit 68</u>** is a true and correct copy of excerpts of Microsoft Lync chats produced by SS&C as SSC74806.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 14, 2019  /s/ Allison Kernisky
Miami, Florida  Allison Kernisky (phv09011)