IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.<br><br>Defendant. | Case No. 17-cv-00790-JAM<br><br>February 18, 2019 |

**UNOPPOSED MOTION TO SUPPLEMENT ACM'S OPPOSITION**[1]

ACM respectfully requests that the Court permit it to supplement its Opposition to SS&C's Motion for Summary Judgment (ECF No. 177) and incorporated SDMF (ECF No. 177-1) with certain documents ACM cited but which inadvertently were not attached.

The documents are attached as Exhibits 1-5 to the Supplemental Declaration of Allison Kernisky ("Kernisky Supp. Decl."), filed contemporaneously herewith.

Counsel for ACM contacted counsel for SS&C on February 16, 2019. SS&C does not oppose the requested relief. SS&C will not be prejudiced by supplementing with these documents because they have already been cited in the SDMF incorporated into the Opposition.

WHEREFORE, ACM respectfully requests that the Court authorize it to supplement the Opposition with the documents attached at Exhibits 1-5 to the Kernisky Supp. Decl.

Dated: February 18, 2019

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400

---

[1] Capitalized terms have the same meaning as in ACM's Opposition. (ECF No. 177.)

Case No. 17-cv-00790-JAM

    Stamford, CT 06901
    Phone: (203) 905-4500
    Fax: (203) 724-3944
    E-mail: chris.cerrito@hklaw.com

    and

    By: */s/ Allison Kernisky*
    Joseph Mamounas (phv09010)
    joseph.mamounas@hklaw.com
    Allison Kernisky (phv09011)
    allison.kernisky@hklaw.com
    701 Brickell Avenue
    Suite 3300
    Miami, FL 33131
    Telephone: (305) 374-8500
    Facsimile: (305) 789-7799

    *Counsel for ARMOUR Capital Management LP*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 18, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    By: */s/ Allison Kernisky*
     Allison Kernisky (phv09011)

#63395566_v1