IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 17-cv-00790-JAM<br><br>February 18, 2019 |

### SUPPLEMENTAL DECLARATION OF ALLISON KERNISKY

Allison Kernisky declares, pursuant to 28 U.S.C. § 1746:

1. I am a lawyer at Holland & Knight LLP, counsel for Plaintiff, ACM.[1]

2. I submit this declaration in support of ACM's Opposition to SS&C's Motion for Summary Judgment ("Opposition") (ECF No. 177); the SDMF (ECF No. 177-1); the Mountain Declaration (ECF No. 177-2); and the Unopposed Motion to Supplement ACM's Opposition ("Motion to Supplement"), filed contemporaneously herewith.

3. This declaration describes and attaches various documents that are cited in the Opposition, the SDMF, the Mountain Declaration, and the Motion to Supplement.

4. Attached as **Exhibit 1** is a true and correct copy of ACM0013975.

5. Attached as **Exhibit 2** is a true and correct copy of SSC038242-60, SSC045584-611, and SSC046214-16.

6. Attached as **Exhibit 3** is a true and correct copy of SSC0746881.

---

[1] Capitalized terms have the same meaning as in the Opposition. (ECF No. 177.)

Case No. 17-cv-00790-JAM

7. Attached as **Exhibit 4** is a true and correct copy of pages 107-109 from the transcript of Mark Gruber dated Nov. 28, 2017.

8. Attached as **Exhibit 5** is a true and correct copy of page 156 from the transcript of ACM's Rule 30(b)(6) witness dated May 11, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 18, 2019          /s/ Allison Kernisky
            Miami, Florida                  Allison Kernisky (phv09011)