# Exhibit 1

| | |
|---|---|
| **From:** | Jim Mountain |
| **To:** | Mark Gruber |
| **Sent:** | 4/7/2016 6:00:40 PM |
| **Subject:** | FW: Implementation |
| **Attachments:** | ARMOUR Team Schedule.pdf |

---

**From:** Reilly, Timothy [mailto:treilly@sscinc.com]
**Sent:** Wednesday, April 6, 2016 6:17 PM
**To:** Jim Mountain <jrm@armourcap.com>
**Subject:** Implementation

Jim – as Tony shared earlier today, we are committing 6 individuals to completing the Armour implementation. We have consciously ensured 3 individuals on-site at Armour each day until completed. If appropriate we can increase the on-site team or modify who is on-site (depending on what particular needs are each week).

We are also aligned with capping the fees on the project as discussed, which I think you realize in and of itself provides us with significant incentive to wrap-up the project.

With respect to payment timing, could you please revisit releasing the $200,000 I mentioned this am…..and we are ok with the remaining payment aligning with go-live in Q2.

I am in office all day Thursday.

Thanks

Tim

---

**From:** Gonzalez, Tony
**Sent:** Wednesday, April 06, 2016 12:49 PM
**To:** Jim Mountain (jrm@armourcap.com)
**Cc:** Mark Gruber (mrg@armourcap.com); Reilly, Timothy; Pallone, Daniel
**Subject:** Schedule for on-site and remote implementation team

Please see attached.

We are increasing resources and our onsite presence to get this over the line.

Many thanks,

Tony Gonzalez
Vice President, Professional Services
Institutional Consulting & Outsourcing
SS&C Technologies Inc.
1114 Avenue of the Americas l New York, NY 10110
(646) 927-9759
tgonzalez@sscinc.com | www.sscinc.com
Follow us: Twitter | Facebook | LinkedIn



CONFIDENTIAL
ACM0013975