# Exhibit 2

SSC038242-60

Message

| | |
|---|---|
| **From:** | Tzikakos, Lindsey [lindsey.tzikakos@bnymellon.com] |
| **Sent:** | 9/23/2015 1:44:47 PM |
| **To:** | Johnson, Adriana [ajohnson@sscinc.com]; Chacko, Manoj [Mchacko@sscinc.com]; Massih, Daniel [DMassih@sscinc.com] |
| **CC:** | Rice, Scott [srice@sscinc.com]; Leu, Fang H [fang.leu@bnymellon.com]; AIS Information Delivery Services [AISIDS@BNYMELLON.COM] |
| **Subject:** | RE: ARMOUR/BNY Interface - CAMRA |
| **Importance:** | High |

Good morning Adriana & Daniel,

Please be advised all setup is now in place (prefix SSC03RBI) under the following two files name.  Please
let us know you are able to see the files now.

ARMOUR-CAMRA-RECON-TRAN.yymmdd

ARMOUR-CAMRA-RECON-POSITION.yymmdd

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Tzikakos, Lindsey
Sent: Monday, August 24, 2015 3:03 PM
To: Johnson, Adriana; Boothe, Cebert; Chacko, Manoj; Massih, Daniel
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

The request was approved for build on 8/19.  This should be complete in about 4-6 weeks approx..  I will
advise as soon as complete.

Thank you,
Lindsey


Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services Prime Custody Client Solutions T 732-667-2839 Â· M 732-319-
5097 lindsey.tzikakos@bnymellon.com
-----Original Message-----
From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Monday, August 24, 2015 3:00 PM
To: Boothe, Cebert; Chacko, Manoj; Massih, Daniel; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Cebert, Lindsey,

Please provide us with an ETA of when we should expect the change to take place.

Thank you,
Adriana

CONFIDENTIAL                                                                                          SSC038242

```
-----Original Message-----
From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 9:16 AM
To: Chacko, Manoj; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA
```

Thank you Manoj,

It is possible, it will take time as this type of feed at the Bank requires development which means prioritization and resourcing on our side.
We will start the paper work and keep you advised.

Regards,

---------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President Â Â· Â BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â· cebert.boothe@bnymellon.com

```
-----Original Message-----
From: Chacko, Manoj [mailto:Mchacko@sscinc.com]
Sent: Wednesday, August 05, 2015 9:04 AM
To: Boothe, Cebert; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA
```

We would want to maintain all existing connectivity as is.  We are just asking for an addition separate file for Armour.  Armour is a licensed client on our end, whereas most of the other clients we have are hosted.

Let us know if that is or is not possible.


Thanks,
Manoj

```
_____
From: Boothe, Cebert [cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 9:02 AM
To: Chacko, Manoj; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA
```

Hi Manoj,

Is this just a one off request, or is SS&C looking to utilize this one client one file feed for all new CAMRA request?
The current commingled BAU file process has been in use for years, why the change?

Regards,

---------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â· cebert.boothe@bnymellon.com

```
-----Original Message-----
From: Chacko, Manoj [mailto:Mchacko@sscinc.com]
Sent: Wednesday, August 05, 2015 8:38 AM
To: Boothe, Cebert; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA
```

Hi Cebert,

SSC038243

This is to help ensure that only Armour's data is in the file.  The client may need to periodically view the raw files prior to any downstream normalization on our end.  As such, we would want them to view their respective data only and so that they are not accessing other client data.


Thanks,
Manoj

_____
From: Boothe, Cebert [cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 8:31 AM
To: Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Can you indulge us and explain again why you want the Armour accounts to come over in its own file, instead of the commingled standard file?
Based on the below you are receiving the CAMRAs (RBI) files and can extract the Armour account from it.

Daniel,
If we build out a separate CAMRA feed just for the Armour accounts we cannot guarantee that the below credentials will be used, that decision will be made by the BNYM FTP development team.

Regards,

----------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Tuesday, August 04, 2015 4:40 PM
To: Johnson, Adriana; Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Also is the intend to use the same connection that we tested, I mean the following SFTP:
FTX-SERVSH.bnymellon.com
ID: SSCC0001

If so can you setup a separate directory for the ARMOUR files?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


From: Johnson, Adriana
Sent: Tuesday, August 04, 2015 4:07 PM
To: 'Tzikakos, Lindsey'
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

CONFIDENTIAL

We do see a holding for 323151.  Just to be clear when your team makes the change, we expect to receive a file containing only ARMOUR holdings.

Thanks,
Adriana

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 10:07 AM
To: Johnson, Adriana
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

CAMRA-RECON-POSITION.YYMMDD.pgp

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Tuesday, August 04, 2015 9:57 AM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

Can you provide the file name that contains this information?

Thanks,
Adriana

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 9:46 AM
To: Johnson, Adriana
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

These are sent daily.  But only 1 acct has a cash balance.

323151

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Tuesday, August 04, 2015 9:38 AM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

Sure we can check the files, when were they sent?

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 9:35 AM
To: Johnson, Adriana

CONFIDENTIAL

Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Can you check the CAMARA file and advise if you are seeing any data?  We are hoping you could use these files we set up while we submit and await completion of the new request --  as Armour is looking to go-live.

Armour Residential Reit Inc

598036

Sabre Business Insurance LLC

448324

Javelin Mortgage Investment Corp

716116

Lance Indemnity Company LLC

323151

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Tzikakos, Lindsey
Sent: Thursday, July 30, 2015 4:19 PM
To: Johnson, Adriana
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

This account is the only one with activity.  Can you please let us know if you're able to see any data?

323151

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Tzikakos, Lindsey
Sent: Thursday, July 30, 2015 4:08 PM
To: Johnson, Adriana
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Armour Residential Reit Inc

598036

Sabre Business Insurance LLC

448324

CONFIDENTIAL                                                    SSC038246

Javelin Mortgage Investment Corp

716116

Lance Indemnity Company LLC

323151


I will have an ETA soon.

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Thursday, July 30, 2015 3:38 PM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Yes, please begin the set up for a separate feed.  Please let us know your ETA.  Also, what are the
ARMOUR accounts that will be on the files once we begin to receive them?

Thanks,
Adriana


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, July 29, 2015 2:45 PM
To: Massih, Daniel; Plumer, Chaim A; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hello Adriana,

Just wanted to check on status so we can start the set-up, if required.

As mentioned, it would take approx. 6 weeks for completion of the new separate set up.

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, July 27, 2015 5:23 PM
To: Plumer, Chaim A; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Can you or someone from your team get back to Chaim regarding question below.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road

Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Plumer, Chaim A [mailto:chaim.plumer@bnymellon.com]
Sent: Monday, July 27, 2015 4:45 PM
To: Massih, Daniel; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Daniel,

The account has no activity yet, and no holdings. What kind of data are you looking for?

Thank you,
Chaim

Chaim Plumer  Vice President  Â·
BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1365 Â· Mob
732.208.6351  chaim.plumer@bnymellon.com<mailto:chaim.plumer@bnymellon.com>
From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, July 27, 2015 2:32 PM
To: Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Mark,

The accountant reviewed the files and they found that none of the data in the files we downloaded from
the inx and rbi directories contains ARMOUR data.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Kamienowski, Mark [mailto:mark.kamienowski@bnymellon.com]
Sent: Monday, July 27, 2015 9:47 AM
To: Massih, Daniel; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

Though we talked last week I haven't received your final decision. Please advise.
Shall we start a new project that will create a separate pipeline for a CAMRA file for Armour or will you
be able to separate their activity on the present file.

Thanks
Mark


Mark Kamienowski , Vice President
BNY Mellon Alternative Investment Services Client Solutions Telephone 732.667.1363,  Mobile 646.427.3211
Mark.Kamienowski@bnymellon.com<mailto:Mark.Kamienowski@bnymellon.com>
From: Kamienowski, Mark
Sent: Friday, July 17, 2015 5:30 PM
To: 'Massih, Daniel'; Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: ARMOUR/BNY Interface - CAMRA

CONFIDENTIAL

Good afternoon Daniel,

Thanks for the completed questionnaire.

We have been conversing with our tech group and your request will need to start from scratch.
The ETA will 4-6 weeks as Cebert mentioned below.
As a last effort can you attempt to find the Armour activity within the file with all of the other SS and C clients.

Regards
Mark


Mark Kamienowski , Vice President
BNY Mellon Alternative Investment Services Client Solutions Telephone 732.667.1363,  Mobile 646.427.3211
Mark.Kamienowski@bnymellon.com<mailto:Mark.Kamienowski@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Friday, July 17, 2015 5:17 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

See attached. Hopefully this will help in speeding up the process on your end to setup a separate feed for us for the ARMOUR files and to receive them in non PGP format since we will be doing SFTP connection anyways.

Thanks for your help.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Friday, July 17, 2015 5:03 PM
To: Massih, Daniel; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

This is a project request for a new development pipeline. This will be approximately 4-6 weeks to get done. Can you please return the FTP questionnaire I sent to you filled out, so that we can get the process started.

Regards,
-----------------------------------------------------------------------------------------------------
--------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Friday, July 17, 2015 4:15 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

I am working to locate the files, but would be possible to setup a separate feed for the Armour files, either by dropping the Armour files in a separate folder in the same connection or create a new FTP ID

SSC038249

specific for the Armour files, can you please advise if this is possible and an ETA to complete such a request.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 16, 2015 5:53 PM
To: Massih, Daniel; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel
Per our conversation, SSC is getting multiple reconciliation files from BNYM from multiple platforms. The CAMRA files are going to the RBI outbound folder, the files going to the outbound INX folder is from our Inform report platform.

Can you please communicate with your end users to ensure that they are getting and using the necessary reconciliation files for their daily needs.

Regards,

------------------------------------------------------------------------------------------------
--------------------
Cebert Boothe, Vice President  Â· BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 16, 2015 4:39 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

Thanks for looking into this, yes we would like to proceed with non PGP files, this request is specifically regarding the ARMOUR files only. Can you please provide an ETA when the change can take place?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 16, 2015 2:30 PM
To: Massih, Daniel; Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

That was how the original development was requested to be build. For us to change the delivery protocol would require a Recertification request to be filed on our side.

CONFIDENTIAL                                                                    SSC038250

Can you please confirm that if we change the protocol to no PGP this will not interrupt any other process on the SS&C side and please fill out the attached FTP questionnaire and return to us at the earliest.

Regards,
------------------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Wednesday, July 15, 2015 9:37 PM
To: Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; Boothe, Cebert; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

While we are still reviewing the files.

One note regarding these files, we received them in PGP format, since you are delivering them to us via
secured FTP(SFTP) can you please provide them to us in non PGP format?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, July 09, 2015 5:20 PM
To: Maday, Lawrence; Leu, Fang H; Massih, Daniel; Boothe, Cebert; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

Can you please confirm you are all set with the files?

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Maday, Lawrence
Sent: Thursday, July 02, 2015 5:14 PM
To: Leu, Fang H; Massih, Daniel; Boothe, Cebert; Tzikakos, Lindsey; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hello,

Here are the transmission details. The Client logs in to pick up the file:


Jul 1, 2015 10:40:19 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe
&id=557450956>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]

CONFIDENTIAL                                                                            SSC038251

<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557450956> Directory
Monitor Inbound


Jul 1, 2015 10:40:19 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=des
crframe&id=557450955>CAMRA-RECON-POSITION.150701.pgp
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_view.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=show_status_file&id=557450955&offset=0
&length=0&viewbinary=false>


Jul 1, 2015 10:40:20 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe
&id=557450957>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557450957> File
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe
&id=557460344>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460344> Rule
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe
&id=557460346>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460346> Transport
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_send.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&
id=557460348>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460348> Transaction
Mailbox Local Delivery


Jul 2, 2015 6:00:25 AM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow1.gif][http://rsbb.bnymellon.net:8080/ipnet/m
sgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&i
d=557363418>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557363418> Transp. ack.
: SSH Server Download

Type:

SSC038252

Send

Sub-Type:

Transaction Mailbox Local Delivery

Time:

Jul 1, 2015 10:40:21 PM

Status:

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]

Ref. No:

IMail:557460350

Summary:

Document dropped successfully in local mailbox

Related Settings:

Recipient:SFTP Outbound Pickup RBI<https://webmail.sscinc.com/owa/UrlBlockedError.aspx>

Directory: /outbound/rbi/
Type:

Receive

Sub-Type:

SSH Server Download

Time:

Jul 2, 2015 6:00:25 AM

Status:

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]

Summary:

The SFTP Server [RSBB SSH Server 50024] downloaded file [CAMRA-RECON-POSITION.150701.pgp] to userid
[SSCC0001]. The [SSCC0001] user logged in from [170.61.110.10:47741] with security mode [SSH].


Thanks,
Lawrence Maday
File Transmissions


From: Leu, Fang H
Sent: Thursday, July 02, 2015 5:06 PM
To: Massih, Daniel; Boothe, Cebert; Tzikakos, Lindsey; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

The files we sent were not to Inform site.

We NDM files to our internal BizLink server, then our front end place the files SFTP to your company
site, or your people came to web to pull  them out.I will ask our tech to find out the detail..


Hi PS-GES-File transmission tech,

CONFIDENTIAL
SSC038253

Our application NDM files to BizLink and SFTP to client or client came to pick it up, would you be able to find the detail  or we need contact GFDS tech ?  Please advise  Thanks

```
PROC=INOVIS01
NEWNAME=PRBI0ZJR
PDSN=PRBIO1.RBIR.JZZ01N00.PNDM0143
+&TD=CAMRA-RECON-POSITION.YYMMDD
+&PNAME=PRBI0ZJR
+&PREFIX=SSC03RBI              >>>> to SS&C
CASE=YES

Dsn =>/ftxprd1/BNY_MELLON/work_dir_in/395544CAMRA-RECON-POSITION.15070)
        recs => 2,826
```

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 02, 2015 4:52 PM
To: Boothe, Cebert; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

Attached are the files I have downloaded today, of course the original files were in PGP format, I decrypted them, so the attached are the decrypted files, if you want me to email you the encrypted ones also let me know. All attached files have date of 7/2/2015 in them.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 02, 2015 4:45 PM
To: Massih, Daniel; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,
Can you resend with the files you are seeing.

--------------------------------------------------------------------------------------------------------
--------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 02, 2015 4:38 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

The only files I see are in the /outbound/inx/ directory, are these the files we are talking about? can you please provide the file names to make sure we are downloading the right files?
Also they are all PGP files, since this is a secured FTP, is it possible to provide them in non PGP format?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)

CONFIDENTIAL                                                                    SSC038254

```
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, July 02, 2015 9:36 AM
To: Massih, Daniel; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

We just finished adding the accounts to the 2 feeds.  Only 1 acct #323151 had holdings to report.  The
other 3 accts did not have any holdings, and therefore, would not be on the files we group into.

Could you please log on and verify which files you are able to access and send to us to review?

SS&C - User ID: SSCC0001
Server:  FTX-SERVSH.bnymellon.com

Accts Added
598036 (no holdings)
448324 (no holdings)
716116 (no holdings)
323151 (holdings)



Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Wednesday, July 01, 2015 7:52 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Just following up on below, any update? Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Monday, June 08, 2015 12:00 PM
To: Massih, Daniel; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,
```

SSC038255

The files are currently sent in 2 FTP batches.  Both batches include all of their accounts - 1 batch is the positions file and the other are the transactions/cash file.  We will be adding the 4 new accounts to each batch and you can connect with the ftp site/ID below to get the accounts needed.

We will advise when we have the accounts added to the current FTP batches in place.

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, June 04, 2015 6:00 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Lindsey,

Thanks For the information below. We were able to connect with the ftp site/ID you provided.

Can you please create a directory specifically for ARMOUR files, you can call it ARM for example and upload some sample ARMOUR files and let me know so we can test downloading the files.

If you have any questions please let me know.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, June 04, 2015 5:07 PM
To: Boothe, Cebert; Massih, Daniel
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

Below is the existing server and user ID currently utilized.

FTX-SERVSH.bnymellon.com
user ID
SSCC0001<http://rsba.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=update&pk=1564199&pkey=1564145&readonly=false&partyUser=true&returnToStatusScreen=true>

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Boothe, Cebert
Sent: Wednesday, June 03, 2015 10:34 AM
To: Massih, Daniel; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

CONFIDENTIAL

SSC038256

Confirmed, we are looking to utilize the existing connectivity between BNYM and SS&C for the CAMRA files. Once we have confirmed the details from our support group we will pass them onto you for analysis.

Regards,

-------------------------------------------------------------------------------------------------------
----------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Tuesday, June 02, 2015 4:34 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface

Hi Lindsey/Cebert,

Thanks for your call today. As per our conversation, you mentioned that you are not going to use the following FTP site ""FTX-SERVSH.bnymellon.com"" and instead you like to use an existing feed to send us the Armour's files, when ready can you please provide the connection information to start testing.

Please let me know if you have any questions.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, June 02, 2015 11:11 AM
To: Massih, Daniel
Cc: Johnson, Adriana; Chacko, Manoj; Boothe, Cebert
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

What is you availability today to discuss?

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, June 01, 2015 5:19 PM
To: Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj
Subject: ARMOUR/BNY Interface

Hello Lindsey,

My name is Daniel Massih from the OTS department at SS&C Technologies and will be working with you on establishing FTP connectivity with BNY regarding mutual client, Armour. I was working with Nicole Harris from BNY Mellon and we established ftp connectivity via BNY ftp site, below is what I used to establish connectivity with you.

Site: FTX-SERVSH.bnymellon.com
ID:   ARMC0001

And we were able to connect and upload a test file.

Can you let me know if we still can use the above ftp site and ID? If not can you please advise?

Please let me know if you have any questions.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

SSC045584-611

Message

| From: | Tzikakos, Lindsey [lindsey.tzikakos@bnymellon.com] |
|---|---|
| Sent: | 12/18/2015 2:58:25 PM |
| To: | Rice, Scott [srice@sscinc.com]; Johnson, Adriana [ajohnson@sscinc.com] |
| CC: | Leu, Fang H [fang.leu@bnymellon.com]; AIS Information Delivery Services [AISIDS@BNYMELLON.COM]; Massih, Daniel [DMassih@sscinc.com]; Chacko, Manoj [Mchacko@sscinc.com]; McCormick, Michael [MMcCormick@sscinc.com] |
| Subject: | RE: ARMOUR/BNY Interface - CAMRA |

Hi Scott,

Unfortunately, this is all the data that populates to these reports.  You may want to reach out to Armour to see if they could schedule some Workbench reports to be sent to you?

Fang, are you able to pull the CAMRA reports requests?  --- Daily cash activity from 9/1 through 11/30 for each account relating to Armour

Thanks.

-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Friday, December 18, 2015 9:46 AM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj; McCormick, Michael
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

I am just following up to see if there is any update on this?

Also, is there a way you can provide me with the daily cash activity from 9/1 through 11/30 for each account relating to Armour?  Since we have only been receiving the feed for one a  few of the accounts it would be helpful to have a full cash breakdown.

Thanks

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Rice, Scott
Sent: Wednesday, December 16, 2015 1:47 PM
To: 'Tzikakos, Lindsey'; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

We are trying to determine if more descriptive information is available on the cash transactions.  When they come over there is basically just the dollar amount with no reference as to what the items are relating too.  We are trying to determine if information is available and can be fed over to us so we can better identify what these cash items are in reference to.

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]

Sent: Wednesday, December 16, 2015 1:46 PM
To: Rice, Scott; Johnson, Adriana
Cc: Leu, Fang H; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Thanks.  Please let me know your inquiry and I can ask our reporting team.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com


-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Wednesday, December 16, 2015 12:20 PM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Here is an example of one of the files.  I want to discuss the cash "CASH RECEIVE" and "CASH DELIVER"
transactions specifically



Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â  srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, December 16, 2015 12:13 PM
To: Rice, Scott; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Sure. Could you send me the file you are referring to and let me know your availability, and I will send
out an invite.




Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com
-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Wednesday, December 16, 2015 11:51 AM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

I have a few more inquiries on the data you are currently providing.  Is it possible to set up a call in
the next few days to go over the data?

Thanks

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â  srice@sscinc.com
www.ssctech.com


-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, December 10, 2015 4:23 PM
To: Rice, Scott; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Scott,

I will submit the request to have the accounts added and advise once complete.  Please note, the 8400 at
the end of 2 of the accts is not needed, it's the currency code (USD).

352705
716116 (already setup)
716868
352706
598036 (already setup)
716869



Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com


-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Thursday, December 10, 2015 4:10 PM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Thank you for that information Lindsey,

In reviewing data with Armour we also noticed that we are not receiving all of their accounts in the
feed.  You right now are only sending 4 accounts.  Armour has told us they also have the below accounts
at BONY.

JMI
000352705 - Clearing
7161168400 - Custody
000716868 - Reserve


ARR
00352706 - Clearing
5980368400 - Custody
000716869 - Reserve

We will need to get these accounts added as well.  Please let me know if this is something handled in
your area.

Thank you

Â  Scott Rice

CONFIDENTIAL                                                                      SSC045586

```
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326   |   Email:Â srice@sscinc.com
www.ssctech.com
```

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, December 10, 2015 4:03 PM
To: Rice, Scott; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

This CAMRA cash file only contains daily settled/posted transactions/cash, it does not contain beginning
and ending cash balances.  Sorry.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Thursday, December 10, 2015 9:51 AM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

HI Lindsey,

I was reviewing some older issues and wanted to follow up with you on this.

We are seeing a daily cash transaction file, but nothing that has a beginning and ending cash balance.

Is this something that is available to us?

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326   |   Email:Â srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, November 03, 2015 10:19 AM
To: Rice, Scott; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

This is available in the CAMRA feed.  Are you not able to see the files?

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Tuesday, November 03, 2015 9:12 AM
To: Tzikakos, Lindsey; Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Massih, Daniel; Chacko, Manoj

SSC045587

Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

Do you know if a daily cash balance file is available?  If so is it possible to have them sent for September 1 through current day?

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â  srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Monday, October 05, 2015 12:03 PM
To: Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Please find attached the holdings for 8/31, and September's cash files.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Tzikakos, Lindsey
Sent: Monday, October 05, 2015 9:56 AM
To: Johnson, Adriana
Cc: Leu, Fang H; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

We will have to extract in manually from your other file you have set up.  We are working on that now for you and will have it to you shortly.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Monday, October 05, 2015 6:13 AM
To: Tzikakos, Lindsey
Cc: Leu, Fang H; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Do you have an update? We need the files for August by 10/07 the latest.

Let us know.
Thanks,
Adriana

CONFIDENTIAL                                                                              SSC045588

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, October 01, 2015 4:22 PM
To: Rice, Scott; Massih, Daniel; Johnson, Adriana; Chacko, Manoj
Cc: Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

HI Scott - We are looking to see if there is a way to re-populate and back-date Camra files. Will get
back to you as soon as I hear back.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com


-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Thursday, October 01, 2015 4:02 PM
To: Tzikakos, Lindsey; Massih, Daniel; Johnson, Adriana; Chacko, Manoj
Cc: Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

As a follow up to the feeds which are in place I did have one separate question.

Is there any possible way we would be able to obtain the following data from you for Armour?

Holdings as of 8/31/2015
Daily Cash and Activity for September?

We are attempting to bring Armour current on our side and could use this data to expedite our pocess.

Thank you

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â srice@sscinc.com
www.ssctech.com
-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, September 23, 2015 4:25 PM
To: Rice, Scott; Massih, Daniel; Johnson, Adriana; Chacko, Manoj
Cc: Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Great, thank you for confirming.  Please let us know if you need anything else.

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com


-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Wednesday, September 23, 2015 4:24 PM
To: Tzikakos, Lindsey; Massih, Daniel; Johnson, Adriana; Chacko, Manoj

CONFIDENTIAL

SSC045589

Cc: Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

My apologies, I did not see all the other account numbers in the email chain.  This data we received is
for the correct account numbers.

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â  srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, September 23, 2015 4:22 PM
To: Massih, Daniel; Johnson, Adriana; Chacko, Manoj
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

These were all the accounts under ARMOUR we mentioned in the email trail would be in the file.  Is this
not correct?

Armour Residential Reit Inc
598036

Sabre Business Insurance LLC
448324

Javelin Mortgage Investment Corp
716116

Lance Indemnity Company LLC
323151

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services
Prime Custody Client Solutions
T 732-667-2839 Â· M 732-319-5097
lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Wednesday, September 23, 2015 4:15 PM
To: Tzikakos, Lindsey; Johnson, Adriana; Chacko, Manoj
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Our team reviewed the files and they still contain comingled data where they should only contain ARMOUR
data which is account 323151, the idea was to receive a file that contains ARMOUR data only, can you
please look into that and advise when that is corrected and let us know.

Please let me know if you have any questions.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

CONFIDENTIAL

Email:Â Â Â dmassih@sscinc.comÂ Â Â Â Â Â Â Â
Phone:Â Â 860-298-4793


-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, September 23, 2015 9:45 AM
To: Johnson, Adriana; Chacko, Manoj; Massih, Daniel
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA
Importance: High

Good morning Adriana & Daniel,

Please be advised all setup is now in place (prefix SSC03RBI) under the following two files name.  Please
let us know you are able to see the files now.

ARMOUR-CAMRA-RECON-TRAN.yymmdd

ARMOUR-CAMRA-RECON-POSITION.yymmdd

Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services Prime Custody Client Solutions T 732-667-2839 Â· M 732-319-
5097 lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Tzikakos, Lindsey
Sent: Monday, August 24, 2015 3:03 PM
To: Johnson, Adriana; Boothe, Cebert; Chacko, Manoj; Massih, Daniel
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

The request was approved for build on 8/19.  This should be complete in about 4-6 weeks approx..  I will
advise as soon as complete.

Thank you,
Lindsey


Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services Prime Custody Client Solutions T 732-667-2839 Â· M 732-319-
5097 lindsey.tzikakos@bnymellon.com
-----Original Message-----
From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Monday, August 24, 2015 3:00 PM
To: Boothe, Cebert; Chacko, Manoj; Massih, Daniel; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Cebert, Lindsey,

Please provide us with an ETA of when we should expect the change to take place.

Thank you,
Adriana


-----Original Message-----
From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 9:16 AM
To: Chacko, Manoj; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey

Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Thank you Manoj,

It is possible, it will take time as this type of feed at the Bank requires development which means prioritization and resourcing on our side.
We will start the paper work and keep you advised.

Regards,

-----------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â Â· Â BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â· cebert.boothe@bnymellon.com


-----Original Message-----
From: Chacko, Manoj [mailto:Mchacko@sscinc.com]
Sent: Wednesday, August 05, 2015 9:04 AM
To: Boothe, Cebert; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

We would want to maintain all existing connectivity as is.  We are just asking for an addition separate
file for Armour.  Armour is a licensed client on our end, whereas most of the other clients we have are
hosted.

Let us know if that is or is not possible.


Thanks,
Manoj
_____
From: Boothe, Cebert [cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 9:02 AM
To: Chacko, Manoj; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Manoj,

Is this just a one off request, or is SS&C looking to utilize this one client one file feed for all new
CAMRA request?
The current commingled BAU file process has been in use for years, why the change?

Regards,

-----------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â· cebert.boothe@bnymellon.com


-----Original Message-----
From: Chacko, Manoj [mailto:Mchacko@sscinc.com]
Sent: Wednesday, August 05, 2015 8:38 AM
To: Boothe, Cebert; Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,


This is to help ensure that only Armour's data is in the file.  The client may need to periodically view
the raw files prior to any downstream normalization on our end.  As such, we would want them to view
their respective data only and so that they are not accessing other client data.

CONFIDENTIAL

Thanks,
Manoj

_____

From: Boothe, Cebert [cebert.boothe@bnymellon.com]
Sent: Wednesday, August 05, 2015 8:31 AM
To: Massih, Daniel; Johnson, Adriana; Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Can you indulge us and explain again why you want the Armour accounts to come over in its own file,
instead of the commingled standard file?
Based on the below you are receiving the CAMRAs (RBI) files and can extract the Armour account from it.

Daniel,
If we build out a separate CAMRA feed just for the Armour accounts we cannot guarantee that the below
credentials will be used, that decision will be made by the BNYM FTP development team.

Regards,

----------------------------------------------------------------------------------------------------
--------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Tuesday, August 04, 2015 4:40 PM
To: Johnson, Adriana; Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Also is the intend to use the same connection that we tested, I mean the following SFTP:
FTX-SERVSH.bnymellon.com
ID: SSCC0001

If so can you setup a separate directory for the ARMOUR files?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793

From: Johnson, Adriana
Sent: Tuesday, August 04, 2015 4:07 PM
To: 'Tzikakos, Lindsey'
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

We do see a holding for 323151.  Just to be clear when your team makes the change, we expect to receive a
file containing only ARMOUR holdings.

Thanks,
Adriana

CONFIDENTIAL                                                           SSC045593

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 10:07 AM
To: Johnson, Adriana
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

CAMRA-RECON-POSITION.YYMMDD.pgp

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Tuesday, August 04, 2015 9:57 AM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

Can you provide the file name that contains this information?

Thanks,
Adriana

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 9:46 AM
To: Johnson, Adriana
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

These are sent daily.  But only 1 acct has a cash balance.

323151

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Tuesday, August 04, 2015 9:38 AM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Lindsey,

Sure we can check the files, when were they sent?

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, August 04, 2015 9:35 AM
To: Johnson, Adriana
Cc: Chacko, Manoj; Rice, Scott; Massih, Daniel; Leu, Fang H; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

CONFIDENTIAL

SSC045594

Can you check the CAMARA file and advise if you are seeing any data?  We are hoping you could use these files we set up while we submit and await completion of the new request --  as Armour is looking to go-live.

Armour Residential Reit Inc

598036

Sabre Business Insurance LLC

448324

Javelin Mortgage Investment Corp

716116

Lance Indemnity Company LLC

323151


Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Tzikakos, Lindsey
Sent: Thursday, July 30, 2015 4:19 PM
To: Johnson, Adriana
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

This account is the only one with activity.  Can you please let us know if you're able to see any data?

323151


Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Tzikakos, Lindsey
Sent: Thursday, July 30, 2015 4:08 PM
To: Johnson, Adriana
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Armour Residential Reit Inc

598036

Sabre Business Insurance LLC

448324

Javelin Mortgage Investment Corp

716116

Lance Indemnity Company LLC

CONFIDENTIAL

SSC045595

323151

I will have an ETA soon.

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Johnson, Adriana [mailto:ajohnson@sscinc.com]
Sent: Thursday, July 30, 2015 3:38 PM
To: Tzikakos, Lindsey
Cc: Chacko, Manoj; AIS Information Delivery Services; Rice, Scott; Massih, Daniel; Plumer, Chaim A;
Kamienowski, Mark; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Yes, please begin the set up for a separate feed.  Please let us know your ETA.  Also, what are the
ARMOUR accounts that will be on the files once we begin to receive them?

Thanks,
Adriana


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Wednesday, July 29, 2015 2:45 PM
To: Massih, Daniel; Plumer, Chaim A; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hello Adriana,

Just wanted to check on status so we can start the set-up, if required.

As mentioned, it would take approx. 6 weeks for completion of the new separate set up.

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, July 27, 2015 5:23 PM
To: Plumer, Chaim A; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Adriana,

Can you or someone from your team get back to Chaim regarding question below.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793

CONFIDENTIAL                                                          SSC045596

From: Plumer, Chaim A [mailto:chaim.plumer@bnymellon.com]
Sent: Monday, July 27, 2015 4:45 PM
To: Massih, Daniel; Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Daniel,

The account has no activity yet, and no holdings. What kind of data are you looking for?

Thank you,
Chaim

Chaim Plumer  Vice President  Â·
BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1365 Â· Mob
732.208.6351  chaim.plumer@bnymellon.com<mailto:chaim.plumer@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, July 27, 2015 2:32 PM
To: Kamienowski, Mark; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Mark,

The accountant reviewed the files and they found that none of the data in the files we downloaded from
the inx and rbi directories contains ARMOUR data.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793

From: Kamienowski, Mark [mailto:mark.kamienowski@bnymellon.com]
Sent: Monday, July 27, 2015 9:47 AM
To: Massih, Daniel; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

Though we talked last week I haven't received your final decision. Please advise.
Shall we start a new project that will create a separate pipeline for a CAMRA file for Armour or will you
be able to separate their activity on the present file.

Thanks
Mark

Mark Kamienowski , Vice President
BNY Mellon Alternative Investment Services Client Solutions Telephone 732.667.1363,  Mobile 646.427.3211
Mark.Kamienowski@bnymellon.com<mailto:Mark.Kamienowski@bnymellon.com>

From: Kamienowski, Mark
Sent: Friday, July 17, 2015 5:30 PM
To: 'Massih, Daniel'; Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: ARMOUR/BNY Interface - CAMRA

Good afternoon Daniel,

Thanks for the completed questionnaire.

We have been conversing with our tech group and your request will need to start from scratch.

SSC045597

The ETA will 4-6 weeks as Cebert mentioned below.
As a last effort can you attempt to find the Armour activity within the file with all of the other SS and C clients.

Regards
Mark


Mark Kamienowski , Vice President
BNY Mellon Alternative Investment Services Client Solutions Telephone 732.667.1363,  Mobile 646.427.3211
Mark.Kamienowski@bnymellon.com<mailto:Mark.Kamienowski@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Friday, July 17, 2015 5:17 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

See attached. Hopefully this will help in speeding up the process on your end to setup a separate feed for us for the ARMOUR files and to receive them in non PGP format since we will be doing SFTP connection anyways.

Thanks for your help.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Friday, July 17, 2015 5:03 PM
To: Massih, Daniel; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

This is a project request for a new development pipeline. This will be approximately 4-6 weeks to get done. Can you please return the FTP questionnaire I sent to you filled out, so that we can get the process started.

Regards,
---------------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Friday, July 17, 2015 4:15 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

I am working to locate the files, but would be possible to setup a separate feed for the Armour files, either by dropping the Armour files in a separate folder in the same connection or create a new FTP ID specific for the Armour files, can you please advise if this is possible and an ETA to complete such a request.

Thanks.

CONFIDENTIAL

```
Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793
```

From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 16, 2015 5:53 PM
To: Massih, Daniel; Tzikakos, Lindsey; Leu, Fang H
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel
Per our conversation, SSC is getting multiple reconciliation files from BNYM from multiple platforms. The
CAMRA files are going to the RBI outbound folder, the files going to the outbound INX folder is from our
Inform report platform.

Can you please communicate with your end users to ensure that they are getting and using the necessary
reconciliation files for their daily needs.

Regards,

-------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 16, 2015 4:39 PM
To: Boothe, Cebert; Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

Thanks for looking into this, yes we would like to proceed with non PGP files, this request is
specifically regarding the ARMOUR files only. Can you please provide an ETA when the change can take
place?

Thanks.

```
Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793
```

From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 16, 2015 2:30 PM
To: Massih, Daniel; Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

That was how the original development was requested to be build. For us to change the delivery protocol
would require a Recertification request to be filed on our side.
Can you please confirm that if we change the protocol to no PGP this will not interrupt any other process
on the SS&C side and please fill out the attached FTP questionnaire and return to us at the earliest.

Regards,

CONFIDENTIAL                                                                        SSC045599

```
-------------------------------------------------------------------------------------------
--------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Wednesday, July 15, 2015 9:37 PM
To: Tzikakos, Lindsey; Maday, Lawrence; Leu, Fang H; Boothe, Cebert; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

While we are still reviewing the files.

One note regarding these files, we received them in PGP format, since you are delivering them to us via
secured FTP(SFTP) can you please provide them to us in non PGP format?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, July 09, 2015 5:20 PM
To: Maday, Lawrence; Leu, Fang H; Massih, Daniel; Boothe, Cebert; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

Can you please confirm you are all set with the files?

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Maday, Lawrence
Sent: Thursday, July 02, 2015 5:14 PM
To: Leu, Fang H; Massih, Daniel; Boothe, Cebert; Tzikakos, Lindsey; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hello,

Here are the transmission details. The Client logs in to pick up the file:


Jul 1, 2015 10:40:19 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet
/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe
&id=557450956>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557450956> Directory
Monitor Inbound
```

CONFIDENTIAL                                                                                           SSC045600

Jul 1, 2015 10:40:19 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_compound_doc.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=descrframe&id=557450955>CAMRA-RECON-POSITION.150701.pgp
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_view.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=show_status_file&id=557450955&offset=0&length=0&viewbinary=false>


Jul 1, 2015 10:40:20 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557450957>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557450957> File
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460344>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460344> Rule
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460346>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460346> Transport
Processing


Jul 1, 2015 10:40:21 PM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_no_arrow.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_send.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460348>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557460348> Transaction
Mailbox Local Delivery


Jul 2, 2015 6:00:25 AM

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow1.gif][http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_audit.gif]<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557363418>RBI [http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_arrow2.gif] SS&C_CAPITAL
[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]
<http://rsbb.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=auditframe&id=557363418> Transp. ack.
: SSH Server Download

Type:

Send

Sub-Type:

SSC045601

```
Transaction Mailbox Local Delivery

Time:

Jul 1, 2015 10:40:21 PM

Status:

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]

Ref. No:

IMail:557460350

Summary:

Document dropped successfully in local mailbox

Related Settings:

Recipient:SFTP Outbound Pickup RBI<https://webmail.sscinc.com/owa/UrlBlockedError.aspx>


Directory: /outbound/rbi/
Type:

Receive

Sub-Type:

SSH Server Download

Time:

Jul 2, 2015 6:00:25 AM

Status:

[http://rsbb.bnymellon.net:8080/ipnet/msgsrv/images/at_success.gif]

Summary:

The SFTP Server [RSBB SSH Server 50024] downloaded file [CAMRA-RECON-POSITION.150701.pgp] to userid
[SSCC0001]. The [SSCC0001] user logged in from [170.61.110.10:47741] with security mode [SSH].


Thanks,
Lawrence Maday
File Transmissions


From: Leu, Fang H
Sent: Thursday, July 02, 2015 5:06 PM
To: Massih, Daniel; Boothe, Cebert; Tzikakos, Lindsey; PS-GES-File Transmission
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

The files we sent were not to Inform site.

We NDM files to our internal BizLink server, then our front end place the files SFTP to your company
site, or your people came to web to pull  them out.I will ask our tech to find out the detail..


Hi PS-GES-File transmission tech,

Our application NDM files to BizLink and SFTP to client or client came to pick it up, would you be able
to find the detail  or we need contact GFDS tech ?  Please advise  Thanks

PROC=INOVIS01
```

 SSC045602

```
NEWNAME=PRBIOZJR
PDSN=PRBIO1.RBIR.JZZ01N00.PNDM0143
+&TD=CAMRA-RECON-POSITION.YYMMDD
+&PNAME=PRBIOZJR
+&PREFIX=SSC03RBI              >>>> to SS&C
CASE=YES

Dsn=>/ftxprd1/BNY_MELLON/work_dir_in/395544CAMRA-RECON-POSITION.15070)
       recs => 2,826
```

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 02, 2015 4:52 PM
To: Boothe, Cebert; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Cebert,

Attached are the files I have downloaded today, of course the original files were in PGP format, I
decrypted them, so the attached are the decrypted files, if you want me to email you the encrypted ones
also let me know. All attached files have date of 7/2/2015 in them.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Boothe, Cebert [mailto:cebert.boothe@bnymellon.com]
Sent: Thursday, July 02, 2015 4:45 PM
To: Massih, Daniel; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,
Can you resend with the files you are seeing.

------------------------------------------------------------------------------------------------
---------------------
Cebert Boothe, Vice President  Â·  BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, July 02, 2015 4:38 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

The only files I see are in the /outbound/inx/ directory, are these the files we are talking about? can
you please provide the file names to make sure we are downloading the right files?
Also they are all PGP files, since this is a secured FTP, is it possible to provide them in non PGP
format?

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

CONFIDENTIAL                                                                    SSC045603

```
Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793
```

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, July 02, 2015 9:36 AM
To: Massih, Daniel; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services; Leu, Fang H
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

We just finished adding the accounts to the 2 feeds.  Only 1 acct #323151 had holdings to report.  The
other 3 accts did not have any holdings, and therefore, would not be on the files we group into.

Could you please log on and verify which files you are able to access and send to us to review?

SS&C - User ID: SSCC0001
Server:  FTX-SERVSH.bnymellon.com

Accts Added
598036 (no holdings)
448324 (no holdings)
716116 (no holdings)
323151 (holdings)



Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Wednesday, July 01, 2015 7:52 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Lindsey,

Just following up on below, any update? Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

```
Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793
```

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Monday, June 08, 2015 12:00 PM
To: Massih, Daniel; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; AIS Information Delivery Services
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Daniel,

The files are currently sent in 2 FTP batches.  Both batches include all of their accounts - 1 batch is
the positions file and the other are the transactions/cash file.  We will be adding the 4 new accounts to
each batch and you can connect with the ftp site/ID below to get the accounts needed.

We will advise when we have the accounts added to the current FTP batches in place.

CONFIDENTIAL                                                                                    SSC045604

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Thursday, June 04, 2015 6:00 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Lindsey,

Thanks For the information below. We were able to connect with the ftp site/ID you provided.

Can you please create a directory specifically for ARMOUR files, you can call it ARM for example and
upload some sample ARMOUR files and let me know so we can test downloading the files.

If you have any questions please let me know.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793

From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Thursday, June 04, 2015 5:07 PM
To: Boothe, Cebert; Massih, Daniel
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

Below is the existing server and user ID currently utilized.

FTX-SERVSH.bnymellon.com
user ID
SSCC0001<http://rsba.bnymellon.net:8080/ipnet/msgsrv/WebApp?app=msgsrv&cmd=update&pk=1564199&pkey=1564145
&readonly=false&partyUser=true&returnToStatusScreen=true>

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Boothe, Cebert
Sent: Wednesday, June 03, 2015 10:34 AM
To: Massih, Daniel; Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj; Kamienowski, Mark
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

Confirmed, we are looking to utilize the existing connectivity between BNYM and SS&C for the CAMRA files.
Once we have confirmed the details from our support group we will pass them onto you for analysis.

Regards,

CONFIDENTIAL

----------------------------------------------------------------------------------------------------

Cebert Boothe, Vice President  Â· BNY Mellon Alternative Investment Services Prime Custody Client
Solutions Â· Tel 732.667.1172 Â· Mobile 732.666.8427 Â·
cebert.boothe@bnymellon.com<mailto:cebert.boothe@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Tuesday, June 02, 2015 4:34 PM
To: Tzikakos, Lindsey; Boothe, Cebert
Cc: Johnson, Adriana; Chacko, Manoj
Subject: RE: ARMOUR/BNY Interface

Hi Lindsey/Cebert,

Thanks for your call today. As per our conversation, you mentioned that you are not going to use the
following FTP site ""FTX-SERVSH.bnymellon.com"" and instead you like to use an existing feed to send us
the Armour's files, when ready can you please provide the connection information to start testing.

Please let me know if you have any questions.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:    dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:    860-298-4793


From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Tuesday, June 02, 2015 11:11 AM
To: Massih, Daniel
Cc: Johnson, Adriana; Chacko, Manoj; Boothe, Cebert
Subject: RE: ARMOUR/BNY Interface

Hi Daniel,

What is you availability today to discuss?

Thank you,
Lindsey

Lindsey Tzikakos, Sr. Associate
BNY Mellon Alternative Investment Services Prime Custody Client Solutions
Tel: 732-667-2839
lindsey.tzikakos@bnymellon.com<mailto:lindsey.tzikakos@bnymellon.com>

From: Massih, Daniel [mailto:DMassih@sscinc.com]
Sent: Monday, June 01, 2015 5:19 PM
To: Tzikakos, Lindsey
Cc: Johnson, Adriana; Chacko, Manoj
Subject: ARMOUR/BNY Interface

Hello Lindsey,

My name is Daniel Massih from the OTS department at SS&C Technologies and will be working with you on
establishing FTP connectivity with BNY regarding mutual client, Armour. I was working with Nicole Harris
from BNY Mellon and we established ftp connectivity via BNY ftp site, below is what I used to establish
connectivity with you.

Site: FTX-SERVSH.bnymellon.com
ID:   ARMC0001

And we were able to connect and upload a test file.

Can you let me know if we still can use the above ftp site and ID? If not can you please advise?

Please let me know if you have any questions.

Thanks.

Daniel Massih
Outsourcing Technology Services (OTS)
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Email:   dmassih@sscinc.com<mailto:dmassih@sscinc.com>
Phone:   860-298-4793


The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal
entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal
entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal
entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal
entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal
entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for
the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any
information contained therein, by any other person is not authorized. If you are not the intended
recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to
sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no
liability for any damage sustained as a result of viruses.

SSC045607

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

SSC045609

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

CONFIDENTIAL

SSC045610

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

 SSC045611

SSC046214-16

Message
_____

| From: | Rice, Scott [srice@sscinc.com] |
|---|---|
| Sent: | 1/15/2016 3:31:08 PM |
| To: | Mark Gruber (mrg@armourcap.com) [mrg@armourcap.com]; Jonna Terry (jkt@armourcap.com) [jkt@armourcap.com] |
| CC: | Russell, David [DRussell@sscinc.com]; Johnson, Adriana [ajohnson@sscinc.com]; Ford, Ruth [rford@sscinc.com] |
| Subject: | FW: ARMOUR/BNY Interface - CAMRA |

Mark/Jonna,

In an effort to move the catch up process along and build out workflows I had reached out again to BONY
to try and obtain daily cash balances.  You can see below that they have responded with a Workbench
report that we can pull daily.  This report will help all involved when we reconcile BONY cash.

Is it possible for you to contact your client service officer at BONY to grant us access to the Workbench
portal?  If we have access we can pull the data we need and limit the requests we send directly to you
for data.

Please let me know.

Thanks

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |   Mobile:Â  860-550-4326  |   Email:Â  srice@sscinc.com
www.ssctech.com

-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Friday, January 15, 2016 10:08 AM
To: Rice, Scott
Cc: Russell, David; Ford, Ruth; Johnson, Adriana
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi - Armour would need to direct their Client Service officer to give you access on the Workbench portal.
You would then be given a user ID for Workbench to log on with.


Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services Prime Custody Client Solutions T 732-667-2839 Â· M 732-319-
5097 lindsey.tzikakos@bnymellon.com

-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Friday, January 15, 2016 10:06 AM
To: Tzikakos, Lindsey
Cc: Russell, David; Ford, Ruth; Johnson, Adriana
Subject: RE: ARMOUR/BNY Interface - CAMRA

Thanks Lindsey,

Is there any way I can get access to Workbench myself in order to pull the data I am looking for?

If so I think it can expedite SS&C receiving proper data for our client.

Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095

CONFIDENTIAL

8 Office:Â  860-938-4514  |  Mobile:Â  860-550-4326  |  Email:Â srice@ssctinc.com
www.ssctech.com


-----Original Message-----
From: Tzikakos, Lindsey [mailto:lindsey.tzikakos@bnymellon.com]
Sent: Friday, January 15, 2016 10:02 AM
To: Rice, Scott
Cc: Russell, David; Ford, Ruth; Johnson, Adriana
Subject: RE: ARMOUR/BNY Interface - CAMRA

Hi Scott,

I would suggest the 'Settled Cash Balances' GSP report from Workbench.  This will have the beginning and end balances and transactions you are looking for.


Thank you,
Lindsey

Lindsey Tzikakos Â· Sr. Associate
BNY Mellon Â· Alternative Investment Services Prime Custody Client Solutions T 732-667-2839 Â· M 732-319-5097 lindsey.tzikakos@bnymellon.com


-----Original Message-----
From: Rice, Scott [mailto:srice@sscinc.com]
Sent: Friday, January 15, 2016 9:55 AM
To: Tzikakos, Lindsey
Cc: Russell, David; Ford, Ruth; Johnson, Adriana
Subject: ARMOUR/BNY Interface - CAMRA

Lindsey,

We had spoken in the past about the data that we are receiving through your interface for Armour.

I have a follow up as we are trying to get SS&C in line with Armour and caught up to current day.

Currently through the interface we are only receiving transactions and holdings.  We are looking to obtain the daily cash balances for all of the Armour accounts at BONY as we reconcile our cash activity on a daily basis.  If it is not something that is possible to be sent to us on the feed would you be able to direct me to a specific WorkBench report that contains the following daily details?  Beginning and Ending cash balances as well as daily activity.

I would like to be able to go back to Armour if necessary and have them run this report daily but need guidance to ensure they are running the proper report.

Please let me know what can be done.

Thank you


Â  Scott Rice
Consultant | SS&C Technologies, Inc.
80 Lamberton Road | Windsor, CT 06095
8 Office:Â  860-938-4514  |  Mobile:Â  860-550-4326  |  Email:Â srice@ssctinc.com
www.ssctech.com


The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any

information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

CONFIDENTIAL

SSC046216