# Exhibit 3

| From | To | Time | Message |
|---|---|---|---|
| avoutsinas@sscinc.com | srice@sscinc.com | 7/13/2016 5:39:45 PM | yea |
| | | | |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/14/2016 6:30:50 PM | I can run armour when im at the hotel tonight |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/14/2016 6:36:34 PM | up to you or i can run it when i get home |
| | | | |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/14/2016 8:57:43 PM | i just ran glbal for armour |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/14/2016 8:57:51 PM | ok thanks |
| | | | |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/15/2016 11:50:25 AM | if traffic wasnt going to be a mess I would, Maybe in an hour or two, because I basically have nothing to do right now besides send Armour an email on a trade |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/15/2016 11:51:01 AM | yea sometimes id rather sit in a traffic jam |
| | | | |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/15/2016 11:53:59 AM | did you get anything out of it? |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/15/2016 11:54:52 AM | a little bit, enough to know we are screwed with how we set up effective interest, and that there is no way on earth armour is going to be able to deal with how our cash flow process has to be run |
| | | | |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/15/2016 2:11:15 PM | im glad our bosses think I am stupid, yet when I hear all these issues its all stuff we went through on armour and can easily fix now |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/15/2016 2:12:30 PM | youre one of the smartest people here |
| | | | |
| srice@sscinc.com | avoutsinas@sscinc.com | 7/15/2016 9:22:43 PM | of course armour calls me while im on the highway |
| avoutsinas@sscinc.com | srice@sscinc.com | 7/15/2016 9:23:01 PM | saying what? |