# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL CASE NUMBER:   3:17cv00790 (JAM)

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

vs.

SS&C TECHNOLOGIES, INC.,

    Defendant.

_____/

VIDEO DEPOSITION OF MARK GRUBER

DATE:              November 28, 2017

TIME:              10:00 o'clock a.m.

PLACE:             Vero Beach Court Reporters
                  3111 Cardinal Drive, Suite B
                  Vero Beach, Florida  32963

TAKEN BY:          Defendant

REPORTER:          Cynthia L. O'Cain

VIDEOGRAPHER:      Ted Hood

107

1    MR. MAMOUNAS:  Objection.
2    THE WITNESS:  Again, I don't know.
3 BY MR. O'CONNOR:
4    Q   With respect to -- Strike that.
5    During the time that the parties -- Master
6 Agreement was in effect, did ARMOUR have any issues
7 receiving upgrades of CAMRA?
8    MR. MAMOUNAS:  Objection.
9    THE WITNESS:  Yes.
10 BY MR. O'CONNOR:
11   Q   And when was that?
12   A   I know in -- I don't remember the exact timing,
13 but I know that we were told that we weren't receive --
14 we didn't receive upgrades that we needed.  There was
15 also upgrades or reporting packages that we had, we were
16 on an old version and we weren't on the new version.
17   Q   When was that?
18   A   The reporting package issue would have been
19 some time the beginning of this year, 2017.
20   There was another issue on the version we were
21 on, but I can't remember the details on that one.
22   Q   When was that?  And what, if anything, did you
23 do to bring concerns relating to the reporting package of
24 upgrade to the attention of SS&C?
25   A   We had been complaining for, I don't know,

1  could be over a year, that the reports were not tying to
2  what we were seeing in the system.  And that was usually
3  ignored or just said just, you know, they would sweep it
4  under the rug.  They would do something about it.  It
5  wasn't until the beginning of this year when they brought
6  in someone else.  He realized we were on the wrong, you
7  know, reporting package and he needed an upgrade.
8      Q   All right.  So you were complaining for a year
9  about the reporting package?
10     A   We were -- no.  We had complained that what we
11 were seeing in the reports wasn't tying to what we were
12 seeing in the system.
13     Q   And do you have any written records of that?
14         MR. MAMOUNAS:  Objection.
15         THE WITNESS:  There would be emails from
16     somebody.
17 BY MR. O'CONNOR:
18     Q   Emails from who?
19     A   I imagine Jonna Terry, I imagine -- that would
20 have been Jonna.
21     Q   What was Jonna's role in connection with the
22 implementation of CAMRA?
23     A   So Jonna provided all the data.  She was
24 responsible for providing the data to SS&C that they
25 needed, whether it be initial positions or maybe GL

109

1  entries.  But she also did the tie-outs when we received
2  data back from SS&C.
3      Q    What are initial positions?
4      A    Initial positions would be the CUSIPs, book
5  values, and any other data as of a certain date that were
6  loaded into the system to start.
7      Q    Was there anyone within ARMOUR who was, who was
8  assigned to be a project manager with respect to ARMOUR's
9  efforts to implement CAMRA?
10          MR. MAMOUNAS:  Objection.
11          THE WITNESS:  We didn't assign a specific
12      project manager.
13  BY MR. O'CONNOR:
14      Q    Did you have a project team?
15          MR. MAMOUNAS:  Objection.
16          THE WITNESS:  Again, again, we didn't
17      specifically say this is the SS&C team, you know,
18      with the CAMRA implementation team.  You know, there
19      were people who were assigned to work on the
20      implementation.
21  BY MR. O'CONNOR:
22      Q    Who were they?
23      A    Be myself and Jonna.  But also, you know, as
24  time went on, you know -- and it would be, again, Richard
25  Edwards; and Shane Rand; Alicia Hill; Amber Smith;