# Exhibit 5

```
                        CONFIDENTIAL
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF CONNECTICUT
                       NEW HAVEN DIVISION
                   CASE No. 17-CV-00790-JAM


ARMOUR CAPITAL MANAGEMENT LP,

         Plaintiff,

-vs-


SS&C TECHNOLOGIES, INC.,

         Defendant.
_____
                        CONFIDENTIAL
             ** ATTORNEYS' EYES ONLY TESTIMONY **
                  VIDEOTAPED DEPOSITION OF
                JAMES MOUNTAIN and MARK GRUBER,
        REPRESENTATIVES OF ARMOUR CAPITAL MANAGEMENT
                    FED. R. CIV. P. 30(B)(6)



                     Friday, May 11, 2018
                     10:48 a.m. - 6:41 p.m.




                       701 Brickell Avenue,
                           Suite 3300
                       Miami, Florida 33131




Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office   Job #1728423
```

1      THE WITNESS:  I would say that -- in addition
2  to what we've already discussed, I would say that
3  another example of the falseness of that statement
4  and the circumstances that lead us to believe that
5  they knew -- that SS&C knew or should have known of
6  the falseness in 2014 is that, to make the claim
7  that CAMRA is flexible, streamlined automated and
8  simple, is entirely contrary to the user experience
9  that we had -- that our people had in CAMRA in
10 several instances.
11     So, flexible:  As it turns out in the periods
12 from the last half of 2016 through March, April of
13 2017, when the project was terminated, CAMRA
14 demonstrated manifest inflexibility in the -- in
15 its demands for data input format, for example;
16 whether the particular data field had requisite
17 number of decimal places or leading zeros or a
18 space before or after an input, including things
19 where users were inputting data manually in a data
20 input screen, there was apparently no adequate edit
21 checks involved to allow users -- well, CAMRA
22 either didn't accept data in a variety of
23 apparently similar or equivalent formats to a
24 reasonable user or didn't have an edit check that
25 timely corrected those data issues.