Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer

DEPUTY CLERK _____  RPTR/ECRO/TAPE: Diana Huntington

TOTAL TIME: 2 hours 15 minutes

DATE: 2/21/2019   START TIME: 2:08   END TIME: 5:50

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: 2:30   TO: 3:19

CIVIL NO. 17cv790

ARMOUR Capital Mgmt.       J. Mamounas; A. Kernisky

Plaintiff's Counsel

vs

SS&C Techs., Inc.       J. Baughman; N. Ahmed

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [x] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [ ] Miscellaneous Hearing

- [x] #176 Motion for Summary Judgment — [ ] granted  [ ] denied  [x] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] Oral Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] Oral Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] Oral Motion ___ — [ ] granted  [ ] denied  [ ] advisement
- [ ] Oral Motion ___ — [ ] granted  [ ] denied  [ ] advisement

[ ] Briefs(s) due ___  [ ] Proposed Findings due ___  Response due ___

[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed
[ ] ___ [ ] filed [ ] docketed

[ ] Hearing continued until ___ at ___

Notes: