UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                            Case No. 07-cv-0790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## AFFIDAVIT OF DANIEL MATEO

I, Daniel Mateo, being duly sworn, depose and say:

1.    I am an attorney with the law firm of Holland & Knight LLP, 2929 Arch Street, Suite 800, Philadelphia, PA 19104, telephone: (215) 252-9543, facsimile: (215) 867-6070, and email: daniel.mateo@hklaw.com. Pursuant to D. Conn. L. Civ. R. 83.1(d), I offer this affidavit in support of the motion for my admission *pro hac vice* in this action.

2.    I am a member in good standing of the Bar of the State of New Jersey, admitted on December 22, 1993, Bar No. 026331993. I am also eligible to practice before the following courts:

| **Court** | **Date of Admission** |
|---|---|
| United States District Court for the District of New Jersey | January 3, 1994 |
| United States Court of Appeals for the Third Circuit | December 5, 2011 |

3.    There are no pending disciplinary complaints against me.

4.    I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I affirm that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Pursuant to Local Rule 83.1(d)(4), I will promptly file with the Clerk of the Court a certificate of good standing from the New Jersey Bar.

7. I designate my sponsoring attorney, Christopher M. Cerrito of Holland & Knight, LLP, One Stamford Plaza, 263 Tressler Boulevard, Suite 1400, Stamford, CT 06901, telephone: (203) 905-4500, facsimile: (203) 724-3944, and email: chris.cerrito@hklaw.com, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Daniel Mateo

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

The foregoing instrument was acknowledged before me this 4th day of October 2019, by Daniel Mateo, who is personally known to me or has produced _____ as Identification.

(SEAL)

_____
NATALIE McCAFFERTY
Notary Public-State of Pennsylvania
Commission Number: 1244955

**COMMONWEALTH OF PENNSYLVANIA**
**NOTARIAL SEAL**
NATALIE McCAFFERTY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 23, 2020