UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                                        Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF DANIEL MATEO

THIS CAUSE came before the Court on the Motion for Admission *Pro Hac Vice* of Daniel Mateo as Counsel for Plaintiff (the "Motion"). Having reviewed the Motion and being fully advised in the premises, it is hereby ORDERED that:

1.     The Motion is GRANTED.

2.     Daniel Mateo is admitted to appear and participate in this action as counsel on behalf of Plaintiff, ARMOUR Capital Management LP.

**DONE AND ORDERED** in Chambers at Hartford County, Connecticut this _____ day of October 2019.

                                                      _____
                                                      Jeffrey A. Meyer
                                                      United States District Judge

cc:  All Parties and Counsel of Record