UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                                                                                                  Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

**CONSENT MOTION FOR BRIEF EXTENSIONS OF TIME TO FILE JOINT TRIAL MEMORANDUM AND OPPOSITIONS TO MOTIONS IN LIMINE**

      Plaintiff, Armour Capital Management LP ("ACM"), with the consent of Defendant, SS&C Technologies Inc. ("SS&C"), files this Motion for Brief Extensions of Time to file Joint Trial Memorandum ("JTM") and Oppositions to Motions in Limine, and in support states the following:

      On September 11, 2019, the Court entered an Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment. (ECF No. 194.) The Court instructed the parties to file the JTM and related materials by November 15, 2019. (*Id*. at 18.) ACM, with SS&C's consent, respectfully requests that such deadline be extended to November 22, 2019, and, as SS&C requested, the deadline to file oppositions to motions in limine be extended to December 4, 2019.

      There is good cause for these extensions.

      ACM's lead counsel will be taking depositions in South Korea the entire week of November 11 to 15, 2019, in a matter pending before the U.S. District Court in the District of New Jersey. These depositions were confirmed only within the past week. Thus, counsel for ACM will be unavailable during the week of November 11, warranting a brief extension of the November 15 deadline. Further, under the Court's Instructions for Joint Trial Memorandum, "[a]ll memoranda in opposition to a motion in limine must be filed within seven (7) days of the date on which the

Joint Trial Memorandum is filed," meaning that oppositions to motions in limine filed on November 22 would be due on November 29, 2019, the day after Thanksgiving. Given that holiday, ACM, with SS&C's consent and at its request, respectfully requests that oppositions to motions in limine be due on December 4. This is ACM's first request to extend the deadlines relating to the JTM and oppositions to motions in limine. The extensions are sought in good faith.

WHEREFORE, ACM respectfully requests that the Court extend the deadline to file the JTM and related materials to November 22, 2019, extend the deadline to file oppositions to motions in limine to December 4, 2019, and grant it such further just and proper relief.

Dated: October 29, 2019	Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

and

Daniel Mateo (New Jersey Bar No. 026331993)
*Pro Hac Vice* application pending
daniel.mateo@hklaw.com
2929 Arch Street
Suite 800

Philadelphia, PA  19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070

*Attorneys for ARMOUR Capital Management LP*

## **CERTIFICATION**

I hereby certify that on October 29, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph J. Mamounas*
Joseph J. Mamounas (phv09010)