UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>                        Plaintiff,<br><br>- against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>                        Defendant. | 3:17-cv-00790-JAM<br><br><br><br>NOVEMBER 7, 2019 |

**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves this court to permit the appearance *pro hac vice* of Robert A. Atkins, for the purpose of representing it in this action. In support of its motion, Defendant attaches the Affidavit of Robert A. Atkins as Exhibit A and states as follows:

1. Robert A. Atkins is a member in good standing of the Bar of the State of New York. Mr. Atkins has never been disciplined, suspended or disbarred by any court. Mr. Atkins is a Partner with Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 and has been retained to represent the interests of Defendant in this matter.

2. Mr. Atkins agrees to be bound by the Local Rules of Civil Procedure.

3. The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders, and pleadings may be served.

59280388 v1

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit the appearance *pro hac vice* of Robert A. Atkins to serve as counsel for the Defendant.

    Respectfully submitted,

    THE DEFENDANT,

    SS&C TECHNOLOGIES, INC.

By: /s/ *Alexa T. Millinger*
    Jeffrey J. Mirman
    Alexa T. Millinger
    Hinckley, Allen & Snyder LLP
    20 Church Street, 18th Floor
    Hartford, Connecticut 06103
    jmirman@hinckleyallen.com
    amillinger@hinckleyallen.com
    Telephone: (860) 331-2762
    Facsimile: (860) 278-3802

    *Attorneys for Defendant*
    *SS&C Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Alexa T. Millinger*
      Alexa T. Millinger (ct29800)

59280388 v1