UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, <br><br>   Plaintiff, <br><br> - against - <br><br> SS&C TECHNOLOGIES, INC., <br><br>   Defendant. | 3:17-cv-00790-JAM <br><br><br><br><br><br> November 6, 2019 |

### AFFIDAVIT OF ROBERT A. ATKINS

I, Robert A. Atkins, depose and state as follows:

1. I am an attorney at law and a member in good standing of the Bar of the State of New York. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

2. I am a Partner with Paul, Weiss, Rifkind, Wharton & Garrison, LLP. My business address and telephone number is 1285 Avenue of the Americas, New York, New York 10019-6064; Tel: (212) 373-3986 Fax: (212) 492-0630. My email address is ratkins@paulweiss.com.

3. I am admitted to practice in the State Court of New York. My New York Bar No. is 2210771. I am also admitted to practice in U.S. District Court, Southern District of New York (no bar number assigned), Eastern District of New York (no bar number assigned), U.S. District Court, District of Colorado (no bar number assigned), U.S. District Court, District of Nevada (no bar number assigned), U.S. District Court, Eastern District of Michigan (no bar number assigned), U.S. District Court, Northern District of Florida (no bar number assigned), U.S. Court of Appeals, Second Circuit (bar no. 08-194046), U.S. Court of Appeals, Third Circuit (no bar

number assigned), U.S. Court of Appeals, Fourth Circuit (no bar number assigned), U.S. Court of Appeals, Fifth Circuit (no bar number assigned), U.S. Court of Appeals, Seventh Circuit (no bar number assigned), U.S. Court of Appeals, Eleventh Circuit (no bar number assigned), and the U.S. Supreme Court (bar no. 295667).

4. I am an attorney in good standing and am eligible to practice before the above-mentioned courts.

5. I am not currently suspended or disbarred in any jurisdiction and have never been suspended or disbarred in any jurisdiction.

6. There are no pending disciplinary complaints against me such as to which a finding has been made that such complaint should proceed to a hearing. I am not currently the subject of any pending disciplinary matter and have never been the subject of any disciplinary matter.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I request that I be admitted to appear *pro hac vice* to represent the Defendant SS&C Technologies, Inc. in this matter.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and agree to be subject to those rules.

10. I designate Alexa T. Millinger, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice*.

_____
Robert A. Atkins

STATE OF NEW YORK        )
                         )
COUNTY OF New York       )

SAMUEL F. PAINE
Notary Public, State of New York
No. 01PA6395557
Qualified in New York County
Commission Expires July 29, 2023

Subscribed and sworn to personally before me this __6__ day of November, 2019.

_____
Notary Public

3

Doc#: US1:13301425v1