AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut ▼

| | | |
|---|---|---|
| ARMOUR Capital Management LP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-00790-JAM |
| SS&C Technologies, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SS&C Technologies, Inc.

Date:   11/13/2019

*Attorney's signature*

Robert A. Atkins - Bar no. phv06954
*Printed name and bar number*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Address*

ratkins@paulweiss.com
*E-mail address*

(212) 373-3630
*Telephone number*

(212) 492-0183
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Robert A. Atkins (phv06954)
ratkins@paulweiss.com