UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                        Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

**JOINT MOTION FOR FURTHER BRIEF EXTENSIONS OF TIME TO FILE
JOINT TRIAL MEMORANDUM AND OPPOSITIONS TO MOTIONS IN LIMINE**

    Plaintiff, Armour Capital Management LP ("ACM"), and Defendant, SS&C Technologies Inc. ("SS&C"), jointly file this Motion for Further Brief Extensions of Time to File the Joint Trial Memorandum ("JTM") and Oppositions to Motions in Limine, and in support state:

    On October 30, 2019, the Court entered an Order briefly extending the deadline to file the JTM and related materials until November 22, 2019, and the deadline to file oppositions to the motions in limine until December 4, 2019. (ECF No. 198.) The parties jointly request that the deadlines be extended to November 27, 2019, and December 10, 2019, respectively.

    There is good cause for these extensions.

    The parties have been working diligently to prepare the JTM and related materials. Between November 15 and November 19, 2019, the parties have exchanged materials to be included in the JTM including exhibits and exhibit lists, deposition designations, proposed jury instructions, brief descriptions of the case and parties, and witness lists.

    Due to the volume of exhibits, witnesses, and jury instructions, and in light of the parties' anticipated objections and intention to engage in a meaningful meet and confer process to narrow the contested issues as much as possible, the parties jointly request a brief extension of time such

that the JTM and related materials be due on November 27 and the oppositions to motions in limine be due on December 10. This is the first joint request to extend these deadlines. The extensions are sought in good faith.

WHEREFORE, the parties jointly request that the Court extend the deadline to file the JTM and related materials to November 27, 2019, and extend the deadline to file the oppositions to motions in limine to December 10, 2019.

Dated: November 20, 2019

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s Allison Kernisky*
Christopher M. Cerrito (ct17183)
chris.cerrito@hklaw.com
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Telephone: (203) 905-4500
Facsimile: (203) 724-3944

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Daniel Mateo (admitted *pro hac vice*)
daniel.mateo@hklaw.com
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070

*Attorneys for Plaintiff, ARMOUR Capital Management LP*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s Joshua D. Kaye*
Robert A. Atkins (phv06954)
Jeffrey J. Recher (phv10364)
Joshua D. Kaye (ct30854)
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
ratkins@paulweiss.com
jrecher@paulweiss.com
jkaye@paulweiss.com

**HINCKLEY, ALLEN & SNYDER LLP**

Kevin J. O'Connor
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394
Facsimile: (617) 345-9020
Jeffrey J. Mirman
Alexa T. Millinger
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone: (860) 331-2762

*Attorneys for Defendant, SS&C Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  πNotice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Allison Kernisky*
Allison Kernisky (phv09011)