UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>        Plaintiff,<br><br>- against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>        Defendant. | 3:17-cv-00790-JAM<br><br><br><br>NOVEMBER 25, 2019 |

## MOTION FOR ADMISSION *PRO HAC VICE*

    Pursuant to D. Conn. L. Civ. R. 83.1(d), the Defendant SS&C Technologies, Inc. ("Defendant"), by and through undersigned counsel, respectfully moves this court to permit the appearance *pro hac vice* of Jeannie S. Rhee, for the purpose of representing it in this action. In support of its motion, Defendant attaches the Affidavit of Jeannie S. Rhee as Exhibit A and states as follows:

    1.  Jeannie S. Rhee is a member in good standing of the Bar of the District of Columbia. Ms. Rhee has never been disciplined, suspended or disbarred by any court. Ms. Rhee is a Partner with Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 2001 K Street, NW Washington, DC 20006-1047 and has been retained to represent the interests of Defendant in this matter.

    2.  Ms. Rhee agrees to be bound by the Local Rules of Civil Procedure.

    3.  The undersigned counsel maintains an office within the State of Connecticut and will be counsel upon whom all notices, orders, and pleadings may be served.

WHEREFORE, the Defendant respectfully requests that this Honorable Court permit the appearance *pro hac vice* of Jeannie S. Rhee to serve as counsel for the Defendant.

        Respectfully submitted,

        THE DEFENDANT,

        SS&C TECHNOLOGIES, INC.

By:    /s/ *Alexa T. Millinger*
      Jeffrey J. Mirman
      Alexa T. Millinger
      Hinckley, Allen & Snyder LLP
      20 Church Street, 18th Floor
      Hartford, Connecticut 06103
      jmirman@hinckleyallen.com
      amillinger@hinckleyallen.com
      Telephone: (860) 331-2762
      Facsimile: (860) 278-3802

*Attorneys for Defendant*
*SS&C Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/  *Alexa T. Millinger*
    Alexa T. Millinger (ct29800)