UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>        Plaintiff,<br><br>  - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>        Defendant. | 3:17-cv-00790-JAM<br><br><br><br>November 25, 2019 |

**AFFIDAVIT OF JEANNIE S. RHEE**

I, Jeannie S. Rhee, depose and state as follows:

1. I am an attorney at law and a member in good standing of the Bar of the District of Columbia. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

2. I am a Partner with Paul, Weiss, Rifkind, Wharton & Garrison, LLP. My business address and telephone number is 2001 K Street, NW, Washington, DC 20006-1047; Tel: (202) 223-7466 Fax: (202) 330-5012. My email address is jrhee@paulweiss.com.

3. I am admitted to practice in the District of Columbia. My District of Columbia Bar No. is 464127.

4. I am an attorney in good standing and am eligible to practice before the above-mentioned court.

5. I am not currently suspended or disbarred in any jurisdiction and have never been suspended or disbarred in any jurisdiction.

6. There are no pending disciplinary complaints against me such as to which a finding has been made that such complaint should proceed to a hearing. I am not currently the

subject of any pending disciplinary matter and have never been the subject of any disciplinary matter.

7. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

8. I request that I be admitted to appear *pro hac vice* to represent the Defendant SS&C Technologies, Inc. in this matter.

9. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and agree to be subject to those rules.

10. I designate Alexa T. Millinger, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice*.

_____
Jeannie S. Rhee

DISTRICT OF COLUMBIA    )
                        )
                        )

Subscribed and sworn to personally before me this 25th day of November, 2019.

_____
Notary Public

ANGELA L. WOODEN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2024

2

Doc#: US1:13342654v1