UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>        Plaintiff,<br><br>   - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>        Defendant. | 3:17-cv-00790-JAM |

### DEFENDANT SS&C'S MOTION *IN LIMINE* TO EXCLUDE STEVEN KURSH

    Defendant SS&C Technologies ("SS&C"), by and through undersigned counsel, respectfully moves this Court to grant its motion *in limine* to exclude Steven Kursh pursuant to Federal Rule of Evidence 702. SS&C relies on the accompanying memorandum of law in support of this motion and the exhibits attached to that memorandum.

Dated: New York, New York
     November 27, 2019

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Robert A. Atkins
   Robert A. Atkins
   Jeannie S. Rhee
   Jeffrey J. Recher
   Joshua D. Kaye
   1285 Avenue of the Americas
   New York, New York 10019
   ratkins@paulweiss.com
   jrhee@paulweiss.com
   jrecher@paulweiss.com
   jkaye@paulweiss.com
   Telephone: (212) 373-3000

ORAL ARGUMENT REQUESTED

2

        Kevin J. O'Connor
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        koconnor@hinckleyallen.com
        Telephone: (617) 378-4394

        Jeffrey J. Mirman
        Alexa T. Millinger
        Hinckley, Allen & Snyder LLP
        20 Church Street, 18th Floor
        Hartford, Connecticut 06103
        jmirman@hinckleyallen.com
        amillinger@hinckleyallen.com
        Telephone: (860) 331-2762

        *Attorneys for Defendant*
        *SS&C Technologies, Inc.*

## **CERTIFICATION**

  I HEREBY CERTIFY THAT ON November 27, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

              /s/ Robert A. Atkins
              Robert A. Atkins