# Exhibit 1

## Attached to Defendant's Memorandum of Law in Support of its Motion to Exclude Steven Kursh

# [FILED UNDER SEAL]