UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>                    Plaintiff,<br><br>      - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>                    Defendant. | 3:17-cv-00790-JAM |

## DEFENDANT'S OMNIBUS MOTION *IN LIMINE*

Defendant SS&C Technologies ("SS&C"), by and through undersigned counsel, respectfully moves this Court to grant its omnibus motion *in limine* seeking to preclude Armour Capital Management LP ("ACM") from (1) seeking a punitive damages award; (2) seeking damages based on ACM's "lost employee time"; (3) characterizing SS&C as lying or making intentional misrepresentations; (4) trying a breach of contract or warranty case; (5) offering evidence, argument or testimony regarding Bimini Capital Management; (6) asserting that seven statements constitute actionable misrepresentations; and (7) introducing electronic chats exchanged by SS&C employees.  SS&C seeks this relief pursuant to Federal Rules of Evidence 401, 402, 403 and 404.  SS&C relies on the accompanying memorandum of law in support of this omnibus motion and the exhibits to that memorandum.

Dated:  New York, New York  
         November 27, 2019

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Robert A. Atkins  
      Robert A. Atkins  
      Jeannie S. Rhee

ORAL ARGUMENT REQUESTED

        Jeffrey J. Recher
        Joshua D. Kaye
        1285 Avenue of the Americas
        New York, New York 10019
        ratkins@paulweiss.com
        jrhee@paulweiss.com
        jrecher@paulweiss.com
        jkaye@paulweiss.com
        Telephone: (212) 373-3000

        Kevin J. O'Connor
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        koconnor@hinckleyallen.com
        Telephone: (617) 378-4394

        Jeffrey J. Mirman
        Alexa T. Millinger
        Hinckley, Allen & Snyder LLP
        20 Church Street, 18th Floor
        Hartford, Connecticut 06103
        jmirman@hinckleyallen.com
        amillinger@hinckleyallen.com
        Telephone: (860) 331-2762

        *Attorneys for Defendant*
        *SS&C Technologies, Inc.*

## **CERTIFICATION**

     I HEREBY CERTIFY THAT ON November 27, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Robert A. Atkins
                                          Robert A. Atkins