# Exhibit 2

Message

| | |
|---|---|
| **From**: | Pallone, Daniel [DPallone@sscinc.com] |
| **Sent**: | 11/17/2016 5:09:02 AM |
| **To**: | Reilly, Timothy [treilly@sscinc.com] |
| **Subject**: | Fwd: Armour |

I had Jason reach out to Armour to get a sense of the timing to get the final $100k. His feedback to Sasha is below. Jason did not say this but Mark said the CS team is not adding a lot of value, same comments as we heard in the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

We will lose the REIT franchise if we don't address the CS issue with the license clients, this was going on prior to Steve's passing.

I have ideas if you want to hear them.

I am not confident we will get $100k by year end with the current support model.

Dan Pallone
973-476-3928

Begin forwarded message:

> **From:** "Holmes, Jason" <jholmes@sscinc.com>
> **Date:** November 16, 2016 at 1:44:55 PM PST
> **To:** "DeMarino, Sasha" <SDeMarino@sscinc.com>
> **Cc:** "Pallone, Daniel" <DPallone@sscinc.com>
> **Subject: Armour**
>
> Hi Sasha,
>
> I just had a conversation with Mark Gruber at Armour. I was calling to touch base on an outstanding invoice but he wanted to talk about their current status (October not closed and sitting on a system date of 11/7).
>
> Mark voiced his displeasure with the Client Support group, mainly around lapses in communication and his perceived abilities of the individuals Armour has been dealing with. He did acknowledge that the loss of Steve D. may have played into some of the miscommunication.
>
> Mark also acknowledged that it was an error that Armour made in the settlement of MBS payments that started the process of them falling behind.
>
> Mark mentioned that he had been in contact with you and that there was a plan to get them current. If SS&C resources are needed, Fathima Mahamoon from the REIT team would have some capacity over the next week to assist. Fathima is familiar with the account and processing. Let us know if we can assist.
>
> A couple of items that Mark wanted me to follow up on:
>
> - In the event they have to break their nightly process again for any reason, what the course of action should be
> - Is there a log of outstanding tickets that are open relating to Armour?

CONFIDENTIAL

SSC146951

ACM EXHIBIT-194
Case no. 3:17-cv-00790-JAM

If you have time tomorrow, we can touch base by phone or in person if you are in office.

Thank you

CONFIDENTIAL

SSC146952

ACM EXHIBIT-194
Case no. 3:17-cv-00790-JAM