# Exhibit 6

## Attached to Defendant's Memorandum of Law in Support of its Omnibus *Motion in Limine*

# [FILED UNDER SEAL]