# EXHIBITS 1-9
# REDACTED
# FILED UNDER SEAL