# EXHIBITS 1-2 REDACTED FILED UNDER SEAL