# EXHIBITS 1-4 REDACTED FILED UNDER SEAL