# EXHIBIT D

ARMOUR Capital Management LP ("ACM") v. SS&C Technologies, Inc. ("SS&C")
Plaintiff's Exhibit List

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 1. | Press Release re: SS&C Launching REIT Servicing Group | 4/24/2014 | | Moore Dep. Ex. 2, Reilly Dep. Ex. 2, Gruber Dep. Ex. 10, ACM 30(b)(6) Ex. 9 | |
| 2. | E-mails between D. Moore and J. Mountain re: SS&C REIT Brochure 2014 | 5/13/2014 | SSC000009-14 | Moore Dep. Ex. 4, Mountain Dep. Ex. 6 | |
| 3. | E-mails between D. Moore and J. Mountain re: Initial SS&C Inquiry | 5/14/2014 | SSC000020-23 | Moore Dep. Ex. 3 | |
| 4. | E-mails between D. Moore and J. Mountain re: S&C Inquiry | 5/19/2014 | SSC000043-48 | Spicer Dep. Ex. 3 | |
| 5. | E-mails between D. Moore and J. Mountain re: Initial Meeting in NYC | 5/27/2014 | SSC000063-64 | Moore Dep. Ex. 5 | |
| 6. | E-mail Coordinating SS&C ACM NYC Meeting | 5/28/2014 | SSC000190-91 | Spicer Dep. Ex. 4 | |
| 7. | E-mail From T. Spicer to D. Moore Listing CAMRA Questions | 5/29/2014 | SSC000199-200 | Spicer Dep. Ex. 5 | |
| 8. | ACM Technical/System Questions | 5/30/2014 | SSC000205-06 | Spicer Dep. Ex. 6 | |
| 9. | Presentation – Introduction to SS&C Technologies | 6/2/2014 | ACM0025350-60 | Moore Dep. Ex. 6, Fecteau Dep. Ex. 4, Reilly Dep. Ex. 3, Mountain Dep. Ex. 5, Gruber Dep. Ex. 2, ACM 30(b)(6) Ex. 4, Kursh Dep. Ex. 9 | |
| 10. | J. Fecteau Handwritten Notes from 6/2/2014 ACM Meeting | 6/2/2014 | SSC056606-07 | Fecteau Dep. Ex. 3 | |
| 11. | E-mails between D. Moore and D. Linehan re: ACM Being a CAMRA License Opportunity and Possible Hosting Client | 6/4/2014 | SSC000272-73 | | |
| 12. | E-mails between D. Moore and J. Mountain re: Initial Meeting in NYC and CAMRA Being Right Fit for ACM | 6/4/2014 | SSC000276-80 | Moore Dep. Ex. 8, Reilly Dep. Ex. 6, Gruber Dep. Ex. 3 | |
| 13. | E-mail From T. Spicer to D. Moore re: CAMRA Questions | 6/4/2014 | SSC000267-69 | Spicer Dep. Ex. 7 | |
| 14. | SS&C Article re: New REIT Service | 6/8/2014 | | Reilly Dep. Ex. 1 | FRE 402; FRE 802 |
| 15. | Calendar Invite re: 6/10 Call between SS&C and ACM | 6/9/2014 | SSC135265 | Spicer Dep. Ex. 8 | |
| 16. | D. Moore E-mails re: 6/10 Call w/ T. Spicer | 6/10/2014 | SSC000376-77 | Moore Dep. Ex. 10 | |
| 17. | Chain E-mail between J. Mountain, D. Moore, and M. Gruber re: CAMRA Modules and Systems | 6/19/2014 | SSC000405-418 | Spicer Dep. Ex. 14, Kursh Dep. Ex. 14 | |
| 18. | D. Moore Sales Pipeline | 6/20/2014 | | Moore Dep. Ex. 21 | |
| 19. | E-mails between J. Mountain and N. Larson re: new accounting systems | 7/21/2014 | ACM0049005 | ACM 30(b)(6) Ex. 13 | |
| 20. | E-mails between J. Mountain and N. Larson re: new accounting systems | 7/24/2014 | ACM0048975 | ACM 30(b)(6) Ex. 13 | FRE 802 |
| 21. | J. Mountain E-mails re: Advent Discovery Call | 7/29/2014 | ACM0048994 | ACM 30(b)(6) Ex. 13 | |
| 22. | J. Mountain and N. Larson E-mails re: Advent and Clearwater | 7/29/2014 | ACM0049004 | ACM 30(b)(6) Ex. 13 | FRE 802 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 23. | E-mails between J. Mountain and I. Grow re: Advent Call | 7/30/2014 | ACM0048995-96 | ACM 30(b)(6) Ex. 13 | |
| 24. | E-mails between J. Mountain and N. Larson re: Pricing | 8/1/2014 | ACM0049002 | ACM 30(b)(6) Ex. 13 | FRE 802 |
| 25. | E-mails between D. Orszulak and D. Moore re: POC Clarification Call with ACM | 8/1/2014 | SSC147487 | Johnson Dep. Ex. 2 | FRE 106 |
| 26. | E-mails between J. Mountain and N. Larson re: scheduling call | 8/5/2014 | ACM0049006 | ACM 30(b)(6) Ex. 13 | |
| 27. | E-mails between J. Mountain and N. Larson re: scheduling call | 8/6/2014 | ACM0049003 | ACM 30(b)(6) Ex. 13 | |
| 28. | D. Moore E-mails to D. Johnson re: ACM POC timeline | 8/6/2014 | SSC001421-23 | Johnson Dep. Ex. 1 | |
| 29. | E-mails between J. Mountain and M. Gruber re: Advent Geneva Demonstration | 8/12/2014 | ACM0048985 | ACM 30(b)(6) Ex. 13 | |
| 30. | E-mails between J. Mountain and I. Grow re: Advent Geneva Demonstration | 8/12/2014 | ACM0048998-99 | ACM 30(b)(6) Ex. 13 | |
| 31. | E-mails between J. Mountain and I. Grow re: Advent Geneva Demonstration | 8/13/2014 | ACM0049000-01 | ACM 30(b)(6) Ex. 13 | |
| 32. | E-mails between J. Quinn and D. Moore re: Presenters for ACM | 8/18/2014 | SSC000569 | | |
| 33. | E-mail from D. Moore to M. Gruber and J. Mountain re: Results of Proof of Concept | 8/26/2014 | SSC000694-696 | Moore Dep. Ex. 11, Gruber Dep. Ex. 5 | |
| 34. | PowerPoint Presentation re: Demonstration of CAMRA and Proof of Concepts Results | 8/27/2014 | SSC135290 | | |
| 35. | SS&C Agenda for Presentation of CAMRA to ACM | 8/27/2014 | SSC001453 | Spicer Dep. Ex. 11 | |
| 36. | E-mail From D. Moore to D. Cossin re: Derivatives for ACM and CAMRA Being Licensing Opportunity That Could Evolve | 8/28/2014 | SSC000730 | | |
| 37. | Internal E-mail From D. Moore re: ACM Considering Hosting w/ SS&C and Potential "Hybrid" Relationship | 8/29/2014 | SSC000738 | | |
| 38. | E-mail from D. Moore re: ACM Next Steps | 8/29/2014 | SSC001511 | Moore Dep. Ex. 22 | FRE 106 |
| 39. | E-mails between J. Mountain and I. Grow re: Geneva Sizing Questionnaire | 9/3/2014 | ACM0046515 | ACM 30(b)(6) Ex. 13, Spicer Dep. Ex. 12 | |
| 40. | E-mails between J. Mountain and I. Grow re: Advent Follow-Up | 9/3/2014 | ACM0048997 | ACM 30(b)(6) Ex. 13 | |
| 41. | E-mail From D. Moore to I. Olszewska re: ACM Internal Write-up and Implementation Fees From In-House and Outsourced Perspectives | 9/8/2014 | SSC000810 | | FRE 106 |
| 42. | Calendar Invite for 9/9 Call re: SS&C Hosting Services | 9/8/2014 | SSC000813 | Spicer Dep. Ex. 13 | |
| 43. | E-mail from D. Moore to J. Quinn re: ACM Cost Summary | 9/8/2014 | SSC000817-23 | | |
| 44. | E-mail from D. Moore to J. Mountain and M. Gruber re: Summary of SS&C Hosting Services | 9/10/2014 | SSC000829 | Moore Dep. Ex. 15, Reilly Dep. Ex. 7, Gruber Dep. Ex. 8 | |
| 45. | E-mail Chain between D. Moore and J. Brown re: Summary of 9/17/14 Call w/ ACM | 9/17/2014 | SSC135495-96 | Moore Dep. Ex. 13 | |

2

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 46. | Work Request One – Resource Real Estate Funding | 9/18/2014 | RESOURCE_004510-12 | Olszewska Dep. Ex. 19 | FRE 402; FRE 403 |
| 47. | Summary of 1st Agency POC Clarification Discussion | 9/19/2014 | SSC001080 | | FRE 106 |
| 48. | Resource Signed Master Agreement for License | 9/22/2014 | RESOURCE_4498-4512 | ACM 30(b)(6) Ex. 11 | FRE 402; FRE 403 |
| 49. | E-mail from D. Moore to M. Gruber, J. Terry, J. Fecteau and J. Mountain re: Results of 2nd Non-Agency Proof of Concept | 9/24/2014 | SSC001982-83 | Moore Dep. Ex. 12 | FRE 106 |
| 50. | Hardware/Software Call between M. Moore, SS&C IT and ACM IT | 9/25/2014 | SSC001637-39 | | FRE 106 |
| 51. | SS&C Implementation Questionnaire | 9/26/2014 | SSC002155-62 | ACM 30(b)(6) Ex. 16, Fecteau Dep. Ex. 14, Kursh Dep. Ex. 13 | |
| 52. | E-mails between I. Olszewska and D. Moore re: ACM Proposal and Delayed Inclusion of Professional Services Team | 9/29/2014 | SSC001705 | Olszewska Dep. Ex. 1 | |
| 53. | E-mail From D. Moore to J. Mountain re: Data Provider Connectivity List | 9/29/2014 | ACM0048664-67 | Pallone Dep. Ex. 22 | |
| 54. | ARR 10-Q 9/30/14 | 9/30/14 | | Kursh Dep. Ex. 8 | FRE 802 |
| 55. | E-mail From D. Moore to T. Reilly and J. Quinn re: 3rd Redo of the Agency Proof of Concept | 10/2/2014 | SSC001733 | Moore Dep. Ex. 14 | |
| 56. | E-mails between J. Mountain and I. Grow re: Leaning Toward SS&C | 10/9/2014 | ACM0048949 | ACM 30(b)(6) Ex. 13 | FRE 802 |
| 57. | SS&C Internal Summary Write-up Showing | 11/7/2014 | SSC002179-80 | | FRE 106 |
| 58. | Internal E-mails from I. Olszewska re: Failure to Include Professional Services Team from ACM Call | 11/11/2014 | SSC151238 | | |
| 59. | Internal SS&C E-mails re: Proposal to ACM and Numerous Pending, Unanswered Questions | 11/12/2004 | SSC135660-63 | Olszewska Dep. Ex. 15 | |
| 60. | Comprehensive Mortgage REIT Software and Operational Support Services Proposal for ACM | 11/13/2014 | SSC002417-28 | Reilly Dep. Ex. 8, Spicer Dep. Ex. 15 | FRE 106 |
| 61. | Chain E-mail between D. Moore, D. LaMonica, J. Fecteau, and I. Olszewska re: Proposed Language on Recon Services and Omitting Responsibilities Matrix | 11/13/2014 | SSC002735 | Fecteau Dep. Ex. 6 | |
| 62. | E-mails between I. Olszewska, J. Fecteau and D. Moore re: ACM Implementation Estimate – 2000-3000 Hours | 11/13/2014 | SSC002728 | Olszewska Dep. Ex. 9, Reilly Dep. Ex. 9 | |
| 63. | E-mail Chain between I. Olszewska, D. Russell, and J. Quinn re: ACM and Overall Process | 11/13/2014 | SSC122690-92 | Olszewska Dep. Ex. 3 | |
| 64. | E-mails between I. Olszewska, J. Fecteau, and D. Moore re: ACM Contract, Estimated Implementation Costs, and Plan | 11/21/2014 | SSC002497-98 | Olszewska Dep. Ex. 5 | |
| 65. | E-mails between I. Olszewska and J. Fecteau re: Revisions to ACM Master Agreement | 11/26/2014 | SSC002600-01 | Olszewska Dep. Ex. 6 | |

3

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 66. | E-mails between I. Olszewska and J. Fecteau re: Call w/ ACM to Introduce Professional Services Team and Services Offered | 12/3/2014 | SSC002468 | Fecteau Dep. Ex. 1 | |
| 67. | Chain E-mail re: ACM Implementation Budget and Interface | 12/4/2014 | SSC002462-63 | Fecteau Dep. Ex. 7 | |
| 68. | E-mail from D. Moore to J. Mountain re: Call to Discuss Implementation Estimate | 12/8/2014 | SSC002801 | | |
| 69. | ACM Training Agenda | 12/8/2014 | ACM0064148-49 | Hill Dep. Ex. 2, Terry Dep. Ex. 19 | FRE 106 |
| 70. | E-mails between J. Fecteau and D. Moore re: ACM Implementation Estimate Chart and Range | 12/9/2014 | SSC002839-42 | Reilly Dep. Ex. 10 | |
| 71. | Chain E-mail between Parties re: Implementation Budget | 12/10/2014 | SSC002845-48 | Olszewska Dep. Ex. 10, Reilly Dep. Ex. 11, Mountain Dep. Ex. 14, Gruber Dep. Ex. 12 | |
| 72. | E-mail from D. Moore to J. Mountain, M. Gruber, and J. Terry re: ACM Implementation Budget and Specific Tasks | 12/11/2014 | SSC002920-24 | Moore Dep. Ex. 16, Fecteau Dep. Ex. 8, Reilly Dep. Ex. 12, Mountain Dep. Ex. 15, Terry Dep. Ex. 2, Gruber Dep. Ex. 13 | |
| 73. | Internal ACM E-mails re: Review of Master Agreement Draft | 12/15/2014 | ACM0060813-14 | Spicer Dep. Exs. 16 and 18 | FRE 802 |
| 74. | Internal ACM E-mails re: Edits to Master Agreement | 12/15/2014 | ACM0048487 | Spicer Dep. Ex. 17 | FRE 802 |
| 75. | Master Agreement and Work Request One | 12/19/2014 | ACM0048568-83 | Moore Dep. Ex. 17, Olszewska Dep. Ex. 11, Fecteau Dep. Ex. 10, Reilly Dep. Ex. 13, Terry Dep. Ex. 5, Gruber Dep. Ex. 14, Rand Dep. Ex. 18, Spicer Dep. Ex. 20, T. Gonzalez Dep. Ex. 22 | |
| 76. | Project Kick Off Meeting in Vero Beach | 1/27/2015 | ACM0061193-94 | | FRE 106 |
| 77. | *Intentionally Left Blank* | | | | |
| 78. | E-mails between A. Johnson, J. Fecteau, and C. Brown re: ACM Normalization/Scripting | 2/5/2015 | SSC003773 | Fecteau Dep. Ex. 9 | |
| 79. | SS&C Presentation "ACM Capital Internal Kick Off" | 2/6/2015 | SSC745749-64 | SS&C 30(b)(6) Dep. Ex. 19 | |
| 80. | E-mails between D. Moore and A. Johnson re: SS&C Expertise w/ mREITs | 2/6/2015 | SSC064245-47 | Moore Dep. Ex. 7 | |
| 81. | Chain E-mail between A. Johnson and S. Newman re: Definition of Finished Implementation | 2/10/2015 | SSC003832-33 | Pallone Dep. Ex. 4 | |
| 82. | Chain E-mail between A. Johnson and J. Fecteau re: Disconnect w/ Sales Team and Access to the Portal | 2/19/2015 | SSC007731-32 | Olszewska Dep Ex. 7 | |
| 83. | *Intentionally Left Blank* | | | | |
| 84. | E-mail from A. Johnson to M. Gruber and J. Terry re: ACM Implementation Project Charter | 3/24/2015 | SSC135849-75 | Reilly Dep. Ex. 14 | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 85. | ACM Implementation Roadmap | 3/31/2015 | ACM0045386-475 | Mountain Dep. Ex. 17, Gruber Dep. Ex. 17 | |
| 86. | A. Johnson E-mail to M. Gruber re: Help w/ Citi and BNY | 4/1/2015 | ACM0061867 | Maffattone Dep. Ex. 6 | |
| 87. | E-mail from M. Gruber to A. Johnson re: Response from Citi | 4/1/2015 | ACM0061926 | Maffattone Dep. Ex. 7 | |
| 88. | E-mails between A. Johnson, J. Terry, M. Gruber, and S. DeMarino re: edits to BPR document | 4/14/2015 | SSC010138-142 | Olszewska Dep. Ex. 17 | |
| 89. | Chain E-mail between J. Brown and D. Moore re: Implementation Team Screw Up | 4/16/2015 | SSC136015-17 | Pallone Dep. Ex. 2, Olszewska Dep. Ex. 4, Fecteau Dep Ex. 11 | |
| 90. | A. Johnson E-mail to M. Gruber re: Outstanding Items in Implementation | 4/21/2015 | ACM0045384-475 | Olszewska Dep. Ex. 16, Kursh Dep. Ex. 15 | |
| 91. | *Intentionally Left Blank* | | | | |
| 92. | J. Terry and S. Rice E-mails re: Repo Position Report for JMI as of 12/31/14 | 5/14/2015 | ACM0012430-31 | SS&C 30(b)(6) Dep. Ex. 24 | |
| 93. | E-mail from Moore to ACM re: Intro of Pallone | 6/11/2015 | | ACM 30(b)(6) Ex. 6 | |
| 94. | Chain E-mail re: Bimini Managed Services and Failure to Sell Valid Recon Solution to ACM | 7/8/2015 | SSC152778-79 | Olszewska Dep. Ex. 18, Fecteau Dep. Ex. 12, Maffattone Dep. Ex. 4 | FRE 402; FRE 403 |
| 95. | E-mail from J. Fecteau to D. Pallone re: Managed Services Pricing and Model Falling Apart | 7/15/2015 | SSC015968-69 | Fecteau Dep. Ex. 2 | FRE 402; FRE 403 |
| 96. | Chain E-mail between D. Pallone and A. Johnson re: Weekly Status Report | 7/24/2015 | SSC136331 | Pallone Dep. Ex. 3 | FRE 402; FRE 403 |
| 97. | E-mails between D. Moore and D. Cossin re: Bimini D&D license fee | 7/30/2015 | SSC152816-18 | Moore Dep. Ex. 23, Fecteau Dep. Ex. 13 | FRE 402; FRE 403 |
| 98. | E-mails between I. Olszewska and A. Johnson re: Pallone Being a Snake | 8/3/2015 | SSC152819 | Pallone Dep. Ex. 24 | FRE 402; FRE 403 |
| 99. | E-mails between R. Hatzenbuhler, M. Chacko, and A. Johnson re: downloading of files from AVM, Blackrock, BNY, and Citi | 8/24/2015 | SSC019599-602 | Chacko Dep. Tr. 2 | |
| 100. | Master Agreement – Bimini/SS&C | 9/2/2015 | | ACM 30(b)(6) Ex. 10, Haas Dep. Ex. 4 | FRE 402 |
| 101. | E-mails between I. Olszewska and T. Reilly re: Not Selling ACM "Right Solution" | 9/22/2015 | SSC136509-10 | Olszewska Dep. Ex. 14, Hilliard Dep. Ex. 4, Maffattone Dep. Ex. 5 | |
| 102. | Chain E-mail Discussing Issues w/ CAMRA and 3 Implementations at Risk | 9/23/2015 | SSC136493-500 | Pallone Dep. Ex. 5 | FRE 402; FRE 403 |
| 103. | E-mails between I. Olszewska, D. Moore, and A. Johnson re: Prep for Bimini Kick-Off | 9/28/2015 | SSC152865-68 | Olszewska Dep. Ex. 13 | FRE 402; FRE 403 |
| 104. | E-mails between M. Gruber and D. Moore re: ACM's Concerns w/ Implementation Process | 10/1/2015 | SSC003375-76 | Moore Dep. Ex. 19, Terry Dep. Ex. 13 | FRE 602; FRE 802 |

5

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 105. | E-mails between D. Pallone and D. Moore re: ACM's Concerns w/ Implementation Process and Lack of Preparation for Meetings | 10/1/2015 | SSC136784-89 | Moore Dep. Ex. 20 | FRE 802; FRE 602; FRE 106; FRE 402 |
| 106. | E-mails between A. Johnson and J. Mountain re: ACM Management Status Minutes and Acceptance of Re-Initialization as of 8/31/15 | 10/2/2015 | SSC042356 | | |
| 107. | E-mails between M. Chacko, A. Johnson, and D. Massih re: Citi file format | 10/13/2015 | SSC043825-830 | Chacko Dep. Tr. 1 | |
| 108. | *Intentionally Left Blank* | | | | |
| 109. | E-mails between D. Pallone and T. Reilly re: Bimini Proposal and Five Oaks Disaster | 11/5/2015 | SSC152913-15 | Boulanger Dep. Ex. 4 | FRE 402; FRE 403 |
| 110. | E-mails between M. Gruber, A. Voutsinas, A. Johnson, and M. Williams re: ACM Trial Balance Status and Sign Off on 8/31/15 Reconciliation | 11/6/2015 | ACM0004890-91 | | |
| 111. | E-mail from D. Reid to T. Reilly re: Concerns and Drastic Changes w/ Troubled Projects | 11/17/2015 | SSC152916 | Gonzalez Dep. Ex. 10 | FRE 402; FRE 403 |
| 112. | E-mails between T. Gonzalez, P. Carr, and C. Chagnon re: Resource Plan for Current Implementations | 12/8/2015 | SSC157200-02 | Gonzalez Dep. Ex. 11 | FRE 402 |
| 113. | E-mails between D. Russell, A. Johnson, and T. Gonzalez re: ACM Professional Services Costs | 12/9/2015 | SSC045212-13 | Gonzalez Dep. Ex. 9 | FRE 402 |
| 114. | E-mail from T. Gonzalez re: Missed Milestone in September | 12/14/2015 | SSC141129 | | |
| 115. | E-mails between A. Johnson, T. Reilly, and J. Mountain re: CAMRA Being Official Book of Record for 2016 and Grave Concerns Over Implementation Process | 12/18/2015 | ACM0000401-02 | | FRE 802 |
| 116. | Chain E-mail re: ACM Implementation Still in Trouble and Issues w/ BoNY | 12/18/2015 | SSC119028-33 | | FRE 802 (as to Mountain email) |
| 117. | E-mails between S. Rice and A. Voutsinas re: Javelin Files | 12/19/2015 | SSC119026-27 | | FRE 402 |
| 118. | Internal E-mails between T. Gonzalez and D. Russell re: ACM Implementation Still in Trouble and Issues w/ BoNY | 12/21/2015 | SSC119050-53 | | FRE 802 (as to Mountain email) |
| 119. | E-mail from T. Gonzalez to T. Reilly re: Concerns w/ Approach on ACM Project | 12/21/2015 | SSC141278 | Gonzalez Dep. Ex. 16 | |
| 120. | E-mail from T. Reilly to J. Mountain re: Large # of BoNY Connections and Call to Discuss Implementation Issues | 12/21/2015 | ACM0001120-21 | | FRE 802 (as to Mountain email) |
| 121. | JMI 2014 and 2015 Balance Sheet | 12/31/2015 | | SS&C 30(b)(6) Dep. Ex. 25 | FRE 802 |
| 122. | E-mails between T. Reilly and T. Gonzalez re: A. Johnson and SS&C Not Being Able to Fix and Deliver Projects | 1/7/2016 | SSC021713-14 | Gonzalez Dep. Ex. 6 | FRE 402; FRE 403 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 123. | E-mails between T. Gonzalez and D. Russell re: ACM Updated Dates and A. Johnson Sit Down | 1/7/2016 | SSC057506 | Gonzalez Dep. Ex. 5 | FRE 402; FRE 403 |
| 124. | Internal SS&C E-mail Chain re: New Weekly Meetings to Review Current and Pipeline Implementations | 1/9/2016 | SSC153356-57 | | FRE 402 |
| 125. | E-mails between R. Ford and S. Rice re: Issues w/ BoNY | 1/14/2016 | SSC031723 | | |
| 126. | D. Pallone E-mail re: A. Johnson Managerial Capability | 1/23/2016 | SSC153360 | Pallone Dep. Ex. 25 | FRE 402; FRE 403 |
| 127. | E-mail from D. Russell to T. Gonzalez re: Everything On His Plate | 1/26/2016 | SSC148106 | Gonzalez Dep. Ex. 12 | FRE 402 |
| 128. | E-mail from M. Gruber re: Sign off for 10/31/15 Lance and Sabre | 1/28/2016 | ACM0000128 | | |
| 129. | E-mail from M. Gruber re: Sign off on JMI 9/30/15 GL Despite "significant differences" | 1/28/2016 | ACM0000067 | | |
| 130. | E-mail from M. Gruber re: Sign off on ACM 9/30/15 GL | 1/28/2016 | ACM0000068 | | |
| 131. | E-mails between D. Russell and T. Gonzalez re: Plan to Negotiate Fixed Fee and Having A. Johnson Start Documenting All Issues That Caused Delays | 1/30/2016 | SSC148114 | Gonzalez Dep. Ex. 17 | |
| 132. | *Intentionally Left Blank* | | | | |
| 133. | Chain E-mail between T. Reilly, A. Johnson and D. Pallone re: ACM Not Being Live Before End of Q1 2016 and 4 Problem REITs | 2/1/2016 | SSC095414-16 | Pallone Dep. Ex. 6, Moore Dep. Ex. 18, Fecteau Dep Ex. 5, Gonzalez Dep. Ex. 13, Boulanger Dep. Ex. 3 | FRE 402; FRE 403 |
| 134. | E-mails between T. Gonzalez and T. Reilly re: ACM Not Being Live in Q1 2016 and A. Johnson's Lack of Professionalism | 2/1/2016 | SSC142628-30 | Gonzalez Dep. Ex. 7 | FRE 402; FRE 403 |
| 135. | E-mail from J. Fecteau to T. Gonzalez re: Being Live in Q1 | 2/1/2016 | SSC142626-27 | | FRE 402; FRE 403 |
| 136. | E-mails between M. Williams, H. Haas, D. Russell, and T. Gonzalez re: Bimini issues | 2/3/2016 | SSC166127-30 | Haas Dep. Ex. 6 | FRE 402; FRE 403 |
| 137. | E-mail from M. Gruber re: Sign off on 11/30/15 Sabre and Lance | 2/8/2016 | ACM0000150 | | |
| 138. | Chain E-mail between D. Pallone and D. Russell re: Lengthy/Over Budget Implementations | 2/11/2016 | SSC148163-66 | Pallone Dep. Ex. 8, Gonzalez Dep. Ex. 14 | FRE 402; FRE 403 |
| 139. | E-mail from M. Gruber re: Sign off on ACM 10/31/15 GL | 2/18/2016 | ACM0000243 | | |
| 140. | E-mails between T. Gonzalez, T. Reilly, and D. Russell re: Responsibility for Collecting Money from ACM | 2/18/2016 | SSC021818 | | FRE 402; FRE 403 |
| 141. | E-mail from M. Gruber re: Sign off on 12/31/15 Sabre and Lance | 3/4/2016 | ACM0013278 | | |
| 142. | E-mail from M. Gruber re: Sign off on ACM 12/31/15 GL | 3/7/2016 | ACM0013301 | | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 143. | SS&C Client with Past Due Balances | 3/7/2016 | SSC148238 | Boulanger Dep. Ex. 10 | FRE 402 |
| 144. | E-mails from D. Pallone re: Current/Potential Implementations and Agenda for 3/7/16 Meeting | 3/7/2016 | SSC143085-86 | Pallone Dep. Ex. 9 | |
| 145. | E-mail from T. Gonzalez to J. Mountain re: Introduction of D. Pallone and Meeting To Discuss Remaining Steps to Close Out Project | 3/10/2016 | ACM0013338 | ACM 30(b)(6) Ex. 7 | |
| 146. | E-mails between T. Gonzalez and N. Boulanger re: Meeting to Discuss Changes at SS&C/Confidential Conversation | 3/11/2016 | SSC746091-92 | Gonzalez Dep. Ex. 24 | FRE 402; FRE 403 |
| 147. | Chain E-mail between D. Pallone, T. Gonzalez, D. Russell and A. Johnson re: ACM Fees and ACM's Response to SS&C's Fixed Fee Proposal | 3/17/2016 | SSC049016-19 | Gonzalez Dep. Ex. 19 | |
| 148. | E-mails between D. Russell and T. Gonzalez re: Removing "Scott" from Project | 3/18/2016 | SSC148357-61 | Gonzalez Dep. Ex. 8 | FRE 402; FRE 403 |
| 149. | E-mail from A. Johnson to M. Gruber re: ACM Go Live Strategy | 3/18/2016 | ACM0013404 | | |
| 150. | E-mails between A. Johnson and S. Rice re: ACM Always Willing to Send Data to SS&C | 3/22/2016 | SSC143414 | Pallone Dep. Ex. 21 | FRE 402; FRE 403 |
| 151. | E-mail from D. Pallone to J. Mountain and M. Gruber re: Daily Implementation Status Notes | 3/23/2016 | ACM0013447 | Gruber Dep. Ex. 29 | |
| 152. | E-mails between J. Mountain and D. Pallone re: Negotiation for ACM Implementation Fixed Cost | 3/30/2016 | ACM0013533-34 | | |
| 153. | *Intentionally Left Blank* | | | | |
| 154. | *Intentionally Left Blank* | | | | |
| 155. | *Intentionally Left Blank* | | | | |
| 156. | *Intentionally Left Blank* | | | | |
| 157. | *Intentionally Left Blank* | | | | |
| 158. | E-mail from T. Gonzalez to J. Mountain, M. Gruber, D. Pallone, and T. Reilly re: ACM Team Schedule and Increase in Resources | 4/6/2016 | ACM0013651-52 | Gruber Dep. Ex. 31 | |
| 159. | E-mail from T. Reilly to J. Mountain re: Capping Fees and Releasing $200K | 4/6/2016 | ACM0013958-59 | | |
| 160. | E-mail from J. Mountain to M. Gruber Forwarding T. Reilly E-mail re: Capping Fees and Releasing $200K | 4/7/2016 | ACM0013975 | | FRE 106 |
| 161. | E-mail from T. Gonzalez to M. Gruber, J. Mountain, D. Pallone, and T. Reilly re: Draft of Work Request Two | 4/7/2016 | ACM0013978-79 | | |
| 162. | E-mails between M. Gruber and A. Johnson re: March 2016 Data | 4/7/2016 | SSC050131-33 | SS&C 30(b)(6) Dep. Ex. 26 | |
| 163. | E-mail from M. Gruber re: Sign off on ACM 02/29/16 Trial Balance | 4/13/2016 | ACM0014065 | | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 164. | E-mail from D. Pallone to J. Mountain re: Revisions to Work Request Two and Final $307K Payment Being Due At Completion of Project | 4/18/2016 | ACM0014121-23 | | |
| 165. | Work Request Two (Executed) | 4/20/2016 | ACM0065005-06 | Pallone Dep. Ex. 15, ACM 30(b)(6) Ex. 12; SS&C 30(b)(6) Ex. 18 | |
| 166. | Work Request Three (Executed) | 4/20/2016 | ACM0065002 | Gonzalez Dep. Exs. 22 and 26, Spicer Ex. 20 | |
| 167. | E-mail from M. Gruber re: Sign off on Sabre and Lance 03/31/16 Trial Balances | 4/22/2016 | ACM0014148 | | |
| 168. | E-mail from M. Gruber re: Sign off on JMI 3/31/16 GL | 4/25/2016 | ACM0014158-59 | | |
| 169. | E-mail from M. Gruber re: Sign off on ACM 3/31/16 GL | 4/27/2016 | ACM0014172-73 | | |
| 170. | E-mail from T. Gonzalez to D. Russell and A. Johnson re: ACM Revenue Recognition Q2 | 4/27/2016 | SSC143917 | Gonzalez Dep. Ex. 21 | |
| 171. | E-mail Chain between A. Johnson, D. Pallone, T. Gonzalez and D. Russell re: Concerns About License Implementations to REITs | 5/3/2016 | SSC166132-33 | Gonzalez Dep. Ex. 15, Boulanger Dep. Ex. 9 | FRE 402; FRE 403 |
| 172. | E-mail from M. Gruber re: Sign off on Sabre 4/30/16 Trial Balance | 5/24/2016 | ACM0014499 | | |
| 173. | E-mail from M. Gruber re: Sign off on ACM 4/30/16 GL | 5/26/2016 | ACM0014525 | Gonzalez Dep. Ex. 25 | |
| 174. | E-mail from M. Gruber re: Sign off on Lance and JMI 4/30/16 Trial Balances | 6/3/2016 | ACM0014642 | | |
| 175. | E-mails between K. Davies and S. Rice re: CAMRA status | 6/13/2016 | ACM0014962-64 | Davies Dep. Ex. 2 | |
| 176. | *Intentionally Left Blank* | | | | |
| 177. | E-mails between A. Voutsinas, A. Johnson, M. Dworanczyk, and T. Gonzalez re: ACM Processing Issues | 6/15/2016 | SSC144281-83 | Gonzalez Dep. Ex. 23 | FRE 402; FRE 403 |
| 178. | E-mails between T. Gonzalez and A. Johnson re: ACM Handoff Process | 6/22/2016 | SSC052192 | | |
| 179. | SS&C Consulting Revenue by Client | 7/12/2016 | SSC148549-51 | Boulanger Dep. Ex. 7 | FRE 402; FRE 403 |
| 180. | E-mails between T. Gonzalez, D. Pallone, and M. Dworanczyk re: Resource Allocation for SS&C REIT Projects | 7/25/2016 | SSC153605-06 | | FRE 402; FRE 403 |
| 181. | E-mail from SS&C w/ ACM Client Services Handoff PowerPoint Presentation | 8/15/2016 | ACM0049762-87 | | |
| 182. | E-mails between D. LaMonica and T. Gonzalez re: Transition Items | 8/17/2016 | SSC148586-87 | | FRE 402; FRE 403 |
| 183. | E-mails between D. LaMonica, M. Dworanczyk and T. Gonzalez re: Transition Items | 8/17/2016 | SSC148584-85 | Gonzalez Dep. Ex. 1 | FRE 402; FRE 403 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 184. | E-mail From J. Brown re: Call w/ ACM and Correcting Issues w/ Licensed Clients | 8/18/2016 | SSC054003 | Pallone Dep. Ex. 10 | |
| 185. | E-mail Chain re: Changing the Approach to CAMRA License Implementations | 8/18/2016 | SSC145636-37 | Pallone Dep. Ex. 11 | FRE 402; FRE 403 |
| 186. | E-mails between J. Mountain and D. Pallone re: CAMRA Implementation Status Update Call | 8/26/2016 | ACM0017071 | Pallone Dep. Ex. 19 | |
| 187. | E-mails between D. LaMonica and A. Johnson re: Incremental Billing to ACM and Bimini | 8/28/2016 | SSC153690-91 | | FRE 402; FRE 403 |
| 188. | E-mail from D. Pallone to J. Mountain and M. Gruber re: SS&C Processing Assistance from Mahamoon | 9/22/2016 | ACM0017597 | | |
| 189. | E-mails From D. Pallone and D. Duncan re: August Close, $307K final payment, and ACM Questions from F. Mahamoon | 9/28/2016 | SSC146706 | Pallone Dep. Ex. 14 | FRE 402; FRE 403 |
| 190. | *Intentionally Left Blank* | | | | |
| 191. | E-mails between D. Pallone, J. Mountain, and M. Gruber re: $200K Progress Payment | 10/11/2016 | ACM0017917 | | |
| 192. | CAMRA Inquiry # 332248 | 10/25/2016 | | Hill Dep. Ex. 8 | FRE 402; FRE 403 |
| 193. | E-mails between S. DeMarino and M. Gruber re: Nightly Processing | 11/14/2016 | | Hill Dep. Ex. 10 | FRE 402; FRE 403 |
| 194. | E-mails From D. Pallone and J. Holmes re: ACM and Issues w/ Client Support Group | 11/17/2016 | SSC146951-52 | Pallone Dep. Ex. 12, Boulanger Dep. Ex. 5 | FRE 802; FRE 402; FRE 403 |
| 195. | *Intentionally Left Blank* | | | | |
| 196. | Calendar Invite From D. Pallone re: Daily mREIT Meeting | 12/9/2016 | SSC150187 | Pallone Dep. Ex. 13 | FRE 402; FRE 403 |
| 197. | E-mails between Reilly and Pallone re: ACM Update | 1/27/2017 | SSC054187-88 | ACM 30(b)(6) Ex. 5 | FRE 402; FRE 403 |
| 198. | M. Gruber and D. Johnson E-mails re: Daily and Monthly Checklist for CAMRA Processing | 1/31/2017 | ACM0050014 | Maffattone Dep. Ex. 9 | |
| 199. | E-mail from J. Holmes to D. Johnson re: CAMRA Best Practice Documentation and attachments | 2/2/2017 | SSC150288-360 | Hill Dep. Exs. 4-7 | |
| 200. | E-mail from T. Reilly to J. Mountain re: Visit from Norm Boulanger | 2/6/2017 | ACM0022694 | | |
| 201. | D. Johnson and S. Rice E-mails re: ACM – Recon | 2/9/2017 | SSC147293 | Johnson Dep. Ex. 16 | FRE 402; FRE 403 |
| 202. | A. Hill and D. Johnson E-mails re: Daily Checklist | 2/9/2017 | SSC058208 | SS&C 30(b)(6) Dep. Ex. 30 | |
| 203. | E-mails between D. Pallone and T. Reilly re: Delayed Implementations Needing Daily Attention | 2/21/2017 | SSC166138 | | FRE 402; FRE 403 |

10

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 204. | E-mails between D. Johnson, T. Reilly, and D. Pallone re: ACM Status | 2/22/2017 | SSC147340 | Johnson Dep. Ex. 14 | FRE 402; FRE 403 |
| 205. | E-mails from D. Johnson to M. Gruber re: Plan Going Fwd | 2/23/2017 | ACM0022977 | Johnson Dep. Ex. 3 | |
| 206. | M. Williams E-mails to H. Haas re: Bimini Nightly Processing Errors | 2/23/2017 | Bimini 000011 | Haas Dep. Ex. 7 | FRE 402; FRE 403; FRE 106 |
| 207. | E-mails between D. Johnson, M. Gruber, and S. Rand re: Factor Check and Poor Implementation | 3/8/2017 | SSC147348-50 | Johnson Dep. Ex. 5 | FRE 402; FRE 403 |
| 208. | E-mails between D. Johnson, M. Gruber, and S. Rand re: Factor Check and Poor Implementation | 3/8/2017 | ACM0023254-55 | Johnson Dep. Ex. 6 | FRE 802 (as to Gruber email) |
| 209. | E-mails between D. Pallone and T. Reilly re: Significant Issues Across the Board w/ CAMRA License Clients in Implementation and Live Status | 3/14/2017 | SSC153912 | Pallone Dep. Ex. 26, Boulanger Dep. Ex. 6 | FRE 402; FRE 403 |
| 210. | E-mail Chain re: ACM – Status Update | 3/16/2017 | SSC147382-3 | Pallone Dep. Ex. 17 | |
| 211. | E-mails between D. Pallone and C. Brown re: ACM Status Update and "Big Issue" with ACM | 3/17/2017 | SSC056546-47 | Johnson Dep. Ex. 11 | FRE 402; FRE 403 |
| 212. | Bloomberg Data License Notice | 3/18/2017 | ACM0079842 | Chacko Dep. Tr. 3, SS&C 30(b)(6) Dep. Ex. 21 | FRE 402; FRE 802; 106 |
| 213. | M. Chacko E-mails re: ACM Incident Report/Missing Factors & Rates | 3/20/2017 | SSC059434-35 | Johnson Dep. Ex. 7 | FRE 402; FRE 403 |
| 214. | Chat between S. Rice and D. LaMonica re: ACM Custodians | 3/20/2017 | SSC147385 | SS&C 30(b)(6) Dep. Exs. 27 and 31 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 802; Foundation |
| 215. | D. Pallone E-mail re: ACM Feedback Update | 3/21/2017 | SSC150582 | Pallone Dep. Ex. 23, Johnson Dep. Ex. 15 | FRE 802 |
| 216. | E-mail from D. Johnson to D. Pallone and D. LaMonica re: implementation problem | 3/28/2017 | SSC056580-81 | Johnson Dep. Ex. 8 | FRE 402; FRE 403 |
| 217. | E-mails between D. Pallone and J. Mountain re: $50,000 Payment to SS&C | 3/29/2017 | SSC056586-87 | Pallone Dep. Ex. 18 | FRE 802 |
| 218. | E-mails between M. Gruber, D. Pallone, and C. Brown re: Factors Not Loading | 3/30/2017 | ACM0024538-42 | Johnson Dep. Ex. 9 | FRE 402; FRE 403 |
| 219. | Internal SS&C E-mails re: Incorrect Float Rates in ACM's System | 3/30/2017 | SSC031461-62 | Johnson Dep. Ex. 12 | FRE 402; FRE 403 |
| 220. | Internal SS&C E-mails re: M. Gruber's Complaints re: Automation Problems | 3/31/2017 | SSC147456-62 | SS&C 30(b)(6) Dep. Ex. 23 | FRE 802; FRE 402; FRE 403 |
| 221. | D. Johnson E-mail to R. Ford re: Messed Up Automation by SS&C | 4/5/2017 | SSC150952 | Johnson Dep. Ex. 13 | FRE 402; FRE 403 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 222. | D. Johnson E-mail to D. LaMonica re: Assistance Doing ACM Assignments | 4/6/2017 | SSC150972 | Johnson Dep. Ex. 4 | FRE 402; FRE 403 |
| 223. | E-mails between H. Haas and SS&C re: AVM Automated Report | 4/7/2017 | SSC166186-87 | Haas Dep. Ex. 9 | FRE 402; FRE 403 |
| 224. | C. Brown Notes on ACM Pending Implementation Items | 4/10/2017 | SSC033921 | SS&C 30(b)(6) Dep. Ex. 22 | FRE 402 |
| 225. | E-mails between H. Haas and M. Williams re: Q1 Recon Failure | 4/11/2017 | Bimini 000071 | Haas Dep. Ex. 8 | FRE 402; FRE 403 |
| 226. | D. Johnson and D. LaMonica E-mails re: Help with ACM Open Items | 4/18/2017 | SSC147484 | Johnson Dep. Ex. 10 | FRE 402 |
| 227. | Help Desk Incident Ticket re: Incorrect Processing of Files | 4/19/2017 | SSC061749-50 | Johnson Dep. Ex. 17 | FRE 402 |
| 228. | Conversation between. M. Gruber and H. Haas re: SS&C's failures | 5/1/2017 | ACM0049235 | Reilly Dep. Ex. 5, Haas Dep. Ex. 5 | FRE 402; FRE 403; FRE 802 |
| 229. | E-mails between H. Haas and D. Pallone re: Outsourcing | 5/17/2017 | Bimini 000133-35 | Haas Dep. Ex. 13 | FRE 402; FRE 403; FRE 802 |
| 230. | CAMRA Project ACM Payroll Costs | | ACM0079836-41 | Kursh Dep. Ex. 16 | FRE 402; FRE 403; FRE 702; FRE 802 |
| 231. | Month-End Close Best Practices | | SSC150295-99 | | FRE 106 |
| 232. | Affidavit of G. Hunter Haas, IV | 1/29/2018 | | Pallone Dep. Ex. 20, Reilly Dep. Ex. 4, Haas Dep. Ex. 3 | FRE 402; FRE 403; FRE 802 |
| 233. | Olszewska Article re: Betting Your Future on a Solutions Provider | | | Olszewska Dep. Ex. 8 | FRE 402 |
| 234. | Daniel M. Pallone LinkedIn Profile | | | Pallone Dep. Ex. 1 | |
| 235. | ARR Summary Write-up | | SSC000811-12 | Moore Dep. Ex. 9 | FRE 106 |
| 236. | D. Moore Handwritten Notes re: ACM Lead | 2014 | SSC152488-505 | Moore Dep. Ex. 1 | |
| 237. | T. Gonzalez LinkedIn Profile | | | Gonzalez Dep. Ex. 4 | |
| 238. | ACM and SS&C Call Log | | ACM0079844 | ACM 30(b)(6) Ex. 15 | FRE 402; FRE 403; FRE 1006; FRE 901 |
| 239. | ACM Org Chart | | | Hill Dep. Ex. 1 | |
| 240. | SS&C's Policies & Procedures for ACM | | SSC150301-360 | Terry Dep. Ex. 20 | |
| 241. | Plaintiff's Amended Objections and Responses to Defendant's Interrogatory Nos. 5-10 | | | ACM 30(b)(6) Ex. 3 | FRE 802 |
| 242. | Expert Report of M. Maffattone (and exhibits and attachments incorporated by reference) | | | Maffattone Dep. Ex. 3 | |
| 243. | Expert Report of S. Kursh (and exhibits and attachments incorporated by reference) | 7/11/2018 | | Kursh Dep. Ex. 5 | FRE 402; FRE 702; FRE 802 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 244. | SWEBOK: Guide to Software Engineering Body of Knowledge | | | Kursh Dep. Ex. 6 | FRE 402; FRE 403; FRE 802 |
| 245. | Expert Report of Brooks Hilliard (and exhibits and attachments incorporated by reference) | 9/12/2018 | | Hilliard Dep. Ex. 3 | |
| 246. | SS&C Internal Chats | | SSC747404 | | FRE 402; FRE 403; FRE 602; FRE 701; FRE 802; Foundation |
| 247. | *Intentionally Left Blank* | | | | |
| 248. | ACM CAMRA Implementation Cost Update | 3/24/2016 | ACM0013457 | | |
| 249. | E-mails between J. Mountain and D. Pallone re: Cost to Complete Implementation | 3/28/2016 | ACM0013462-63 | | FRE 802 (as to Mountain email) |
| 250. | With You Today – SS&C Bios | 8/27/2014 | ACM0025372 | | |
| 251. | E-mail from D. Pallone to ACM re: not "fully met" the "condition of a clean monthly process" | 3/28/2017 | ACM0024437 | | |
| 252. | E-mails between SS&C and BNY re: ACM/BNY Interface | 5/29/2015 | SSC014283-85 | | |
| 253. | E-mails between SS&C and BNY re: ACM/BNY Interface | 6/1/2015 | SSC014289-92 | | |
| 254. | Internal SS&C E-mails re: ACM Implementation Still in Trouble | 12/22/2015 | SSC119230-49 | | FRE 802 (as to ACM email) |
| 255. | E-mails and Presentation re: SS&C Proposal for ACM | 11/13/2014 | SSC002755-68 | | |
| 256. | SS&C Draft Implementation Budget | 12/10/2014 | ACM0009130-31 | | |
| 257. | D. Moore E-mail to ACM re: Agenda for 11/7 Meeting | 11/6/2014 | SSC002124-29 | | |
| 258. | Internal SS&C E-mail re: Process Automation Services | 9/25/2014 | SSC001977 | | |
| 259. | M. Chacko E-mails with BNY Mellon | 2/18/2015 | SSC003984-86 | | |
| 260. | E-mails between A. Johnson and BNY Mellon | 9/23/2015 | SSC038242-60 | | |
| 261. | E-mails between S. Rice and ACM re: BNY Interface | 1/15/2016 | SSC046214-16 | | |
| 262. | SS&C Internal E-mails re: BONY Issues | 12/19/2015 | SSC141254-72 | | |
| 263. | E-mails between S. Rice and ACM re: BONY Interface | 1/15/2016 | ACM0013129-30 | | |
| 264. | E-mails between BONY, S. Rice, and M. Gruber re: Workbench Access | 1/15/2016 | ACM0013137-38 | | |
| 265. | E-mails between Citi and SS&C re: Citi Velocity Files | 7/23/2015 | SSC017282-84 | | |
| 266. | E-mails between Citi and SS&C re: Monthly Reports | 9/25/2015 | SSC038468-70 | | |
| 267. | BONY Transmission Connectivity Setup Specs | 2/2/2015 | SSC003987-88 | | FRE 106 |
| 268. | E-mails between I. Olszewska and A. Johnson re: Citi and Data Gathering for ACM | 9/23/2015 | SSC136505-508 | | |
| 269. | M. Chacko E-mail to S. Rice re: BNY Workbench for ACM | 1/15/2016 | SSC151891 | | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 270. | E-mails between A. Johnson and D. Russell re: 1 step forward, 10 steps back | 5/3/2016 | SSC143938-48 | | FRE 402; FRE 403 |
| 271. | ACM Internal Project Kick Off – Action Items | 2/6/2015 | SSC003820-21 | | FRE 106 |
| 272. | D. Moore E-mail to D. LaMonica re: ACM Pricing | 11/7/2014 | SSC002147-52 | | |
| 273. | E-mails between M. Gruber and D. Johnson re: Trade Upload Help | 4/5/2017 | SSC150950-51 | | FRE 402; FRE 403 |
| 274. | E-mails between M. Gruber and SS&C re: Cash Settlement | 2/3/2017 | SSC147282-90 | | |
| 275. | E-mails between S. Rice and J. Terry re: List of Data Points | 10/5/2015 | SSC042661-62 | | |
| 276. | E-mails between BONY and SS&C re: BONY Interface | 12/18/2015 | SSC045584-611 | | |
| 277. | A. Hill to SS&C re: Inquiry No. 328741 | 8/29/2016 | ACM0067106 | | FRE 402; FRE 403 |
| 278. | Internal SS&C E-mails re: Bloomberg Error | 4/18/2017 | SSC061603-08 | | FRE 402; FRE 403 |
| 279. | Bloomberg Data License Notice | 3/18/2017 | ACM0079843 | | FRE 402; FRE 802; FRE 106 |
| 280. | B. Strindberg E-mail to A. Johnson re: Great Projects, Except ACM | 3/20/2015 | SSC009037-39 | | FRE 402 |
| 281. | C. Chagnon E-mail to T. Gonzalez re: Resource Plan (and attachment) | 12/23/2015 | SSC163895-4064 | | FRE 402; FRE 403 |
| 282. | A. Johnson and I. Olszewska E-mails re: Prep for Bimini Kick-Off | 9/29/2015 | SSC152894-98 | | FRE 402; FRE 403 |
| 283. | Excel Spreadsheet re: ACM CAMRA Access Time | | SSC745809 | | FRE 402 |
| 284. | SS&C Applix Report from 1/1/2014-5/3/2018 | | SSC745813-SSC746087 | | |
| 285. | Implementation Resource List | | SSC152701 | | FRE 402 |
| 286. | E-mails between H. Haas and D. Pallone re: Bloomberg Interface Question | 5/5/2017 | BIMINI000101 | | FRE 402; FRE 403 |
| 287. | Internal SS&C E-mails re: ACM Questions | 10/1/2016 | SSC746088-746090 | | |
| 288. | SS&C Internal Chats | | SSC0746804-747403 | | FRE 402; FRE 403; FRE 602; FRE 701; FRE 802; Foundation |
| 289. | *Intentionally Left Blank* | | | | |
| 290. | ACM Weekly Status Meeting | 5/1/2015 | ACM0080238-42 | | |
| 291. | ACM Weekly Status Meeting | 10/9/2015 | ACM0080326-31 | | |
| 292. | ACM Weekly Status Meeting | 11/24/2015 | ACM0080344-49 | | |
| 293. | ACM Weekly Status Meeting | 02/06/2015 | ACM0080422-26 | | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 294. | Internal SS&C E-mails re: ACM Proposal | 11/19/2014 | SSC002549 | | |
| 295. | Internal SS&C E-mails re: Master Agreement | 11/25/2014 | SSC002598-99 | | |
| 296. | Internal SS&C E-mails re: ACM/Estimates | 12/7/2014 | SSC0033635-36 | | |
| 297. | Internal SS&C E-mails re: ACM Questions | 1/29/2015 | SSC003527-31 | | FRE 106 |
| 298. | Internal SS&C E-mails re: ACM Portal | 2/19/2015 | SSC007733-34 | | |
| 299. | Internal SS&C E-mails re: ACM Portal | 2/19/2015 | SSC007738-40 | | |
| 300. | A. Johnson and A. Dale E-mails re: ACM Portal | 3/13/2015 | SSC008522-24 | | |
| 301. | A. Johnson and T. Gonzalez E-mails re: Weekly Status | 12/2/2015 | SSC140641-43 | | |
| 302. | D. Pallone and T. Reilly E-mails re: mREIT status | 1/7/2016 | SSC153102 | | FRE 402; FRE 403 |
| 303. | M. Kelly and T. Gonzalez E-mail re: Questions About ACM | 2/24/2016 | SSC057541 | | FRE 402; FRE 403; FRE 602 |
| 304. | D. Johnson and F. Mahamoon E-mails re: ACM Missing Prices Report | 2/13/2017 | SSC150411 | | FRE 402 |
| 305. | M. Gruber and D. Johnson E-mails re: Missing Factors | 3/22/2017 | SSC150590-93 | | FRE 402; FRE 403 |
| 306. | E-mails between M. Gruber and D. Johnson re: Daily Checklist and attaching J. Terry Procedures | 1/31/2017 | SSC022761-63 | | |
| 307. | E-mail from J. Terry to SS&C re: Completed Initial Positions Report | 2/2/2015 | SSC003644 | | |
| 308. | A. Johnson and B. Strindberg ACM Update Emails | 3/20/2015 | SSC009040-42 | | FRE 402 |
| 309. | E-mail from M. Williams to M. Gruber and J. Terry re: Reconciliation Report of Initial Positions | 4/6/2015 | SSC009957 | | |
| 310. | E-mail from J. Terry to S. Rice re: JMI Repo Position Analysis as of 12/31/14 | 5/14/2015 | SSC067217 | | FRE 106 |
| 311. | SS&C's Supplemental Responses to ACM's First Interrogatories | 10/10/2017 | | | |
| 312. | SS&C Invoice # INV935668 in the amount of 130,387.50 | 2/17/2016 | ACM0013210-11 | | |
| 313. | SS&C Invoice # INV938700 in the amount of $41,162.77 | 5/23/2016 | ACM0014980-83 | | |
| 314. | SS&C Invoice # INV936728A in the amount of $107.300.00 | 10/16/2016 | ACM0017921 | | |
| 315. | SS&C Invoice # INV937892 in the amount of $10,000.00 | 11/15/2016 | ACM0020102 | | |
| 316. | SS&C Invoice # INV460805 in the amount of $108,567.55 | 11/21/2016 | ACM0020103 | | |
| 317. | SS&C Invoice # INV933027 in the amount of $40,101.62 | 3/26/2015 | ACM0059333 | | |
| 318. | SS&C Invoice # INV933120 in the amount of $59,672.78 | 4/14/2015 | ACM0059354-56 | | |
| 319. | SS&C Invoice # INV938700 in the amount of $51,300.00 | 9/14/2015 | ACM0059401-02 | | |
| 320. | SS&C Invoice # INV404167 in the amount of $617,000.00 | 12/19/2014 | ACM0060865 | | |
| 321. | SS&C Invoice # INV932565 in the amount of $1,012.50 | 1/15/2015 | ACM0061165 | | |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 322. | SS&C Invoice # INV932694 in the amount of $22,810.63 | 2/24/2015 | ACM0061474-76 | | |
| 323. | SS&C Invoice # INV933407 in the amount of $10,000.00 | 5/26/2015 | ACM0062730 | | |
| 324. | SS&C Invoice # INV933397 in the amount of $43,987.50 | 5/26/2015 | ACM0062731-32 | | |
| 325. | SS&C Invoice # INV934216 in the amount of $51,806.25 | 8/19/2015 | ACM0063770-71 | | |
| 326. | SS&C Invoice # INV934442 in the amount of $10,000.00 | 9/15/2015 | ACM0063835 | | |
| 327. | SS&C Invoice # INV934689 in the amount of $10,000.00 | 10/22/2015 | ACM0064074 | | |
| 328. | SS&C Invoice # INV934934 in the amount of $10,000.00 | 11/20/2015 | ACM0064168 | | |
| 329. | SS&C Invoice # INV430185 in the amount of $107,000.00 | 11/24/2015 | ACM0064176 | | |
| 330. | SS&C Invoice # INV935006 in the amount of $10,000.00 | 12/28/2015 | ACM0064416 | | |
| 331. | SS&C Invoice # INV935453 in the amount of $10,000.00 | 1/28/2016 | ACM0064510 | | |
| 332. | SS&C Invoice # INV935678 in the amount of $10,000.00 | 2/18/2016 | ACM0064625 | | |
| 333. | SS&C Invoice # INV935848 in the amount of $10,000.00 | 3/21/2016 | ACM0064776 | | |
| 334. | SS&C Invoice # INV934921 in the amount of $37,518.75 | 11/19/2015 | ACM0064802 | | |
| 335. | SS&C Invoice # INV936188 in the amount of $10,000.00 | 4/27/2016 | ACM0065048 | | |
| 336. | SS&C Invoice # INV936188 in the amount of $10,823.13 | 4/26/2016 | ACM0065072-74 | | |
| 337. | SS&C Invoice # INV936281 in the amount of $10,000.00 | 5/17/2016 | ACM0065219 | | |
| 338. | SS&C Invoice # INV936526 in the amount of $10,000.00 | 6/24/2016 | ACM0065730 | | |
| 339. | SS&C Invoice # INV936927 in the amount of $10,000.00 | 7/19/2016 | ACM0066042 | | |
| 340. | SS&C Invoice # INV933700 in the amount of $10,000.00 | 8/11/2016 | ACM0066731 | | |
| 341. | SS&C Invoice # INV937388 in the amount of $10,000.00 | 9/19/2016 | ACM0067619 | | |
| 342. | SS&C Invoice # INV937658 in the amount of $10,000.00 | 10/17/2016 | ACM0069052 | | |
| 343. | SS&C Invoice # INV938155 in the amount of $10,000.00 | 12/16/2016 | ACM0071912 | | |
| 344. | SS&C Invoice # INV938700 in the amount of $10,000.00 | 12/1/2016 | ACM0075065 | | |
| 345. | SS&C Invoice # INV938700 in the amount of $10,000.00 | 2/21/2017 | ACM0076914 | | |
| 346. | SS&C Invoice # INV938874 in the amount of $10,000.00 | 3/13/2017 | ACM0077546 | | |
| 347. | SS&C Invoice # INV939190 in the amount of $10,000.00 | 4/20/2017 | ACM0079030 | | |
| 348. | SS&C Invoice # INV936728 in the amount of $307,300.00 | 6/27/2016 | SSC052261 | | |
| 349. | E-mail exchange between S. DeMarino and M. Barry re: BPR | 3/25/2015 | SSC009319 | | FRE 402; FRE 403 |
| 350. | E-mail exchange between S. DeMarino and A. Johnson re: Updated Data Flow | 3/28/2015 | SSC009632-33 | | FRE 402 |
| 351. | E-mail from A. Johnson to M. Barry re: BPR Document | 4/2/2015 | SSC009876-78 | | FRE 402; FRE 403 |
| 352. | Spreadsheet containing ACM AR Summary | 4/2016 | SSC052518 | | |
| 353. | E-mail exchange between T. Gonzalez and J. Mountain re: Work Request Two | 4/11/2016 | SSC143758-60 | | FRE 106; FRE 402; FRE 403 |

| Pl. Ex. No. | Description | Date | Bates No. | Other Identifier | Objections |
|---|---|---|---|---|---|
| 354. | E-mail from J. Mountain to T. Reilly attaching wire transfer confirmation | 4/14/2016 | ACM049704-07 | | FRE 802; FRE 402 |
| 355. | E-mail from P. Grimmett to A. Johnson re: May 2016 invoice | 6/27/2016 | SSC052260-61 | | |
| 356. | E-mail from A. Johnson to P. Grimmett re: May 2016 invoice | 6/27/2016 | SSC052262 | | |
| 357. | E-mail from T. Gonzalez to A. Mougias attaching ACM payment history | 6/27/2016 | SSC148522-34 | | |
| 358. | Native attachment to ACM-357 | 6/27/2016 | SSC148533 | | |
| 359. | Native attachment to ACM-357 | 6/27/2016 | SSC148534 | | |
| 360. | Internal SS&C e-mail re: receipt of $200,000 wire transfer | 10/12/2016 | SSC054101-03 | | FRE 802 (as to Mountain emails); FRE 402; FRE 403 |
| 361. | E-mail exchange between S. DeMarino and M. Gruber re: nightly processing | 11/16/2016 | ACM0018873-78 | | FRE 802; FRE 402; FRE 403 |
| 362. | E-mail from J. Holmes to S. DeMarino re: ACM | 11/16/2016 | SSC146950 | | FRE 802; FRE 402; FRE 403 |
| 363. | Internal SS&C e-mail re: ACM update | 12/2/2016 | SSC054144 | | FRE 802; FRE 402; FRE 403 |
| 364. | E-mail from M. Gruber to F. Mahamoon re: missing factors | 3/22/2017 | SSC150950-93 | | FRE 802; FRE 402; FRE 403 |
| 365. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2013 | 2/27/2014 | | | FRE 402, FRE 403 |
| 366. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2014 | 2/26/2015 | | | FRE 402, FRE 403 |
| 367. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2015 | 2/29/2016 | | | FRE 402, FRE 403 |
| 368. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2016 | 2/28/2017 | | | FRE 402, FRE 403 |
| 369. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2017 | 2/28/2018 | | | FRE 402, FRE 403 |
| 370. | SS&C Form 10-K for the fiscal year ended Dec. 31, 2018 | 3/1/2019 | | | FRE 402, FRE 403 |