# EXHIBIT E

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-501 | 07/29/2009 | 00:00 | Announcement of $250 Million Merger Between Enterprise Acquisition Corp. and ARMOUR Residential REIT Inc | N/A | N/A | | R, P, DNP |
| DX-502 | 11/06/2009 | 00:00 | Amended and Restated Management Agreement between Armour Residential REIT, Inc. and Armour Residential Management LLC | N/A | N/A | | R, P |
| DX-503 | 10/05/2012 | 00:00 | Management Agreement between Javelin Mortgage Investment Corp. and Armour Residential Management LLC | N/A | N/A | | R, P |
| DX-504 | 12/31/2013 | 00:00 | Armour Residential Reit, Inc. 2013 Annual Report with Exhibit 10.3 Third Amended and Restated Management Agreement between ARMOUR and ARRM | N/A | N/A | | R, P, DNP |
| DX-505 | 03/05/2014 | 00:00 | First Amended and Restated Management Agreement between Javelin Mortgage Investment Corp. and Armour Residential Management LLC | ACM0049157 | ACM0049181 | | R, P |
| DX-506 | 04/24/2014 | 00:00 | SS&C Launches REIT Servicing Group Press Release | N/A | N/A | Gruber 009<br>Gruber 010<br>Moore 002<br>Mountain 009<br>Reilly 002 | |
| DX-507 | 05/13/2014 | 16:25 | Email from Dennis Moore to Jack Quinn re Lead Assignment>Website>ARMOUR | SSC000004 | SSC000004 | | H |
| DX-508 | 05/13/2014 | 20:06 | Email from Dennis Moore to Jim Mountain re SS&C Inquiry and Brochure | SSC000009 | SSC000014 | Moore 004<br>Mountain 006 | |
| DX-509 | 05/19/2014 | 01:14 | Email from Dennis Moore to Jim Mountain re SS&C Inquiry | SSC000043 | SSC000048 | Spicer 003 | |
| DX-510 | 05/28/2014 | 19:18 | Email from Dennis Moore to Salvatore Spadaro re First printing/binding request for Tim | SSC000068 | SSC000188 | | H, R |
| DX-511 | 05/28/2014 | 20:15 | Email from Jim Mountain to Dennis Moore re SS&C Inquiry | SSC000190 | SSC000191 | Spicer 004 | |
| DX-512 | 05/29/2014 | 17:56 | Email from Trevor Spicer to Dennis Moore re SS&C Inquiry | SSC000199 | SSC000200 | Spicer 005 | |
| DX-513 | 05/30/2014 | 17:54 | Email from Dennis Moore to Jim Mountain re SS&C inquiry | SSC000202 | SSC000212 | | |
| DX-514 | 06/02/2014 | 00:00 | Notes on ARMOUR Management | SSC056606 | SSC056607 | Fecteau 003 | H |
| DX-515 | 06/02/2014 | 00:00 | Introduction Book to SS&C Technologies | ACM0025350 | ACM0025360 | Fecteau 004<br>Gruber 002<br>Gruber 004<br>Moore 006<br>Mountain 004<br>Reilly 003 | P (p. 4 only) |
| DX-516 | 06/03/2014 | 13:05 | Email from Jeff Fecteau to Dennis Moore and Timothy Reilly re How was the rest of Armour meeting | SSC001153 | SSC001153 | | H, R |
| DX-517 | 06/04/2014 | 13:08 | Email from Trevor Spicer to Dennis Moore re SS&C Inquiry | SSC000267 | SSC000269 | Spicer 007 | |
| DX-518 | 06/04/2014 | 15:11 | Email from Dennis Moore to Jack Quinn and Jeff Fecteau re ARMOUR Task List_6 2 14v1.xlsx | SSC001199 | SSC001201 | | H, R |
| DX-519 | 06/04/2014 | 21:59 | Email from Dennis Moore to Jim Mountain re SS&C Inquiry | SSC000276 | SSC000280 | Gruber 003<br>Moore 008<br>Reilly 006 | |
| DX-520 | 06/06/2014 | 21:51 | Email from Dennis Moore to Jack Quinn re Armour License Fee Range | SSC001258 | SSC001259 | | H, R |
| DX-521 | 06/09/2014 | 14:13 | Email from Dennis Moore to Trevor Spicer re IT Call on 6/10/14 | SSC135265 | SSC135265 | Spicer 008 | |
| DX-522 | 06/10/2014 | 14:26 | Email from Daniel Linehan to Dennis Moore re ARMOUR Residential REIT Overview of their Environment | SSC000376 | SSC000377 | Moore 010 | H, R |
| DX-523 | 06/16/2014 | 17:43 | Email from Dennis Moore to Jeff Fecteau FW Mountain POC data | SSC001319 | SSC001327 | | |
| DX-524 | 06/19/2014 | 14:37 | Email from Dennis Moore to Jim Mountain re SS&C CAMRA Modules & Systems Overview | SSC000405 | SSC000418 | | |
| DX-525 | 07/21/2014 | 14:58 | Email from Jim Mountain to Njal Larson re Follow Up Call | Various | Various | Gruber 013<br>Mountain 013 | |
| DX-526 | 07/25/2014 | 20:53 | Email from Clearwater Analytics to Jim Mountain re: Your Request for a Clearwater Representative Contact is on the Way | ACM0048980 | ACM0048980 | Mountain 007 | |
| DX-527 | 08/25/2014 | 21:15 | ARMOUR Today's Meeting: Demonstration of CAMRA Accounting System & Proof of Concept | SSC135289 | SSC135290 | | H, R, BE |
| DX-528 | 08/26/2014 | 16:34 | Email from Dennis Moore to Mark Gruber re SS&C report results | SSC000694 | SSC000720 | Gruber 005<br>Moore 011 | |
| DX-529 | 08/27/2014 | 00:00 | ARMOUR Residential REIT Today's Meeting: Demonstration of CAMRA Accounting System & Proof of Concept Results | N/A | N/A | Gruber 006 | |
| DX-530 | 08/27/2014 | 00:00 | Demonstration of CAMRA Portfolio Accounting System and Presentation of Proof of Concept Resultes | SSC001453 | SSC001453 | Spicer 011 | |
| DX-531 | 08/29/2014 | 20:45 | Email from Dennis Moore to Timothy Reilly re Updates and Challenges for ARMOUR | SSC001511 | SSC001511 | Moore 022 | H, R |
| DX-532 | 09/03/2014 | 15:32 | Email from Mark Gruber to Trevor Spicer re GenevaSizingQuestionnaire | ACM0046515 | ACM0046515 | Spicer 012 | |
| DX-533 | 09/08/2014 | 13:03 | Email from Dennis Moore to Iwona Olszewska re ARMOUR Implementation | SSC000810 | SSC000812 | | H, R |
| DX-534 | 09/08/2014 | 16:30 | Email from Dennis Moore to Christopher Brown re Discussing SS&C Hosting Services with ARMOUR | SSC000813 | SSC000813 | Spicer 013 | |

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-535 | 09/10/2014 | 17:35 | Email from Dennis Moore to Jim Mountain re Summary of SS&C Hosting Services | SSC000829 | SSC000829 | Gruber 008 Moore 015 Reilly 007 | |
| DX-536 | 09/24/2014 | 11:14 | Email from Dennis Moore to Jonna Terry and Mark Gruber re SS&C Reports for Non-Agency Proof of Concept | SSC001982 | SSC001998 | Moore 012 | |
| DX-537 | 09/26/2014 | 20:54 | Email from Dennis Moore to Jonna Terry re September 25 follow-up | SSC001931 | SSC001941 | | |
| DX-538 | 11/06/2014 | 22:28 | Email from Dennis Moore to Mark Gruber and Jonna Terry re Materials for Friday's call | SSC002124 | SSC002129 | | |
| DX-539 | 11/07/2014 | 17:35 | Email from Dennis Moore to David Lamonica re ARMOUR Pricing Summary | SSC002147 | SSC002152 | | H, R |
| DX-540 | 11/07/2014 | 18:00 | Email from Jonna Terry to Dennis Moore and Jeff Fecteau re ARMOUR / JAVELIN requested information | SSC002153 | SSC002163 | Gruber 009 Mountain 013 Terry 001 | |
| DX-541 | 11/13/2014 | 16:29 | Email from Dennis Moore to David Lamonica re: Monthly min. for Armour | SSC002401 | SSC002414 | | H, R, BE |
| DX-542 | 11/13/2014 | 22:15 | Email from Jeff Fecteau to Timothy Reilly re SS&C Proposal for ARMOUR | SSC002755 | SSC002770 | | |
| DX-543 | 11/13/2014 | 22:15 | Email from Dennis Moore to Timothy Reilly and Jack Quinn FW: FW SS&C Proposal for ARMOUR | SSC002415 | SSC002430 | | H, R, CU |
| DX-544 | 11/13/2014 | 22:24 | Email from Jeff Fecteau to Timothy Reilly re ARMOUR Implementation Estimate | SSC002728 | SSC002728 | Olszewska 009 Olszewska 020 Reilly 009 | H, R |
| DX-545 | 11/17/2014 | 17:01 | Email from Jeff Fecteau to Iwona Olszewska and David Russell re ARMOUR | SSC002660 | SSC002660 | | H, R |
| DX-546 | 11/25/2014 | 15:19 | Email from Dennis Moore to Jeff Fecteau re ARMOUR operating model_11.12.14v2 | SSC002585 | SSC002587 | | H, R, BE |
| DX-547 | 11/25/2014 | 18:27 | Email from Dennis Moore to Timothy Reilly re ARMOUR update | SSC002597 | SSC002597 | | H, R |
| DX-548 | 11/26/2014 | 19:01 | Email from Jeff Fecteau to Jim Mountain and Mark Gruber re Agreement | SSC135644 | SSC135659 | | BE |
| DX-549 | 12/03/2014 | 17:32 | Email from Jeff Fecteau to Iwona Olszewska re Armour | SSC002468 | SSC002468 | Fecteau 001 | H, R |
| DX-550 | 12/09/2014 | 20:00 | Email from Jeff Fecteau to Timothy Reilly re ARMOUR implementation estimate - with the attachment this time | SSC002839 | SSC002842 | Reilly 010 | H |
| DX-551 | 12/10/2014 | 12:37 | Email from Dennie Moore to Jim Mountain re SS&C implementation estimate Attachment: ARMOUR Implementation Budget 12.10.14_DRAFTv1.pdf | SSC002845 | SSC002848 | Gruber 012 Olszewska 010 Reilly 011 | |
| DX-552 | 12/11/2014 | 12:04 | Email from Iwona Olszewska to Jeff Fecteau and Dennis Moore re: ARMOUR Implementation Budget_12 10 14_DRAFTv2.docx | SSC002889 | SSC002891 | | H, BE |
| DX-553 | 12/11/2014 | 16:58 | Email from Dennis Moore to Jim Mountain re SS&C implementation estimate and timeline Attachments: ARMOUR Implementation Budget_12.11.14_DRAFTv2.pdf; ARMOUR Timeline_12.11.14_DRAFTv1.pdf | SSC002920 | SSC002924 | Fecteau 008 Gruber 013 Moore 016 Reilly 012 Terry 002 | |
| DX-554 | 12/15/2014 | 15:14 | Email from Trevor Spicer to Cory Graley FW: SS&C Contract | ACM0025244 | ACM0025257 | Spicer 016 | |
| DX-555 | 12/15/2014 | 15:23 | Email from Trevor Spicer to Jim Mountain re SS&C Contract | ACM0048487 | ACM0048487 | Spicer 017 | |
| DX-556 | 12/15/2014 | 21:06 | Email from Cory Graley to Trevor Spicer re SS&C Contract | ACM0060813 | ACM0060814 | Spicer 018 | |
| DX-557 | 12/19/2014 | 00:00 | SS&C Technologies, Inc Master Agreement with ARMOUR Capital Management LP | ACM0048568 | ACM0048583 | Boulanger 001 Fecteau 010 Gonzalez 022 Gonzalez 026 Gruber 008 Gruber 010 Gruber 015 Haas 004 Moore 017 Mountain 010 Olszewska 011 Rand 018 Reilly 013 Terry 005 | |
| DX-558 | 12/19/2014 | 01:18 | Email from Jim Mountain to Jeff Fecteau and Dennis Moore re I think I am good now if you are | SSC003023 | SSC003023 | | |
| DX-559 | 12/19/2014 | 14:00 | Email from Jim Mountain to Jeff Zimmer re Final SS&C Terms | ACM0048920 | ACM0048920 | Zimmer 001 | |
| DX-560 | 12/29/2014 | 18:35 | Email from Michael Barry to Jim Mountain re SS&C Welcome Package | SSC003117 | SSC003237 | | H |
| DX-561 | 12/31/2014 | 00:00 | Armour Residential Reit, Inc. 2014 Annual Report | N/A | N/A | | R, P, DNP |
| DX-562 | 02/02/2015 | 14:53 | Email from Jonna Terry to Michael Barry, Mark Williams, and Adriana Johnson re: ARMOUR - Completed Open Positions report | SSC003644 | SSC003645 | | |

Case 3:17-cv-00790-JAM   Document 221-5   Filed 11/27/19   Page 4 of 10

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-563 | 02/06/2015 | 15:54 | Email from Adriana Johnson to Mark Williams re ARMOUR Weekly Status Call | SSC003801 | SSC003806 | | R |
| DX-564 | 02/06/2015 | 18:18 | Email from Adriana Johnson to Michael Barry re ARMOUR Internal Kick Off | SSC064252 | SSC064254 | Reilly 019 | H, R, BE |
| DX-565 | 02/18/2015 | 14:29 | Email from Manoj Chacko to Shamir Arzeno re Request #644268 (EBl>ARMOUR Capital Management, LP) | SSC003984 | SSC003988 | | H, R |
| DX-566 | 02/23/2015 | 00:00 | Fourth Amended and Restated Mangement Agreement between Armour Residential REIT, Inc. and Armour Capital Management LP | ACM0049062 | ACM0049085 | | R, P |
| DX-567 | 02/23/2015 | 00:00 | Second Amended and Restated Management Agreement between Javelin Mortgage Investment Corp. and Armour Capital Management LP | ACM0049204 | ACM0049227 | | R, P |
| DX-568 | 02/27/2015 | 17:01 | Email from Adriana Johnson to Michael Barry re ARMOUR Weekly Status Call | SSC008218 | SSC008223 | | R |
| DX-569 | 03/13/2015 | 15:19 | Email from Adriana Johnson to Michael Barry re ARMOUR Weekly Status Call | SSC008533 | SSC008538 | | R |
| DX-570 | 03/19/2015 | 15:50 | Email from Adriana Johnson to Mark Williams re ARMOUR Weekly Status Call | SSC008787 | SSC008792 | | R |
| DX-571 | 03/24/2015 | 13:28 | Email from Adriana Johnson to Mark Gruber and Jonna Terry re Charter - Please Review | SSC135849 | SSC135876 | Reilly 014 | H, R, BE, CU |
| DX-572 | 03/27/2015 | 13:55 | Email from Adriana Johnson to Mark Williams re ARMOUR Weekly Status Call | SSC033922 | SSC033923 | | R |
| DX-573 | 04/01/2015 | 14:44 | Email from Adriana Johnson to Mark Gruber re BNY Mellon and Citi - Need your Help | ACM0000599 | ACM0000599 | Gruber 018 Terry 004 | |
| DX-574 | 04/01/2015 | 15:15 | Email from Adriana Johnson to Mark Gruber re Revised Charter | ACM0061898 | ACM0061924 | | H, R, BE, CU |
| DX-575 | 04/02/2015 | 22:11 | Email from Adriana Johnson to Mark Williams re ARMOUR Weekly Status Update | SSC009937 | SSC009942 | | R |
| DX-576 | 04/02/2015 | 22:11 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC009937 | SSC009942 | | R |
| DX-577 | 04/05/2015 | 16:48 | Email from Sasha DeMarino to Mark Gruber re BPR Document | SSC135891 | SSC135990 | | H, R, BE, CU |
| DX-578 | 04/09/2015 | 12:48 | Email from Jonna Terry to Mark Gruber re BPR Document | ACM0001780 | ACM0001881 | Terry 006 | R, BE, CU |
| DX-579 | 04/10/2015 | 14:01 | Email from  Mark Williams to Adriana Johnson, Michael Barry and others re: ARMOUR Weekly Status Call | SSC010031 | SSC010036 | | R |
| DX-580 | 04/16/2015 | 13:56 | Email from Adriana Johnson to Jonna Terry re Availability Tomorrow | SSC010305 | SSC010307 | | H, R |
| DX-581 | 04/17/2015 | 21:38 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC010368 | SSC010373 | | R |
| DX-582 | 04/21/2015 | 13:24 | Email from Adriana Johnson to Mark Gruber and Jonna Terry re BPR Next Steps | SSC136018 | SSC136242 | Olszewska 016 | H, R |
| DX-583 | 04/24/2015 | 14:27 | Email from Adriana Johnson to Iwona Olszewska re ARMOUR Weekly Status | ACM0003524 | ACM0003529 | Gruber 019 Terry 003 | R |
| DX-584 | 04/24/2015 | 14:27 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC010612 | SSC010617 | | R |
| DX-585 | 04/28/2015 | 17:46 | Email from Adriana Johnson to Jonna Terry and Mark Gruber re ARMOUR Implementation Plan | SSC010976 | SSC010977 | | H, R |
| DX-586 | 05/01/2015 | 14:42 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC011045 | SSC011050 | | R |
| DX-587 | 05/04/2015 | 19:14 | Email from Mark Gruber to Adriana Johnson re Implementation Outstanding Items | SSC011092 | SSC011093 | | R |
| DX-588 | 05/07/2015 | 12:34 | Email from Adriana Johnson to Mitchell Monaco re ARMOUR Files | SSC011284 | SSC011285 | | H, R |
| DX-589 | 05/08/2015 | 14:44 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC012208 | SSC012213 | | R |
| DX-590 | 05/11/2015 | 16:44 | Email from Adriana Johnson to Mark Gruber re Implementation Outstanding Items | SSC013431 | SSC013432 | | R |
| DX-591 | 05/15/2015 | 15:10 | Email from Adriana Johnson to Iwona Olszewska re ARMOUR Weekly Status | ACM0012439 | ACM0012444 | Gruber 020 Terry 007 | R |
| DX-592 | 05/15/2015 | 15:10 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC013795 | SSC013800 | | R |
| DX-593 | 05/19/2015 | 16:39 | Email from Scott Rice to Adriana Johnson re JAVELIN January Activity | SSC136265 | SSC136267 | | H, R, CS, S |
| DX-594 | 05/22/2015 | 13:49 | Email from Jim Mountain to Jennifer Coppola re Management Representation Letter | ACM0060331 | ACM0060334 | Mountain 024 | R, P |
| DX-595 | 05/22/2015 | 15:02 | Email from Adriana Johnson to Multiple People re ARMOUR Weekly Status | ACM0013069 | ACM0013074 | Gruber 021 Terry 008 | R |
| DX-596 | 05/22/2015 | 15:02 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC014035 | SSC014040 | | R |
| DX-597 | 05/22/2015 | 19:48 | Email from Adriana Johnson to Sasha DeMarino re: Armour Training | SSC067261 | SSC067261 | | H, R |
| DX-598 | 05/29/2015 | 14:58 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC014251 | SSC014256 | | R |
| DX-599 | 06/11/2015 | 16:19 | Email from Dennis Moore to Jim Mountain re Scheduling a visit | ACM0003307 | ACM0003307 | King 006 | H, R |
| DX-600 | 06/11/2015 | 19:09 | Email from Adriana Johnson to Jonna Terry re Citi Questions | SSC014797 | SSC014800 | | |
| DX-601 | 06/12/2015 | 15:06 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC014850 | SSC014855 | | R |
| DX-602 | 06/17/2015 | 18:09 | Email from Mark Gruber to Adriana Johnson re SS&C Onsite 6/29 & 6/30 | SSC015042 | SSC015042 | | R |
| DX-603 | 06/18/2015 | 13:32 | Email from Adriana Johnson to Weeney Francois re Status Request ARR/JMI Online Access | SSC015046 | SSC015049 | | |

Case 3:17-cv-00790-JAM   Document 221-5   Filed 11/27/19   Page 5 of 10

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-604 | 06/19/2015 | 14:23 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC015107 | SSC015112 | | R |
| DX-605 | 06/22/2015 | 21:33 | Email from Scott Rice to Adriana Johnson re Citi Issues | SSC136278 | SSC136281 | | H, R |
| DX-606 | 06/23/2015 | 10:35 | Email from Scott Rice to Jonna Terry re Holdings Reconciliation | SSC015404 | SSC015406 | | R |
| DX-607 | 06/24/2015 | 15:09 | Email from Scott Rice to Jonna Terry re: Holdings Reconciliation | SSC015435 | SSC015437 | | R, CU |
| DX-608 | 06/26/2015 | 15:04 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC015524 | SSC015529 | | R |
| DX-609 | 06/30/2015 | 14:37 | Email from Frances Spark to Jim Mountain re Adoption of SS&C CAMRA Accounting and Reporting Solution | ACM0063154 | ACM0063155 | Mountain 023 | R, P |
| DX-610 | 07/06/2015 | 16:45 | Email from Scott Rice to Adriana Johnson re Original Trades | SSC136298 | SSC136299 | | H, R, CS, S |
| DX-611 | 07/08/2015 | 16:15 | Email from Jonna Terry to Mark Gruber re 12/31/2014 Trial Balance | ACM0008289 | ACM0008291 | Terry 009 | R, P |
| DX-612 | 07/10/2015 | 14:48 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC015812 | SSC015817 | | R |
| DX-613 | 07/15/2015 | 18:44 | Email from Scott Rice to Jonna Terry re ARMOUR Differences | SSC015974 | SSC015976 | | R |
| DX-614 | 07/20/2015 | 13:47 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC016093 | SSC016098 | | R |
| DX-615 | 07/22/2015 | 18:17 | Email from Scott Rice to Weeney Francois re ARMOUR CITY Velocity Files Continued | SSC017190 | SSC017191 | | H, R |
| DX-616 | 07/24/2015 | 12:55 | Email from Thomas Vielkind to Adriana Johnson re Bloomberg CPD Screen | SSC017294 | SSC017296 | | H, R |
| DX-617 | 07/24/2015 | 19:49 | Email from Adriana Johnson to Daniel Pallone re: ARMOUR Status | SSC033926 | SSC033927 | | H, R |
| DX-618 | 07/24/2015 | 20:33 | Email from Daniel Pallone to Adriana Johnson re ARMOUR Status | SSC136333 | SSC136333 | | H, R, CS, S |
| DX-619 | 07/31/2015 | 13:47 | Email from Adriana Johnson to Mark Williams and Michael Barry re: ARMOUR Weekly Status Call | SSC017571 | SSC017576 | | R |
| DX-620 | 08/07/2015 | 14:06 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC033930 | SSC033931 | | R |
| DX-621 | 08/07/2015 | 17:49 | Email from Thomas Vielkind to Scott Rice re Cash Off in JAVELIN | SSC019335 | SSC019335 | | H, R |
| DX-622 | 08/17/2015 | 13:12 | Email from Adriana Johnson to Iwona Olszewska re ARMOUR Implementation Plan and Weekly Status | SSC033932 | SSC033943 | | H, R |
| DX-623 | 08/21/2015 | 15:17 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC019471 | SSC019477 | | R |
| DX-624 | 08/24/2015 | 19:24 | Email from Adriana Johnson to Manoj Chacko re Normalizing Citi and BNY Files, and Process for AVM and BlackRock Files | SSC019599 | SSC019602 | | H, R |
| DX-625 | 09/11/2015 | 15:16 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC020347 | SSC020353 | | R |
| DX-626 | 09/24/2015 | 12:02 | Email from Mark Gruber to Jim Mountain re SS&C Status | ACM0004797 | ACM0004797 | Gruber 022 | |
| DX-627 | 09/24/2015 | 12:09 | Email from Iwona Olszewska to Timothy Reilly e re Armour | SSC136597 | SSC136597 | | H, R |
| DX-628 | 09/25/2015 | 14:35 | Email from Weeney Francois to Adriana Johnson re Month End Activity Details Report | SSC038468 | SSC041068 | | R |
| DX-629 | 09/25/2015 | 15:15 | Email from Adriana Johnson to Mark Williams and others re: ARMOUR Weekly Status Call | SSC020401 | SSC020407 | | R |
| DX-630 | 10/01/2015 | 20:08 | Email from Adriana Johnson to Mark Gruber and Jonna Terry re: List of Data Points | SSC042273 | SSC042274 | | R |
| DX-631 | 10/02/2015 | 11:10 | Email from Adriana Johnson to Timothy Reilly, David Russell and Daniel Pallone re ARMOUR Internal Touch Base | SSC136790 | SSC136791 | | H, R |
| DX-632 | 10/02/2015 | 15:51 | Email from Scott Rice to Adrian Johnson re Implementation Team Onsite | SSC136800 | SSC136802 | | H, R, CS, S |
| DX-633 | 10/02/2015 | 15:56 | Email from Scott Rice to Adriana Johnson re ARMOUR Feedback | SSC136803 | SSC136805 | | H, R, CS, S |
| DX-634 | 10/02/2015 | 21:47 | Email from Timothy Reilly to Adriana Johnson, at. el. re ARMOUR Management Status Minutes | ACM0009416 | ACM0009416 | Gruber 023<br>Terry 011 | |
| DX-635 | 10/05/2015 | 16:51 | Email from Scott Rice to Jonna Terry re List of Data Points | SSC042661 | SSC042662 | | |
| DX-636 | 10/07/2015 | 15:03 | Email from Scott Rice to Weeney Francois re Month End Activity Details Report | SSC136857 | SSC136861 | | H, R |
| DX-637 | 10/09/2015 | 15:11 | Email from Adirana Johnson to Multiple People re ARMOUR Weekly Status | ACM0003396 | ACM0003402 | Gruber 024 | H, R, CU |
| DX-638 | 10/09/2015 | 21:04 | Email from Adriana Johnson to Mark Gruber, Michael Barry and others re: ARMOUR Weekly Status Call | SSC033946 | SSC033947 | | R |
| DX-639 | 10/13/2015 | 15:39 | Email from Adriana Johnson to Daniel Massih re ARMOUR CAMRA Format Files | SSC043825 | SSC043830 | Chacko 001 | H |
| DX-640 | 10/13/2015 | 19:16 | Email from Scott Rice to Jonna Terry re: 8/31 Armour to Custodian Holdings Reconciliation | SSC043846 | SSC043848 | | R |
| DX-641 | 10/14/2015 | 13:57 | Email from Adriana Johnson to Iwona Olszewska re Management Decision | SSC136988 | SSC136989 | | H, R, CS, S |
| DX-642 | 10/14/2015 | 17:54 | Email from Mark Williams to Mark Gruber FW: 8/31 Armour to Custodian Holdings Reconciliation | SSC137020 | SSC137024 | | R, CU |
| DX-643 | 10/15/2015 | 20:48 | Email from Adriana Johnson to Jim Mountain re 8/31 Armour to Custodian Holdings Reconciliation | SSC137055 | SSC137059 | | R |
| DX-644 | 10/16/2015 | 14:03 | Email from Jonna Terry to Scott Rice re Initial Positions Reconcilliation Status | ACM0004053 | ACM0004054 | Gruber 025<br>Terry 013 | R |
| DX-645 | 10/22/2015 | 15:33 | Email from Scott Rice to Jonna Terry and Mark Williams re FTP upload 10/18 | SSC137645 | SSC137647 | | R |
| DX-646 | 10/27/2015 | 17:35 | Email from Mark Gruber to Adriana Johnson re 8/31 Armour to Custodian Holdings Reconciliation | SSC137787 | SSC137792 | | R |

Case 3:17-cv-00790-JAM   Document 221-5   Filed 11/27/19   Page 6 of 10

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-647 | 11/06/2015 | 16:54 | Email from Adriana Johnson to Mark Williams, Michael Barry and others re: ARMOUR Weekly Status Call | SSC021412 | SSC021419 | | R |
| DX-648 | 11/13/2015 | 18:56 | Email from Adriana Johnson to Mark Gruber and others re: ARMOUR Weekly Status Call | SSC021479 | SSC021486 | | R |
| DX-649 | 11/24/2015 | 16:28 | Email from Adriana Johnson to Mark Williams re ARMOUR Weekly Status Call | SSC021499 | SSC021508 | | R |
| DX-650 | 11/24/2015 | 16:36 | Email from Adriana Johnson to Dennis Moore re: ARMOUR | SSC140511 | SSC140512 | | H, R, CU |
| DX-651 | 12/02/2015 | 18:32 | Email from Adriana Johnson to Michael McCormick re ARMOUR Agenda | SSC044866 | SSC044868 | | H, R, BE |
| DX-652 | 12/02/2015 | 21:28 | Email from Sally Connelly to Mark Williams re Armour Training | SSC140644 | SSC140930 | | H, R |
| DX-653 | 12/04/2015 | 16:25 | Email from Adriana Johnson to Tony Gonzalez re ARMOUR Weekly Status | ACM0009062 | ACM0009068 | Gruber 026 | R |
| DX-654 | 12/04/2015 | 16:25 | Email from Adriana Johnson to Mark Williams and others re: ARMOUR Weekly Status Call | SSC021618 | SSC021624 | | R, CU |
| DX-655 | 12/07/2015 | 12:43 | Email from Weeney Francois to Adriana Johnson re Month End Activity Details Report | SSC045054 | SSC045056 | | H, R |
| DX-656 | 12/07/2015 | 13:22 | Email from Scott Rice to Adriana Johnson re November Data Continued | SSC140984 | SSC140986 | | H, R, P |
| DX-657 | 12/07/2015 | 18:15 | Email from Weeney Francois to Adriana Johnson re Month End Activity Details Report | SSC045085 | SSC045087 | | H, R |
| DX-658 | 12/08/2015 | 14:08 | Email from Adriana Johnson to Mark Gruber re ARMOUR Schedule | SSC141015 | SSC141015 | | R |
| DX-659 | 12/08/2015 | 15:46 | Email from Andrew Voutsinas to Adriana Johnson re ARMOUR Schedule | SSC141016 | SSC141018 | | H, R, CU |
| DX-660 | 12/10/2015 | 17:03 | Email frm Adriana Johnson to Mark Williams re Trial Balance Discussion | SSC141064 | SSC141064 | | R |
| DX-661 | 12/14/2015 | 18:54 | Email from Weeney Francois to Adriana Johnson and Scott Rice re: Month End Aactivity Details Report | SSC045369 | SSC045372 | | H, R |
| DX-662 | 12/16/2015 | 14:24 | Email from Mark Gruber to Adriana Johnson re September 30th General Ledger Corrections | SSC141181 | SSC141183 | | R |
| DX-663 | 12/19/2015 | 04:30 | Email from Adriana Johnson to Christopher Brown re ARMOUR Implementation Still in Trouble | SSC141254 | SSC141272 | Chacko M | H |
| DX-664 | 12/21/2015 | 13:20 | Email from Daniel Pallone to Tony Gonzalez re ARMOUR Implementation Still in Trouble | SSC141285 | SSC141289 | | H, R |
| DX-665 | 12/21/2015 | 14:01 | Email from Lindsey Tsikakos to Scott Rice re ARMOUR/BNY Interface - CAMRA | SSC045640 | SSC045667 | | H, R |
| DX-666 | 12/21/2015 | 16:49 | Email from Jonna Terry to David Russell re BNY Clearing Accounts Guidance | SSC141306 | SSC141309 | Chacko B | R |
| DX-667 | 12/31/2015 | 00:00 | Armour Residential Reit, Inc. 2015 Annual Report | N/A | N/A | | R, P, DNP |
| DX-668 | 01/08/2016 | 15:44 | Email from Adriana Johnson to Mark Williams and others re: ARMOUR Weekly Status Call | SSC033949 | SSC033950 | | R |
| DX-669 | 01/14/2016 | 21:28 | Email from Scott Rice to Andrew Voutsinas re September 30th General Ledger Corrections - JAVELIN After OTTI | SSC046189 | SSC046191 | | H, R |
| DX-670 | 01/15/2016 | 15:31 | Email from Scott Rice to Mark Gruber re ARMOUR/BNY Interface - CAMRA and Workbench Portal | SSC046214 | SSC046216 | | H |
| DX-671 | 01/15/2016 | 20:23 | Email from Manjor Chacko to Scott Rice re Mellon Workbemch for ARMOUR | SSC151891 | SSC151891 | Chacko C | H |
| DX-672 | 01/15/2016 | 20:48 | Email from Scott Rice to Mark Gruber re Workbench Access | ACM0013137 | ACM0013138 | | H |
| DX-673 | 01/19/2016 | 13:26 | Email from Mark Gruber to Scott Rice re September 30th General Ledger Corrections - JAVELIN After OTTI | SSC046296 | SSC046298 | | R |
| DX-674 | 01/20/2016 | 21:28 | Email from Adriana Johnson to Mark Gruber re Project Plan Detail | SSC142614 | SSC142615 | | R |
| DX-675 | 01/21/2016 | 16:15 | Email from Michael McCormick to Jonna Terry re Pairoff Sheets from 11/19 | SSC046862 | SSC046863 | | H, R |
| DX-676 | 01/22/2016 | 15:48 | Email from Adriana Johnson to Mark Williams and others re: ARMOUR Weekly Status Call | SSC033951 | SSC033952 | | R |
| DX-677 | 01/29/2016 | 16:08 | Email from Adriana Johnson to Mark Williams and others re: ARMOUR Weekly Status Call | SSC033953 | SSC033954 | | R |
| DX-678 | 01/30/2016 | 21:07 | Email from Tony Gonzalez to Adriana Johnson re Issues Caused by ARMOUR | SSC142619 | SSC142619 | Gonzalez 018 | H, R, P, CS, S |
| DX-679 | 02/01/2016 | 18:28 | Email from Scott Rice to Adriana Johnson re Armour | SSC047409 | SSC047411 | | H, R, P |
| DX-680 | 02/04/2016 | 16:55 | Email from Scott Rice to Jonna Terry and Mark Gruber re Holdings Discussion and Reconcilitaion | SSC111028 | SSC111030 | | H, R |
| DX-681 | 02/05/2016 | 15:14 | Email from Scott Rice to Jonna Terry re Missing Repo Rates for Armour | SSC047535 | SSC047536 | | H, R |
| DX-682 | 02/05/2016 | 22:38 | Email from Adriana Johnson to Mark Williams, Mark Gruber and others re: ARMOUR Weekly Status Call | SSC021773 | SSC021779 | | R |
| DX-683 | 02/12/2016 | 16:04 | Email from Adriana Johnson to Mark Gruber and others re: Bimini, & ARMOUR Weekly Status Call | SSC021785 | SSC021791 | | R |
| DX-684 | 02/16/2016 | 15:30 | Email from Michael McCormick to Jonna Terry re Settles file | SSC047733 | SSC047734 | | R |
| DX-685 | 02/17/2016 | 13:23 | Email from Scott Rice to Ruth Ford and Michael McCormick re Zero Repo Rates | SSC047853 | SSC047859 | | H, R |
| DX-686 | 02/17/2016 | 20:23 | Email from Scott Rice to Michael McCormick re Zero Repo Rates | SSC047904 | SSC047910 | | H, R, CU |
| DX-687 | 02/19/2016 | 15:40 | Email from Adriana Johnson to Mark Gruber and others re: Bimini, & ARMOUR Weekly Status Call | SSC021825 | SSC021831 | | R |
| DX-688 | 02/25/2016 | 14:35 | Email from Adriana Johnson to David Russell re RMBS Book Values | SSC048164 | SSC048166 | | H, R, P |
| DX-689 | 02/25/2016 | 14:43 | Email from Scott Rice to David Russell re RMBS Book Values | SSC048167 | SSC048169 | | H, R, P |
| DX-690 | 02/26/2016 | 15:56 | Email from Adriana Johnson to Mark Gruber and others re: Bimini, & ARMOUR Weekly Status Call | SSC021861 | SSC021867 | | H, R |
| DX-691 | 02/29/2016 | 15:38 | Email from Scott Rice to Jonna Terry re ARMOUR Repo Rates | SSC048242 | SSC048246 | | H, R |
| DX-692 | 02/29/2016 | 20:27 | Email from Ruth Ford to Adriana Johnson re ARMOUR List of Issues | SSC113986 | SSC113986 | | H, R, P |
| DX-693 | 03/01/2016 | 00:00 | Javelin Tender Offer for acquisition by Armour | N/A | N/A | | R, DNP |
| DX-694 | 03/02/2016 | 00:00 | Announcement that ARMOUR Residential REIT Inc to Acquire JAVELIN Mortgage Investment Corp | N/A | N/A | | R, DNP |
| DX-695 | 03/04/2016 | 16:16 | Email from Adriana Johnson to Jonna Terryr re ARMOUR Weekly Status Call | SSC021972 | SSC021979 | | H, R |

Case 3:17-cv-00790-JAM   Document 221-5   Filed 11/27/19   Page 7 of 10

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-696 | 03/07/2016 | 13:12 | Email from Jonna Terry to Scott Rice and Mark Gruber re Lance Holdings | SSC048715 | SSC048716 | | H, R, P |
| DX-697 | 03/10/2016 | 16:34 | Email from Adriana Johnson to Jennifer Romano re ARMOUR User System Setup Update | SSC114038 | SSC114040 | Rand 001 | H, R, CU |
| DX-698 | 03/10/2016 | 21:35 | Email from Tony Gonzalez to Jim Mountain re Introduction to Daniel Pallone | ACM0013338 | ACM0013338 | Gruber 007<br>Mountain 007 | |
| DX-699 | 03/11/2016 | 15:56 | Email from Adriana Johnson to Mark Gruber and others re: ARMOUR Weekly Status Call | SSC114053 | SSC114054 | | R |
| DX-700 | 03/17/2016 | 13:49 | Email from Daniel Pallone to Tony Gonzalez re ARMOUR Fees | SSC049016 | SSC049019 | Gonzalez 019 | H, R, BE |
| DX-701 | 03/18/2016 | 15:16 | Email from Adriana Johnson to Mark Gruber re: Go Live Strategy | SSC049074 | SSC049075 | | R |
| DX-702 | 03/18/2016 | 15:26 | Email from Adriana Johnson to Mark Gruber and others re: ARMOUR Weekly Status Call | SSC033955 | SSC033956 | | R |
| DX-703 | 03/23/2016 | 19:24 | Email from Daniel Pallone to Timothy Reilly re ARMOUR SS&C 3/22/ Meeting Follow Ups | ACM0013447 | ACM0013447 | Gruber 029 | H |
| DX-704 | 03/31/2016 | 18:47 | Email from Daniel Pallone to Jim Mountain re ARMOUR Implementation Fixed Cost | SSC114451 | SSC114453 | | |
| DX-705 | 04/04/2016 | 13:57 | Email from Iwona Olszewska re ARMOUR Story Deck | SSC119942 | SSC119943 | Gonzalez 028 | H, R, P, PC |
| DX-706 | 04/05/2016 | 19:19 | Email from Daniel Pallone to Mark Gruber re ARMOUR Implementation Cost Review | ACM0013611 | ACM0013618 | Gruber 028 | R, P |
| DX-707 | 04/06/2016 | 12:44 | Email from Jim Mountain to Daniel Pallone, Mark Gruber and others re: ARMOUR Weekly Status Call | SSC049991 | SSC049992 | | R |
| DX-708 | 04/07/2016 | 13:17 | Email from Adriana Johnson to David Russell FW Implementation | SSC143697 | SSC143699 | | |
| DX-709 | 04/07/2016 | 13:38 | Email from Scott Rice to Adriana Johnson re GL - Cash Only 3.31.16 | SSC143703 | SSC143707 | | H, R |
| DX-710 | 04/07/2016 | 21:01 | Email from Tony Gonzalez to Scott Rice, Andrew Voutsinas, Thomas Vielkind re Aromur travel next week | SSC143720 | SSC143720 | | H, R |
| DX-711 | 04/07/2016 | 13::30 | Email from Mark Gruber to Adriana Johnson and Jonna Terry re March Data | SSC143700 | SSC143702 | | R |
| DX-712 | 04/08/2016 | 19:36 | Email from Scott Rice to Adriana Johnson re ARMOUR Cashflow File | SSC143734 | SSC143734 | | H, R, CS, S |
| DX-713 | 04/11/2016 | 20:22 | Email from Mark Gruber to Adriana Johnson and Jonna Terry re March Data | SSC143761 | SSC143764 | | R |
| DX-714 | 04/13/2016 | 17:02 | Email from Adriana Johnson to Tony Gonzalez re ARMOUR WR2 040716 (3).docx | SSC143819 | SSC143826 | | H, R, P |
| DX-715 | 04/13/2016 | 18:03 | Email from Mark Gruber to Andrew Voutsinas and Jonna Terry re February 29th Armour Trial Balance | SSC143827 | SSC143827 | | R |
| DX-716 | 04/14/2016 | 13:34 | Email from David Russell to David Reid re ARMOUR PGAAP Change | SSC143829 | SSC143832 | | H, R |
| DX-717 | 04/19/2016 | 00:00 | SS&C Technologies, Inc. Work Request Two | ACM0065005 | ACM0065006 | Boulanger 002<br>Gruber 012<br>Mountain 012<br>Pallone 015<br>Reilly 018 | |
| DX-718 | 04/19/2016 | 00:00 | SS&C Technologies, Inc. Work Request Three | ACM0065002 | ACM0065002 | | |
| DX-719 | 04/25/2016 | 21:06 | Email from Scott Rice to Mark Gruber, Jonna Terry & Andrew Voutsinas re: March 31st Javelin Trial Balance | SSC050906 | SSC050909 | | R |
| DX-720 | 04/27/2016 | 16:04 | Email from Mark Gruber to Scott Rice re March 31st JAVELIN Trial Balance | SSC050934 | SSC050936 | | R |
| DX-721 | 05/05/2016 | 13:51 | Email from Adriana Johnson to David Russell re JAVELIN PGAAP | SSC143988 | SSC143993 | | H, R |
| DX-722 | 05/06/2016 | 13:17 | Email from Scott Rice to Barak Strindberg re ARMOUR Missing Factors | SSC144001 | SSC144002 | | H, R |
| DX-723 | 05/11/2016 | 14:37 | Email from Scott Rice to Adriana Johnson re JMI Non Agency Tax Basis Request | SSC144020 | SSC144028 | | R |
| DX-724 | 05/12/2016 | 20:05 | Email from Mark Gruber to Jaykumar Patel and Adriana Johnson re ARMOUR - Deloitte & SS&C Discussion | SSC144033 | SSC144033 | | R |
| DX-725 | 05/20/2016 | 18:23 | Email from Andrew Voutsinas to Jonna Terry & Mark Gruber re: April 30th Armour and Sabre Trial Balances | SSC051522 | SSC051523 | | R |
| DX-726 | 05/24/2016 | 14:38 | Email from Mark Gruber to Andrew Voutsinas and Jonna Terry re April 30th Armour and Sabre Trial Balance | SSC051565 | SSC051565 | | R |
| DX-727 | 05/25/2016 | 21:06 | Email from Andrew Voutsinas to Adriana Johnson re Armour Transfer Issue | SSC144080 | SSC144082 | | H, R |
| DX-728 | 05/26/2016 | 14:22 | Email from Mark Gruber to Andrew Voutsinas re April 30th Armour and Sabre Trial Balance | ACM0014525 | ACM0014525 | Gonzalez 025 | R |
| DX-729 | 06/02/2016 | 16:51 | Email from Mark Gruber to Adriana Johnson re April 30th Javelin and Lance Trial Balances | SSC051633 | SSC051634 | | R |
| DX-730 | 06/03/2016 | 15:33 | Email from Mark Gruber to Andrew Voutsinas re April 30th Javelin and Lance Trial Balances | SSC051642 | SSC051642 | | R |
| DX-731 | 06/08/2016 | 13:57 | Email from Andrew Voutsinas to Adriana Johnson re ARMOUR Update | SSC144162 | SSC144164 | | H, R |
| DX-732 | 06/13/2016 | 19:55 | Email from Kristin Davies to Scott Rice re CAMRA Status | ACM0014962 | ACM0014962 | Davies 002 | R, P |
| DX-733 | 06/14/2016 | 18:13 | Email from Alicia Hill to Scott Rice re Camra Status | ACM0015008 | ACM0015010 | Hill 003 | R, P |
| DX-734 | 06/20/2016 | 15:25 | Email from Jonna Terry to Scott Rice re Pricing Questions | SSC144313 | SSC144314 | Rand 002 | R |
| DX-735 | 06/21/2016 | 17:27 | Email from Kristin Davies to Scott Rice re JMI Tie Out Issues 6/20 | SSC152185 | SSC152185 | Davies 003 | R, P |
| DX-736 | 06/22/2016 | 18:36 | Email From Kristin Davies to Scott Rice re JMI  Cash Tie Out Issues 6/21 | SSC132104 | SSC132104 | Davies 004 | R, P |
| DX-737 | 06/24/2016 | 16:21 | Email from Scott Rice to Kristin Davies re JMI CAMRA Processing for 6.23 | SSC132186 | SSC132186 | Davies 005 | R, P |
| DX-738 | 06/24/2016 | 19:15 | Email from Jonna Terry to Andrew Voutsinas re Agency Mortgage Bonds in ARR | SSC144361 | SSC144361 | Terry 015 | R |
| DX-739 | 06/28/2016 | 17:53 | Email from Tony Gonzalez to Adriana Johnson re Armour | SSC144469 | SSC144469 | | H, R |

Case 3:17-cv-00790-JAM   Document 221-5   Filed 11/27/19   Page 8 of 10

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-740 | 06/28/2016 | 18:45 | Email from Mark Gruber to Andrew Voutsinas, Adriana Johnson and Jonna Terry re Armour TB after updates | SSC144470 | SSC144474 | | R |
| DX-741 | 07/01/2016 | 12:53 | Email from Kristin Davies to Andrew Voutsinas re JAVELIN Repo Transaction Question | ACM0015448 | ACM0015448 | Davies 006 | R, P |
| DX-742 | 07/05/2016 | 19:54 | Email from Adriana Johnson to Tony Gonzalez re armour % complete for June | SSC144489 | SSC144491 | | H, R |
| DX-743 | 07/08/2016 | 13:49 | Email from Sasha DeMarino to Adriana Johnson re ARMOUR Transition to Client Services | SSC144492 | SSC144492 | | H, R |
| DX-744 | 07/12/2016 | 20:15 | Email from Scott Rice to Alicia Hill re ARR 7.11.16 CAMRA I/O Settlements | SSC144496 | SSC144497 | | R, P |
| DX-745 | 07/12/2016 | 20:37 | Email from Shane Rand to Scott Rice re 7/12 Upload Template | SSC132772 | SSC132772 | Rand 003 | R, P |
| DX-746 | 08/03/2016 | 15:25 | Email from Shane Rand to Jonna Terry, Richard Edwards and Mark Gruber re: SS&C Policies and Procedures | ACM0066442 | ACM0066442 | Terry 016 | R |
| DX-747 | 08/15/2016 | 14:33 | Email from Joshua Brown to Adriana Johnson and Michael Doyle re ARMOUR Client Services Transition Meeting | SSC145176 | SSC145177 | | H, R, CS, S |
| DX-748 | 08/18/2016 | 12:07 | Email from Joshua Brown to Daniel Pallone re Thank You Letter to SS&C Team for Armour Phone Call and Participation | SSC054003 | SSC054003 | Pallone 010 | H |
| DX-749 | 08/18/2016 | 12:10 | Email from Adriana Johnson to Joshua Brown re Armour | SSC145558 | SSC145635 | | H, R |
| DX-750 | 08/26/2016 | 05:01 | Email from Jim Mountain to Mark Gruber re CAMRA Implementation Status Update | ACM0017071 | ACM0017071 | | |
| DX-751 | 08/30/2016 | 15:50 | Email from Kristin Davies to Scott Rice re JMI 8/25 P&I Processing | SSC133956 | SSC133958 | Davies 011 | R, P |
| DX-752 | 08/31/2016 | 21:02 | Email from Mark Gruber to Michael Doyle re Armour reconciliation update | SSC146320 | SSC146321 | | R |
| DX-753 | 09/02/2016 | 14:42 | Email from Jonna Terry to Michael Doyle, Joshua Brown, and Jason Holmes re Sweep adjustment issues | SSC146442 | SSC146442 | | R, P |
| DX-754 | 09/22/2016 | 18:31 | Email from Fathima Mahamoon to Kristen Davies re JMI 9/20 P&I Processing Question | SSC025308 | SSC025314 | Davies 013 | R, P |
| DX-755 | 09/22/2016 | 21:19 | Email from Adriana Johnson to Scott Rice re ARMOUR Issues, RM and Training | SSC117412 | SSC117413 | | H, R, P |
| DX-756 | 09/26/2016 | 17:23 | Email from Fathima Mahamoon to Jonna Terry, Kristin Davies, and Jason Holmas re: Bank statement | SSC025367 | SSC025371 | | R, P |
| DX-757 | 09/28/2016 | 12:32 | Email from Fathima Mahamoon to Jonna Terry re: ARR Office - 9.28 | SSC025380 | SSC025380 | | R |
| DX-758 | 09/28/2016 | 18:10 | Email from Scott Rice to Fathima Mahamoon re Armour Questions | SSC146720 | SSC146721 | | H, R, P |
| DX-759 | 09/29/2016 | 15:37 | Email from Scott Rice to Jason Holmes re Unrealized Generated After Closing | SSC146747 | SSC146749 | | H, R, P |
| DX-760 | 09/29/2016 | 21:25 | Email from Jason Holmes to Fathima Mahamoon re ARMOUR Processing Issues | SSC025443 | SSC025443 | | H, R, P |
| DX-761 | 09/30/2016 | 13:51 | Email from Scott Rice to Jason Holmes re AIP Repo Variance | SSC146766 | SSC146767 | | H, R, P |
| DX-762 | 09/30/2016 | 21:30 | Email from Jason Holmes to Fathima Mahamoon re SS&C Processing and Assistance to ARMOUR - Update | SSC025468 | SSC025470 | | H, R, P |
| DX-763 | 09/30/2016 | 21:30 | Email from Jason Holmes to Fathima Mahamoon FW: SS&C Processing Assistance to Armour - Update | SSC025468 | SSC025470 | | H, R, P |
| DX-764 | 10/05/2016 | 16:43 | Email from Daniel Pallone to Jeffrey Castiglioni re Armour Meeting Closing Out Implementation Phase | SSC146788 | SSC146788 | | H |
| DX-765 | 10/11/2016 | 16:13 | Email from Daniel Pallone to Jim Mountain re: Progress payment | SSC054082 | SSC054084 | | |
| DX-766 | 10/12/2016 | 13:04 | Email from Ramon Claudio to Jeffrey Castiglioni and Ellen Gervais re: Progress payment | SSC054101 | SSC054103 | | |
| DX-767 | 10/15/2016 | 07:10 | Email from Trevor Spicer to Cory Graley re Action Item FW September CAMRA User Call | ACM0018100 | ACM0018101 | Spicer 019 | R |
| DX-768 | 10/19/2016 | 13:41 | Email from Kristin Davies to Fathima Mahamoon re LANCE 9/30 Balance Inquiry | SSC025582 | SSC025583 | Davies 016 | R, P |
| DX-769 | 11/03/2016 | 16:11 | Email from Jason Holmes to Patricia White re SS&C Follow Up Best Practice Documentation | SSC120943 | SSC121014 | Gruber 033 | H, R |
| DX-770 | 11/22/2016 | 18:27 | Email from Sasha DeMarino to Daniel Pallone re CAMRA Catchup Processing for ARMOUR | SSC054130 | SSC054139 | | H, R, P, CS, S |
| DX-771 | 11/22/2016 | 19:34 | Email from Shane Rand to Sasha DeMarino re CAMRA catchup processing for Armour | SSC033753 | SSC033764 | Rand 009 | R, P |
| DX-772 | 12/02/2016 | 19:19 | Email from Alicia Hill to Jonna Terry re ARR 11.30.16 Cash Variance | ACM0070857 | ACM0070859 | Chacko D<br>Hill 011<br>Terry 018 | R, P |
| DX-773 | 12/09/2016 | 18:09 | Email from Shane Reid to Jason Holmes re Trade Upload Issue | SSC025919 | SSC025920 | Rand 010 | R, P |
| DX-774 | 12/09/2016 | 20:38 | Email from Fathima Mahamoon to Shane Rand re Updated Factor Rebook for 3138WJFM5 | SSC025958 | SSC025958 | Chacko E<br>Rand 011 | R, P |
| DX-775 | 12/15/2016 | 01:38 | Email from Jason Holmes to Jim Mountain re Month End Checklist and Cashflows | ACM0023531 | ACM0023532 | | R |
| DX-776 | 12/19/2016 | 15:53 | Email from Jason Holmes to Mark Gruber and Jonna Terry re: Armour | SSC054157 | SSC054157 | | R |
| DX-777 | 12/19/2016 | 19:57 | Email from Krisitin Davies to Jonna Terry re 91831LAA5 | ACM0023628 | ACM0023631 | | R, P |
| DX-778 | 12/23/2016 | 16:53 | Email from Kristin Davies to Fathima Mahamoon re Holdings Report in GL Recon | SSC026884 | SSC026886 | Davies 019 | R, P |
| DX-779 | 12/23/2016 | 18:49 | Email from Fathima Mahamoon to Jonna Terry re Holdings Report | ACM0023884 | ACM0023885 | | R, P |
| DX-780 | 12/31/2016 | 00:00 | Armour Residential Reit, Inc. 2016 Annual Report | N/A | N/A | | R, P, DNP |
| DX-781 | 01/03/2017 | 22:39 | Email from Fathima Mahamoon to Jason Holmes re JAVELIN 12.25 P&I Processing Issue | SSC027151 | SSC027155 | Davies 021 | H, R, P |
| DX-782 | 01/05/2017 | 20:58 | Email from Fathima Mahamoon to Shane Rand re ARMOUR Initial Dec. Quantity Rec. Issues | SSC027227 | SSC027231 | Rand 012 | R, P |
| DX-783 | 01/05/2017 | 21:21 | Email from Shane Rand to Fathima Mahamoon re ARMOUR Initial Dec. Quantity Rec. Issues | SSC027235 | SSC027239 | Rand 013 | R, P |
| DX-784 | 01/06/2017 | 15:45 | Email from Mark Gruber to Trevor Spicer, Manoj Chacko, Cory Graley re BlackRock File | ACM0020359 | ACM0020360 | Chacko L | R |

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|
| DX-785 | 01/06/2017 | 16:56 | Email from Fathima Mahamoon to Jason Holmes re Posting MBS Losses | ACM0020384 | ACM0020385 | | R, P |
| DX-786 | 01/11/2017 | 16:44 | Email from Fathima Mahamoon to Shane Rand re Trade Upload Errors | SSC027568 | SSC027569 | Rand 017 | R, P |
| DX-787 | 01/11/2017 | 19:29 | Email from Shane Rand to Fathima Mahamoon re Factor Update Accrued Interest Tabbing | SSC027606 | SSC027607 | Rand 016 | R, P |
| DX-788 | 01/13/2017 | 15:32 | Email from Jonna Terry to Krisitin Davies FW Armour | ACM0020573 | ACM0020575 | | R |
| DX-789 | 01/20/2017 | 17:15 | Email from Fathima Mahamoon to Shane Rand re Transfer Manager | SSC029015 | SSC029023 | Rand 019 | R, P |
| DX-790 | 01/24/2017 | 16:49 | Email from Fathima Mahamoon to Shane Rand re SSNC Extract | SSC029610 | SSC029613 | Rand 020 | R, P |
| DX-791 | 01/24/2017 | 22:22 | Email from Fathima Mahamoon to Alicia Hill re ARR 1.23.17 Recon | SSC029725 | SSC029725 | | R, P |
| DX-792 | 01/27/2017 | 15:24 | Email from Jason Holmes to Jim Mountain and Mark Gruber re Armour | SSC054182 | SSC054185 | | R |
| DX-793 | 01/30/2017 | 20:08 | Email from Kristin Davies to Fathima Mahamoon re JMI CAMRA Issue (JAN Quantity Now Matches) | ACM0022241 | ACM0022245 | Davies 027 | R, P |
| DX-794 | 01/31/2017 | 20:06 | Email from Mark Gruber to Donald Johnson re: Armour - Request for daily/monthly checklist | ACM0050014 | ACM0050014 | | R |
| DX-795 | 01/31/2017 | 20:29 | Email from Jason Holmes to Donald Johnson re Armour - Request for daily / monthly checklist | SSC030142 | SSC030143 | | H, R |
| DX-796 | 02/01/2017 | 20:08 | Email from Donald Johnson to Mark Gruber re Armour - Request for daily / monthly checklist | SSC058063 | SSC058065 | | R |
| DX-797 | 02/02/2017 | 14:06 | Email from Jason Holmes to Donald Johnson FW: SS&C Follow-up Best Practice Documentation | SSC150288 | SSC150360 | | H, R, CU |
| DX-798 | 02/02/2017 | 16:21 | Email from Mark Gruber to Donald Johnson re:Armour - Request for daily/monthly checklist | SSC150361 | SSC150362 | | R |
| DX-799 | 02/03/2017 | 22:20 | Email from Donald Johnson to Timothy Reilly re ARMOUR Weekly Update | SSC147291 | SSC147292 | | H, R |
| DX-800 | 02/09/2017 | 16:42 | Email from Alicia Hill to Donald Johnson re ARMOUR Daily Checklist | SSC058208 | SSC058209 | Reilly 030 | R |
| DX-801 | 02/10/2017 | 14:05 | Email from Timothy Reilly to Donald Johnson re Armour | SSC054221 | SSC054221 | | H, R |
| DX-802 | 02/17/2017 | 17:38 | Email from Fathima Mahamoon to Alicia Hill re question | SSC030769 | SSC030772 | | R |
| DX-803 | 03/08/2017 | 20:57 | Email from Mark Gruber to Donald Johnson re Factor Check | ACM0023254 | ACM0023255 | | |
| DX-804 | 03/28/2017 | 21:00 | Email from Daniel Pallone to Jim Mountain re SS&C Payment | SSC147395 | SSC147395 | Pallone 018 | |
| DX-805 | 04/11/2017 | 13:32 | Email from Manoj Chacko to Barak Strindberg re Incident 757341 | SSC150990 | SSC150998 | Chacko I | H |
| DX-806 | 04/18/2017 | 14:50 | Email from Manoj Chacko to Christopher Brown re ARMOUR Rate for 3137G)KQ1 | SSC061603 | SSC061608 | Chacko J | H |
| DX-807 | 04/19/2017 | 17:03 | Email from HelpDesk to Donald Johnson re Diary Entry Made For Incident 757341 by Manoj Chacko | SSC061749 | SSC061750 | Chacko K | H |
| DX-808 | 04/20/2017 | 13:28 | Email from Scott Rice to Jonna Terry and Donald Johnson re Armour - Market value pull | SSC061851 | SSC061853 | | R, P |
| DX-809 | 05/01/2017 | 00:00 | Letter from Holland & Knight to SS&C re: Termination for Material Breach | N/A | N/A | | |
| DX-810 | 05/08/2017 | 17:08 | Email from Jim Mountain to Daniel Pallone re SS&C Support | ACM0025258 | ACM0025258 | | R |
| DX-811 | 09/26/2017 | 00:00 | Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories | N/A | N/A | | |
| DX-812 | 12/31/2017 | 00:00 | Armour Residential Reit, Inc. 2017 Annual Report | N/A | N/A | | R, P, DNP |
| DX-813 | 01/19/2018 | 00:00 | Plaintiff's Amended Objections and Responses to Defendant's Interrogatory Nos. 5-10 | N/A | N/A | | |
| DX-814 | 05/16/2018 | 00:00 | Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories | N/A | N/A | | |
| DX-815 | 08/24/2018 | 00:00 | Armour Residential Reit, Inc. Press Release "Correcting and Replacing Armour Residential Reit, Inc. reports Financial Results for the Quarter Ended June 30, 2018" | N/A | N/A | | R, P, DNP |
| DX-816 | 03/28/2019 | 00:00 | Armour Capital Management Form ADV, Part 2B: Brochure Supplements | N/A | N/A | | R, P, DNP |
| DX-817 | 03/28/2019 | 00:00 | Armour Capital Management Form ADV, Part 2: Brochure | N/A | N/A | | R, P, DNP |
| DX-818 | 03/28/2019 | 00:00 | Armour Capital Management, Form ADV Part 1A: All Sections | N/A | N/A | | R, P, DNP |
| DX-819 | 04/01/2019 | 00:00 | Armour Residential Reit, Inc. Proxy Statement | N/A | N/A | | R, P, DNP |
| DX-820 | UNDATED | 00:00 | Notes | SSC152488 | SSC152505 | Moore 001 | H |
| DX-821 | UNDATED | 00:00 | CAMRA Implementation Manual CAMRA SQL | SSC166241 | SSC166429 | | R |
| DX-822 | UNDATED | 00:00 | Excel Sheet Billable and Non Billable Sums | SSC745743 | SSC745743 | | H, R, P |
| DX-823 | UNDATED | 00:00 | SS&C Inquiries for ARMOUR Capital Management LP 1/1/2014-5/3/2018 | SSC745813 | SSC746087 | | H, R, P |
| DX-824 | UNDATED | 00:00 | List of Individuals "With You Today" for SS&C | ACM0025372 | ACM0025372 | | |
| DX-825 | UNDATED | 00:00 | Printout of the Armour Capital Management homepage | N/A | N/A | | DNP |
| DX-826 | UNDATED | 00:00 | Listing of Companies using CAMRA for Accounting & Hosting (as of Q3 2014) | SSC746542 | SSC746542 | | H, R, P, CF, AFE |
| DX-827 | UNDATED | 00:00 | Listing of Companies using CAMRA for Accounting & Hosting (as of Q3 2014) | SSC746543 | SSC746543 | | H, R, P, CF, AFE |
| DX-828 | UNDATED | 00:00 | Active Clients By Licensed Products | SSC746544 | SSC746544 | | H, R, P, CF, AFE |
| DX-829 | 01/13/2015 | 13:49 | Email from Mark Gruber to Michael Barry et. al. re: SS&C Welcome Package | SSC003429 | SSC003431 | | R |
| DX-830 | 01/22/2015 | 15:03 | Email from Michael Barry to Jim Mountain and Mark Gruber re: SS&C Onsite - Janaury 27/28 Agenda | ACM0012372 | ACM0012373 | | R |
| DX-831 | 01/27/2015 | 12:16 | Email from Adriana Johnson to Michael Barry and Mark Williams re: ARMOUR Docs for today | SSC063627 | SSC063655 | | H, R, BE |
| DX-832 | 11/17/2016 | 14:29 | Email from Sasha DeMarino to Jason Holmes re: Armour | SSC146953 | SSC146954 | | H, R, S, P |

Armour Capital Mgmt. L.P. v. SS Techs. Inc., No. l 7-cv-00790-JAM

**DEFENDANT'S TRIAL EXHIBIT LIST**

| DX No. | Date | Time | Document Description | BegBates | EndBates | Dep Ex. No(s). | Pl.'s Objections |
|---|---|---|---|---|---|---|---|

Objections Key
AFE--Assuming Facts not in Evidence
BE--Best Evidence
CF--Confusing
CS--Calls for Speculation
CU--Cumulative
DNP--Did not Produce
H--Hearsay
P--Undue Prejudice
R--Relevance
S--Speculation