# Exhibit H

# ACM Motions *in Limine* Filed Contemporaneously Herewith and Related Exhibits Filed Under Seal