# EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                        Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

### ACM'S PROPOSED *VOIR DIRE* QUESTIONS[1]

ACM respectfully submits the following voir dire questions for use in selecting jurors in this matter. If any of the following questions are answered in such a way that the juror may have knowledge or an opinion that would preclude a fair determination of the issues, ACM, through counsel, requests follow-up questions to determine the juror's knowledge and opinion.

### Juror Relation to Lawyers, Witnesses and/or Parties

1. Have you ever heard of SS&C Technologies Inc.? If so, what do you know about the company and what is your opinion of it? Have you, your family members, or any friend ever been employed by or invested in a company called SS&C Technologies Inc.?

2. Have you, your family members, or any friend ever invested in a real estate investment trust, known as a REIT? If so, have any of you lost money as a result of an investment in a REIT?

---

[1] Unless otherwise specified, capitalized terms have the same meaning as in the First Amended Complaint (ECF No. 35) ("FAC"). The "Master Agreement" is the "Master Agreement for Software, Maintenance and Support, Professional Services and Other Services" and incorporated each attachment and Work Request (ECF No. 35-1 at 1, § 4.1; ECF No. 35-2 at 1).

3. Have you ever heard of ARMOUR Capital Management LP? If so, what do you know about the company and what is your opinion of it? Have you, your family members, or any friend ever been employed by or invested with a company called ARMOUR Capital Management LP?

4. Have you, your family members, or any friend ever invested in a company called ARMOUR Residential REIT Inc. with the ticker or stock symbol ARR, or a company called JAVELIN Mortgage Investment Corporation with the ticker or stock symbol JMI?

5. The parties are represented in this lawsuit by the following law firms: (a) Holland & Knight LLP; (b) Paul, Weiss, Rifkind, Wharton & Garrison LLP; and (c) Hinckley, Allen & Snyder LLP. Do you, or does any member of your family or household, know or ever have been represented or sued by any of these law firms?

6. The following persons may be called as witnesses and give testimony in this case:

[Judge to read names from proposed witness lists].

Have you, or any member of your family or household, heard of any of these individuals? If so, who have you heard of and what did you hear? If so, do you have any opinions about any of these individuals? Would those opinions so influence you that you would not be fair and impartial in reaching a verdict in this case?

7. You may also hear testimony in this case about the following companies: Bimini Capital Management LP; Annaly Capital Management; Chimera Investment Corporation; Western Asset Mortgage Capital; Apollo Residential Mortgage Trust; CYS; Ares; New York Mortgage Trust; and Anworth. Have you, or has any member of your family or household, heard of any of these companies? If so, who have you heard of and what did you hear? Do you have any opinions about any of these companies? If so, what are your opinions and would they so influence you that you would not be fair and impartial in reaching a verdict in this case?

8. Do you know or have you ever met before any of the other jurors that have been called today?

### Education

9. Tell us about your education. What is the highest level of education that you have completed?

10. Do you hold any degrees or experience in technical fields, such as engineering, computer science, software, or information technology (IT)? If yes, please explain?

11. Do you hold any degrees or experience with accounting? If yes, please explain.

12. Have you received any legal education, such as a law degree, paralegal training or undergraduate coursework on the law? Do you have experience working in the field of law?

### Employment

13. What do you do for a living?

14. Please describe any other job that you have held in the last ten years. If you are retired or unemployed, what was the last position you held?

15. Do you have any experience working in the financial services industry? If yes, please describe your experience.

16. Do you have any experience working as an accountant or in an accounting-related role? If yes, please describe your experience.

17. Do you have any experience working in sales? If yes, please describe your experience.

18. Do you have any experience working in the field of computer software and/or related services? If yes, please describe your experience.

19. Do you have any experience working in the IT field, including computer support, hardware, or trouble-shooting? If yes, please describe your experience.

20. Have you ever had a job that required drafting, negotiating, or approving contracts? If yes, please describe your experience.

21. Have you ever had a job in which you were able to hire or fire employees, vendors, or contractors? If yes, please describe your experience.

22. Have you ever hired a contractor or vendor to provide professional services related to computer software, accounting, or financial services? If yes, please describe your experience.

23. Have you ever started, owned, or run a small business? Have you ever worked in a small business?

### Litigation Experience

24. Have you or a member of your immediate family ever filed a lawsuit? If so, what were the circumstances?

25. Have you or a member of your immediate family ever had a lawsuit filed against you/him/her? If so, what were the circumstances?

26. Have you or a member of your immediate family ever been a witness in a legal proceeding? If so, what were the circumstances?

27. Have you or a member of your immediate family ever served as a juror in any legal proceeding? If so, what were the circumstances?

### Supplemental General Questions

28. Have you ever purchased or been involved in the purchase of a computer software program? If yes, what was your experience?

29. Have you ever purchased or been involved in the implementation of a computer software program? If yes, what were the circumstances?

30. Do you expect a salesperson to be truthful about a product's capabilities or specifications during the sales process?

31. Do you expect a salesperson to be careful in making statements about a product's capabilities or specifications during the sales process?

32. During the sales process, do you expect that a salesperson's statements about a product are based on her or his knowledge, expertise, or experience?

33. Has a salesperson told you something during the sales process that you later found out was not true? If yes, please explain.

34. What kind of research, if any, should a consumer, even if a company, undertake to verify statements made by a salesperson during the sales process?

35. In your opinion, can a consumer, even if a company, be misled into a contract based on statements made by a salesperson during the sales process?

36. Do you expect a consumer, even if a company, to get what she/he/it paid for?

37. In your opinion, are there circumstances that would excuse a consumer, even if a company, from paying the full amount owed on a contract if they did not get what they paid for?

### **Miscellaneous**

38. Have you heard anything today that would make it difficult for you to award money to plaintiff if the evidence and the law warrant it?

39. If the evidence and the law warrant it, would you have any hesitation or concern about awarding plaintiff punitive damages, which are meant to serve as a deterrent to improper conduct? If yes, please explain.

40. Do you have a personal interest, financial or otherwise, in the outcome of this case?

41. If you are selected as a juror in this case, you will be required to put aside any feeling of passion or prejudice and decide this case solely on the evidence introduced during the trial and the instructions that this Court will give you regarding the law. Is there any reason why you would not be able to do that?

42. Do you know of any reason not previously mentioned which would prevent you from deciding this case impartially and fairly, and based solely on the evidence presented?

Dated: November 27, 2019                Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s Joseph Mamounas*
Christopher M. Cerrito (ct17183)
chris.cerrito@hklaw.com
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Telephone: (203) 905-4500
Facsimile: (203) 724-3944

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
Manuel Miranda
*(pro hac vice application forthcoming)*
manuel.miranda@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Daniel Mateo (phv10323)
daniel.mateo@hklaw.com
2929 Arch Street
Suite 800
Philadelphia, PA  19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070

*Attorneys for Plaintiff ARMOUR Capital Management LP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               By: */s Allison Kernisky*
                                                  Allison Kernisky (phv09011)