# EXHIBIT K

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ARMOUR CAPITAL MANAGEMENT LP,

                             Plaintiff,

                 - against -                  3:17-cv-00790-JAM

SS&C TECHNOLOGIES, INC.,

                             Defendant.

---

**DEFENDANT SS&C TECHNOLOGIES, INC.'S PROPOSED *VOIR DIRE***

Defendant SS&C Technologies, Inc. respectfully submits the following proposed *voir dire* questions for the Court's use during jury selection.

**I.    Knowledge of Subject Matter and Parties**

1. Before today, have you read, seen, or heard anything about this lawsuit? What have you read, seen, or heard?

2. This case involves sophisticated financial accounting software. Do you have any personal experience with financial accounting software? If so, please explain.

3. The plaintiff in this lawsuit is Armour Capital Management, LP. Do you know of Armour Capital Management? If so, please explain how.

4. The defendant in this lawsuit is SS&C Technologies, Inc. Do you know of SS&C Technologies, Inc.? If so, please explain how.

5. The plaintiff is represented in this case by the law firm Holland & Knight. The trial will be conducted by Joseph Mamounas, Daniel Mateo, Allison Kernisky, and Christopher Cerrito. Do you know this law firm or any of the individual attorneys representing the plaintiff? If so, please explain how.

6. The defendant is represented in this case by the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP. The trial will be conducted by Robert Atkins, Jeannie Rhee, Jeffrey Recher, and Joshua Kaye. Do you know this law firm or any of the individual attorneys representing the defendant? If so, please explain how.

7. Do you know any of the following individuals: [insert names from witness lists]? If so, please explain how.

## II. Juror's Background and Prior Experiences

1. Please describe your educational background starting with high school.

2. By whom are you employed? What is your current position and job duties? Please describe your prior work experience.

3. Do you own your own business? If so, please describe.

4. Do you have any experience or training in the accounting, software, or legal fields? If so, please describe.

5. Have you or any member of your household ever worked in sales? If so, what kind of sales?

6. Do you have any familiarity with real estate investment trusts or mortgage-backed securities? If so, please describe.

7. Where do you get your news? Do you read newspapers or news magazines and, if so, which ones? Do you get news from television and, if so, which channels do you watch? What are your other sources of news?

8. Have you ever served on a jury before? Was it in state court or federal court? Criminal or civil? Did that jury reach a verdict?

9. Have you or anyone close to you been involved in any litigation? If so, please describe.

10. Have you ever been the victim of a fraud or deception? If so, what did you do about it?

11. Have you or someone close to you ever been harmed in a business deal or financial transaction?

12. Have you or someone close to you ever been financially harmed as a result of false or misleading misrepresentations made to you?

## III. Capacity to Serve

13. If you are selected as a juror, you will have to follow the law as I describe it to you, even if you disagree with what I say. Will you have any difficulty setting aside your own views and accepting my instructions on what the law is?

14. I expect this trial to take approximately 5-7 days. Do you have any physical issues or extraordinary personal hardship that would prevent you from serving in this case for that amount of time?

15. Do you have any medical or physical issues that could affect your perception of the proceedings?

16. Is there any reason why you would not be able to listen to the evidence fairly and impartially, and decide the issues strictly on the basis of the evidence you will hear in the courtroom?