# EXHIBIT P

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v().                                                    Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## **PLAINTIFF'S PROPOSED VERDICT FORM**

We, the jury, unanimously find:

### I. ACM's Negligent Misrepresentation Claim

**Question # 1:** Do you find by a preponderance of the evidence that SS&C made negligent misrepresentations to ACM?

        Yes\_\_\_\_\_     No_____

*If you answered "Yes" to Question # 1, you should address Questions # 2 and # 3. If you answered "No" to Question #1, you should skip Questions # 2 and # 3.*

**Question # 2:** What damages, if any, do you award to ACM for SS&C's negligent misrepresentations?

        $_____

**Question # 3:** Has ACM proven by a preponderance of the evidence that ACM should be awarded punitive damages as a result of SS&C's negligent misrepresentation?

        Yes\_\_\_\_\_     No_____

*If you answered "Yes" to Question #3, what amount of punitive damages do you award?*

Total Punitive Damages awarded to ACM:  $_____

### II. ACM's Connecticut Unfair Trade Practices Act (CUTPA) Claim

**Questions # 4:** Do you find by a preponderance of the evidence that SS&C violated the Connecticut Unfair Trade Practices Act?

        Yes\_\_\_\_\_     No_____

*If you answered "Yes" to Question # 4, you should address Questions # 5 and # 6. If you answered "No" to Question # 4, you should skip Questions # 5 and # 6.*

**Question # 5:** What damages, if any, do you award to ACM for SS&C's violation of the Connecticut Unfair Trade Practices Act?

$_____

**Question # 6:** Has ACM proven by a preponderance of the evidence that ACM should be awarded punitive damages as a result of SS&C's violation of the Connecticut Unfair Trade Practices Act?

Yes\_\_\_\_\_     No_____

**III. SS&C's Breach of Contract Counterclaim**

**Question # 7:** Do you find by a preponderance of the evidence that ACM is liable for breach of contract?

Yes\_\_\_\_\_     No_____

*If you answered "Yes" to Question # 7, you should address Question # 8. If you answered "No" to Question # 7, you should skip Question # 8.*

**Question # 8:** What damages, if any, do you award to SS&C for ACM's breach of contract?

$_____

<u>*ALL YOUR ANSWERS MUST BE UNANIMOUS*</u>

*Please double check the accuracy and consistency
of your answers above and then sign and date this verdict form.*

_____     _____
Foreperson                                                                                            Date

*Please note that the signature of the Foreperson will be redacted in official
court records in order to protect against public disclosure of the Foreperson's name.*

2