# EXHIBITS 1-15
# REDACTED
# FILED UNDER SEAL