# EXHIBIT 1
# REDACTED
# FILED UNDER SEAL