UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                        Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## MOTION FOR ADMISSION *PRO HAC VICE* OF MANUEL A. MIRANDA AS COUNSEL FOR PLAINTIFF

Pursuant to D. Conn. L. Civ. R. 83.1(d), Christopher M. Cerrito (the "Movant"), a member in good standing of the Bar of this Court, moves the Court to permit Manuel A. Miranda of Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, Miami, Florida 33131, to appear and participate in this action *pro hac vice* as counsel for Plaintiff, ARMOUR Capital Management LP.

In support, Movant states as follows:

1. As set forth in the affidavit attached hereto as Exhibit A, Mr. Miranda is a member in good standing of the Florida Bar, the New York Bar, the U.S. District Court for the Southern District of Florida, the U.S. District Court for the District of Puerto Rico, and the U.S. District Court for the District of Colorado.

2. There are no disciplinary proceedings pending against Mr. Miranda in any jurisdiction and he has not been disciplined by this Court or any other court.

3. Mr. Miranda has fully reviewed and is familiar with the Local Rules of this Court.

4. This Motion is accompanied by a payment to the Clerk of the Court in the amount of $75.00.

5.      In accordance with D. Conn. L. Civ. R. 83.1(c), Movant agrees to accept service of all papers on behalf of Mr. Miranda.

WHEREFORE, Movant respectfully requests that the Court grant Manuel Miranda permission to appear *pro hac vice* for the purpose of representing Plaintiff, ARMOUR Capital Management LP in this action.

Dated: December 2, 2019

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
*chris.cerrito@hklaw.com*

Joseph Mamounas (phv09010)
*joseph.mamounas@hklaw.com*
Allison Kernisky (phv09011)
*allison.kernisky@hklaw.com*
Manuel A. Miranda (Florida Bar No. 119302)
*Pro Hac Vice* application forthcoming
*manuel.miranda@hklaw.com*
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Daniel Mateo (New Jersey Bar No. 026331993)
*daniel.mateo@hklaw.com*
2929 Arch Street
Suite 800
Philadelphia, PA  19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070

*Attorneys for ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail or email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com