# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

      Plaintiff,

v.                                      Case No. 07-cv-0790

SS&C TECHNOLOGIES INC.,

      Defendant.

_____/

## AFFIDAVIT OF MANUEL A. MIRANDA

I, Manuel A. Miranda, being duly sworn, depose and say:

1.    I am an attorney with the law firm of Holland & Knight LLP, 701 Brickell Avenue, Suite 3300, telephone: (305) 374-8500, facsimile: (305) 789-7799, and email: manuel.miranda@hklaw.com.  Pursuant to D. Conn. L. Civ. R. 83.1(d), I offer this affidavit in support of the motion for my admission *pro hac vice* in this action.

2.    I am a member in good standing of the Bar of the State of Florida, admitted on October 13, 2015, Bar No. 119302.

3.    I am a member in good standing of the Bar of the State of New York, admitted in March 2014, Registration Number 5230198.

4.    I am also eligible to practice before the following courts:

| **Court** | **Date of Admission** |
| --- | --- |
| U.S. District Court for the District of Puerto Rico | June 19, 2015 |
| U.S. District Court for the District of Colorado | March 16, 2017 |
| U.S. District Court for the Southern District of Florida | June 19, 2018 |

5.      There are no pending disciplinary complaints against me.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      I affirm that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.      Pursuant to Local Rule 83.1(d)(4), I will promptly file with the Clerk of the Court a certificate of good standing from the Florida Bar and New York Bar.

9.      I designate my sponsoring attorney, Christopher M. Cerrito of Holland & Knight, LLP, One Stamford Plaza, 263 Tresser Boulevard, Suite 1400, Stamford, CT 06901, telephone: (203) 905-4500, facsimile: (203) 724-3944, and email: chris.cerrito@hklaw.com, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Manuel A. Miranda

STATE OF FLORIDA )
)
COUNTY OF MIAMI-DADE )

SWORN TO AND SUBSCRIBED before me this 27th day of _November_, 2019, by Manuel
Miranda, who ( ✓ ) is personally known to me or ( ) has produced as identification
_____.

_Sharon K. O'Dowd_
Notary Public, State of Florida

My commission expires:   July 12, 2020

SHARON K. O'DOWD
MY COMMISSION # FF 994486
EXPIRES: July 12, 2020
Bonded Thru Notary Public Underwriters

3