UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, <br><br> Plaintiff, <br><br> - against - <br><br> SS&C TECHNOLOGIES, INC., <br><br> Defendant. | 3:17-cv-00790-JAM |

### JOINT MOTION TO RESCHEDULE
### DECEMBER 18, 2019 FINAL PRETRIAL CONFERENCE

Plaintiff Armour Capital Management, LP ("ACM") and Defendant SS&C Technologies, Inc. ("SS&C") jointly file this motion to reschedule the Final Pretrial Conference currently scheduled for December 18, 2019 (ECF No. 227). Lead trial counsel for both ACM and SS&C have conflicts on December 18, 2019. The parties respectfully request that the Court reschedule the Final Pretrial Conference for December 23, 2019, or alternatively, for December 27 or 30, 2019, or January 2 or 3, 2020.

| | |
|---|---|
| Dated: December 5, 2019 | Respectfully submitted, |
| ARMOUR CAPITAL MANAGEMENT, LP | SS&C TECHNOLOGIES, INC. |
| By: */s/ Joseph Mamounas*<br>Christopher M. Cerrito (ct17183)<br>chris.cerrito@hklaw.com<br>One Stamford Plaza<br>263 Tresser Boulevard, Suite 1400<br>Stamford, CT 06901<br>Telephone: (203) 905-4500<br>Facsimile: (203) 724-3944 | By: */s/ Robert A. Atkins*<br>Robert A. Atkins (phv06954)<br>Jeannie S. Rhee (phv10399)<br>Jeffrey J. Recher (phv10364)<br>Joshua D. Kaye (ct30854)<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>ratkins@paulweiss.com<br>jrhee@paulweiss.com<br>jrecher@paulweiss.com<br>jkaye@paulweiss.com<br>Telephone: (212) 373-3000<br>Facsimile:  (212) 757-3990 |
| Joseph Mamounas (phv09010)<br>joseph.mamounas@hklaw.com<br>Allison Kernisky (phv09011)<br>allison.kernisky@hklaw.com<br>Manuel Miranda *(Admitted Pro Hac Vice)*<br>manuel.miranda@hklaw.com<br>701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Telephone: (305) 374-8500<br>Facsimile: (305) 789-7799 | Kevin J. O'Connor (phv09058)<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>koconnor@hinckleyallen.com<br>Telephone:  (617) 378-4394<br>Facsimile:   (617) 345-9020 |
| Daniel Mateo (phv10323)<br>daniel.mateo@hklaw.com<br>2929 Arch Street<br>Suite 800<br>Philadelphia, PA  19104<br>Telephone: (215) 252-9543<br>Facsimile: (215) 867-6070 | Jeffrey J. Mirman (ct05433)<br>Alexa T. Millinger (ct29800)<br>Hinckley, Allen & Snyder LLP<br>20 Church Street, 18th Floor<br>Hartford, Connecticut 06103<br>jmirman@hinckleyallen.com<br>amillinger@hinckleyallen.com<br>Telephone:  (860) 331-2762 |
| *Attorneys for Plaintiff ARMOUR Capital Management LP* | *Attorneys for SS&C Technologies, Inc.* |

## **CERTIFICATION**

I HEREBY CERTIFY THAT ON December 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Robert A. Atkins*
Robert A. Atkins