# Exhibit 2
# Redacted
# Filed Under Seal