# Exhibit 3
# Redacted
# Filed Under Seal