# Exhibit 4
# Redacted
# Filed Under Seal