# Exhibit 5



# SWEBOK® V3.0

*Guide to the Software
Engineering Body of Knowledge*

**Editors**

Pierre Bourque
Richard E. (Dick) Fairley



IEEE-SA publishes three types of "standards":

- Standards, with a preponderance of the verb "shall"
- Recommended Practices, with a preponderance of the verb "should"
- Guides, with a preponderance of the verb "may."

All three of these compare to ISO/IEC standards. IEEE-SA does have the concept of a "Trial-Use" standard, which is roughly comparable to an ISO/IEC Technical Specification. However, it has nothing comparable to an ISO/IEC Technical Report; one would look elsewhere in IEEE for documents of this ilk.

## THE STANDARDS

The remainder of this article allocates the selected standards to relevant knowledge areas (KAs) of the *SWEBOK Guide*. There is a section for each KA. Within each section, the relevant standards are listed—the ones that principally apply to the KA as well as others that principally apply to other KAs but which are also related to the current one. Following each standard is a brief summary. In most cases, the summary is a quotation or paraphrase from the abstract or other introductory material from the text of the standard.

Most of the standards easily fit into one KA. Some fit into more than one; in such cases, a cross-reference is provided. Two standards apply to all KAs, so they are listed in a category called "General." All of the standards related to computer-aided software engineering (CASE) tools and environments are listed in the Software Engineering Models and Methods KA section.

## GENERAL

The first two standards are so central that they could be slotted into all of the KAs. Two more are described in the Software Engineering Process KA, but are mentioned here because they provide a helpful framework and because the descriptions of several other standards refer to them.

ISO/IEC TR 19759 is the *SWEBOK Guide* itself. It's not an IEEE standard because, lacking prescriptive verbs, it doesn't satisfy the criteria for any of the IEEE categories. In ISO/IEC, it is a "technical report"—defined as a document inherently unsuited to be a standard. The 2004 IEEE *SWEBOK Guide* was adopted by ISO/IEC without change. Presumably, ISO/IEC will adopt Version 3 of the *SWEBOK Guide*.

---

**ISO/IEC TR 19759:2005 Software Engineering—**
***Guide to the Software Engineering Body of Knowledge (SWEBOK)***

Applies to all KAs

ISO/IEC 19759:2005, a *Guide to the Software Engineering Body of Knowledge (SWEBOK)*, identifies and describes that subset of the body of knowledge that is generally accepted, even though software engineers must be knowledgeable not only in software engineering, but also, of course, in other related disciplines. SWEBOK is an all-inclusive term that describes the sum of knowledge within the profession of software engineering.

---

The text of the *SWEBOK Guide* is freely available at www.swebok.org/. The ISO/IEC adoption of the *Guide* is freely available at http://standards.iso.org/ittf/PubliclyAvailableStandards/index.html.

ISO/IEC/IEEE 24765 provides a shared vocabulary for the systems and software engineering standards of both SC 7 and S2ESC.

---

**ISO/IEC/IEEE 24765:2010 Systems and Software Engineering—Vocabulary**

Applies to all KAs

ISO/IEC/IEEE 24765:2010 provides a common vocabulary applicable to all systems and software engineering work. It was prepared to collect and support the standardization of terminology. ISO/IEC/IEEE 24765:2010 is intended to serve as a useful reference for those in the information technology field and to encourage the use of systems and software engineering standards prepared by ISO and liaison organizations IEEE Computer Society and Project Management Institute. ISO/IEC/IEEE 24765:2010 includes references to the