# Exhibit 6
# Redacted
# Filed Under Seal