# Exhibit 7
# Redacted
# Filed Under Seal