# EXHIBITS 1-20
# REDACTED
# FILED UNDER SEAL

#71810663_v1