# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL CASE NUMBER: 3:17cv00790 (JAM)

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

vs.

SS&C TECHNOLOGIES, INC.,

    Defendant.

_____/

VIDEO DEPOSITION OF MARK GRUBER

DATE:        November 28, 2017

TIME:        10:00 o'clock a.m.

PLACE:       Vero Beach Court Reporters
               3111 Cardinal Drive, Suite B
               Vero Beach, Florida 32963

TAKEN BY:    Defendant

REPORTER:    Cynthia L. O'Cain

VIDEOGRAPHER:   Ted Hood

VOLUME II
(Pages 127 - 345)

284

1    THE WITNESS:  That was in the context of the
2    discussion of we -- excuse me.  Can you just repeat
3    the question?
4    MR. O'CONNOR:  Could you read the question
5    back, please.
6    (The court reporter read back the last
7 question.)
8    THE WITNESS:  So discussing with SS&C?
9 BY MR. O'CONNOR:
10   Q   Or discussing internally at ARMOUR that you
11 were not interested -- that ARMOUR was not interested in
12 outsourcing because it was not be able to charge all of
13 those expenses to the publicly traded REIT?
14   MR. MAMOUNAS:  Objection.
15   THE WITNESS:  The context of that was if we
16   were to outsource, yes, the management fee, the
17   management company would pay those expenses.  And
18   then what do we do with all our own employees?  Do
19   we just fire them?  Because it's not a -- we are
20   responsible for accounting.
21 BY MR. O'CONNOR:
22   Q   So who did you have that conversation with?
23   A   That would have been a conversation Jim and I
24 would have had.
25   Q   Did you speak to Mr. Zimmer or Mr. Ulm about

285

1 that?
2     MR. MAMOUNAS:  Objection.
3     THE WITNESS:  I don't know.
4 BY MR. O'CONNOR:
5     Q   When did you have that conversation with
6 Mr. Mountain?
7     A   That would have been after SS&C proposed that
8 we outsource.  Abandon, you know, hosting, end this
9 project and just go to full outsourcing.
10     Q   And when was that?
11     A   I believe that was the beginning of 2017.
12     Q   And what did Mr. Mountain say to you on that
13 subject?
14     A   I can't recall specifically, but the context of
15 the conversation was, you know, we'll, they, you know --
16 the offer from SS&C was to outsource, and we declined for
17 several reasons.  One being we wanted control over our
18 financial data.
19     Two, we wanted control over the timeline of
20 when we could get our financial reporting done.
21     And then this third of, you know, kind of other
22 one would be, the management company would have to pay
23 for outsourcing.  And what are going to do with our
24 employees then or our accounting staff?
25     Q   So the management company would not be able to

VERO BEACH COURT REPORTERS
772-231-2231