# Exhibit B

| | |
|---|---|
| **Message** | |
| **From**: | Moore, Dennis [Dennis.Moore@sscinc.com] |
| **Sent**: | 5/13/2014 8:06:38 PM |
| **To**: | Jim Mountain [jrm@armourllc.com] |
| **Subject**: | RE: SS&C inquiry |
| **Attachments**: | SS&C REIT Brochure 2014.pdf |

Jim,

Thanks for the background information and I appreciate you reaching out to us. Let me take this back with my team and I will get back to you shortly with the right personnel and suggestions for next steps.

In the meantime, the attached brochure will provide you with a more information on the technology and services we offer to publicly-traded mortgage REITs.

I look forward to continuing our conversations.

Regards,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com

---

**From:** Jim Mountain [mailto:jrm@armourllc.com]
**Sent:** Tuesday, May 13, 2014 1:56 PM
**To:** Moore, Dennis
**Subject:** RE: SS&C inquiry

We manage the two mortgage REITs captioned below.  Would be interested in learning about all technologies/services that would potentially be applicable.  We probably have similar business requirements as some hedge funds or investment managers, with a couple of potential exceptions (1) SEC rather than individual investor reporting and (2) both accrual book basis reporting and tax-basis reporting are fairly important in addition to fair value.  See monthly company updates on the web sites for our specific portfolio characteristics.  When we started ARR, we did not use a "fund in a box" solution, but rather bootstrapped up using a variety of task-specific solutions from numerous different vendors plus in-house development.  Fundamentally, I am looking for better end-to-end integration for both improved efficiency and control.  Let me know when you have spent a little time figuring out who you need on your side and how they would like to focus the conversation to be most productive on first go around.  If that yields promising results, I may like to see some demos in New York towards the end of the month.

Thanks,

Jim

James R. Mountain, Chief Financial Officer
ARMOUR Residential REIT, Inc. (NYSE:  ARR)
JAVELIN Mortgage Investment Corp.  (NYSE:  JMI)
3001 Ocean Drive, Suite 201
Vero Beach, FL  32963

+1 772 617 4340  Office
+1 862 215 1850  Cell



+1 561 348 2408  Fax
jrm@armourllc.com
www.armourreit.com
www.javelinreit.com

---

**From:** Moore, Dennis [mailto:Dennis.Moore@sscinc.com]
**Sent:** Tuesday, May 13, 2014 12:46 PM
**To:** Jim Mountain
**Subject:** Re: SS&C inquiry

Hi James,

I'm one of the directors on SS&C's business development team. I would like to schedule a time for us to speak so I can learn a little more about what you might be looking for.

I am generally available the rest of the week if you want to suggest a date/time.

Regards,

Dennis Moore

t: 860-298-4763 | m: 860-214-9580
dennis.moore@sscinc.com | www.ssctech.com





**Don't Wonder.** | Anything.
**KNOW.** | Anytime.
| Anywhere.



# Mortgage REIT Accounting and Financial Reporting Specialists

Leading the industry in meeting the accounting, reporting requirements and financial operations of Mortgage REITs.

SS&C provides publicly traded and non-traded mortgage REITs with solutions ranging from consulting on industry best practices to determining the optimal mix of software and services to complete operational and accounting services in support of your MBS and real estate investing activities.

SS&C's capabilities provide a mortgage REIT manager with complete flexibility when it comes to designing the optimal solution to support the specialized accounting and reporting requirements of a publicly traded mortgage REIT. SS&C's mortgage REIT specialists will work with you to identify all of the operational decisions that need to be made to enable you to effectively and accurately meet your accounting and reporting requirements.

Whether you are an established mortgage REIT or looking at the REIT structure as an attractive strategy, SS&C has the specialized knowledge and experience to support your operations. Our staff has extensive knowledge and experience meeting the needs of organizations that invest heavily in mortgage backed securities and structured products.

### SS&C offers a mortgage REIT

**1. Optimization of your operating environment**

SS&C has the operational technology and accounting expertise to provide our existing and prospective clients with a detailed assessment of their current operations to identify areas of inefficiency and opportunities for improvement. Assessments are conducted by experienced industry professionals and cover all aspects of your operations from trading to financial reporting.

**2. MBS Specific Software Solutions**

SS&C has developed a suite of market leading software solutions that address the specific operational and accounting requirements of mortgage REITs inclusive of:

- Fixed Income Trading and Collateral Management
- MBS Portfolio Management, Accounting and Reporting
- Forecasting, Portfolio Analysis and Risk Management

**3. Operational Support Services**

SS&C provides a mortgage REIT manager with a completely outsourced solution in support of your accounting and financial reporting requirements. Our services range from post-trade counterparty communications, trade settlement, valuation, collateral management, reconciliations and exception management, through to the generation of your financial reporting.

### SS&C Unique Strengths
- Highly experienced and knowledgeable staff
- Focused on providing accounting and reporting solutions
- 600+ accounting professionals
- Ownership of all technology used to support our offerings
- MBS and structured security systems and accounting expertise
- Ability to blend MBS specific technology and services into a comprehensive solution

### Clients include
- Mortgage REITs
- Institutional Asset Managers
- Real Estate Investment Firms
- Insurance Companies
- Alternative Investment Managers
- Financial Institutions

### SS&C Worldwide Headquarters
Windsor, Connecticut

### North American Offices
Boston, Chicago, Denver, Hartford, Los Angeles, Minneapolis, Montreal, New York City, Toronto, Yorktown Heights

### International Offices
Amsterdam, Cayman Islands, Curacao, Dublin, Hong Kong, Kuala Lumpur, London, Luxembourg, Mumbai, Sydney, Tokyo

**SS&C Auditors** PricewaterhouseCoopers, LLP

# SS&C Mortgage REIT Solution Facts

Key differentiators of SS&C include our singular focus on providing accounting and reporting solutions to the financial services industry, flexibility in how our clients can deploy our solutions and significant expertise supporting firms that invest in complex financial instruments.

## Our Offering

### Operational Assessments

Assessments are conducted by experienced industry professionals and cover all aspects of your operations from trading to financial reporting inclusive of:

- Internal controls
  - Establishing processes and controls around the accounting for complex structured instruments
- Collateral management
- GAAP compliance
- REIT compliance
- SEC disclosures

### Mortgage REIT Specific Solutions

SS&C has developed a suite of market leading software solutions and services that address the specific operational and accounting requirements of mortgage REITs inclusive of:

### Fixed Income Trading and Collateral Management

Supports trading of MBS, CMOs and other complex structured products as well as repurchase agreements and derivatives

- Trade Capture and Broker communications
- Collateral assignment and management
- Daily collateral pricing and margin analysis
- Online collateral browser
- Automated Security Master File creation and maintenance

### MBS Portfolio Management, Accounting and Reporting

Portfolio management, investment accounting and reporting solution that streamlines and automates the processing of structured securities and repurchase agreements

- Online, real time updating of positions
- Calculation of amortization, accruals, realized and unrealized gains and losses
- Yield updates and earned income analysis
- Automated OTTI analysis
- Portfolio valuation
- Net Profit & Loss (Income vs. Financing Costs)

### Mortgage REIT and Public Company Accounting and Reporting Services

A comprehensive full service offering tailored to the specialized accounting and reporting needs of mortgage REITs.

- Accounting system and network administration
- Maintenance and execution of disaster recovery and business continuity plans
- Trade capture and collateral monitoring
- Investment transaction processing
- US GAAP accounting and reporting
- Impairment analysis and tracking
- Tracking of investment classifications for REIT compliance reporting
- Generation of G/L entries and supporting detail schedules
- Preparation of Financial Reports and related footnotes
- Broker / Custodian / Counterparty reconciliation and exception resolution
- Management of interfaces, extracts, and reporting
- Earned income reporting tracking each component of income and how it was derived
- Maintenance of market data
- Calculation and accrual of management fees

### Portfolio Management, Accounting and Reporting Expertise inclusive of:

### Mortgage REIT GAAP Accounting

- Amortization
  - ASC 835 – Interest Method
  - ASC 325 Effective Yield (EITF 99-20)
- ASC 310-30 Treatment of Loans and Debt Securities Acquired with Deteriorated Credit
- ASC 320 – Debt and Equity Securities
  - Held to Maturity
  - Available for Sale
  - Trading

### REIT Disclosures

- ASC 320
  - Cost, Fair Value, Net Premium/Discount, OTTI
  - Securities in a loss position
- ASC 315
- ASC 820
  - Level I, II, and III Investments
  - Level III Reconciliation

### Forecasting, Portfolio Analysis and Risk Management

Forecasting of cash flows over a user specified time horizon combined with the ability to identify, track and manage risk measures

### Forecasting

- Cash flow, income and fair market values
- Financing costs

### Analysis

- Asset Class, Maturity Distribution, Coupon Segmentation

### Risk Measures

- Stochastic and Historical Simulation
- Value at Risk
- Stress Testing
- Effective Duration, Convexity, KRD
- Sensitivities

### Technology and Infrastructure Capabilities

- Industry leading and proven technology platform covering all operational aspects in support of publicly traded mortgage REITs
- State of the art data center offering full Disaster Recovery and Business Continuity
- SSAE 16 Audited control environment

## Web Portal

With our state-of-the-art reporting portal, you can get the information you need faster and easier. Key features include:

- Customizable intuitive desktop with market, holdings and relevant data
- Portfolio, Risk and income analyses
- Document Management
- Ad-hoc reporting

## Complete Flexibility investment management and accounting

Designed and configured to meet the diverse needs of your users- provide access to historical, online query capability or dashboard views, the portal can be configured to meet the specific needs of different types of users. To ensure consistency with your overall corporate identity, the portal can be branded and styled to meet the specific look and feel of your organization.

## Simple and Secure

Instantly access secure archived reports and documents – users gain instant access to all historical documents available in the document repository and you have complete control over the amount of history made available.





**With the SS&C 3.0 iPad and iPhone app,** you can manage everyday financial transactions on your iPad and iPhone quickly, easily and safely. Available for download at the iTunes App Store, the SS&C iPad application augments our fund administration platform with a mobile-optimized web portal for Apple's iPad and iPhone.

**Security** – You can be reassured that your privacy and security is protected with SS&C's online security.

**Access** – As long as you're currently a SS&C client, you can use your assigned client login and password to sign on to iPad or iPhone application.

**Convenience with voice commands** – With over 25 voice recognition phrases (and more to come) on your ipad or iphone application, you can easily summon reports and/or powerful graphics to get critical information instantaneously.



CONFIDENTIAL

SSC000013

Defendant's Exhibit DX-508  pg. 5 of 6

## Deployment Options: One Size Doesn't Fit All

**License**
- Installed/License
- Rental including annual maintenance
- Software upgrades available as part of the annual maintenance program and applied at the client's discretion

**Software as a Service (SaaS)**
- Tailored to specific needs
- Monthly fees, AUM basis points model, inclusive of:
  - DR/BCP
  - Software upgrades rolled out to all clients as part of the monthly fee
  - Consulting daily rate

**ASP**
- Tailored to specific needs
- DR/BCP included as part of the monthly fees
- Software upgrades rolled out to all clients as part of the monthly fee
- Implementation/Consulting daily rate

## SS&C Cloud Services. Anything. Anytime. Anywhere.



iPhone/iPad Apps/ Voice Recognition

Portals

Mobile Login

**Manage your assets.**
Update and monitor investment activities on any device.



**SS&C Cloud stores it.**
Your transactions and updates are stored in the Cloud.



**And pushes it to your devices.**
Your changes automatically appear on your iPhone/iPad and PC.



SS&C Technologies | 80 Lamberton Road Windsor, CT 06095 USA
t: +1-800-234-0556  +1-860-298-4500 | f: +1-860-298-4987 | solution@sscinc.com | www.ssctech.com

© 2014 SS&C Technologies Holdings, Inc.