# Exhibit A

```
 1              UNITED STATES DISTRICT COURT

 2      DISTRICT OF CONNECTICUT - NEW HAVEN DIVISION

 3    - - - - - - - - - - - - - -x

 4    ARMOUR CAPITAL MANAGEMENT LP,     :

 5            Plaintiff,                :

 6       v.                             :Civil Action No.

 7    SS&C TECHNOLOGIES, INC.,          :17-cv-00790-JAM

 8            Defendant.                :

 9    - - - - - - - - - - - - - -x

10

11              C O N F I D E N T I A L

12

13      Videotaped Deposition of Steven R. Kursh

14              Boston, Massachusetts

15                August 28, 2018

16                   10:12 a.m.

17

18

19

20

21

22

23    Job No.: 243491

24    Pages: 1 - 318

25    Reported By: Alan H. Brock, RDR, CRR
```

1  mortgage REIT clients that it had, did you compare
2  that list with the total number of mortgage REITs in
3  the industry?
4     A.  There are literally thousands of people who
5  trade mortgage-backed securities, thousands of
6  people who trade them.  As to their corporate form,
7  whether they are a REIT or a division of, for
8  example, a major financial services firm, I don't
9  know that.  But what I am aware of, that there are
10 thousands of people who trade MBSs, mortgage-backed
11 securities.
12    Q.  How many are publicly traded mortgage-
13 backed REITs like ACM -- like Armour, rather?
14    A.  I did not do that research in my work
15 because the issue is not the number of publicly
16 traded mortgage REITs.  The issue is, again -- what
17 I was retained to do in my work, I was not retained
18 to do a demographic analysis.  I was retained to
19 analyze whether SS&C acted reasonably under a basic
20 standard of care with respect to its representations
21 pre-contractual that it made to ACM.  That's what I
22 was retained to do.
23    Q.  Professor Kursh, have you ever been
24 involved with implementation of software for a
25 publicly traded mortgage REIT?

1    A.  I've been involved with software used for
2  mortgages at publicly traded companies -- Citibank,
3  Dime Savings Bank.
4    Q.  That's not my question, Professor Kursh.
5    A.  Not that I can think of at the moment for a
6  mortgage REIT.
7    Q.  A couple of sentences later in Paragraph 37
8  you wrote, "I believe CAMRA did not provide accuracy
9  or ease of use consistent with industry standards in
10 2014."  What publications contained the industry
11 standards of accuracy and ease of use in 2014?
12           MR. MAMOUNAS:  Objection.
13   A.  I'll ask you, please, to turn to Page 22 of
14 my report.  Beginning in Page 22 of my report, in
15 Paragraph 108, all the way through Paragraph 124 I
16 discuss how SS&C did not act reasonably as to
17 accuracy and ease of use.  We can go through each
18 one of these paragraphs if you like.  But I'll
19 highlight a few, in the interests of time, sir.
20           I note here, for example -- and you
21 don't need a third-party source.  We learned this
22 when we were in primary school, that if you have --
23 or later -- if you have, for example, data in a
24 system, then you would expect the reports that have
25 that data to match up with the system.

1     Q.  I didn't ask you about your conclusion,
2  Professor Kursh.  The question pending was:  You've
3  never used CAMRA; correct?
4     A.  You don't -- with respect to this case --
5     Q.  I understand your response is you don't
6  have to use it.
7     A.  I have never used CAMRA, but I have a
8  general -- I have a more than a general sufficient
9  sense to reach the conclusions I reached in regards
10 to CAMRA's documentation, in regards to the
11 emails --
12    Q.  The question was whether you used it, and
13 you said you haven't used it; correct?
14    A.  Sir, would you let me finish my answer?
15    Q.  Your answer was finished when you said you
16 hadn't used CAMRA.
17         MR. MAMOUNAS:  The witness is allowed to
18 clarify or expand upon his response, Mr. Tuxbury.
19 He was in the middle of an active response.
20    Q.  The question pending was:  Have you used
21 CAMRA?
22         MR. MAMOUNAS:  Please complete your
23 response, Professor Kursh.
24    A.  Again, I have not used CAMRA, and given my
25 background and given the materials in this case, I