# Exhibit C

Michael Maffattone
November 13, 2018

1            IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF CONNECTICUT

3    - - - - - - - - - - - - - - - - - - - - - -x

4    ARMOUR CAPITAL MANAGEMENT, LP,

5                          Plaintiff,

6         -against-

7    SS&C TECHNOLOGIES, INC.,

8                          Defendant.

9     - - - - - - - - - - - - - - - - - - - - -x

10

11          Videotaped deposition of MICHAEL MAFFATTONE,

12   taken pursuant to Subpoena, was held at the Law

13   Offices of HOLLAND & KNIGHT, LLP, 31 West 52nd Street,

14   New York, New York, commencing November 13, 2018,

15   9:02 a.m., on the above date, before Amanda McCredo, a

16   Court Reporter and Notary Public in the State of New

17   York.

18

19

20

21

22

23

24

25

Michael Maffattone
November 13, 2018                                    67

1     Q     Turn with me, if you would, to page 2.

2           At the bottom of the second paragraph, last

3     sentence, it reads, "In this report, I offer

4     opinions and, in preparing this report, I relied on

5     methodologies commonly used in my profession and/or

6     my professional experience."

7           Do you see that?

8     A     I'm sorry, Joe, what paragraph here?

9     Q     Second paragraph, page 2, last line.

10    A     Yes.

11    Q     What are the methodologies that you relied

12    on that are commonly used in your profession and/or

13    your professional experience?

14    A     These are the methodologies that I have

15    through the experience of implementing portfolio

16    accounting systems as well as other software

17    implementations.

18    Q     Okay.  Tell me all those methodologies.

19    A     So, typically, if I will look at a

20    portfolio accounting system, I will work with the

21    business areas to write down the business

22    requirements, technical requirements.  We'd go and

23    see if the various solutions -- we do kind of scope

24    out who we think the potential solutions are,

25    with -- speaking with people within the company,

Michael Maffattone
November 13, 2018                                   68

1    some of my colleagues, and see what solutions are

2    out there.  We'd also consider an in-house solution.

3    We'd see demonstrations of those solutions.  We then

4    would look at vendor backgrounds and send a request

5    for proposal out to different vendors and sometimes

6    internally.  Have them respond to that.  Review

7    those responses.

8            Then would do a proof of concept with the

9    company's own data.  If not with all the vendors, at

10   least the top two vendors and compare the results.

11   We would speak to references, both references that

12   are given and then other -- potentially other

13   clients that may have used the software for that

14   vendor.

15           We would look at the vendor background,

16   financial condition.  We would meet with the

17   implementation team.  So, not just the sales team,

18   but meet with the people that they plan to put on

19   the project.  We'd gather the pricing for the

20   initial implementation, that would be both the

21   software hosting or professional services.  And

22   then, also, gather the information on the annual

23   ongoing costs and any sort of price triggers that

24   could increase that price.

25           And through that, we'd do an analysis and

1    recommendation.

2        Q    Everything that you just described was a

3    process by which a potential software customer would

4    evaluate and decide on a software package from a

5    vendor; is that right?

6        A    Could you repeat that one more time, Joe?

7        Q    The process that you've just explained to

8    us is what, in your opinion, a software customer

9    would do with respect to evaluating a software

10   solution from a vendor; is that right?

11            MS. AHMED:  Objection.

12       A    That would be a good process to follow.

13       Q    But does that process pertain to anything

14   else other than a potential customer's assessment of

15   a potential solution from a potential vendor?

16       A    That's a long question.  Could you just

17   break that down for me?

18       Q    Does the process you described apply to

19   anything other than the assessment of a potential

20   software solution from a potential vendor?

21       A    That can also apply to some of the

22   internal.  It doesn't have to be a vendor.

23            You could break, you could break that

24   down -- certain pieces of it would be, you know, you

25   would skip as an internal.

Michael Maffattone
November 13, 2018                                    70

1           But, certainly, you would want to see if

2    they can meet your requirements if it's an internal

3    solution.  You want to see that the people that

4    would be on the internal team have the capability

5    and the skills and the availability to do it, yeah.

6       Q    Okay.

7       A    Some of those things.

8           I mean, as far as reference checks, you

9    would check with the people that they, you know,

10   internally who they may have provided some of the

11   software or services.

12      Q    Okay.  But so that I understand, the

13   purpose of this process is for a potential software

14   customer or end user to assess a potential solution,

15   whether external or internal; is that right?

16          MS. AHMED:  Objection.

17      A    I gave you what I thought was a good

18   methodology to pick out a software solution, yes.

19      Q    To pick out a software solution by the end

20   user, right?

21      A    Not just by the end user, with whatever

22   team that's looking at it.  So, quite often, when

23   I'm doing this, it's IT people and the business

24   user.

25      Q    Sure.  But all on a customer side, correct?

1      A     Yes.

2      Q     Apart from that process, are there any

3  other methodologies included in your reference on

4  page 2, paragraph 2, last sentence?

5      A     That's to do the selection.

6            And then as far as managing projects, yeah,

7  I would, I would define the project.  I'd get the --

8  see who the internal and external resources are

9  available.  I would compare it to the current

10  workload that each of the people that may be

11  involved would be on.

12            I would look at both the company current

13  projects and potential future projects as I factor

14  that in.  I would look at any sort of dependencies

15  that are needed, interfaces.

16            And then I would monitor the project to

17  make sure it meets -- it can meet some of the -- if

18  there are regulatory requirements, any audit

19  requirements.  I would communicate to the people

20  that needed to know.

21            So, yeah, and I would stay on top of it.

22      Q     Okay.  What is this second process called?

23      A     That's how I would manage projects.

24      Q     So can we call it -- that's your project

25  management process?

1       A     To give you some aspects of it.

2             MS. AHMED:  Objection.

3       Q     Is that right?  How would you define it, if

4    you wanted to use a name to refer to the second

5    process you just explained to us?

6             MS. AHMED:  Objection.

7       A     I would say it's Project Management.

8       Q     Okay.  And what is the name you would use

9    to refer to the first process that you referred to,

10   that you described for us?

11            MS. AHMED:  Objection.

12      A     Software Analysis and Recommendation.

13      Q     Okay.  And are there any other

14   methodologies that fall within your reference to

15   methodologies on page 2, paragraph 2, last sentence?

16      A     There could be others, but that's what I

17   recall right now for this -- relevant to this case.

18      Q     Okay.  And where is the software analysis

19   and recommendations process you explained for us

20   written down anywhere?  Outside of your report, sir.

21      A     Oh, it's not.  It's not written down.  I

22   don't know of any published document.

23      Q     Is it --

24      A     But I do, but I do know consultants and

25   other colleagues of mine that use a similar process