# Exhibit C

# A New, Unsupported Assertion About "CI Manager" (ANM 23)



> SS&C recommended "CI Manager" as a module for ACM to reconcile data with its custodians; SS&C knew it should have "strongly recommended" the more powerful RECON instead, otherwise the "solution" SS&C sold was "not valid" and not a "solution" at all.

- Not alleged in interrogatory responses
- First raised in brief (without citations)
- The document cited in 56(a)(2) is about a different customer

ACM's Opp. Br. at 4

62