AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| ARMOUR Capital Management LP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-cv-00790-JAM |
| SS&C Technologies Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ARMOUR Capital Management LP     .

Date:   12/12/2019

/s/ Daniel Mateo
*Attorney's signature*

Daniel Mateo (phv10323)
*Printed name and bar number*

2929 Arch Street, Suite 800
Philadelphia, PA 19104

*Address*

daniel.mateo@hklaw.com
*E-mail address*

(215) 252-9543
*Telephone number*

(215) 867-6070
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 12, 2019**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court s electronic filing system on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel Mateo

_____

Attorney's signature