UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.     Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## AFFIDAVIT OF TRACY ZURZOLO QUINN

I, Tracy Zurzolo Quinn, being duly sworn, depose and say:

1. I am an attorney with the law firm of Holland & Knight LLP, 2929 Arch Street, Suite 800, Philadelphia, PA 19104, telephone: (215) 252-9522, facsimile: (215) 867-6070, and email: tracy.quinn@hklaw.com. Pursuant to D. Conn. L. Civ. R. 83.1(d), I offer this affidavit in support of the motion for my admission *pro hac vice* in this action.

2. I am a member in good standing of the Bar of the State of New Jersey, admitted on December 21, 1993, Bar No. 027291993, and the Bar of the Commonwealth of Pennsylvania, admitted on December 20, 1993, Bar No. 71072. I am also eligible to practice before the following courts:

| **Court** | **Date of Admission** |
|---|---|
| United States District Court for the District of New Jersey | December 21, 1993 |
| United States District Court for the Eastern District of Pennsylvania | March 10, 1994 |
| United States Court of Appeals for the Third Circuit | May 24, 1994 |
| Federal Circuit Court of Appeals | February 18, 2004 |

3. There are no pending disciplinary complaints against me.

3. There are no pending disciplinary complaints against me.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I affirm that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Pursuant to Local Rule 83.1(d)(4), I will promptly file with the Clerk of the Court a certificate of good standing from the New Jersey Bar and the Pennsylvania Bar.

7. I designate my sponsoring attorney, Christopher M. Cerrito of Holland & Knight, LLP, One Stamford Plaza, 263 Tresser Boulevard, Suite 1400, Stamford, CT 06901, telephone: (203) 905-4500, facsimile: (203) 724-3944, and email: chris.cerrito@hklaw.com, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Tracy Zurzolo Quinn

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 10th day of December 2019, by Tracy Zurzolo Quinn, who is personally known to me or has produced ___ PERSONALLY KNOWN TO ME ___ as Identification.

(SEAL)



MIREYA RODRIGUEZ
MY COMMISSION # GG 242283
EXPIRES: August 31, 2022
Bonded Thru Notary Public Underwriters

_____
MIREYA RODRIGUEZ
Notary Public-State of Florida
Commission Number:_____

2