AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| ARMOUR Capital Management LP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-00790-JAM |
| SS&C Technologies Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ARMOUR Capital Management LP

Date:   12/23/2019

*Attorney's signature*

Manuel A. Miranda (phv 10405)
*Printed name and bar number*

Holland & Knight, LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131
*Address*

manuel.miranda@hklaw.com
*E-mail address*

(305) 374-8500
*Telephone number*

(305) 789-7799
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **December 23, 2019**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Manuel A. Miranda
Attorney's signature