UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br>         Plaintiff,<br>- against -<br>SS&C TECHNOLOGIES, INC.,<br>         Defendant. | 3:17-cv-00790-JAM<br><br>December 20, 2019 |

## AFFIDAVIT OF KRISTINA A. BUNTING

I, Kristina A. Bunting, depose and state as follows:

4.I am an attorney at law and a member in good standing of the Bar of the State of New York. I make this affidavit on my own personal knowledge, information and belief, and in order to request that the Court grant my application for admission *pro hac vice* in the above-captioned matter.

5.I am an Associate with Paul, Weiss, Rifkind, Wharton & Garrison, LLP. My business address and telephone number is 1285 Avenue of the Americas, New York, NY 10019-6064; Tel: (212) 373-3503 Fax: (212) 492-0503. My email address is kbunting@paulweiss.com.

6.I am admitted to practice in the State Court of New York. My New York Bar No. is 5510847. I am also admitted to practice in U.S. District Court, Southern District of New York (bar no. KB1732) and the High Court of New Zealand (no bar number assigned).

7.I am an attorney in good standing and am eligible to practice before the above-mentioned courts.

8.I am not currently suspended or disbarred in any jurisdiction and have never been suspended or disbarred in any jurisdiction.

9. There are no pending disciplinary complaints against me such as to which a finding has been made that such complaint should proceed to a hearing. I am not currently the subject of any pending disciplinary matter and have never been the subject of any disciplinary matter.

10. I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

11. I request that I be admitted to appear *pro hac vice* to represent the Defendant SS&C Technologies, Inc. in this matter.

12. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct, and agree to be subject to those rules.

13. I designate Alexa T. Millinger, Esq. as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission *pro hac vice*.

/s/ Kristina A. Bunting
Kristina A. Bunting

STATE OF NEW YORK  )
                   )
COUNTY OF NEW YORK )

Subscribed and sworn to personally before me this 20th day of December, 2019.

Regina Blackmon
Notary Public

REGINA BLACKMON
Notary Public, State of New York
No. 01BL4980861
Qualified in Bronx County
Commission Expires 4-24-23

2