UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>        Plaintiff,<br><br>    - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>        Defendant. | 3:17-cv-00790-JAM |

**MOTION TO RESCHEDULE**
**DECEMBER 30, 2019 FINAL PRETRIAL CONFERENCE AND TO SEEK A**
<u>**SHORT CONTINUANCE OF THE JANUARY 6, 2020 TRIAL DATE**</u>

  Defendant SS&C Technologies, Inc. ("SS&C") files this motion pursuant to the Court's Memorandum of Conference and Order dated December 23, 2019 (ECF No. 251) and with the consent of Plaintiff Armour Capital Management, LP ("ACM") to move the Final Pretrial Conference currently scheduled for December 30, 2019 (ECF No. 230) to January 3, 2019.  ACM has consented to conclude the Final Pretrial Conference, if necessary, on January 6, with evidence to start immediately thereafter that day or on January 7, 2020.  SS&C also seeks a short continuance of the trial date, currently scheduled for January 6, 2020 (ECF No. 227), to a date mutually agreeable to the Court and Plaintiff's counsel, for the reasons set forth in the Ex Parte Motion being concurrently filed herewith.

2

Dated: December 23, 2019

Respectfully submitted,

SS&C TECHNOLOGIES, INC.

By: */s/ Jeannie S. Rhee*
Robert A. Atkins (phv06954)
Jeannie S. Rhee (phv10399)
Jeffrey J. Recher (phv10364)
Joshua D. Kaye (ct30854)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrhee@paulweiss.com
jrecher@paulweiss.com
jkaye@paulweiss.com
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394
Facsimile: (617) 345-9020

Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone: (860) 331-2762

*Attorneys for SS&C Technologies, Inc.*

## CERTIFICATION

      I HEREBY CERTIFY THAT ON December 23, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ *Jeannie S. Rhee*
                                                Jeannie S. Rhee