UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>                        Plaintiff,<br><br>        - against -<br><br>SS&C TECHNOLOGIES, INC.,<br><br>                        Defendant. | 3:17-cv-00790-JAM |

## **CONSENT MOTION FOR LEAVE TO WITHDRAW COUNTERCLAIM**

Defendant SS&C Technologies, Inc. ("SS&C") files this motion pursuant to Fed. R. Civ. P. 41(a)(2) for leave to withdraw its remaining counterclaims for breach of contract and unjust enrichment (ECF No. 101).[1] Withdrawal of SS&C's counterclaims will streamline the presentation of evidence at trial, preserve judicial resources and reduce the number of disputed issues remaining in this case.

SS&C has obtained the consent of Plaintiff Armour Capital Management, LP ("ACM") to file this motion. By consenting to this motion, ACM does not stipulate to or otherwise agree to waive its right to recover attorney's fees, costs, and other expenses from SS&C to the maximum extent allowable, including, without limitation, in relation to SS&C's counterclaims.

---

[1] The Court's order granting in part and denying in part ACM's motion to dismiss SS&C's counterclaims is filed at ECF No. 183.

Dated: December 27, 2019                    Respectfully submitted,

                                              SS&C TECHNOLOGIES, INC.

                                              By:  */s/ Jeannie S. Rhee*
Robert A. Atkins (phv06954)
Jeannie S. Rhee (phv10399)
Jeffrey J. Recher (phv10364)
Joshua D. Kaye (ct30854)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrhee@paulweiss.com
jrecher@paulweiss.com
jkaye@paulweiss.com
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone:  (617) 378-4394
Facsimile:   (617) 345-9020


Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone:  (860) 331-2762

*Attorneys for SS&C Technologies, Inc.*

## **CERTIFICATION**

I HEREBY CERTIFY THAT ON December 27, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ <i>Jeannie S. Rhee</i><br>Jeannie S. Rhee