UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 17-cv-00790-JAM<br><br>December 30, 2019 |

**MOTION ON CONSENT TO AMEND INITIAL STATEMENT OF THE CASE
AND ISSUE A STIPULATED PRELIMINARY JURY INSTRUCTION**

Plaintiff, Armour Capital Management, LP ("ARMOUR"), with the consent of Defendant, SS&C Technologies Inc. ("SS&C"), moves for an amendment of the Initial Statement of the Case circulated by the Court on December 18, 2019, and for the issuance of a stipulated preliminary instruction to the empaneled jury.

On December 27, 2019, SS&C moved to withdraw its remaining counterclaims (ECF No. 256) and, since that time, the parties also have stipulated to a preliminary jury instruction:

> As you will hear, the parties in this case, plaintiff ARMOUR and defendant SS&C, entered into a contract that they referred to as the Master Agreement. This is not a breach of contract case. You are not being asked to decide whether or not the contract was breached and/or by whom. The question of whether the Master Agreement was breached is simply not before you in this case.

Given the nature of the instruction and the importance of avoiding jury confusion and prejudice, ARMOUR respectfully requests that the Court issue this preliminary instruction to the jury once empaneled and also as part of the jury charge.

Also, in light of SS&C's withdrawal of its remaining counterclaims and this stipulated preliminary jury instruction, ARMOUR moves to amend the Initial Statement of the Case:

3

The first case is about a business dispute between two companies. One of the companies is ARMOUR Capital Management LP ("ARMOUR"), a registered investment advisor that focuses on mortgage-related securities. The other company is SS&C Technologies Inc., a company that provides software and related services to the financial industry.

This lawsuit arises from ARMOUR's purchase of investment accounting software from SS&C. According to ARMOUR, SS&C made misrepresentations to induce it to purchase the software but that the software did not work properly. SS&C denies ARMOUR's claim.

As you will also hear, the parties in this case, plaintiff ARMOUR and defendant SS&C, entered into a contract that they referred to as the Master Agreement. This is not a breach of contract case. You are not being asked to decide whether or not the contract was breached and/or by whom. The question of whether the Master Agreement was breached is simply not before you in this case.

For the foregoing reasons, ARMOUR respectfully requests that the Court grant this motion on consent and amend the instructions to the jury accordingly.

| | |
|---|---|
| Dated: December 30, 2019 | Respectfully Submitted, |
| | **HOLLAND & KNIGHT LLP** |
| | By: */s Joseph Mamounas* <br> Christopher M. Cerrito (ct17183) <br> chris.cerrito@hklaw.com <br> One Stamford Plaza <br> 263 Tressler Boulevard, Suite 1400 <br> Stamford, CT 06901 <br> Telephone: (203) 905-4500 <br> Facsimile: (203) 724-3944 |
| | Joseph Mamounas (phv09010) <br> joseph.mamounas@hklaw.com <br> Allison Kernisky (phv09011) <br> allison.kernisky@hklaw.com <br> Manuel Miranda (phv10405) <br> manuel.miranda@hklaw.com <br> 701 Brickell Avenue, Suite 3300 <br> Miami, FL 33131 <br> Telephone: (305) 374-8500 <br> Facsimile: (305) 789-7799 |

Daniel Mateo (phv10323)
daniel.mateo@hklaw.com
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070
*Attorneys for Plaintiff ARMOUR Capital Management LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON December 30, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s Joseph Mamounas*
Joseph Mamounas