

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Tracy Zurzolo Quinn, Esq.*

#### DATE OF ADMISSION

*December 20, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 18, 2019

John W. Person Jr., Esq.
Deputy Prothonotary