**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

ARMOUR CAPITAL MANAGEMENT LP,

                    Plaintiff,

v.

SS&C TECHNOLOGIES INC.

                    Defendant.

Case No. 17-cv-00790-JAM

December 30, 2019

## JOINT REQUEST FOR EXCUSAL FROM TRIAL AND TRIAL-RELATED EVENTS

Plaintiff, ARMOUR Capital Management LP ("ARMOUR"), and Defendant, SS&C Technologies, Inc. ("SS&C"), jointly request that the Court excuse Christopher M. Cerrito and Alexa Millinger from attendance at the January 2, 2020 jury selection, January 3, 2020 pre-trial conference, and the jury trial scheduled to begin on January 6 or 7, 2020, pursuant to L.R. 83.1(d)(2).  Mr. Cerrito, a member of the Bar of this Court and sponsoring attorney for *pro hac vice* attorneys for ARMOUR, Joseph Mamounas, Allison Kernisky, Daniel Mateo, Manuel Miranda, and Tracy Quinn, is unavailable as he is on an extended leave of absence.  Ms. Millinger, a member of the Bar of this Court and sponsoring attorney for *pro hac vice* attorneys for SS&C, John F. Baughman, Robert A. Atkins, Jeannie S. Rhee, Jeffrey J. Recher, Nora Ahmed, and Kristina A. Bunting, is not anticipated to have an active role in the presentation of evidence at trial and excusing her attendance will preserve client resources and permit her to attend to other professional obligations.  Mr. Cerrito and Ms. Millinger do not seek relief from any other obligations of an appearing attorney.

Some or all of the above-listed attorneys will attend these events on behalf of the parties.

Case No. 17-cv-00790-JAM

WHEREFORE, ARMOUR and SS&C jointly request that the Court excuse Christopher

M. Cerrito and Alexa Millinger from attendance at the January 2, 2020 jury selection, January 3,

2020 pre-trial conference, and the jury trial scheduled to begin on January 6 or 7, 2020 in this case.

Dated: December 30, 2019

Respectfully Submitted,

**PAUL, WEISS, RIFKIND, WHARTON &**
   **GARRISON LLP**

By: */s/ Jeannie S. Rhee*
Robert A. Atkins (phv06954)
Jeannie S. Rhee (phv10399)
Jeffrey J. Recher (phv10364)
Joshua D. Kaye (ct30854)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrhee@paulweiss.com
jrecher@paulweiss.com
jkaye@paulweiss.com
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone:  (617) 378-4394
Facsimile:   (617) 345-9020

Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone:  (860) 331-2762

*Attorneys for SS&C Technologies, Inc.*

**HOLLAND & KNIGHT LLP**

By: */s/ Allison Kernisky*
Christopher M. Cerrito (ct17183)
chris.cerrito@hklaw.com
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Facsimile: (203) 724-3944

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
Manuel Miranda (phv10405)
manuel.miranda@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Daniel Mateo (phv10323)
daniel.mateo@hklaw.com
Tracy Quinn
tracy.quinn@hklaw.com
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9600
Facsimile: (215) 867-6070

*Attorneys for ARMOUR Capital*
*Management LP*

2

Case No. 17-cv-00790-JAM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Allison Kernisky*
Allison Kernisky (phv09011)
