IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARMOUR CAPITAL MANAGEMENT LP, | ) | CIVIL CASE NO. (JAM) |
| Plaintiff, | ) | 3:17cv00790 |
| | ) | |
| v. | ) | |
| | ) | |
| SS&C TECHNOLOGIES, INC., | ) | |
| Defendant. | ) | DECEMBER 31, 2019 |

**DEFENDANT'S REQUEST FOR EXCUSAL
FROM TRIAL AND RELATED EVENTS**

Pursuant to Local Rule 83.1(d)(2), Defendant SS&C Technologies, Inc. ("SS&C"), respectfully requests that the Court excuse Attorney Jeffrey J. Mirman from attendance at the January 2, 2020 jury selection, January 3, 2020 pre-trial conference, and the jury trial scheduled to begin on January 6 or 7, 2020.  Plaintiff ARMOUR Capital Management LP ("ARMOUR") consents to this request.

Attorney Mirman is the sponsoring attorney for Attorney Kevin O'Connor, counsel for SS&C, who is not expected to have an active role in presentation of evidence at trial, but SS&C submits this motion out of an abundance of caution.  Attorney Mirman is not expected to have an active role in the presentation of evidence at trial and excusing his attendance will preserve the client's resources.  Attorney Mirman does not seek relief from any other obligations of an appearing attorney.

Wherefore, undersigned counsel requests that this Court grant this application for excusal from trial and trial-related events.

                THE DEFENDANT,

                SS&C TECHNOLOGIES, INC.

                By_____/s/ Jeannie S. Rhee_____
                Robert A. Atkins (phv06954)
                Jeannie S. Rhee (phv10399)
                Jeffrey J. Recher (phv10364)
                Joshua D. Kaye (ct30854)
                Paul, Weiss, Rifkind, Wharton & Garrison LLP
                1285 Avenue of the Americas
                New York, NY 10019
                ratkins@paulweiss.com
                jrhee@paulweiss.com
                jrecher@paulweiss.com
                jkaye@paulweiss.com
                Telephone: (212) 373-3000
                Facsimile: (212) 757-3990

                Jeffrey J. Mirman (ct05433)
                Alexa T. Millinger (ct29800)
                HINCKLEY ALLEN & SNYDER, LLP
                20 Church Street, 18th Floor
                Hartford, Connecticut 06103
                jmirman@hinckleyallen.com
                amillinger@hinckleyallen.com
                Telephone: (860) 331-2762
                Facsimile: (860) 278-3802

                Kevin J. O'Connor (phv09058)
                HINCKLEY, ALLEN & SNYDER LLP
                28 State Street
                Boston, MA 02109-1775
                koconnor@hinckleyallen.com
                jtuxbury@hinckleyallen.com
                Telephone: (617) 378-4394
                Facsimile: (617) 345-9020

                *Attorneys for SS&C Technologies, Inc.*

**CERTIFICATION**

    I hereby certify that on December 31, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.



                                                                           Jeannie S. Rhee