AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

| | |
|---|---|
| ARMOUR Capital Management LP <br> *Plaintiff* <br> v. <br> SS&C Technologies, Inc. <br> *Defendant* | ) ) ) ) ) ) | 

Case No. 3:17-cv-00790-JAM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SS&C Technologies, Inc.

Date: 01/02/2020

*Attorney's signature*

Kristina Bunting - Bar no. phv10437
*Printed name and bar number*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Address*

kbunting@paulweiss.com
*E-mail address*

(212) 373-3503
*Telephone number*

(212) 757-3990
*FAX number*