UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                          Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**GREGORY M. MIRAGLIA AS COUNSEL FOR PLAINTIFF**

    Pursuant to D. Conn. L. Civ. R. 83.1(d), Christopher M. Cerrito (the "Movant"), a member in good standing of the Bar of this Court, moves the Court to permit Gregory M. Miraglia of Holland & Knight LLP, 2929 Arch Street, Suite 800, Philadelphia, PA 19104, to appear and participate in this action *pro hac vice* as counsel for Plaintiff, ARMOUR Capital Management LP.

    In support, Movant states as follows:

    1.    As set forth in the affidavit attached hereto as Exhibit A, Mr. Miraglia is a member in good standing of the Bar of the State of New York.

    2.    There are no disciplinary proceedings pending against Mr. Miraglia in any jurisdiction and he has not been disciplined by this Court or any other court.

    3.    Mr. Miraglia has fully reviewed and is familiar with the Local Rules of this Court.

    4.    This Motion is accompanied by a payment to the Clerk of the Court in the amount of $75.00.

    5.    In accordance with D. Conn. L. Civ. R. 83.1(c), Movant agrees to accept service of all papers on behalf of Mr. Miraglia.

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2020, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by mail or email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        By:   */s/ Allison Kernisky*
                                Allison Kernisky

WHEREFORE, Movant respectfully requests that the Court grant Gregory M. Miraglia permission to appear *pro hac vice* for the purpose of representing Plaintiff, ARMOUR Capital Management LP in this action.

Dated: January 2, 2020

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Fax: (203) 724-3944
E-mail: chris.cerrito@hklaw.com

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
Manuel Miranda *(admitted pro hac vice)*
manuel.miranda@hklaw.com
701 Brickell Avenue
Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

Daniel Mateo (phv 10323)
daniel.mateo@hklaw.com
Tracy Zurzolo Quinn *(admitted pro hac vice)*
tracy.quinn@hklaw.com
Gregory M. Miraglia
gregory.miraglia@hklaw.com
2929 Arch Street
Suite 800
Philadelphia, PA  19104
Telephone: (215) 252-9600
Facsimile: (215) 867-6070

*Attorneys for ARMOUR Capital Management LP*