UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

    Plaintiff,

v.                                            Case No. 17-cv-00790

SS&C TECHNOLOGIES INC.,

    Defendant.

_____/

## AFFIDAVIT OF GREGORY M. MIRAGLIA

I, GREGORY M. MIRAGLIA, being duly sworn, depose and say:

1. I am an attorney with the law firm of Holland & Knight LLP, 2929 Arch Street, Suite 800, Philadelphia, PA 19104, telephone: (215) 252-9558, facsimile: (215) 867-6070, and email: gregory.miraglia@hklaw.com. Pursuant to D. Conn. L. Civ. R. 83.1(d), I offer this affidavit in support of the motion for my admission *pro hac vice* in this action.

2. I am a member in good standing of the Bar of the State of New York, admitted on November 9, 2018, Bar No. 5652607.

3. There are no pending disciplinary complaints against me.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I affirm that I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

**EXHIBIT A**

6.  Pursuant to Local Rule 83.1(d)(4), I will promptly file with the Clerk of the Court a certificate of good standing from the Pennsylvania Bar.

7.  I designate my sponsoring attorney, Christopher M. Cerrito of Holland & Knight, LLP, One Stamford Plaza, 263 Tresser Boulevard, Suite 1400, Stamford, CT 06901, telephone: (203) 905-4500, facsimile: (203) 724-3944, and email: chris.cerrito@hklaw.com, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

GREGORY M. MIRAGLIA

STATE OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

The foregoing instrument was acknowledged before me this 02 day of January 2020, by GREGORY M. MIRAGLIA, who is personally known to me or has produced _____ as Identification.

(SEAL)

Notary Public-State of Pennsylvania
Commission Number:_____

STATE OF Connecticut
COUNTY OF New Haven
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 02 DAY OF January, 2020
BY _____
10-31-2024
NOTARY PUBLIC

2