HONORABLE **Jeffrey Alker Meyer**
DEPUTY CLERK **Y. Gutierrez**   RPTR/ECRO/TAPE **D. Huntington**

TOTAL TIME: **6** hours **24** minutes

DATE **January 2, 2020**   START TIME **8:32 AM**   END TIME **3:22 PM**
LUNCH RECESS FROM **11:35 AM** TO **12:01 PM**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

| | |
|---|---|
| ARMOUR Capital Management LP | CIVIL NO. **3:17-cv-00790-JAM** |
| vs. | Tracy Zurzolo Quinn, Joseph J. Mamounas — Plaintiffs Counsel |
| SS&C Technologies, Inc. | J. S. Rhee, J Recher, Robert A. Atkins — Defendants Counsel |

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] ....... Call of the Calendar held    [ ] Call of the Calendar over to _____
- [✓] ....... [✓] Jury Selection held    [ ] Jury Selection continued until _____
- [ ] ...#... Motion _____    [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____    [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____    [ ] granted [ ] denied [ ] advisement
- [ ] ...#... Motion _____    [✓] granted [ ] denied [ ] advisement
- [ ] ....... _____    [ ] filed [ ] docketed
- [ ] ....... _____    [ ] filed [ ] docketed
- [ ] ....... _____    [ ] filed [ ] docketed
- [ ] ....... _____    [ ] filed [ ] docketed
- [✓] ....... **62** # jurors present
- [✓] ....... Voir Dire oath administered by Clerk    [ ] previously administered by Clerk
- [✓] ....... Voir Dire by Court
- [✓] ....... Peremptory challenges exercised
- [✓] ....... Jury of **9** drawn (See attached)    [ ] and sworn    [ ] Jury Trial commences
- [✓] ....... Remaining jurors excused
- [ ] ....... Discovery deadline set for _____
- [ ] ....... Disposition Motions due _____
- [ ] ....... Joint trial memorandum due _____
- [✓] ....... Trial continued until **1/6/2020** at **8:30 AM**
- [✓] ....... COPY TO: JURY CLERK with juror lists