Civil- (Dec-2008)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: Y. Gutierrez            RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: 3 hours 28 minutes
DATE: 1/3/2020    START TIME: 9:02 AM    END TIME: 12:30 PM
LUNCH RECESS    FROM:            TO:
RECESS (if more than ½ hr)    FROM:            TO:

CIVIL NO. 3:17-cv-00790-JAM

ARMOUR Capital Management LP

vs

SS&C Technologies, Inc.

Allison Kernisky, Tracy Zurzolo Quinn
Joseph J. Mamounas, Daniel Mateo
**Plaintiff's Counsel**

Kristina Bunting
Jeannie S. Rhee, Jeffrey Recher
**Defendant's Counsel**

## COURTROOM MINUTES- CIVIL

☑ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing  pretrial

☑ ....#214  Motion in Limine (Omnibus Motion In Limine)    ☐ granted ☐ denied ☑ advisement
☑ ....#216  Motion in Limine No. 2 and Exhibits            ☐ granted ☐ denied ☑ advisement
☑ ....#219  Motion No. 3 and Exhibits                      ☐ granted ☐ denied ☑ advisement
☑ ....#220  Motion in Limine No.5 and Exhibits             ☐ granted ☐ denied ☑ advisement
☐ ....#____  Motion ____                                    ☐ granted ☐ denied ☐ advisement
☐ ....#____  Motion ____                                    ☐ granted ☐ denied ☐ advisement
☐ ....#____  Motion ____                                    ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion ____                              ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion ____                              ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion ____                              ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion ____                              ☐ granted ☐ denied ☐ advisement

☐ ....    ☐ Briefs(s) due ____  ☐ Proposed Findings due ____  Response due ____
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____                                          ☐ filed ☐ docketed
☐ ..........  ____ Hearing continued until ____  at ____

Notes: