UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARMOUR CAPITAL MANAGEMENT LP,

                        Plaintiff,

           - against -

SS&C TECHNOLOGIES, INC.,

                        Defendant.

3:17-cv-00790-JAM

## DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF MANUEL ANTONIO GONZALEZ

Defendant SS&C Technologies ("SS&C"), by and through undersigned counsel, respectfully moves this Court to grant its motion *in limine* seeking to exclude the testimony of Manuel Antonio Gonzalez.  SS&C relies on the accompanying memorandum of law in support of this motion.

Dated:  New York, New York
         January 5, 2020

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  */s/ Jeannie S. Rhee*
     Robert A. Atkins (*admitted pro hac vice*)
     Jeannie S. Rhee (*admitted pro hac vice*)
     Jeffrey J. Recher (*admitted pro hac vice*)
     Joshua D. Kaye
     1285 Avenue of the Americas
     New York, New York 10019
     ratkins@paulweiss.com
     jrhee@paulweiss.com
     jrecher@paulweiss.com
     jkaye@paulweiss.com
     Telephone: (212) 373-3000

     Kevin J. O'Connor (*admitted pro hac vice*)
     Hinckley, Allen & Snyder LLP

ORAL ARGUMENT REQUESTED

28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone: (617) 378-4394

Jeffrey J. Mirman
Alexa T. Millinger
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone: (860) 331-2762

*Attorneys for Defendant*
*SS&C Technologies, Inc.*

## **CERTIFICATION**

I HEREBY CERTIFY THAT ON January 5, 2020 a copy of the foregoing was filed electronically.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ *Jeannie S. Rhee*
Jeannie S. Rhee