Civil-Trial (3/7/2011)

HONORABLE: Jeffrey Alker Meyer
DEPUTY CLERK: Y. Gutierrez          RPTR/ECRO/TAPE: Diana Huntington
TOTAL TIME: ____ hours  29  minutes
DATE: 1/6/2020      START TIME: 8:32      END TIME: 9:01
LUNCH RECESS  FROM: _____  TO: _____
RECESS (if more than ½ hr)  FROM: _____  TO: _____

CIVIL NO. 3:17-cv-00790-JAM

ARMOUR Capital Management LP

Plaintiff's Counsel

vs

SS&C Technologies, Inc.

Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☑ .......... Jury of __9__ reported.  ☐ Jury sworn
☐ .......... Juror # _____ excused.
☐ .......... Jury Trial held  ☐ Jury Trial continued until _____ at _____
☐ .......... ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
☐ .......... Court Trial concluded  ☐ DECISION RESERVED
☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ......     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☑ ......     Settlement Conference scheduled for 1/6/2020 at 3:30 PM   ☐ filed ☐ docketed
☑ ......     Jury excused                                               ☐ filed ☐ docketed
☐ ......     _____                              ☐ filed ☐ docketed
☐ ......     _____                              ☐ filed ☐ docketed
☐ ......     _____                              ☐ filed ☐ docketed
☐ .......... Plaintiff(s) rests  ☐ Defendant(s) rests
☐ .......... Briefs(s) due  ☐ Pltf _____  ☐ Deft _____  ☐ Reply _____
☐ .......... ☐ Summations held  ☐ Court's Charge to the Jury
☐ .......... All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
☐ .......... Jury commences deliberations at _____
☐ .......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
☐ .......... SEE page 2 for verdict
☑ .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS