UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 3:17-cv-00790-JAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff ARMOUR Capital Management LP and Defendant SS&C Technologies, Inc. that all claims in this action against Defendant SS&C Technologies, Inc. are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own legal fees and costs.

Dated:  January 6, 2020

**HOLLAND & KNIGHT LLP**

By: */s/ Christopher M. Cerrito*
Christopher M. Cerrito (ct17183)
chris.cerrito@hklaw.com
One Stamford Plaza
263 Tresser Boulevard, Suite 1400
Stamford, CT 06901
Phone: (203) 905-4500
Facsimile: (203) 724-3944

Joseph Mamounas (phv09010)
joseph.mamounas@hklaw.com
Allison Kernisky (phv09011)
allison.kernisky@hklaw.com
Manuel Miranda (phv10405)
manuel.miranda@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Jeannie S. Rhee*
Robert A. Atkins (phv06954)
Jeannie S. Rhee (phv10399)
Jeffrey J. Recher (phv10364)
Joshua D. Kaye (ct30854)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
ratkins@paulweiss.com
jrhee@paulweiss.com
jrecher@paulweiss.com
jkaye@paulweiss.com
Telephone: (212) 373-3000
Facsimile:  (212) 757-3990

Daniel Mateo (phv10323)
daniel.mateo@hklaw.com
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9543
Facsimile: (215) 867-6070

*Attorneys for ARMOUR Capital Management LP*

Kevin J. O'Connor (phv09058)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
koconnor@hinckleyallen.com
Telephone:  (617) 378-4394
Facsimile:   (617) 345-9020

Jeffrey J. Mirman (ct05433)
Alexa T. Millinger (ct29800)
Hinckley, Allen & Snyder LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
jmirman@hinckleyallen.com
amillinger@hinckleyallen.com
Telephone:  (860) 331-2762

*Attorneys for SS&C Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be send by email to all parties by operation of the Court's electronic filing system or by mail to any counsel or self-represented party unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                              By: */s/ Allison Kernisky*
                                                                                   Allison Kernisky (phv09011)