UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARMOUR CAPITAL MANAGEMENT LP,<br><br>Plaintiff,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:17-cv-00790-JAM |

**[PROPOSED] ORDER AMENDING STANDING PROTECTIVE ORDER**

Upon the application of Defendant SS&C Technologies, Inc. ("SS&C") and with the consent of Plaintiff Armour Capital Management, LP ("ACM"),[1] the Standing Protective Order entered by the Court in this case on May 15, 2017 at ECF No. 4 (the "Standing Protective Order") is amended as follows:

1. Notwithstanding Paragraph 16 of the Standing Protective Order, SS&C may retain Designated Materials produced by ACM until the final termination of either *SS&C Technologies Holdings, Inc.* v. *Endurance Assurance Corporation*, C.A. No. N20C-01-008-EMD [CCLD] (Del. Super. Ct.) or *Endurance Assurance Corp.* v. *SS&C Technologies Holdings, Inc., et al.*, Case No. HHD-CV20-6122493 (Conn. Super. Ct.) (together, the "Insurance Litigation"), whichever is later, at which time SS&C shall promptly return or destroy Designated Material produced by ACM in accordance with Paragraph 16.

2. Notwithstanding Paragraph 5 of the Standing Protective Order, SS&C may produce Designated Materials in the Insurance Litigation to the extent they are responsive to a discovery request, provided that (a) such documents are produced subject to a protective order in that litigation, and (b) ACM is given advance notice by SS&C of which documents

---

[1] ACM's consent is subject to and conditioned upon SS&C's assurances that it will not seek discovery from ACM and that it is SS&C's position that Endurance does not need to seek discovery from ACM. ACM reserves all rights to pursue any remedies it may have, including but not limited to a protective order, indemnification, and/or attorney's fees and costs.

SS&C intends to produce and given the opportunity to object prior to production.

Dated: July __, 2020

                                                                                             _____

                                                                                             Jeffrey A. Meyer
                                                                                            United States District Judge